IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. |
| COPsync, Inc., | Chapter 11 |
| *Debtor* | Section |

**MOTION FOR THE ENTRY OF ORDERS (I) APPROVING THE SALE OF ASSETS FREE AND CLEAR, (II) APPROVING BID PROCEDURES IN CONNECTION WITH THE SALE, (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS AND LEASES AND APPROVING THE PROCEDURES TO BE EMPLOYED WITH ASSUMPTION AND ASSIGNMENT, (IV) APPROVING DEBTOR'S FORM OF NOTICE, AND (V) GRANTING RELATED RELIEF**

**NOW INTO COURT**, through undersigned counsel, comes COPsync, Inc. (the "Debtor" or "COPsync"), who moves for the entry of Orders (i) approving the sale of assets free and clear; (ii) approving bid procedures in connection with the sale; (iii) approving the assumption and assignment of certain contracts and leases and approving the procedures to be employed with assumption and assignment; (iv) approving Debtor's form of notice; and (v) grating related relief.  In support, the Debtor represents:

**Jurisdiction and Venue**

1.     This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  The subject matter of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in this district pursuant to 28 U.S.C. § 1408.  The statutory predicates for the relief sought in this Motion include 11 U.S.C. §§ 105, 363, 365 and Rules 2002, 6004, 6006 and 9019 of the Federal Rules of Bankruptcy Procedure.

1

**General Background**

2.      On September 29, 2017 (the "Petition Date"), the Debtor filed a voluntary petition

for relief under chapter 11 of the Bankruptcy Code.  No Trustee has been appointed and the

Debtor continues to manage its own affairs.

3.      COPsync was created in 2005 as a "software for a service" or "SaaS" platform for

law enforcement to share real-time information amongst counties, agencies, and departments.  It

was created in response to the 2000 death of one of COPsync's co-founders' colleagues and

friends, Texas Department of Public Safety Trooper Randy Vetter, who was killed making what

he believed to be a routine traffic stop for a seatbelt violation. The shooter in that car had made

death threats against officers, which were documented months earlier in another department, but

never shared with others because a system did not exist for that sharing.

4.      The company served its first customer in 2008, expanded to 100 customers by

July 2010, and currently serves over 2000 customers, including law enforcement agencies and

state, county and local law enforcement departments; schools; and private sector companies that

are hi-target facilities.

5.      Although it entered the market with one product, it now has over 5 products,

including:

    a.  The COPsync Network, a nationally shared network of law enforcement
information. Officers add new data to the Network every day as they gather
information that will be important to another officer.

    b.  Vidtac, a software-driven in-car HD video system with double the range of other
cameras and better resolution than any other product on the market, first sold in
2012.

c. COPsync911, a real-time threat alert system, which allowed the company to expand its reach to community buildings such as schools, banks, hospitals, energy companies and other high-risk target facilities. COPsync911 technology has been invaluable in protecting customers from real-time threats such as terrorists and school shooters.

d. COURTsync is a service that enhances security in court buildings and provides a new level of protection for the building's employees. Using COURTsync, buildings under attack or employees being threatened may activate a threat-alert notification from a PC or a mobile device. The notification is broadcast to the closest officers, in their patrol cars, and to the 9-1-1 dispatch center. Plus, when an alert has been activated, everyone shares in a live silent text-based conversation.

   i. As an add-on to COURTsync, city and county governments know what it means to have a warrant backlog. There are not enough people on staff in the court to call on warrant holders, and there is not enough money to staff the officers needed to go knock on doors. The problem is that the people holding outstanding warrants are likely being stopped by officers who don't know about the outstanding warrant and then issue yet another citation. That is, until the COURTsync Texas Class C Warrant Database.

   ii. The Texas Class C Warrant Database is an upgrade to COURTsync called WARRANTsync. It is a unified database of the outstanding Class C warrants for all subscribing courts. Access to the database is shared with the 1,000's of officers on COPsync who have a presence in 80% of the counties across Texas. The officers using COPsync make thousands of traffic stops each day. When they make a traffic stop on someone with an outstanding Class C warrant issued by your court, the officer is informed and can issue a warning or clear the warrant right there at the roadside. This product provides 1,000s of officer's real-time access to court's warrants 24/7/365. It enables roadside warrant warning or clearing during traffic stops and can expand the court's warrant clearing staff to include officers across Texas using COPsync.

6.     COPsync completed a $10.6 million equity financing capital raise in November 2015 and is listed on the Nasdaq Capital Market exchange (COYN)[1].  In tandem with the capital raise, COPsync hired various consultants to help market and grow the company.  Despite the

---

[1] On April 14, 2017, COPsync was notified by the NASDAQ Stock Market LLC ("Nasdaq") that the Nasdaq Hearings Panel had determined to delist COPsync's common stock, $0.0001 par value per share, from Nasdaq, effective at the open of business on April 6, 2017, due to COPsync's inability to comply with the minimum $2,500,000 stockholders' equity requirement for continued listing.

capital raise and the marketing and growth strategies (including a failed attempt to expand into Puerto Rico), the company's stock has been declining since the end of 2015.

7.      Requiring liquidity, COPsync entered into a series of credit facilities, from September 26, 2016 to March 20, 2017, with Dominion Capital Corp. ("Dominion" and the "Dominion Credit Facility").[2]   The Dominion Credit Facility consisted of three term loans to COPsync.  Under the Dominion Credit Facility, COPsync secured its borrowings from Dominion with an "all interests" security interest in all of its property, including but not limited to FF&E, accounts receivable, intangibles and intellectual property.[3]

8.      Since entering into the Dominion Credit Facility, COPsync has continued to struggle to meet its operational cash needs.  From November 2016 to June 2017, a board member made a series of six loans to COPsync for a total of $770,000.00 in order to fund its payroll obligations.  Unable to gain control of its cash needs, and consistently unable to make payroll, COPsync engaged restructuring professionals to assist it with determining whether it could successfully emerge from its downward trend.

9.      By August 31, 2017, COPsync's unpaid payroll obligations exceeded $400,000.00 and it was forced to enter into a settlement of those obligations with the Department of Labor.[4]   Left with little to no options, as it was continually unable to fund its current payroll obligations, much less the agreed upon payments to the Department of Labor, COPsync was left with no option but to reduce its operations and seek the sale of its assets or enterprise in an attempt to derive the going concern value of its enterprise for its creditors and interest holders.

---

[2] Reference to the Dominion Credit Facility shall include any amendments, supplement, or other modifications thereto, together with all agreements, documents, certificates and instruments delivered or executed from time to time in connection therewith, as any of such documents may themselves have been amended, restated, supplemented or modified in accordance with the terms thereof.

[3] See documents evidencing the Dominion Credit Facility attached hereto as **Exhibit 1**.

[4] Documents evidencing the Department of Labor settlement are attached hereto as **Exhibit 2**.

10.     COPsync's restructuring professionals[5] worked diligently to locate potential buyers for its business and several parties indicated interest. Over the past five (5) months, COPsync has engaged with current creditors, existing shareholders, business partners, and other market participants in this space to recapitalize the company in an attempted out-of-court restructuring and ultimately to market the company's assets.

11.     Through its restructuring professionals' efforts, COPsync made contact with Thinkstream Acquisition, LLC d/b/a Kologik ("Kologik").  Kologik is a Louisiana limited liability company that operates as a software company providing services to police departments and municipalities throughout the country, but predominantly in Louisiana.  COPsync and Kologik provides services and software that are similar in nature.

12.     After expressing a serious interest in the COPsync, Kologik began a due diligence process that recently culminated in that certain Asset Purchase Agreement dated September 29, 2017 (the "Stalking Horse APA")[6] by and between the COPsync, on the one hand, and Koligik's wholly owned subsidiary, Kologik Capital, LLC (the "Purchaser"), on the other.[7]  Through the Stalking Horse APA, COPsync will sell its assets in return for a combination of credit, cash and equity.

13.     In addition to the Stalking Horse APA,  Purchaser purchased an assignment of the Dominion Credit Facility from Dominion on September 29, 2017 and, as a result, is now the

---

[5] The efforts were led by Rodney Bienvenu in his capacity as Chief Restructuring Officer and later as Chief Executive Officer.

[6] The Stalking Horse APA is attached hereto as **Exhibit 3**.

[7] The Purchaser was formed in order to hold (a) the assets purchased from the Debtor and (b) the Debtor's prepetition secured credit facility assigned to Purchaser by Dominion Capital Corp. ("Dominion").

holder of that credit facility.[8]    As of the date of the filing of the petition, Purchaser is credit bidding the sum of $1,000,000.00 as a part of its bid under the Stalking Horse APA.

14.    Relatedly, Kologik (Purchaser's parent) agreed to assist in funding COPsync's emergency cash needs through (i) a secured note in the amount of $15,000.00 issued September 22, 2017, and (ii) a secured note in the amount of $16,597.46 issued September 25, 2017 (collectively, the "Kologik Secured Notes") that were perfected by a UCC-1 filed in Delaware on September 25, 2017.

15.    Finally, Kologik (Purchaser's parent) agreed to assist COPsync with its postpetition cash needs by helping fund a $300,000.00 DIP Loan through an affiliated company, Kologik Financing Partners, LLC ("KFP").

16.    A summary of the terms of the proposed sale to Purchaser under the Stalking Horse APA are as follows:[9]

- **Purchased Assets to be Purchased**.  All assets other than those excluded, below (the "Purchased Assets").

- **Excluded Purchased Assets**.    (a) Brandon-COPsync, LLC receivable, (b) vehicles and other rolling stock, and (c) tort claims and Chapter 5 avoidance actions (the "Excluded Assets").

- **Purchase Price**.

    o  Credit Bid of $1,000,000.00.

    o  Retire the outstanding balance of the Debtor's DIP loan on the date of closing, up to a maximum of $331,597.46.

    o  Cash of $600,000.00, payable within ninety (90) days of closing.

---

[8] See documents evidencing the assignment of the Dominion Credit Facility to Purchaser attached hereto as **Exhibit 4**.

[9] This section is intended as a summary. For a full recitation of all terms and conditions, parties should consult the Stalking Horse APA attached hereto as Exhibit 3.  In the event of any conflict between the terms of the Purchase and Sale Agreement and any Order of this Court, the Order shall control.

- o Membership interests in Kologik equaling ten (10) percent of its total membership interest, redeemable by Debtor in three (3) years in return for $1,000,000.00 (at Debtor's option).

- o Payment of all Cure Payment Liabilities (if any) on Assumed Contracts and Assumed Leases.

- **Break-Up Fee**. $100,000.00.

- **Closing**. The sale of the Purchased Assets shall be closed within five (5) days from the entry of the Sale Order

## Relief Requested

17.    The Debtor seeks the entry of two Orders.

18.    The first order (the "<u>Bid Procedures Order</u>")[10] (a) authorizing and approving bid procedures (the "<u>Bid Procedures</u>") to be employed in connection with the proposed sale and transfer (the "<u>Sale</u>") of the assets (the Purchased Assets) of the Debtor through either the (i) Stalking Horse APA or (ii) a conformed APA, substantially in the form attached to the Bid Procedures Order as Exhibit "A" (the "<u>Overbid APA</u>") (the Stalking Horse APA and Overbid APA are interchangeably referred to, when relevant, as the "<u>Purchase Agreement</u>"); (b) scheduling an auction (the "<u>Auction</u>") and a hearing (the "<u>Sale Hearing</u>") within sixty (60) days of the Petition Date to consider approval of the Sale; (c) authorizing and approving procedures (the "<u>Assignment Procedures</u>") to be employed in connection with the assumption and assignment of certain contracts (the "<u>Assumed Contracts</u>") and leases (the "<u>Assumed Leases</u>") of the Debtor; (d) approving the manner and form of notice of the Auction with respect to the Sale, the Sale Hearing and the Assignment Procedures, substantially in the form attached to the Bid Procedures Order as Exhibit "B" (the "<u>Sale Notice</u>") and Exhibit "C" (the "<u>Assignment Notice</u>"); and (e) granting related relief.  The Debtor requests a hearing on that

---

[10] Attached hereto as **Exhibit 5**.

portion of the relief requested in this motion through the Bid Procedures Order on a special

setting as a first day order and intends to move separately for such a hearing.

19.     The second order (the "Sale Order")[11] (a) authorizing the Sale of the Purchased

Assets to the highest and best bidder, free and clear of liens, claims and interests, with liens,

claims and interests attaching to the proceeds, by and through the relevant Purchase Agreement;

(b) approving the Purchase Agreement of the (ii) the highest and best bidder (the "Successful

Bidder") and (ii) the second highest and best bidder (the "Backup Bidder"); (c) determining that

the Successful Bidder and Backup Bidder are good faith purchasers pursuant to 11 U.S.C. §

363(m); (d) approving the Assumption and Assignment of the Contracts and Leases, if any; (e)

abrogating the fourteen (14) day stay imposed by FED. R. BANKR. P. 6004(h); and (f) other

related relief.

20.     The Debtor requests hearing on the Sale Order (the Sale Hearing) occur within

sixty (60) days from the Petition Date so that the Debtor can satisfy the requirements of the

Stalking Horse APA and its DIP Lending agreement with Purchaser's affiliate.

## I.     The Sale Free and Clear

### A.     Approval of Sale under § 363(b)(1)

21.     This Motion contemplates that the Successful Bidder will buy the Purchased

Assets through the relevant Purchase Agreement.  This purchase will be accomplished pursuant

to 11 U.S.C. § 363, which provides that the Debtor, "after notice and a hearing, may […] sell

[…], other than in the ordinary course of business, property of the estate."[12]

---

[11] Attached hereto as **Exhibit 6**.

[12]  11 U.S.C. § 363(b)(1). *See Stephens Indus. v. McClung*, 789 F.2d 386, 390 (6th Cir. 1986) ("bankruptcy court can authorize a sale of all a Chapter 11 debtor's assets under [Section] 363(b)(1) when a sound business purpose dictates such action."); *In re Gucci*, 126 F. 3d 380, 387 (2d Cir. 1997) ("A sale of a substantial part of a Chapter 11 estate may be conducted if a good business reason exists to support it."); *In re Lionel Corp.*, 722 F. 2d 1063, 1071 (2d Cir. 1983); *In re Chateaugay Corp.*, 973 F. 2d 141, 143 (2d Cir. 1992); *In re Johns-Manville Corp.*,

22.     The Court should approve the Sale of the Purchased Assets to Purchaser if it finds that the Debtor demonstrates a sound business reason for the sale and the parties acted in good faith to sell the Purchased Assets at a fair and reasonable price.[13]  Section 105(a) provides in relevant part that "[t]he Court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."[14]

23.     Courts typically consider the following four factors in determining whether a proposed sale satisfies this standard: (a) whether a sound business justification exists for the sale, (b) whether adequate and reasonable notice of the sale was given to interested parties, (c) whether the sale will produce a fair and reasonable price for the property, and (d) whether the parties have acted in good faith.[15]

24.     Once a debtor articulates a valid business reason for a sale, the business judgment rule acts as a presumption that the debtor has acted on an informed basis, in good faith, and in the honest belief that the sale is in the best interests of the estate.[16]

25.     The Debtors' decision to sell the Purchased Assets to Purchaser is based on its sound business judgment.  The Debtor seeks to liquidate the estate so that it may justly and

---

60 B.R. 612, 616 (Bankr. S.D.N.Y. 1986) ("Where the debtor articulates a reasonable basis for its business decisions (as distinct from a decision made arbitrarily or capriciously), courts will generally not entertain objections to the debtor's conduct.").

[13] *See In re Lionel Corp.*, 722 F.2d 1063 (2d Cir. 1983) (holding that the proper standard to use when considering a proposed motion to sell is the business judgment test); *In re Continental Air Lines, Inc.*, 780 F.2d 1223 (5th Cir. 1986) (following *Lionel* in requiring a "business justification for using, selling, or leasing the property outside the ordinary course of business"). *See also In re 240 N. Brand Partners*, 200 B.R. 653, 659 (9th Cir. B.A.P. 1996) (citing to *Lionel* for proposition that "debtors who wish to utilize section 363(b) to dispose of property of the estate must demonstrate that such disposition has a valid business justification.").

[14] 11 U.S.C. § 105(a).

[15] *See, e.g., In re Weatherly Frozen Food Group, Inc.*, 149 B.R. 480, 483 (Bankr. N.D. Ohio 1992); *In re Del. & Hudson Ry. Co.*, 124 B.R. 169, 176 (D. Del. 1991).

[16] *See In re Gulf States Steel Inc. of Ala.*, 285 B.R. 497, 514 (Bankr. N.D. Ala. 2002) ("The Trustee is responsible for the administration of the estate and his or her judgment on the sale and the procedure for the sale is entitled to respect and deference from the Court, so long as the burden of giving sound business reasons is met.").

equitably compensate creditors.  The sale of the Purchased Assets will generate value for the estate, and their sale will help expedite payment to the holders of allowed claims. Further, the proposed Bid Procedures provide an opportunity for the Purchased Assets' exposure to the market thereby providing the potential for an even larger recovery for the estate.  The Debtor has been unable to garner control of its cash needs for some time and is likely to have continuing losses post-petition.  The Debtor has been seeking equity partners or purchasers for over five (5) months.  This sale process is intended to balance the considerations of length of market exposure with the avoidance of future losses, both from a cash-flow standpoint as well as the loss of customers.

26.    Adequate and reasonable notice of the Sale will be given to interested parties.  Again, this Sale process should be considered to have begun five (5) months ago, not on the Petition Date.  Additionally, the Debtor will contact all parties with whom it has previously had contact.

27.    Because of the pre and post-petition efforts through which the Debtor is seeking a buyer, the Sale will produce a fair and reasonable price for the Purchased Assets.  The Purchased Assets have been exposed to the market for a considerable length of time.  In addition, the proposed Sale will now be exposed to the market in order to solicit an overbid.  Through this process the Debtor is assured of achieving the maximum value for the Purchased Assets.

28.    The parties have acted in good faith.  The Stalking Horse APA is the culmination of the Debtor's intensive months-long search for a buyer and was extensively negotiated between the parties at arms-length with the assistance of counsel.  Kologik, Purchaser and the Debtor had no connection whatsoever prior to the commencement of negotiations between Purchaser and Debtor approximately eight (8) weeks ago.

29.     Here, each of the preceding four factors has been satisfied.  The Debtor currently has inadequate liquidity to continue operating.  The orderly sale of the Purchased Assets proposed herein will monetize the Purchased Assets for the benefit of the Debtor's creditors.  As discussed above, the Debtor will be providing adequate and reasonable notice to interested parties of the opportunity to bid on the Purchased Assets and of the opportunity to object to the Sale of those assets or to provide a higher purchase price.[17]  The procedure proposed herein will provide for an open and competitive bidding process for the Purchased Assets.  The Debtor is proceeding in good faith and will make a showing at the Sale Hearing that the purchaser of the Purchased Assets has acted in good faith.  Courts generally conclude that parties have acted in good faith with respect to a proposed sale if the purchase price is adequate and reasonable and the terms of the sale are disclosed fully.[18]

30.     As such, the Court should approve the Sale of the Purchased Assets pursuant to the Bid Procedures proposed herein.

**B.     Approval of the Sale Under § 363(f)**

31.     Pursuant to this motion, the Debtor also requests authorization to sell the Purchased Assets free and clear of any liens, claims, encumbrances, or other interests that may be asserted against the Purchased Assets.  Section 363(f) provides for the sale of property of the estate by the debtor "free and clear of any interest in such property of any entity other than the

---

[17] *See, e.g., Folger Adam Security Inc. v. DeMatteis/MacGregor*, 209 F. 3d 252, 265 (3d Cir. 2000) (stating that notice is sufficient if it includes "the time and place of any public sale, the terms and conditions of any private sale, states the time for filing objections and, if real estate is being sold, provides a general description of the property"); *In re WBQ P'ship*, 189 B.R. 97, 103 (Bankr. E.D. Va. 1995) ("notice is sufficient if it includes the terms and conditions of the sale, if it states the time for filing objections, and if the estate is selling real estate, it generally describes the property") (quoting *In re Karpe*, 84 B.R. 926, 929 (Bankr. M.D. Pa. 1988)).

[18] *See, e.g., In re Abbotts Dairies of Pa., Inc.*, 788 F. 2d 143, 149-50 (3d Cir. 1986).

estate."[19]   Such "free and clear" provision permits a sale free and clear of interests beyond liens

and permits a sale free and clear of claims,[20] contractual rights,[21] and statutory interests.[22]

32.   Section 363(f) permits a debtor to sell "free and clear" of an interest if any one of

the following conditions is satisfied:

1)   applicable nonbankruptcy law permits the sale of such property free and clear of such interest;

2)   the lienholder or claimholder consents;

3)   such interest is a lien, and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;

4)   such interest is in bona fide dispute; or

5)   the lienholder or claimholder could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.[23]

In addition, a court may authorize the sale of a debtor's assets free and clear of any liens, claims,

or encumbrances under Section 105 of the Bankruptcy Code.[24]

33.   While Section 363(f) permits the sale of assets "free and clear of any interests,"

the term "any interest," as used in section 363(f), is not defined anywhere in the Bankruptcy

Code.[25]   In *Folger Adam*, the Third Circuit specifically addressed the scope of the term "any

---

[19] 11 U.S.C. § 363(f).

[20] *In re Trans World Airlines, Inc.*, 322 F.3d 283 (3d. Cir. 2003).

[21] S*ee Unsecured Creditors' Comm. of Robert L. Helms Constr. & Development v. Southmark Corp.*, 139 F.3d 702 (9th Cir. 1998).

[22] *See Precision Indus., Inc. v. Qualitech Steel SBQ, LLC*, 327 F.3d 537, 543-548 (7th Cir. 2003)).

[23] 11 U.S.C. § 363(f).

[24] *See In re White Motor Credit Corp.*, 75 B.R. 944, 948 (Bankr. N.D. Ohio 1987) ("Authority to conduct such sales [free and clear of liens] is within the court's equitable powers when necessary to carry out the provisions of Title 11.").

[25] *Folger Adam Security v. DeMatteis/MacGregor, JV*, 209 F.3d 252, 259 (3d Cir. 2000).

interest."[26]  The Third Circuit observed that while some courts have "narrowly interpreted that phrase to mean only *in rem* interests in property," the trend in modern cases is towards "a broader interpretation which includes other obligations that may flow from ownership of the property."[27]  As determined by the Fourth Circuit in *In re Leckie Smokeless Coal Co.*, 99 F.3d 573, 581-582 (4th Cir. 1996), a case cited approvingly and extensively by the Third Circuit in *Folger Adam*, the scope of 11 U.S.C. § 363(f) is not limited to *in rem* interests.  Thus, the Third Circuit in *Folger Adam* stated that *Leckie* held that the debtors "could sell their assets under § 363(f) free and clear of successor liability that otherwise would have arisen under federal statute."[28]

34.      Section 363(f) is drafted in the disjunctive.  Thus, satisfaction of any of the requirements enumerated therein will suffice to warrant the Estate's Sale of the Purchased Assets free and clear of all interests and claims, except with respect to any interests and claims that may be assumed liabilities under the applicable Purchase Agreement.[29] Attached hereto as **Exhibit 7** is the result of the Debtor's search of the uniform commercial code filings in Delaware (the proper location for perfection of UCC security interests against the Debtor):

a.  Multiple UCC Financing Statements filed by Bank of New Hampshire ("BNH") in contract rights affecting (a) Agency Bookings for VidTac-Related Bookings totaling $313,477.38 and (b) Brite Computer-Related Bookings totaling $205,869.00.  A later UCC amendment changed the name of the debtor from the Debtor to Patsy's Leasing Corp.  Thus, the Debtor is no longer the debtor associated with this UCC-1 filing.

---

[26] *Id*. at 258.

[27] *Id*. at 258 (citing 3 COLLIER ON BANKRUPTCY 363.06[1]).

[28] *Folger Adam*, 209 F.3d at 258.

[29] *See Citicorp Homeowners Services, Inc. v. Elliot*, 94 B.R. 343, 345 (E.D. Pa. 1988).

    b.  UCC Financing Statement filed October 10, 2016 in favor of Dominion Capital LLC, evidencing perfection of the Dominion Credit Facility (since assigned to Purchaser).

    c.  UCC financing Statement dated September 13, 2017 in favor of MEF I, L.P. in that certain receivable due from Brandon-COPsync, LLC (which receivable is excluded from the Purchased Assets). COPsync borrowed $330,000.00 from MEF I, L.P. on or about April 6, 2017 and Dominion Capital released its lien in the Brandon-COPsync, LLC in MEF I, L.P.'s favor as a part of that transaction and that receivable is part of the Excluded Assets.

    d.  UCC financing Statement dated September 20, 2017 in favor of the Brewer Group. The Debtor considers this UCC filing is to constitute a preference under section 547 of the Bankruptcy Code and, even if it were not, it ranks behind the lien of the Purchaser.

    e.  UCC financing Statement dated September 25, 2017 in favor of Kologik. The Kologik filing was contemporaneous with two loans made by it to the Debtor, which loans are proposed to be "rolled-up" in to the KFP DIP Facility. Regardless, Kologik consents to the sale under section 363(f).

35.    According to the Debtor's books and records, its obligation to BNH has been changed to Patsy's Leasing Corp. Thus, the Dominion Credit Facility assigned to Purchaser is the senior secured debt against the Purchased Assets.

36.    The Debtor is aware of other attempted perfections of security interests in the state of Texas.[30] This includes at least one other party, Making Sense, LLC, that has recently attempted to perfect an interest in the Purchased Assets by filing a UCC-1 with the Texas secretary of state on August 7, 2017. The Debtor, however, takes the position that such filings are ineffective under the UCC as the provisions of the UCC require that to be effective a financing statement must be filed with the appropriate office in the state of incorporation of the Debtor.[31] In this case, the Debtor is incorporated under the laws of the state of Delaware, and UCC lien filings must be made in Delaware. Moreover, the August 7, 2017 filing was made

---

[30] The results of Debtor's search of the Texas UCC records is attached hereto as **Exhibit 8**.

[31] Tex. Bus. & Com. Code § 9.307(e).

within the ninety (90) days prepetition and is clearly preferential. Notwithstanding the ineffectiveness of a Texas UCC filing in order to perfect an interest against the Debtor, and the preferential nature of the August 7, 2017 filing, in an abundance of caution, the Debtor has added Making Sense, LLC to the special Mennonite notice list.[32]

37.     The Debtor requests that the Court approve the Sale of the Purchased Assets as free and clear on any liens, claims and interests whether now known, with any such liens, claims and interests attaching instead to the proceeds of any such Sale, with Purchaser having the full right to credit bid its Dominion Credit Facility position.

**III.    Approval of Bid Procedures**

38.     The Debtor requests that this Court approve the attached Bid Procedures for the implementation of the Sale process.[33]   The Bid Procedures provide a (a) structured marketing and overbid qualification process, (b) overbid and Auction methodology and (c) bid selection and closing framework. The Bid Procedures are summarized as follows:

    **a.**   **Due Diligence**. The Bid Procedures establish a procedure for parties interested in the Purchased Assets to gain access to due diligence materials needed to review prior to making an "as is, where is" offer.

    **b.**   **Qualified Bidders**.  In order to qualify as a bidder for the Purchased Assets (to be a "Qualified Bidder"), the Bid Procedures require that interested parties (other than Purchaser):

        I.   Provide an executed confidentiality agreement;

        II.   Provide a 10% deposit that remains non-refundable through the closing of the Sale if they are selected as the Successful or Back-up Bidder, and

        III. Provide an executed asset purchase agreement on substantially the terms of, or on terms more favorable to the Debtor than, those set forth in the

---

[32] Debtor's Mennonite notice list of possible entities that could assert liens against the Purchased Assets is attached hereto as **Exhibit 9**.

[33] Capitalized terms contained in the summary of the Bid Procedures in this paragraph 35 derive from the proposed Bid Procedures Order attached hereto as **Exhibit 5**.

Overbid APA (attached to the Bid Procedures Order as Exhibit "A") which Overbid APA shall:

1. specify the amount of cash or other form of consideration acceptable to the Debtor offered by the bidder for the Purchased Assets, with a minimum initial bid comprised of two components: (i) a cash bid of $2,100,000.00 (computed as Purchaser's $1,000,000.00 credit bid of the Dominion Credit Facility, plus Purchaser's credit bid of the $300,000.00 DIP Facility, plus Purchaser's $600,000 bid of cash, plus Purchaser's $100,000.00 breakup fee, plus the $100,000.00 minimum overbid increment) and (ii) a cash or other consideration bid that the Debtor in its reasonable discretion considers to equal in value Purchaser's ten (10) percent membership interest and associated option, which membership interest and option will have a minimum value for the purposes of this Sale of $500,000.00 ,[34] ((i) and (ii) collectively are the "Minimum Bid");

2. constitute an irrevocable offer by such the bidder to complete its proposed purchase upon the terms set forth therein, and must be irrevocable until closing of the Sale of the Purchased Assets to the Successful Bidder;

3. include a copy of a board resolution or similar document demonstrating the authority of the bidder to submit an offer to purchase the Purchased Assets on the terms proposed by such bidder and identifies the officer(s) or authorized agent(s) appearing on behalf of the bidder;

4. include information demonstrating to the Debtor that the bidder has the financial wherewithal to close the transaction and

5. acknowledge that it will not be entitled to a break-up fee, termination fee, expenses, or substantial contribution claim of any type.

IV. Submit a bid of at least the Minimum Bid by no later than 5:00 p.m. CST, _____, 2017, via email to Mr. John M. Duck, john.duck@arlaw.com, to be eligible to participate in the Auction of the Purchased Assets.

c.   **Credit Bidding**. The Bid Procedures allow Purchaser's credit bid.

d.   **No Bids/One Qualified Bid**.  In the event the Debtor does not receive a Qualified Bid in addition to Purchaser, the Debtor shall request at the Sale Hearing that the

---

[34]    Debtor reserves the right to present testimony as to the value of this membership interest.

Bankruptcy Court approve the Sale of the Purchased Assets to Purchaser and request that the Sale Order be immediately effective upon entry.

e.    **The Auction**.  The Bid Procedures establish an auction process, should there be more than one Qualified Bidder. The Auction will occur at 10:00 a.m. at the offices of Adams & Reese, LLP on the day of the Sale Hearing.  After announcing the current high bid, the Debtor will preside over the Auction initially using $100,000.00 minimum bidding increments (over and above the Minimum Overbid), ultimately leading to the selection of a Successful Bidder and Back-up Bidder.

f.    **Break-up Fee**. Purchaser shall be entitled to break-up fee of $100,000.00 in order to reimburse it for the time, effort and cost it has expended in becoming the stalking horse bidder.

g.    **Court Approval of Successful and Back-up Bidders.**  Immediately after the Auction in open court, the Debtor will present the bids he considers the Successful and Back-up Bids to the court for approval.

h.    **Failure to Consummate Purchase**.  Should the Successful Bidder fail to consummate the Sale within five (5) days of the issuance of the Sale Consummation Order, the Debtor will call upon the Back-up Bidder to close the Sale and the Successful Bidder shall forfeit its Deposit. Should the Back-up Bidder fail to close the Sale, the Back-up Bidder will likewise forfeit its deposit.

The Bidding Procedures also provide the Debtor with the reasonable discretion to waive and/or alter these rules and requirements if in the interest of the Debtor's estate.[35]

39.    "When conducting an asset sale, the ultimate responsibility of the debtor, and the primary focus of the bankruptcy court, is the maximization of the value of the assets sold."[36]  In furtherance of that goal, bidding procedures, such as those proposed here, may be used in court-supervised asset sales because they streamline the acquisition process, "help to provide an adequate basis by which to compare offers" and ultimately, maximize value.[37]

---

[35] This section is intended as a summary. For a full recitation of all terms and conditions, parties should consult the proposed Bid Procedures Order attached hereto as **Exhibit 5**.

[36] John J. Jerome & Robert D. Drain, *Bankruptcy Court is Newest Arena for M&A Action*, N.Y.L.J., June 3, 1991.

[37] *See id. See also In re Integrated Res., Inc.*, 147 B.R. 650, 659 (S.D.N.Y. 1992) (bidding procedures "are important tools to encourage bidding and to maximize the value of the debtor's assets.").

40.     The Bid Procedures are reasonably calculated to encourage a buyer to submit a final bid within the range of reasonably anticipated values.

41.     The Debtor believes that the Bidding Procedures are appropriate under 11 U.S.C. §§ 105 and 363 to ensure that the bidding process is fair and reasonable and will yield the maximum value for the estate and its creditors. The Bidding Procedures proposed herein are designed to maximize the value received for the Purchased Assets by facilitating a competitive bidding process in which all potential bidders are encouraged to participate and submit competing bids.

42.     The Bidding Procedures provide potential bidders with sufficient notice and an opportunity to acquire information necessary to submit a timely and informed bid.  Thus, the Debtor and all parties in interest can be assured that the consideration for the Purchased Assets will be fair and reasonable.  At the same time, the Bidding Procedures provide the Debtor with the opportunity to consider all competing offers and to select, in his reasonable business judgment the highest and best offer for the Purchased Assets.

43.     The Debtor submits that the Bidding Procedures proposed herein are fair and appropriate under the circumstances, consistent with the procedures routinely approved by courts in this state and in the best interest of the Estate.  The Debtor believes that it is imperative that he promptly move forward in hope that higher and better offers are generated for the Purchased Assets. Accordingly, the Bidding Procedures were developed consistent with the Estate's need to expedite the Sale process, but with the objective of promoting further active bidding that will result in the highest or better offer for the Purchased Assets.  The Bidding Procedures are designed to facilitate the orderly, yet competing, bidding to maximize the net value realized from the Sale by the Estate. In particular, the Bidding Procedures contemplate an auction process with

18

minimum (but appropriate) barriers to entry and provide potential bidding parties with sufficient time to perform due diligence and acquire the information necessary to submit a timely and well-informed bid.

44.     At the same time, the bidding procedures provide the Debtor with an adequate opportunity to consider competing bids and select the highest and best offer for the completion of the Sale. Entering into the Stalking Horse APA with Purchaser ensures the Estate obtains fair market value by setting a minimum purchase price that will be tested in the marketplace. As such, the Debtor's creditors can be assured that, taking into account the financial condition of the Debtor and the economy, the consideration obtained will be fair and reasonable and at or above market.

### IV.     Assumption and Assignment

27.     By this motion, the Debtor requests the assumption of the Contracts and Leases pursuant to 11 U.S.C. § 365 and FED. R. BANKR. P. 6006 and 9014, and the assignment to the Successful Bidder in association with the purchase of the Purchased Assets.  In association therewith, the Debtor seeks approval of the Assignment Procedures, which will govern the determination any cure payments and objections.  The Assignment Procedures are set forth in that proposed order attached hereto as Exhibit 5.

28.     Pursuant to Section 365 of the Bankruptcy Code, the Debtor can assume or reject any unexpired lease or executory contract.  But if there has been a default, the Debtor can only assume: after curing any default or providing adequate assurances of promptly curing any default; and (ii) providing adequate assurances of future performance.  11 U.S.C. §§ 365(a), 365(b) and 365(b)(C).  The Debtor's decision to assume or reject agreements under § 365 is

governed by the business judgment test. Richmond Leasing Company v. Capital Bank, N.A., 762 F.2d 1303, 1309 (5th Cir. 1985).

29.     The business judgment standard mandates that a court approve a debtor's business decision unless the decision is the product of bad faith, whim or caprice with approval withheld if the "judgment is clearly erroneous, too speculative, or contrary to the provisions of the Bankruptcy Code." See Lubrizol Enters. v. Richmond Metal Finishes, 756 F.2d 1043, 1047 (4th Cir. 1985), cert. denied, 475 U.S. 1057 (1986); Allied Technology, Inc. v. R.B. Brueman & Sons, 25 B.R. 484, 495 (Bankr. S.D. Ohio 1982).

30.     The Debtors submit that the assumption and assignment of the Contracts and Leases is in the best interests of the estate. The Contracts and Leases were all utilized in the Debtor's conduct of business. The assumption and assignment to the Successful Bidder will help maximize the value of the Purchased Assets.

**V.     Relief from Bankruptcy Rule 6004(h) is Appropriate**

45.     Bankruptcy Rule 6004(h) provides that an "order authorizing the use, sale, lease of property… is stayed until the expiration of fourteen (14) days after entry of the order, unless the court orders otherwise." FED. R. BANKR. P. 6004(h).

46.     All creditors and interested parties will receive notice of the Sale or a competing transaction and will be provided with an opportunity to be heard. The Debtor submits that such notice is adequate for entry of an order approving this motion and waiving the fourteen (14) days waiting period under Bankruptcy Rule 6004(h). Otherwise, the Debtor would need to further compress the notice period to accommodate the fourteen (14) day stay.

### VI.    Purchaser Acted in Good Faith

47.    A condition to the consummation of the purchase of the Purchased Assets is that the Court find that the ultimate purchaser has acted in "good faith" within the meaning of 11 U.S.C. § 363(m). Section 363(m) provides that "[t]he reversal or modification on appeal of an authorization under [section 363(b) or (c)] of a sale or lease of property does not affect the validity of a sale or lease under such authorization to an entity that purchased or leased such property in good faith."[38]

48.    The good-faith requirement in § 363(m) is not specifically defined. Many courts turn to "traditional equitable principles and [hold] that the phrase encompasses one who purchases in good faith and for value."[39] "Typically, the misconduct that would destroy a purchaser's good faith status at a judicial sale involves fraud, collusion between the purchaser and other bidders or the debtor, or an attempt to take grossly unfair advantage of other bidders.'"[40]  "The requirement that a purchaser act in good faith, of course, speaks to the integrity of his conduct in the course of the sale proceedings."[41] The good-faith requirement prohibits "fraudulent, collusive actions specifically intended to affect the sale price or control the outcome of the sale."[42]

---

[38] 11 U.S.C. § 363(m).

[39] *Hytken v. Williams*, 2007 U.S. Dist. LEXIS 27671, *14 (S.D. Tex. Mar. 30, 2007) (quoting *In re Colony Hill Assocs.*, 111 F.3d 269, 276 (2d Cir. 1997), *aff'd*, 2008 U.S. App. LEXIS 12240 (5th Cir. June 6, 2008) (per curiam).

[40] *Hytken*, 2007 U.S. Dist. LEXIS 27671 at **14-15 (quoting *Dick's Clothing & Sporting Goods, Inc. v. Phar-Mor, Inc.*, 212 B.R. 283, 290 (N.D. Ohio 1997) (quoting *In re Rock Indus. Machinery Corp.*, 572 F.2d 1195, 1198 (7th Cir. 1978))).

[41] *Id*. at *15 (quoting *Rock Indus.*, 572 F.2d at 1198).

[42] *Id*. (quoting *In re Made in Detroit, Inc.*, 414 F.3d 576, 581 (6th Cir. 2005)).

49.     A bankruptcy court is not required to make an explicit finding of good faith in order to authorize a sale under the Bankruptcy Code.[43] Although the Bankruptcy Code does not define "good faith purchaser," courts interpreting Section 363(m) of the Bankruptcy Code have held that "to show lack of good faith [a party] must show fraud, collusion… or an attempt to take grossly unfair advantage of other bidders."[44] Yet, because there is no bright line test, courts examine the facts of each case by concentrating on the "integrity of [an actor's] conduct during the sale proceedings."[45]

50.     Under these standards – and by any other – the Purchaser has acted in good faith. The Stalking Horse APA, and the Sale of the Purchased Assets pursuant thereto, is the product of an open market sale.   The consideration to be received by the Estate is substantial, fair and reasonable.   The Debtor will supplement this with any additional relevant facts following the Sale Consummation Hearing, additional facts will be shown.   At such time, this Court should find that the Purchaser or other Successful Bidder should be considered a "good faith purchaser" within the meaning of § 363(m) with respect to the Purchase Agreement and the Sale of the Purchased Assets.

---

[43] *See In re Zinke*, 97 B.R. 155, 156 (E.D.N.Y. 1989) (finding that a duty to make an explicit finding of good faith before permitting a sale "has not been imposed by the Second Circuit or the United States Supreme Court").

[44] *In re Coated Sales, Inc.*, No. 89 Civ. 37-4 (KMW), 1990 WL 212899 (S.D.N.Y. Dec. 13, 1990). *See also In re Sasson Jeans, Inc.*, 90 B.R. 608, 610 (S.D.N.Y. 1988) (quoting *In re Bel Air Asocs., Ltd.*, 706 F. 2d 301, 305 (10th Cir. 1983)).

[45] *In re Pisces Leasing Corp.*, 66 B.R. 671, 673 (E.D.N.Y. 1986) (quoting *Rock Indus.*, 572 F.2d at 1198). *See also In re Abbotts Dairies of Pa., Inc.*, 788 F. 2d 143, 147 (3d Cir. 1986) ("The requirement that a purchaser act in good faith…speaks to the integrity of his conduct in the course of the sale proceedings. Typically, the misconduct that would destroy a purchaser's good faith status at a judicial sale involves fraud, collusion between the purchaser and other bidders or the trustee, or an attempt to take grossly unfair advantage of other bidders.") (citations omitted).

**VIII.   Notice**

51.     The Debtor intends to notice a full copy of this motion and exhibits on the (a) United States Trustee, (b) all potential holders of liens and interests against property of the Estate of which the Debtor is aware according to a review of current available information records, (c) all creditors on the Debtor's mailing matrix, and (d) all parties that have requested notice in this case.

52.     In addition, the Debtor proposes to provide the following:

a.      The Sale Notice is reasonably calculated to provide parties in interest with proper notice of the potential Sale of the Purchased Assets, the related Bid Procedures, the Sale Hearing, the structure of the Sale and related implication on interested parties, including, without limitation, creditors, customers, suppliers and employees.

b.      The Assignment Notice is reasonably calculated to provide all counterparties to the Assumed Contracts and Assumed Leases with proper notice of the potential assumption and assignment of their executory contracts or unexpired leases and the proposed amount necessary to cure any existing default therein relating thereto, as well as the Assignment Procedures.

**WHEREFORE**, the Debtor requests the entry of two Orders:

53.     The first order (the Bid Procedures Order)[46] (a) authorizing and approving bid procedures (the Bid Procedures) to be employed in connection with the proposed Sale and transfer (the Sale) of the assets (the Purchased Assets) of the Debtor through either the (i) Stalking Horse APA or (ii) a conformed APA, substantially in the form attached to the Bid Procedures Order as Exhibit "A" (the Overbid APA), (b) scheduling an auction (the Auction) and a hearing (the Sale Hearing) within sixty (60) days of the Petition Date to consider approval

---

[46] Attached hereto as **Exhibit 5**.

of the Sale, (c) authorizing and approving procedures (the Assignment Procedures) to be employed in connection with the assumption and assignment of certain contracts (the Assumed Contracts) and leases (the Assumed Leases) of the Debtor, (d) approving the manner and form of notice of the Auction with respect to the Sale, the Sale Hearing and the Assignment Procedures, substantially in the form attached to the Bid Procedures Order as Exhibit "B" (the Sale Notice) and Exhibit "C" (the Assignment Notice) and (e) granting related relief.  The Debtor requests a hearing on the Bid Procedures Order on a special setting as a first day order and intends to move separately for such a hearing.

The second order (the Sale Order)[47] (a) authorizing the Sale of the Purchased Assets to the highest and best bidder, free and clear of liens, claims and interests, with liens, claims and interests attaching to the proceeds, (b) approving the Purchase Agreement of the (ii) the highest and best bidder and (ii) the second highest and best bidder; (c) determining that the Successful Bidder and Backup Bidder are good faith purchasers pursuant to 11 U.S.C. § 363(m); (d) approving the Assumption and Assignment of the Contracts and Leases; (e) abrogating the fourteen (14) day stay imposed by FED. R. BANKR. P. 6004(h); and (f) other related relief.  The Debtor requests that the Sale Hearing occur within sixty (60) days following the entry of the Bid Procedures Order.

*[Signature block on following page.]*

---

[47] Attached hereto as **Exhibit 6**.

Respectfully Submitted,

**ADAMS AND REESE LLP**

By:*/s/John M.Duck*_____
      JOHN M. DUCK (#5104)
      ROBIN B. CHEATHAM (#4004)
      VICTORIA P. WHITE (#33430)
      SCOTT R. CHEATHAM, (#31658)
      701 Poydras Street, Suite 4500
      New Orleans, Louisiana 70139
      Telephone:  (504) 581-3234
      Fax:  (504) 566-0210
      john.duck@arlaw.com
      robin.cheatham@arlaw.com
      victoria.white@arlaw.com
      scott.cheatham@arlaw.com

      *Attorneys for the Debtor, COPsync, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing *Motion for Entry of Orders (I) Approving the Sale of Assets Free and Clear, (II) Approving Bid Procedures in Connection with the Sale, (III) Approving the Assumption and Assignment of Certain Contracts and Leases and Approving the Procedures to be Employed with Assumption and Assignment, (IV) Approving Debtor's Form of Notice, and (V) Granting Related Relief* has been served upon all parties listed below via the court's CM/ECF electronic service on the 30th day of September, 2017 and/or on the attached mailing matrix by placing a copy in the United States mail, first class, postage prepaid and properly addressed this October 2, 2017.

- John M. Duck    john.duck@arlaw.com, laurie.anders@arlaw.com
- Office of the U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov

*/s/John M. Duck*
JOHN M. DUCK

Label Matrix for local noticing
053L-2
Case 17-12625
Eastern District of Louisiana
New Orleans
Sat Sep 30 11:07:01 CDT 2017

COPsync, Inc.
400 Poydras Street
Suite 2100
New Orleans, LA 70130-3282

United States Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130-3319

156th Judicial DA's Office
111 S. St. Mary
Beeville, TX 78102-5619

32nd District Attorney - Mitchell County
100 E. Third Street, Suite 201
Sweetwater, TX 79556-4576

47th District DA's Office -
Auto Theft Unit
501 Fillmore Suite 1A
Amarillo, TX 79101-2449

824 Highway 3 Investments LP
2831 Palmer Highway
Texas City, TX 77590-6931

84th & 316th District Courts
Hutchinson County
P. O. Box 790
Stinnett, TX 79083-0790

91st Judicial District
c/o Eastland County DA
100 W. Main, Room 204
Eastland, TX 76448-2700

AFCO
Dept 0809
P. O. Box 120001
Dallas, TX 75312-0809

AFLAC
Attn: RPS
1932 Wynnton Road
Columbus, GA 31993-0797

AT&T Mobilibty - Mason County
Sheriff's Office
P. O. Box 6463
Carol Stream, IL 60197-6463

AT&T Mobilibty - Terrell
Independent School District
Police Department
P. O. Box 6463
Carol Stream, IL 60197-6463

AT&T Mobility - Company
P. O. Box 6463
Carol Stream, IL 60197-6463

AT&T Mobility - Huntington Police Dept.
P. O. Box 6463
Carol Stream, IL 60197-6463

AT&T Mobility - Shane Rapp
P. O. Box 6463
Hoffman Estates, IL 60179-6463

AT&T Mobility - Starr County
Sheriff's Office
P. O. Box 6463
Carol Stream, IL 60197-6463

AT&T Mobility - Zavalla
Police Department
P. O. Box 6463
Carol Stream, IL 60197-6463

AT&T#4768
P. O. Box 6463
Carol Stream, IL 60197-6463

Abdul Saleem Khan
10807 Gayton RD
Henrico, VA 23238-4120

Abernathy Police Department
811 Avenue D
Abernathy, TX 79311-3400

Accountemps
P. O. Box 743295
Los Angeles, CA 90074-3295

Achille Police Department
211 West Main
Achille, OK 74720

Acie Mcada
P. O. Box 311734
New Braunfels, TX 78131-1734

Adam Vanover
706 S. Jupiter Road #709
Allen, TX 75002-9009

Addison Tower Investment Co., LLC
16415 Addison Road, Suite 100
Attn: Lorna Sobrino
Addison, TX 75001-3260

Agility PR Solutions, LLC
3 University Plaza
Dover, NJ 07801

Ajay Tandon
c/o Maxim Group, LLC
405 Lexington Avenue FL 2
New York, NY 10174-0003

Allysa F. Kirk
3941 Legacy Drive, Suite 204, B314
Frisco, TX 75034

Alonzo Reyes, Jr.
231 N. Lonestar Avenue
New Braunfels, TX 78130-6752

Alpine Christian School
402 East Holland Avenue
Alpine, TX 79830-4804

Alpine Independent School District
704 Sul Ross Avenue
Alpine, TX 79830

Alpine Municipal Court
309 West Sul Ross Avenue
Alpine, TX 79830-4513

Amarillo College Moore County Campus
1220 East First
Dumas, TX 79029-3554

American National Bank & Trust
2732 Midwestern Parkway
Wichita Falls, TX 76308-2904

American National Leasing Company
2732 Midwestern  Parkway
Wichita Falls, TX 76308-2904

Anastasi Automotive
9766 FM 2673
Canyon Lake, TX 78133-4603

Andrade-Van de Plutte & Associates
300 E. Basse #2126
San Antonio, TX 78209-8396

Andrews County Sheriff's Office
201 N. Main Room 113
Andrews, TX 79714-6517

Angel S. Garcia - Consultant
HC 05 Box 5353
Yabucoa, PR 00767-9670

Angelina County Sheriff's Office
2311 E. Lufkin Ave.
Lufkin, TX 75901-5129

Ann Valdez
3653 N. FM 46
Franklin, TX 77856-6156

Anna Fucik
1024 Misty Hollow
New Braunfels, TX 78132-2485

Anson Police Department
1314 Commercial
Anson, TX 79501-4313

Antenna Plus, LLC
8350 E. Evans Road, Suite D2
Scottsdale, AZ 85260-3642

Aon Risk Services Southwest, Inc.
Attn: Ricky Wong
5555 San Felipe, Suite 1500
Houston, TX 77056-2739

Aranas County Sheriff's Office
301 N. Live Oak Street
Rockport, TX 78382-2744

Archer City Police Department
206 E. Walnut
Archer City, TX 76351

Archer County Sheriff's Office
100 Law Enforcement Way
Archer City, TX 76351

Ascendant Partners, LLC
112 Serpentine Drive
Morganville, NJ 07751-1400

Ashley Powell
507 Persimmon Trail
Forney, TX 75126-0058

Atascosa Constable Attorney's Office
#1 Courthouse Circle Drive, Suite 3
Jourdanton, TX 78026-3406

Atascosa Constable Fire Marshal
700 Broadway
Jourdanton, TX 78026

Atascosa County Animal Control Authority
1 Courthouse Circle Drive
Jourdanton, TX 78026-3406

Atascosa County Justice of the
Peace Pct 2
1567 FM 3175
Lytle, TX 78052-3953

Aubrey Independent School District
Police Department
415 Tisdell Lane
Aubrey, TX 76227-5109

Aubrey Municipal Court
107 S. Main Street
Aubrey, TX 76227-5519

Aubrey Police Department
108 East Elim Street
Aubrey, TX 76227-9119

Austin Constable Sheriff's Office
417 North Chesley
Bellville, TX 77418-1344

Autotask Corporation
P. O. Box 787231
Philadelphia, PA 19178-7231

Avery Greene
617 Lodge Creek Drive
New Braunfels, TX 78132-3646

BR Cook Family Limited Partnership LP
2200 Arcady Lane
Corsicana, TX 75110-2624

Ballinger Fire Department
106 N. 9th Street
Ballinger, TX 76821-5502


Ballinger Independent School District
802 Conda Avenue
Ballinger, TX 76821-1904

Ballinger Police Department
106 North 9th Street
Ballinger, TX 76821-5502

Balmorhea Independent School District
P. O. Box 368
Balmorhea, TX 79718-0368


Bandera City Marshal's Office
511 Main Street
Bandera, TX 78003

Bandera County Sheriff's Office
3360 State Hwy. 173 North
Bandera, TX 78003-5056

Bandera Independent School District
815 Pecan Street
Bandera, TX 78003-2026


Barbara McDermott
374 E. Faust Street
New Braunfels, TX 78130-4645

Barry Wilson
804 Woodridge Drive
Fort Worth, TX 76120-2856

Batesville Police Department
P. O. Box 689
Batesville, MS 38606-0689


Bay City Police Department
2201 Avenue H
Houston, TX 77041-4000

Beacon Hill Staffing Group
P. O. Box 846193
Ashaway, RI 02804-6180

Beau Ward
P. O. Box 1842
Petersburg, AK 99833-1842


Bee Constables Office EMC
111 North Saint Mary's Street, Suit
Beeville, TX 78102-4604

Beeville Independant School District
2400 North Street
Beeville, TX 78102

Beeville Municipal Court
405 N. St. Mary's Street
Beeville, TX 78102-4610


Beeville Police Department
402 N. Washington Street
Beeville, TX 78102-3991

Bellmead Police Department
701 Maxfield Street
Waco, TX 76705-3062

Bells Independent School District
1550 Ole Ambrose Road
Bells, TX 75414-4294


Bells Municipal
P. O. Box 95
Bells, TX 75414-0095

Bells Police Department
203 South Broadway Street
Bells, TX 75414-2689

Bennington Police Department
102 East Woodcraft
Bennington, OK 74723


Bexar County Sheriff's Office
Dispatch Center
200 N. Comal
San Antonio, TX 78207-3505

Bid Bend Regional Medical Center
2600 Highway 118 North
Alpine, TX 79830-2002

Big Bend National Park
P. O. Box 129
Big Bend National Park, TX 79834-0129


Big Sandry Police Department
203 W. Gilmer Street
Big Sandy, TX 75755-2426

Big Spring Independent School District
708 East 11th Place
Big Spring, TX 79720-4648

Big Spring Police Department
3611 West Hwy 80
Big Spring, TX 79720-1848

Bill Journey
1700 Honey Brook Lane
Prosper, TX 75078-8915

Blackwell County Independent
School District
100 Hornet Drive
Blackwell, TX 79506

Blanco Municipal Court
P. O. Box 750
Blanco, TX 78606-0750

Blanco Police Department
437 Blanco Avenue
Blanco, TX 78606

Blue Alert Foundation
Attn: Donations
P. O. Box 805
Laurel, FL 34272-0805

Blue Mound Police Department
301 Blue Mound Road
Fort Worth, TX 76131-1030

BoTel, Inc.
One Pennsylvania Plaza 5th Floor
New York, NY 10119

Bob E. Griggs & Susan A. Griggs TTEES
Griggs Family Living Trust
7229 Londonderry
North Richland Hills, TX 76182-9126

Bomgar Corporation
578 Highland Colony Parkway, Suite 140
Ridgeland, MS 39157-8779

Bonham Independent School District
1005 Chestnut Stree
Bonham, TX 75418-3066

Bonham Police Department
301 E. 5th Street
Bonham, TX 75418-4002

Booker Police Department
P. O. Box M
Booker, TX 79005-0450

Borger Police Department
611 N. Weatherly
Borger, TX 79007-3621

Bovina Police Department
P. O. Box 720
Bovina, TX 79009-0720

Bowie Independent School District
100 W Wichita Street
Bowie, TX 76230-5416

Bowie Police Department
302 Lindsey Stret
Bowie, TX 76230-4999

Boyd Independent School District
600 Knox Avenue
Boyd, TX 76023-3216

Brackettville Police Department
119 W. Spring Street
2nd Floor
Brackettville, TX 78832

Brad Walls
11544 N. 83rd Place
Mesa, AZ 85206

Brandon Andrews
4607 Tiberglen Road, Apt 325
Dallas, TX 75287-5294

Brandon-COPsync, LLC
222 Rosewood Drive, Suite 810
Danvers, MA 01923-4502

Bremond Independant School District
601 W. Collins Street
Bremond, TX 76629-4687

Bremond Police Department
201 S. Dallas
Bremond, TX 76629

Brewer & Association Consulting
IDS Center Suite 900
80 South Eighth Street
Minneapolis, MN 55402-2100

Brewster County (Hill County Software)
107 W. Ave. E. #15
Alpine, TX 79830-4618

Brewster County Justice of the
Peace Pct 1
107 W. Ave E9
Alpine, TX 79830

Brewster County Justice of the
Peace Pct. 2
P. O. Box 496
Terlingua, TX 79852-0496

Brewster County Justice of the
Peace Pct. 3
P. O. Box 401
Marathon, TX 79842-0401

Brewster Sheriff's Office
201 West Avenue E
Alpine, TX 79830-4626

Briarcliff Police Department
302 Sleat Drive
Spicewood, TX 78669-2434

Bridgeport Independent School District
2107 5th Street
Bridgeport, TX 76426

Bridgeport Police Department
1000 Thompson Street
Bridgeport, TX 76426-2307

Broadridge Investor Communication
Solutions, Inc.
P. O. Box 416423
Boston, MA 02241-6423

Brooke B. Khan/A. Saleem Khan
10807 Gayton Road
Henrico, VA 23238-4120

Brooks County Court Justice of
the Peace Pct 1
P. O. Drawer 5516
Falfurrias, TX 78355-5516

Brooks County Court Justice of
the Peace Pct 2
P. O. Drawer 5516
Falfurrias, TX 78355-5516

Brooks County Court Justice of the
Peace Pct 3
P. O. Drawer 541
Falfurrias, TX 78355-0541

Brooks County Court Justice of the
Peace Pct 4
P. O. Drawer 5516
Falfurrias, TX 78355-5516

Brooks County Independent
School District
P. O. Box 589
Falfurrias, TX 78355-0589

Brother Mobile Solutions, Inc.
P. O. Box 200877
Pittsburgh, PA 15251-0877

Brownfield Fire Department
104 S. 3rd Street
Brownfield, TX 79316-4400

Bruceville-Eddy Police Department
City of Bruceville-Eddy
143A Wilcox Drive
Eddy, TX 76524-3955

Bullard Police Department
114 S. Philips Street
Cuney, TX 75759

Burnet County
220 S. Pierce
Burnet, TX 78611-2200

Burton Independent School District
701 N. Railroad Street
Burton, TX 77835-6128

Byron Lewis
871 Lake Carolyn  Parkway, Apt 105
Irving, TX 75039-4317

CDW.g
75 Remittance Drive, Suite 1515
Chicago, IL 60675-1515

CJIS Group, LLC
124Marriott Drive, Suite 201
Tallahassee, FL 32301-2981

Cactus Municipal Court
P. O. Box 365
Cactus, TX 79013-0365

Cactus Police Department
200 US Hwy 287 N.
Cactus, TX 79013

Caitlin Raymond
256 Deer Cross Lane
San Antonio, TX 78260-7002

Calapasas West PartnersLP
c/o Maxim Group LLC
405 Lexington Avenue FL 2
New York, NY 10174-0003

Caldwell Country
P. O. Box 27
Dallas, TX 75244

Caleb J. Trotter
2600 E. Renner Road
Richardson, TX 75082-3467

Calhoun COunty Constable Pct 4
548 Clark Lane
Port Lavaca, TX 77979-5810

Calhoun County Constable Pct 2
1539 School Road
Port Lavaca, TX 77979-5616

Calhoun County Sheriff's Office
211 S. Ann
Port Lavaca, TX 77979-4203

Callahan County Sheriff's Office
101 West 4th, Suite 104
Baird, TX 79504

Calvert Independant School District
310 Hickory St.
Calvert, TX 77837

Calvert Municipal Court
620 South Main Street
Calvert, TX 77837

Calvert Police Department
P. O. Box 505
Calvert, TX 77837-0505

Calvin Chaney f/ Carroll Chaney/Utten
1320 Timberwood Trail
New Braunfels, TX 78132-4130

Cameron County Sheriff's Office
7300 Old Alice Road
Olmito, TX 78575-5132

Cameron Police Department
308 S. Houston Avenue
Olmito, TX 78575

Canadian Independent School District
800 Hillside
Canadian, TX 79014-3233

Canton Municipal Court
555 W. Hwy 243
Canton, TX 75103

Cap Fleet Upfitters
4715 S. General Bruce Drive
Temple, TX 76502-1420

Cardinal Tracking, Inc.
1825 Lakeway Drive, Suite 100
Lewisville, TX 75057-6046

Carl Vaughn Ward
2017 N. State Hwy 55
Camp Wood, TX 78833-1126

Carol F. Alosa
286 S. Street
Concord, NH 03301-2664

Carson County Sheriff's Office
P. O. Box 972
Panhandle, TX 79068-0972

Castroville Police Department
411 London Street
Castroville, TX 78009-4505

Cathedral School of St. Jude
600-58th Street North
Saint Petersburg, FL 33710-7121

Cathy C. Talcott
Tax Assessor Collector, PCC
Comal County Tax Office
P. O. Box 659480
San Antonio, TX 78265-9480

Cede & Co.
570 Washington Blvd.
Jersey City, NJ 07310-1617

Celina Independent School District
Police Department
205 S. Colorado
Celina, TX 75009-6441

Center Municipal Court
Attn: Accounts Payable Department
P. O. Box 1744
Center, TX 75935-1744

Central Community School System
10510 Joor Road, Suite 300
Baton Rouge, LA 70818-3925

Chad A. Whitney
5751 Green Hill Road, Apt 616
San Angelo, TX 76901-1592

Chadwick Cedillo
1050 York Creek Road
New Braunfels, TX 78130-7147

Channing Independent School District
916 Greenwood
Channing, TX 79018

Chaparral Energy
701 Cedar Lake Blvd.
Oklahoma City, OK 73114-7806

Charles Stephen Markwith
4590 Marshall Run Circle Apt 102
Glen Allen, VA 23059-5891

Charlotte Independent School District
102 E. Hindes Ave.
Charlotte, TX 78011

Cherokee Constables Sheriff's Office
272 Underwood St.
Rusk, TX 75785-1705

Chico Independent School District
1120 Park Road
Chico, TX 76431-1961

Chico Police Department
400 S. Hovey Street
Chico, TX 76431-2449

Child Safety Network, LLC
10601 Tierra Santa Blvd., G404
San Diego, CA 92124-2616

Childress County Sheriff's Office
1005 Avenue F. NE
Childress, TX 79201-4031

Childress Police Department
315 Commerce Street
Childress, TX 79201-4525

Chillicothe Police Department
P. O. Box 546
Chillicothe, TX 79225-0546

Chip Loper TTEE
Esther Blind Trust
9300 Wade BLvd., Suite 100
Frisco, TX 75035-2175

Chris J. Moehle
1802 Kingsbridge
San Antonio, TX 78253-5998

Christ Waterman & Kim Potter JTTEN
3615 Vermont Route 153
West Pawlet, VT 05775-9729

Christensen O'Connor Johnson
Kindness PLLC
1201 3rd Avenue, Suite 3600
Seattle, WA 98101-3268

Christine Fletcher
3029 Blue Jay Lane
Midlothian, TX 76065-8705

Christna R. Powell
6391 Gordon Street
Frisco, TX 75034-4941

Christopher Alvarez
520 Ogden Lane
New Braunfels, TX 78130-2913

Christopher Eaton
7378 Base Line Road
Kingston, IL 60145-8316

Christopher K Chaney
6100 E. Rancier Avenue
Lot 347
Killeen, TX 76543-8604

Christopher Wiand
9040 Briarwood Drive
Seminole, FL 33772-2809

Christoval Independent School District
20065 3rd Street
Christoval, TX 76935

Chrysler Capital
P. O. Box 660335
Dallas, TX 75266-0335

Cisco College Police Department
101 College Heights
Cisco, TX 76437-1900

Cisco Independent School District
1503 Leggett Street
Cisco, TX 76437-2801

Cisco Municipal Court
500 Conrad Hilton Blvd
Cisco, TX 76437-3136

Cisco Police Department
504 Conrad Hilton
Cisco, TX 76437-3136

City of Alba Police Department
P. O. Box 197
Alba, TX 75410-0197

City of Albany Police Department
P. O. Box 3248
Albany, TX 76430-8059

City of Alpine Police Department
Attn: Chief Scown
309 West Sul Ross Avenue
Alpine, TX 79830-4513

City of Arp Police Department
109 W. Longview
Arp, TX 75750-5604

City of Baird
328 Market Street
Baird, TX 79504-6498

City of Baird City Marshall
415 Chestnut Street
Baird, TX 79504

City of Ballinger
P. O. Box 497
Ballinger, TX 76821-0497

City of Bangs Police Department
109 South 1st Street
Bangs, TX 76823-3144

City of Bartlett Police Department
P. O. Box 670
Bartlett, TX 76511-0670

City of Bertram Police Department
163 W. Vaughan Street
Bertram, TX 78605-4507

City of Big Lake
203 N. Plaza
Big Lake, TX 76932-5213

City of Bishop Police Department
119 E. 4th Street
Bishop, TX 78343-2203

City of Booker
P. O. Box M
Booker, TX 79005-0450

City of Boyd Police Department
Attn:  W. Taylor
500 West Knox Street
Boyd, TX 76023-3214

City of Brady Police Department
209 S. Elm
Brady, TX 76825-4606

City of Brownfield Police Department
120 N. 5th Street
Brownfield, TX 79316-4304


City of Brownsboro Police Department
P. O. Box 303
Brownsboro, TX 75756-0303

City of Buckholts Police Department
P. O. Box 117
Buckholts, TX 76518-0117

City of Bullard Police Department
114 S. Phillips Street
Cuney, TX 75759


City of Bulverde Police Department
30360 Cougar Bend
Bulverde, TX 78163-4569

City of Burnet Police Department
P. O. Box 1369
Burnet, TX 78611-7369

City of Burton Police Department
P. O. Box 255
Burton, TX 77835-0255


City of Caddo Mills Police Department
P. O. Box 490
Caddo Mills, TX 75135-0490

City of Canton Police Department
24980 State Hwy 64
Canton, TX 75103-6197

City of Celeste Police Department
P. O. Box 399
Celeste, TX 75423-0399


City of Chandler Police Department
P. O. Box 425
Chandler, TX 75758-0425

City of Colorado City Police Department
P. O. Box 912
Colorado City, TX 79512-0912

City of Cross Plains Police Department
P. O. Box 129
Cross Plains, TX 76443-0129


City of Crowell Police Department
101 E. California Street
Crowell, TX 79227

City of Dalhart
P. O. Box 2005
Dalhart, TX 79022-6005

City of Dalhart Police Department
P. O. Box 2005
Dalhart, TX 79022-6005


City of De Leon Police Department
125 S. Texas
De Leon, TX 76444-1862

City of Driscoll Police Department
P. O. Box 178
Driscoll, TX 78351-0178

City of Early Police Department
P. O. Box 3100
Brownwood, TX 76803-3100


City of East Tawakoni Police Department
288 Briggs Blvd.
Point, TX 75472-7140

City of Eastland Police Department
P. O. Box 749
Eastland, TX 76448-0749

City of Eden Police Department
P. O. Box 1422
Eden, TX 76837-1422


City of Emory Police Department
P. O. Box 100
Emory, TX 75440-0100

City of Estelline Police Department
P. O. Box 8
Estelline, TX 79233-0008

City of Eustace Police Department
P. O. Box 579
Eustace, TX 75124-0579


City of Flatonia Police Department
105 South Market Street
Flatonia, TX 78941

City of Garden Ridge
9400 Municipal Pkwy
San Antonio, TX 78266-2366

City of George West Police Department
404 Nueces
George West, TX 78022-3789

City of Gladewater Police Department
Tim Barnett
519 East Broadway
Gladewater, TX 75647-2411

City of Grand Saline Police Department
132 E. Frank
Grand Saline, TX 75140-1824

City of Grandview Police Department
P. O. Box 506
Grandview, TX 76050-0506

City of Granite Shoals Police Department
2221 N. Phillips Ranch Rd.
Marble Falls, TX 78654-2019

City of Gregory Police Department
206 W. 4th St
Gregory, TX 78359

City of Hallettsville  Police Department
104 East Fourth Street
Hallettsville, TX 77964-2818

City of Hamlin Police Department
351 S. Central
Petersburg, TX 79250

City of Haskell Police Department
301 S. First Street
Haskell, TX 79521-5918

City of Hawley Police Department
P. O. Box 649
Hawley, TX 79525-0649

City of Hempstead Police Department
1015 11th Street
Hempstead, TX 77445-5227

City of Hudson Police Department
210 Mt Carmel
Lufkin, TX 75904

City of Ingram Police Department
226 Highway 39
Ingram, TX 78025-3264

City of Jamaica Beach Police Department
Attn: Howard Foreman
5264 Jamaica Beach
Galveston, TX 77554-8674

City of Jarrell Police Department
120 N. 5th Street
Hamilton, TX 76531

City of Junction Police Department
730 Main Street
Junction, TX 76849-4608

City of Kenedy Police Department
303 W. Main
Kenedy, TX 78119-2721

City of Kigore Police Department
909 N. Kilgore Street
Kilgore, TX 75662-5837

City of Kingsville Police Department
1700 E. King
Kingsville, TX 78363-5928

City of Kingsville Specialized Crime &
Narcotics Task Force
P. O. Box 213
Kingsville, TX 78364-0213

City of Kirby Police Department
4130 Ackerman Road
San Antonio, TX 78219-1198

City of Kirbyville Police Department
105 S. Elizabeth Avenue
Kirbyville, TX 75956-2101

City of Kyle Police Department
300 W. Center Street
Kyle, TX 78640-9452

City of Lampasas Fire Deparement
312 East Third Street
Lampasas, TX 76550-2820

City of Lampasas Police Deparement
312 East Third Street
Lampasas, TX 76550-2820

City of Lindale Police Department
P. O. Box 130
Lindale, TX 75771-0130

City of Lometa Police Department
P. O. Box 280
Myra, TX 76253-0280

City of Lone Oak Municipal Court
P. O. Box 127
Lone Oak, TX 75453-0127

(c)CITY OF LORENA
107 S FRONTAGE RD STE A
LORENA TX 76655-9609

City of Lorenzo Police Department
P. O. Box 430
Lorenzo, TX 79343-0430

City of Lott Police Department
117 E. Gassaway
Lott, TX 76656

City of Lytle Police Department
P. O. Box 743
Lytle, TX 78052-0743

City of Martindale Police Department
Nancy Hempel, City Secretary
P. O. Box 365
Martindale, TX 78655-0365

City of Memphis Police Department
721 W. Robertson Street
Memphis, TX 79245-3345


City of Meridian Police Department
P. O. Box 306
Meridian, TX 76665-0306

City of Merkel Police Department
100 Kent Street
Delmita, TX 78536

City of Miles Police Department
P. O. Box 398
Miles, TX 76861-0398


City of Mineloa Police Department
300 Greenville Avenue
Mineola, TX 75773-1032

City of Munday Police Department
121 E. Main Street
Munday, TX 76371

City of Natalia Police Department
300 3rd Street
Natalia, TX 78059


City of Oak Ridge Police Department
129 Oak Ridge Dr.
Gainesville, TX 76240-1530

City of Olney Police Department
P. O. Box 546
Olney, TX 76374-0546

City of Omaha Police Department
P. O. Box 937
Omaha, TX 75571-0937


City of Onalaska Police Department
P. O. Box 880
Onalaska, TX 77360-0880

City of Paducah Police Department
804 10th Street
Paducah, TX 79248

City of Palmer Police Department
P. O. Box 489
Palmer, TX 75152-0489


City of Palmview Police Department
400 W. Veterans Blvd.
Mission, TX 78572-8327

City of Pearsall Police Department
911 Veternas Drive
Pearsall, TX 78061-6631

City of Pharr
1900 S. Cage
Pharr, TX 78577-6751


City of Pleasanton Police Department
108 Second St
Pleasanton, TX 78064

City of Point Police Department
365 Locust Street
Point, TX 75472-5523

City of Poth Police Department
200 N. Carroll Street
Poth, TX 78147-2001


City of Pottsboro Police Department
P. O. Box 1089
Pottsboro, TX 75076-1089

City of Quitman Police Department
P. O. Box 1855
Quitman, TX 75783-2855

City of Ralls Police Department
800 Avenue I
Ralls, TX 79357-3500


City of Reno Police Department
195 West Reno Rd
Azle, TX 76020-6001

City of Rio Vista Police Department
201 Hwy 174
P. O. Box 129
Rio Vista, TX 76093-0129

City of Rising Star Police Department
P. O. Box 35
Rising Star, TX 76471-0035


City of Robinson Police Department
111 West Lyndale
Waco, TX 76706-5619

City of Ropesville Police Department
P. O. Box 96
Ropesville, TX 79358-0096

City of Roscoe Police Department
P. O. Box 340
Roscoe, TX 79545-0340

City of Rose City Marshal's Office
370 S. Rose City Dr.
Vidor, TX 77662-9466

City of Rosebud Police Department
P. O. Box 657
Rosebud, TX 76570-0657

City of Runaway Bay Police Dept.
580 US Highway 380
Bridgeport, TX 76426


City of Saint Jo Police Department
P. O. Box 186
Saint Jo, TX 76265-0186

City of Sarita
P. O. Box 1358
Kingsville, TX 78364-1358

City of Seagraves Police Department
246 Main Street
Seagraves, TX 79359


City of Selma Police Department
9375 Corporate Drive
Schertz, TX 78154-1250

City of Seymour Police Department
P. O. Box 31
Seymour, TX 76380-0031

City of Shamrock Police Department
122 West 2nd Street
Shamrock, TX 79079-2208


City of Shiner Police Department
P. O. Box 308
Shiner, TX 77984-0308

City of Silsbee Police Department
1104 North 5th Streeet
Silsbee, TX 77656-3847

City of Slaton Police Department
175 N. 8th Street
Friona, TX 79035


City of Somervell Police Department
P. O. Box 159
Somerville, TX 77879-0159

City of Sonora
201 E. Main Street
Sonora, TX 76950-3798

City of Sonora Police Department
201 E. Main Street
Sonora, TX 76950-2609


City of Spur Police Department
402 N. Burlington
Spur, TX 79370-2420

City of Stamford Police Department
115 North Swenson
Stamford, TX 79553-4115

City of Stratford Police Department
PO Box 188
Stratford, TX 79084-0188


City of Sunray Police Department
415 Main Street
Sunray, TX 79086-2501

City of Sweetwater Police Dept
P. O. Box 450
Sweetwater, TX 79556-0450

City of Texhoma Police Department
P. O. Box 309
Texhoma, OK 73949-0309


City of Texline City Marshal
517 S. 2nd Street
Texline, TX 79087-3129

City of Tolar Police Department
P. O. Box 100
Tolar, TX 76476-0100

City of Trinidad Police Department
P. O. Box 43
Trinidad, TX 75163-0043


City of Troup Police Department
P. O. Box 637
Troup, TX 75789-0637

City of Van  Police Department
189 South Maple Street
Van, TX 75790

City of Vidor Police Department
695 East Railroad
Vidor, TX 77662-5805


City of Vinton Police Department
436 Vinton Road
Anthony, TX 79821-8802

City of Waller Police Department
P. O. Box 239
Waller, TX 77484-0239

City of Weimar Police Department
1754 IH-10
Weimar, TX 78962

City of Wells Police Department
P. O. Box 20
Wells, TX 75976-9000

City of West Tawakoni Police Dept
1533 East SH 276
Quinlan, TX 75474

City of White Oak Police Department
103 East Old Highway 80
White Oak, TX 75693-2117

City of Whitehouse Police Department
P. O. Box 776
Whitehouse, TX 75791-0776

City of Wills Point Police Department
P. O. Box 505
Wills Point, TX 75169-0505

City of Wimberly City Marshal
221 Stillwater
P. O. Box 2027
Wimberley, TX 78676-6927

City of Windcrest Municpal Court
8601 Midcrown
San Antonio, TX 78239-2516

City of Windcrest Police Department
8601 Midcrown
San Antonio, TX 78239-2516

City of Wolfe City Police Department
P. O. Box 106
Wolfe City, TX 75496-0106

City of Yoakum Police Department
P. O. Box 738
Yoakum, TX 77995-0738

Clarendon Independent School District
416 S. Allen
Clarendon, TX 79226

Clifton Police Deaprtment
402 W. 3rd Street
Clifton, TX 76634-1605

Clinton and/or Lesly Jacobs
122 Sky Country Drive
New Braunfels, TX 78132-4140

Clyde Police Department
206 Oak Street
Clyde, TX 79510

Coahoma Independent School District
P. O. Box 110
Coahoma, TX 79511-0110

Cochran County Sheriff's Office
100 North Main
Morton, TX 79346-2500

Colbert Police Department
705 Moore Avenue
Colbert, OK 74733

Coleman County Sheriff's Office
100 W. Liveoak Street, #101
Coleman, TX 76834-3563

Collinsville Police Department
101 North Main
Collinsville, TX 76233

Colorado City Municipal Court
P. O. Box 912
Colorado City, TX 79512-0912

Colorado County Justice of the
Peace Pct 2
105 East Main Street
Weimar, TX 78962-2008

Comanche Constable Sheriffs Office
300 Industrial Blvd.
Comanche, TX 76442-1700

Comanche Independent School District
405 N. Lane Street
Comanche, TX 76442-2328

Comm Sys
3055 Kettering Blvd., Suite 415
Dayton, OH 45439-1900

Como-Pickton County Independent
School District
13017 TX Hwy 11 E.
Como, TX 75431-3716

Como-Pickton County Independent
School District Police Department
13017  TX Hwy 11E
Como, TX 75431-3716

Compensia, Inc.
125 S. Market Street, Suite 1000
San Jose, CA 95113-2234

Comstock Independent School District
101 Sanderson St.
Comstock, TX 78837

Concho County Hospital
614 Eaker St
Eden, TX 76837

Concho Valley Council of Governments
2801 W. Loop 306, Suite A
San Angelo, TX 76904-7598

Consulting For Strategic Growth 1, Ltd
880 Third Avenue 6th Floor
New York, NY 10022-4730

Cooke County Constable Pct 1
P. O. Box 526
Valley View, TX 76272-0526

County of Archer Constable Pct 1
138 Stange Drive
Holliday, TX 76366-4404

County of Archer Constable Pct 4
P. O. Box 458
Windthorst, TX 76389

County of Armstrong Sheriff's Office
P. O. Box 531
Claude, TX 79019-0531

County of Astascosa Constable Pct 1
2136 2nd Street
Pleasanton, TX 78064-1934

County of Astascosa Constable Pct 2
167 FM 3175
Lytle, TX 78052

County of Astascosa Constable Pct 4
Constable William Meadows
744 Hwy 281 South
Pleasanton, TX 78064

County of Atascosa Constable Pct 3
810 Main Street
Atascosa, TX 78002-6000

County of Atascosa Sheriff's Office
1108 Campbell Ave.
Jourdanton, TX 78026-3508

County of Baylor Sheriff's County
Baylor County Annex
Attn: Kevin Hostas
119 East McLain
Seymour, TX 76380-2534

County of Bee Sheriff's Office
1511 E. Toledo Street
Beeville, TX 78102-5308

County of Borden Sheriff's Office
P. O. Box 115
Borger, TX 79008

County of Brewster Sheriff's Office
201 West Ave E.
Alpine, TX 79830-4626

County of Briscoe Sheriff's Office
P. O. Box 70
Silverton, TX 79257-0070

County of Brooks Sheriff's Office
Attn: Tinker Villarreal
801 County Road 201
Falfurrias, TX 78355-5921

County of Burnet Constable Pct 1
1701 E. Polk, Suite 30
Burnet, TX 78611-2739

County of Burnet Constable Pct 2
1701 East Polk Street, Suite 7
Burnet, TX 78611-2739

County of Burnet Constable Pct 3
810 Steve Hawkins Parkway #2
Marble Falls, TX 78654-6358

County of Burnet Constable Pct 4
810 Steve Hawkins Parkway
Marble Falls, TX 78654-6357

County of Burnet Sheriffs Office
P. O. Box 1249
Burnet, TX 78611-7249

County of Cherokee Constable Pct 3
Cherokee County Auditor
Attn: L.H. Crockett
201 E. 6th Street
Rusk, TX 75785-1169

County of Coke Sheriff's Office
13 East 7th Street
Robert Lee, TX 76945-5077

County of Collingsworth Sheriff's Offic
806 Belton
Wellington, TX 79095-2730

County of Concho Sheriffs Office
P. O. Box 121
Paint Rock, TX 76866-0121

County of Cottle Sheriff's Office
P. O. Box 887
Paducah, TX 79248-0887

County of Crane Sheriff's Office
P. O. Box 1175
Crane, TX 79731-1175

County of Crockett Sheriff's Office
P. O. Box 1931
Ozona, TX 76943-1931

County of Crosby Sheriff's Office
201 West Aspen Street
Crosbyton, TX 79322-2500

County of Culberson Sheriff's Office
P. O. Box 159
Van Horn, TX 79855-0159

County of Dallam Sheriff's Office
501 Denver Ave.
Dalhart, TX 79022-2715

County of Dimmit Sheriff's Office
c/o County Auditor-Carlos Pereda
407 West Houston
Dimmit County Courthouse
Carrizo Springs, TX 78834-3220

County of Donley Sheriff's Office
P. O. Box 910
Clarendon, TX 79226-0910

County of Erath Constable Pct 1
100 W. Washington
Stephenville, TX 76401-4255

County of Erath Constable Pct 2
100 W. Washington
Stephenville, TX 76401-4255

County of Fisher Sheriffs Office
P. O. Box 370
Roby, TX 79543-0370

County of Foard Sheriff's Office
100 E. California Street
Paducah, TX 79248

County of Glassscock Sheriff's Office
Attn: Accounts Payable
P. O. Box 239
Garden City, TX 79739-0239

County of Hall Sheriff's Office
512 Main Street #7
Memphis, TX 79245-3341

County of Hansford Sheriff's Office
10 NW Court
Spearman, TX 79081-2052

County of Hartley Sheriff's Office
P. O. Box 89
Channing, TX 79018-0089

County of Haskell Sheriff's Office
507 S. Second St.
Haskell, TX 79521-6503

County of Hemphill Sheriff's Office
400 Main Street
Canadian, TX 79014-2250

County of Hutchinson Sheriff's Office
1400 Veta Street
Borger, TX 79007-2539

County of Irion Sheriffs Office
P. O. Box 859
County Courthouse
209 North Park View
Mertzon, TX 76941-0859

County of Jeff Davis Sheriff's Office
P. O. Box 1061
Fort Davis, TX 79734-1061

County of Jim Hogg Sheriff's Office
211 E. Galbraith
Hebbronville, TX 78361-3403

County of Jones County Sheriff's Office
P. O. Box 821
Anson, TX 79501-0821

County of Karnes Constable Pct 2
400 County Road #218
Hobson, TX 78117-5590

County of Karnes Sheriff's Office
500 E. Wall St
Karnes City, TX 78118-3216

County of Kent Sheriff's Office
Attention: Margaret L. McCurry
P. O. Box 8
Jayton, TX 79528-0008

County of Kimble Sheriff's Office
415 Pecan Street
Junction, TX 76849-4144

County of Kinney Justice of the Peace
P. O. Drawer 348
Brackettville, TX 78832-0348

County of Kinney Sheriff's Office
109 North Street
Brackettville, TX 78832

County of Knox Sheriffs Office
P. O. Box 257
Knox City, TX 79529

County of La Salle Sheriff's Office
703 North Main Street
Cotulla, TX 78014-3149

County of Liberty Constable Pct 1
101 Mockingbird Land
Liberty, TX 77575-9696

County of Liberty Constable Pct 1-6
1923 Sam Houston
Liberty, TX 77575-4800

County of Liberty Constable Pct 2
P. O. Box 31
Daisetta, TX 77533-0031

County of Liberty Constable Pct 3
650 CR 2010
Liberty, TX 77575-4432

County of Liberty Constable Pct 4
1300 West Clayton
Dayton, TX 77535-2469

County of Liberty Constable Pct 5
22350 Hwy 321
Cleveland, TX 77327-9461

County of Live Oak Sheriff's Office
200 Larry R. Busby Drive
George West, TX 78022-3777

County of Llano Sheriff's Office
2001 N. State Hwy 16, Suite A
Llano, TX 78643-1086

County of Lubbock Sheriff's Office
P. O. Box 10536
Lubbock, TX 79408-3536

County of Mason Sheriff's Office
P. O. Box 391
Mason, TX 76856-0391

County of McCulloch Sheriff's Office
300 West Main Street
Brady, TX 76825-4411

County of McMullen Sheriff's Office
P. O. Box 242
Tilden, TX 78072-0242

County of Menard Sheriff's Office
P. O. Box 307
Menard, TX 76859-0307

County of Milam Sheriffs Office
103 W. Main
Cameron, TX 76520-3939

County of Mitchell Sheriff's Office
333 Pine
Colorado City, TX 79512-6019

County of Moore Sheriffs Office
700 South Bliss
Dumas, TX 79029-4448

County of Motley Sheriffs Office
701 Dundee Street
P. O. Box 727
Matador, TX 79244-0727

County of Nolan Constables Office
100 E. 3rd Street, Suite 109
Sweetwater, TX 79556-4546

County of Nolan Sheriffs Office
100 East Third Street, Suite 110
Sweetwater, TX 79556-4546

County of Ochiltree Constable's Office
511 S. Main Street
Perryton, TX 79070-3127

County of Ochiltree Sheriff's Office
21 SE 6th Street
Perryton, TX 79070-3121

County of Oldham Sheriff's Office
P. O. Box 452
Vega, TX 79092-0452

County of Orange Constable Pct. 2
3500 Edgar Brown Dr
Orange, TX 77630-5300

County of Orange Constable Pct. 4
190 Camp St.
Vidor, TX 77662-4958

County of Parker Constable Pct 2
207 Fort Worth Highway
Weatherford, TX 76086-4442

County of Pecos Sheriff's Office
P. O. Box 1647
Fort Stockton, TX 79735-1647

County of Rains Sheriff's Office
P. O. Box 398
Emory, TX 75440-0398

County of Reagan Sheriff's Office
P.O. Box 100
Big Lake, TX 76932-0100

County of Reeves Sheriff's Office
P. O. Box 910
Pecos, TX 79772-0910

County of Refugio Sheriff's Office
P. O. Box 1022
Refugio, TX 78377-1022

County of Robertson Constable
3321 N. FM 46
Franklin, TX 77856-4911

County of Robertson Constable Pct 3 DARE
P. O. Boox 579
Franklin, TX 77856-0579

County of Runnels Sheriff's Office
612 Strong
Ballinger, TX 76821-5719

County of Schleicher Justice of the
Peace Pct 1
P. O. Box 536
Eldorado, TX 76936-0536

County of Schleicher Sheriff's Office
Linda Chancellor
Deputy Treasurer
P. O. Box 741
Eldorado, TX 76936-0741

County of Shackelford Constables Office
P. O. Box 2620
Albany, TX 76430-8029

County of Shackelford Sheriff's Office
309 NS 2nd
Albany, TX 76430

County of Sherman Sheriff's Office
P. O. Box 918
Stratford, TX 79084-0918

County of Staff Sheriff's Office
100 E. 6th Street
Rio Grande City, TX 78582-3550

County of Sterling Sheriffs Office
P. O. Box 928
Sterling City, TX 76951-0928

County of Stonewall Sheriff's Office
P. O. Box 388
Aspermont, TX 79502-0388

County of Sutton Sheriffs Office
P. O. Box 1212
Sonora, TX 76950-1212

County of Throckmorton Sheriffs Office
P. O. Box 700
Throckmorton, TX 76483-0700

County of Tom Green Sheriffs Office
222 West Harris
San Angelo, TX 76903-5841

County of Upton Sheriff's Office
P. O. Box 522
Rankin, TX 79778-0522

County of Val Verde Sheriff's Office
P. O. Box 1201
Del Rio, TX 78841-1201

County of Van Zandt Constable Pct 1
P. O. Box 189
Grand Saline, TX 75140-0189

County of Van Zandt Constable Pct 2
250 E. Goves Street
Canton, TX 75103-1300

County of Van Zandt Constable Pct 4
P. O. Box 499
Ben Wheeler, TX 75754-0499

County of Van Zandt County
Sheriff's Office
1220 W. Dallas
Canton, TX 75103-1016

County of Van Zandt Fire
Marshal's Office
121 East Dallas Stret
Room 101
Canton, TX 75103-1496

County of Washington Sheriff's Office
1206 Old Independence
Brenham, TX 77833-2400

County of Webb Sheriff's Office
902 Victoria Street
Laredo, TX 78040-4456

County of Wharton Constable Pct 1
1017 N. Alabama Road
Wharton, TX 77488-4203

County of Wharton Constable Pct 2
City Patrol
704 Church Street
East Bernard, TX 77435-8713

County of Wharton Constable Pct 2
East Bernard
P. O. Box 780
East Bernard, TX 77435-0780

County of Wharton Constable Pct 3
P. O. Box 184
Louise, TX 77455-0184

County of Wharton Constable Pct 4
605 E. Caljoun
El Campo, TX 77437-4613

County of Wheeler Sheriff's Office
P. O. Box 88
Wheeler, TX 79096-0088

County of Wichita District Attorney
900 7th Street, Rm 351
Wichita Falls, TX 76301-2402

County of Young Sheriffs Office
315 North Cliff Drive
Graham, TX 76450-1831

County of Zapata Sheriff's Office
2311 Stop 23A
Zapata, TX 78076

County of Zavala Sheriff's Office
200 East Uvalde Street
Crystal City, TX 78839-3511

Courtenay L. Berry
2527 Ocean Drive
Corpus Christi, TX 78404

Craig Leath
P. O. Box 727
Calvert, TX 77837-0727

Crane County
201 W. 6th Street
Crane, TX 79731-2514

Crane Independent School District
511 W. 8th Street
Crane, TX 79731-3099

Crane Police Department
115 W 6th Street
Crane, TX 79731-2628

Crawford Police Department
P. O. Box 7
Crawford, TX 76638-0007

Crockett County Justice of
the Peace Countrywide
P. O. Box 2067
Ozona, TX 76943-2067

Cross Plains Independent School District
700 North Main Street
Cross Plains, TX 76443-2112

Crystal City Independent School District
805 E. Crockett Street
Crystal City, TX 78839-2711

Crystal City Police Department
101 East Dimmit Street
Crystal City, TX 78839-3505

Cuero Independent School District
405 Park Heights Blvd.
Cuero, TX 77954-2132

Cuero Police Department
P. O. Box 660
Cuero, TX 77954-0660

Cumby Independent School District
303 Sayle Street
Cumby, TX 75433-2338

Cumby Police Department
100 E. Main Street
Cumby, TX 75433-4519

Cynthia L. Vetter
735 San Luis
New Braunfels, TX 78132-2895

Cynthia Wells
3207 Nottingham
Pearland, TX 77581-5202

Dalhart Christian Academy
1000 E. 16th St
Dalhart, TX 79022-5140

Dalhart Independent School District
Police Department
701 E. 10th Street
Dalhart, TX 79022-3807

Dalhart Municipal Court
205 Rock Island Ave.
Dalhart, TX 79022-2637

Dallam County Justice of the Peace
414 Denver Avenue, Suite 101
Dalhart, TX 79022-2728

Dallam-Hartley Counties
Hospital District
1411 Denver Ave
Dalhart, TX 79022-4809

Dallas County Tax Assessor/Collector
P. O. Box 139066
Dallas, TX 75313-9066

Dallas Dodge Chrysler Jeep
11550 LBJ Freeway
Dallas, TX 75238-5242

Dalmore Group, LLC
525 Green Place
Woodmere, NY 11598-1908

Damon Mark Glasby
115 N. E. Street
Salida, CO 81201-2122

Dana Humes Rieger
1408 Old Oak Trail
Flower Mound, TX 75028-3853

Daniel Loughery
13 New Castle Street
Concord, NH 03301-2288

Danielle Mobbs
710 E 7th Street Apt 206
Charlotte, NC 28202-3035

Danielle Pellegrin
1722 Jackson Avenue, Unit A
New Orleans, LA 70113-1556

Danny Dean
P. O. Box 546
Sabinal, TX 78881-0546

Danny Dean FBO
Christopher Neathaniel McAnear
P. O. Box 546
Sabinal, TX 78881-0546

Danny Dufur II
132 S. Water Lane
New Braunfels, TX 78130-6971

Danny Kleen
855 Jerry's Lane
Buda, TX 78610-9332

David Lapham
29 Lone Oak Trail
Austin, TX 78745-2609

David Palmer
44157A Old Whitney Road
New London, NC 28127-9639

David Sanchez
15590 Spectrum Drive, Suite 3820
Addison, TX 75001-6304

Davida Isom
9351 Cinchona Train
Garden Ridge, TX 78266-2324

DeWitt County Attorney's Office
307 N. Gonzales St
Cuero, TX 77954-2948

DeWitt County Constables Pct 1
307 N. Gonzales St
Cuero, TX 77954-2948

Deaf Smith County Sheriff's Office
Courthouse
235 E. 3rd Street
Hereford, TX 79045-5520

Decatur Police Department
1 Gary K. Anderson Plaza
Decatur, IL 62523-1005

Defender Supply - Customer
14535 Industrial Park
Aubrey, TX 76227-6200

Del City
Power House Products, LLC d/b/a Del City
23287 Network Place
Chicago, IL 60673-1232

Delaware Division of Corporations
401 Federal Street, Suite 4
Dover, DE 19901-3639

Delaware Intercorp, Inc.
113 Barksdale Professional Center
Newark, DE 19711-3258

Dell Computer
c/o Dell USA, LP
P. O. Box 676021
Dallas, TX 75267-6021

Denise Alosa
34 Fieldstone Drive
South Burlington, VT 05403-7565

Dental Select
P. O. Box 301680
Dallas, TX 75303-1680

Department of State
Miscellaneous Records Bureau
41 State Street
Albany, NY 12231-0001

Devon Energy
POB 3198
Oklahoma City, OK 73101-3198

Devronix Solutions
5368 State Highway Suite 276
Royse City, TX 75189

Dickens County Justice of the
Peace Pct 1
P. O. Box 70
Dickens, TX 79229-0070

Dickens County Sheriff's Office
P. O. Box 59
Dickens, TX 79229-0059

Dilley Police Department
P. O. Box 230
Dilley, TX 78017-0230

Diran Yegparian
25010 Flying Arrow
San Antonio, TX 78258-2741

Dominic James Merino
6904 Westchester Drive Apt 2
Dallas, TX 75205-5107

Dominion Capital LLC
341 W. 38th Street, Suite 800
New York, NY 10018-9686

Donald Threadgill & Bobbie Threadgill
JTTEN
540 Harless Lane
Hearne, TX 77859-3467

Donald Wesley Harris
1671 Bid Bend Drive
Lewisville, TX 75077

Donohoe Advisory Associated, LLC
9901 Belward Campus Drive, Suite 175
Rockville, MD 20850-4085

Douglas County Sheriff's Office
P. O. Box 438
Tuscola, IL 61953-0438

Dow Chemical Company-Seadrift Operation
7501 North State Highway 185
Seadrift, TX 77983

Drayton Florence
Morgan Stanely
Attn: Ramy Assaf
31 West 52nd St. 23rd Fl
New York, NY 10019-6128

Drew Broxson
1407 Ridgemoor Lane
Richardson, TX 75082-3003

Dublin Police Department
213 East Blackjack
Dublin, TX 76446-2303

Duke & Weinstein LLC
c/o The Brewer Group
Attn: Jesse Meehan
6200 Excelsior BLvd., Suite 104
Minneapolis, MN 55416-2734

Dumas Independent School District
421 W. 4th Street
Dumas, TX 79029-3604

Dumas Independent School District
Police Department
421 W. 4th Street
Dumas, TX 79029-3604

Dumas Police Department
124 East 7th Street
Dumas, TX 79029-4401

Durant Police Department
3104 Carl Albert Drive
Durant, OK 74701-1052

Dyatech, LLC
805 S. Wheatley Street, Suite 600
Ridgeland, MS 39157-5005

E. J. Henderson
c/o Morgan Stanley
Attn: Ramy Assaf
31 W. 52nd Street FL 23
New York, NY 10019-6128

Earl Evans & Laurel Evans Jtten
2595 Country Ledge Drive
New Braunfels, TX 78132-4109

Earl L. Roe
202 Hughes Cutoff
Franklin, TX 77856-5477

Earl Roe & Jane Roe JTTEN
202 Hughes Cutoff
Franklin, TX 77856-5477

East Baton Rouge Parish Sheriff's Offic
3773 Harding Blvd.
Baton Rouge, LA 70807-5222

East Bayview Holdings LLC
c/o Maxim Group LLC
405 Lexington Avenue FL 2
New York, NY 10174-0003

East Moutain Police Department
103 Municipal Drive
Gilmer, TX 75645-4001

Eastland County Dispatch
100 West Main, Suite 204
Eastland, TX 76448-2700

Eastland Independent School District
900 W. Plummer St
Eastland, TX 76448-2500

Eastland Municipal Court
113 East Commerce Street
Eastland, TX 76448-2810

Ector County Attorney-Environmental
1010 East 8th Street
Odessa, TX 79761-4634

Ector County Hospital District
Police Department
500 W. 4th Street
Odessa, TX 79761-5001

Ector County Sheriff's Office
2500 U.S. 385
Odessa, TX 79766-8000

Ector Police Department
P. O. Box 188
Ector, TX 75439-0188

Eddie Lopez
180 Skyview Avenue
New Braunfels, TX 78130-3235

Eden County Independent School District
113 West Bryan Street
Eden, TX 76837

Edge Hosting, LLC
120 E. Baltimore Street, Suite 1900
Baltimore, MD 21202-1616

Edgewood Police Department
P. O. Box 377
Edgewood, TX 75117-0377

Edward D. Jones & Co Custodian FBO
William J. Mehrer IRA
201 Progress Parkway
Maryland Heights, MO 63043-3003

Edward L. Hennessey Jr.
P. O. Box 313
Machias, ME 04654-0313

Edwards County Sheriff's Office
P. O. Box 156
Rocksprings, TX 78880-0156

Ellis County Constable Pct 2
701 S IH 25E
Waxahachie, TX 75165

Ellis County Constable Pct 3
101 W. Main Street
Waxahachie, TX 75165-0405

Ellis County Fire Marshal
109 S. Jackson Suite 145
Waxahachie, TX 75165-3745

Elsie Key
2555 Boehnemann Road
Burton, TX 77835-5055

Emilio W. Light
113 Lake Village Road
Seguin, TX 78155-9467

Equisolve
2455 E. Sunrise Blvd., Suite 1201
Fort Lauderdale, FL 33304-3115

Equity Tr DBA Sterling FBO
Herbert Serverin III
P. O. Box 2526
Tyler, TX 75702

Equity Trust Company DBA
Serling TR FBO Tim Mock
P. O. Box 2526
Tyler, TX 75702

Erik Flees
1064 Knoxbridge Road
Forney, TX 75126-3827

Estelline Police Department
117 N. Main Street
Estelline, SD 57234

Ethan Severin
3512 Ash Lane
McKinney, TX 75070-7619

Eustace Independent School District
210 FM 316 South
Eustace, TX 75124

Eustace Independent School District
Police Department
320 FM 316 South
Eustace, TX 75124-2519

Everest Corporate Advisors, Inc.
5030 Paradise Road, Suie A 106
Las Vegas, NV 89119-1226

Executive Press, Inc.
1400 Presidential Drive, Suite 110
Richardson, TX 75081-2473

Explansion Capital Group
6001 S. Sharon Avenue
Suite 6
Sioux Falls, SD 57108-5744

Falls City Independent School District
525 N. Nelson Street
Falls City, TX 78113

Falls County Constable Pct 1
125 Bridge St
Malone, TX 76660-1000

Falls County Constable Pct 3
128 W. Main
Rosebud, TX 76570

Falls County District Attorneys Office
125 Bridge Street
Marlin, TX 76661-2870

Falls County Sheriff's Office
2847 Highway 6
Marlin, TX 76661-6588

Fannin County Constable Pct 3
403 Elm Street
Honey Grove, TX 75446-2126

Fannin County Sheriff's Office
2375 Silo Road
Bonham, TX 75418-5811

Farwell Police Department
P. O. Box 338
Farwell, TX 79325-0338

Fastnet Advisors LLC
4 W. Main Street
Bay Shore, NY 11706-8308

Fed-Ex
P. O. Box 660481
Dallas, TX 75266-0481

Federal Filings, LLC
807 Brazos Street, Suite 403
Austin, TX 78701-2774

Feels Like Home Childcare
2027 Main Street
Waller, TX 77484

Fidelity Investment Custodian FBO
Deborah L. Sterling IRA
499 Washington Blvd.
Mail Zone NJ5a
Jersey City, NJ 07310-1995

Fidelity Investment Custodian FBO
Jennifer J. Spencer IRA
499 Washington Blvd.
Mail Zone NJ5A
Jersey City, NJ 07310-1995

Financial Industry Regulatory Authority
Office of Fraud Detection & Market
Intelligence; Attn: Alicia Viguri
15200 Omega Drive, Suite 210
Rockville, MD 20850-3265

Finsuisse S A
Via Greina 2
Lugano, 6901
Switzerland

First Insurance
P. O. Box 7000
Carol Stream, IL 60197-7000

Fish & Richardson P.C.
P. O. Box 3295
Boston, MA 02241-3295

Flatonia Independent School District
400 E. 4th Street
Flatonia, TX 78941-2638

Flatonia Municipal Court
125 South Main Street
Flatonia, TX 78941

Floresville Electric Light &
Power System
1400 4th Street
Floresville, TX 78114-2372

Floresville Independent School District
Police Department
1200 5th Street
Floresville, TX 78114-2009

Floresville Municipal Court
1120 D. Street
Floresville, TX 78114-2232

Floresville Police Department
920 C Street
Floresville, TX 78114-2222

Florida Department of Revenue
5050 W. Tennessee Street Bldg L
Tallahassee, FL 32399-0180

Ford & Harison LLP
P. O. Box 890836
Charlotte, NC 28289-0836

Ford Motor Credit
Box 220564
Pittsburgh, PA 15257-2564

Forsan Independent School District
411 West 6th Street
Forsan, TX 79733

Fort Bend County Sheriff's Office
1410 Ransom Road
Richmond, TX 77469

Fort Davis Independent
School District
400 Webster Avenue
Fort Davis, TX 79734-5020

Fort Elliott County Independent
School District
501 Wilson Avenue
Briscoe, TX 79011

Fort Stockton Independent
School District
101 West Divison
Fort Stockton, TX 79735-7107

Fort Stockton Police Department
123 North Main Street
Fort Stockton, TX 79735-6818

Frank J. Rubalcava
410 Mariposa Loop
New Braunfels, TX 78132-3354

Frank Phillips College
1301 Roosevelt Street
Borger, TX 79007-4427

Franklin County
P. O. Box 989
Mount Vernon, TX 75457-0989

Franklin County Constable Pct 1
208 Texas Hwy 37 South
Mount Vernon, TX 75457-3107

Franklin County Sheriff's Office
P. O. Box 989
Mount Vernon, TX 75457-0989

Franklin Independent School District
1216 W. FM 1644
Franklin, TX 77856-3513

Franklin Police Department
P. O. Box 428
Franklin, TX 77856-0428

Fred Robbins
c/o Morgan Stanley
Attn: Ramy Assaf
31 W. 52nd Street. FL 23
New York, NY 10019-6128

Fredericksburg Police Department
1601 Main Street
Fredericksburg, TX 78624-5405

Friedman, LLC
301 Lippincott Drive, 4th Floor
Marlton, NJ 08053-4197

Frio County Constable Pct 1
502 South Cedar Street
Pearsall, TX 78061-3550

Frio County Constable Pct 2
502 South Cedar Street
Pearsall, TX 78061-3550

Frio County Constable Pct 3
P. O. Box 33
Pearsall, TX 78061-0033

Frio County Constable Pct 4
P. O. Box 1993
Dilley, TX 78017-1993

Frio County Sheriff's Office
502 S. Cedar Street
Pearsall, TX 78061-3598

Friona Police Department
102 East 8th Street
Friona, TX 79035-2002

Fritch Municipal Court
P. O. Box 758
Fritch, TX 79036-0758

Fritch Police Department
P. O. Box 758
Fritch, TX 79036-0758

Full Value Partners LP
c/o Maxim Group LLC
405 Lexington Avenue FL 2
New York, NY 10174-0003

Full Value Special Situations Fund LP
c/o Maxim Group LLC
405 Lexington Avenue FL 2
New York, NY 10174-0003

Gaines County Sheriff's Office
301 E. Ave A
Seminole, TX 79360-3622

Gainesville Independent School District
800 S. Morris Street
Gainesville, TX 76240-5412

Gainesville Independent School District
Police Department
1201 South Lindsay
Gainesville, TX 76240-5661

Gainsville Police Deaprtment
201 Santa Fe Street
Gainesville, TX 76240-2255

Galveston County Sheriff's Office
601-54th Street, Suite 2100
Galveston, TX 77551-4248

Gamber-Johnson, LLC
P. O. Box 8750
Carol Stream, IL 60197-8750

Garden Ridge Police Department
9400 Municipal
San Antonio, TX 78266-2366

Gardere Wynne Swell, LLP
P. O. Box 660256
Dallas, TX 75266-0256

Garrett Municipal Court
208 N. Ferris Street
Ennis, TX 75119-8338

Garrett Police Department
208 N. Ferris Street
Ennis, TX 75119-8338

Garrison Municipal Court
129 Greenwood Street
Garrison, TX 75946

Garrison Police Department
330 S B Avenue
Garrison, TX 75946-2239

Gary Buckmaster
7102 Monticello Pkwy
Colleyville, TX 76034-6852

Gary D. Gatliff & Janice Gaatliff JTTEN
3925 Maid Marion
Nacogdoches, TX 75965-2385

Gary Turner & Melinda Turner JTTEN
102 E. Decherd
Franklin, TX 77856-3746

Garza County Consstable Pct 2
412 E. 15th Street
Post, TX 79356-2716

Gause Independent School District
400 College St
Gause, TX 77857-7334

Geoffrey Sey
2543 Annappolis Way, Spt 212
Brandon, FL 33511-2341

George West Independent School District
9113 Houston Street
George West, TX 78022

Georgia Department of Labor
P. O. Box 740234
Atlanta, GA 30374-0234

Giovandardi Andrea
via Patrizio Antolini 16
Ferrara, 44100
Italy

Gladewater Municipal Court
Tim Barnett
519 East Broadway
Gladewater, TX 75647-2411

Glasscock County Justice of Peace Pct 1
P. O. Box 91
Garden City, TX 79739-0091

Gleston McIntosh
P. O. Box 5891
Christiansted, VI 00823-5891

Globe Runner
16415 Addison Road, Suite 550
Addison, TX 75001-3234

Gloria Overstreet
484 Stolte Road
New Braunfels, TX 78130-7139

Go Engineer, Inc.
Accounts Receivable
1787 E. Fort Union Blvd., Suite 200
Salt Lake City, UT 84121-2886

Godley Independent School District
313 N. Pearson
Godley, TX 76044-3738

Godley Police Department
200 W. Rail Road
Godley, TX 76044

Gold-Burg Independent School District
468 Prater Road
Bowie, TX 76230-6417

Goliad County Sheriff's Office
701 East End
Goliad, TX 77963-4234

Gonzales County Constable Pct 3
414 St. Joseph St., Suite 203
Gonzales, TX 78629-4071

Gonzales County Constable Pct 4
County Treasurer
414 St. Joseph St., Suite 201
Gonzales, TX 78629-4071

Gonzales County Sheriff's Office
1713 E. Sarah Dewwitt Drive
Gonzales, TX 78629

Gonzales Independent School District
1711 N. Sarah DeWitt Drive
Gonzales, TX 78629-2606

Gonzales Independent School District
Police Department
622 St. Paul
Gonzales, TX 78629-3552

Goodwin
100 Northern Ave.
Boston, MA 02210-1982

Gorman Police Department
116 S. Kent Street
Gorman, TX 76454

Government Capital Corp
345 Miron Dr.
Southlake, TX 76092-7826

Grand Saline Municipal Court
132 E. Frank St.
Grand Saline, TX 75140-1824

Grape Creek Independent
School District
8207 US Hwy 87 North
San Angelo, TX 76901-7408

Grapeland Municipal Court
P. O. Box 52
Dallas, TX 75244

Grapeland Police Department
P. O. Box 567
Grapeland, TX 75844-0567

Grayson County Sheriff's Office
200 South Crocket
Sherman, TX 75090-7167

Greenwood Independent School District
2700 FM 1379
Midland, TX 79706-5330

Groveton Police Department
115 Front St
Groveton, TX 75845-9720

Growth Smart Consulting
1242 SW Pine Island Road, Suite 42-422
Cape Coral, FL 33991-2120

Guadalupe County Constable Pct 1
2405 East US-90
Seguin, TX 78155

Guadalupe County Constable Pct 2
307 W. Court
Seguin, TX 78155-5701

Guadalupe County Constable Pct 3
1101 Elbel Road, Suite 5
Schertz, TX 78154-2053

Guadalupe County Constable Pct 4
11144 FM 725
Seguin, TX 78155-9559

Guadalupe County Justice of the Peace #
2405 E. US-90
Seguin, TX 78155

Guadalupe County Sheriffs Office
2617 North Guadalupe
Seguin, TX 78155-7300

Guadalupe Valley Telephone
Cooperative, Inc.
36101 FM 3159
New Braunfels, TX 78132-5900

Gunter Police Department
508 West Main Street
Gunter, TX 75058-2070

Hallettsville Independent
School District
Attn: Accounts Payable
P. O. Box 368
Hallettsville, TX 77964-0368

Hallsville Police Department
P. O. Box 899
Hallsville, TX 75650-0899

Hamilton Police Department
204 E. Main Street
Hamilton, TX 76531-1920

Hamlin Municipal Court
351 South Central Avenue
Hamlin, TX 79520-4831

Hampel Family Limited Partnership
24 Hunters Hideaway
New Braunfels, TX 78132-4710

Hanfords County Sheriff's Office
10 NW Ct Street
Spearman, TX 79081-2052

Hansford County Hospital
707 South Roland Street
Spearman, TX 79081-3441

Haoran YU
150 Oak Canopy Ct
New Braunfels, TX 78132-3336

Harris County Dept of Education
6005 Westview
Houston, TX 77055-5419

Harter Secrest & Emery LLP
1600 Bausch & Lomb Place
Rochester, NY 14604-2711

Hartey Independent School District
9th and Johnson
Hartley, TX 79044

Hartley County
P. O. Box 69
Channing, TX 79018-0069

Hartley County Justice of the Peace
701 Texas Blvd.
Dalhart, TX 79022-4526

Haskell County Independent
School District
P. O. Box 937
Haskell, TX 79521-0937

Hearne Independent School District
900 Wheelock Street
Hearne, TX 77859-3096

Hearne Municipal Court
200 Cedar Street
Hearne, TX 77859

Hearne Police Department
City of Hearne
209 Cedar Street
Hearne, TX 77859-2599

Hedley Independent School District
301 Jones
Hedley, TX 79237

Hedwigs Hill Solutions
P. O. Box 393
Mason, TX 76856-0393

Helotes Municipal Court
12951 Bandera Road
Helotes, TX 78023-4098

Helotes Police Department
12951 Bandera Road
Helotes, TX 78023-4098

Hemphill County Hospital - EMS
1020 South Fourth Street
Canadian, TX 79014-3315

Hempstead Municipal Court
1015 11th Street
Hempstead, TX 77445-5227

Henderson County Sheriff's Office
206-A North Murchison Street
Athens, TX 75751

Henry L. Grothues
6535 Circle Oak
Bulverde, TX 78163-2335

Herb Severin
3512 Ash Lane
McKinney, TX 75070-7619

Herbert Severin
3512 Ash Lane
McKinney, TX 75070-7619

Hereford Police Department
212 N. Lee Avenue
Hereford, TX 79045-5340

Hico City Marshal's Office
120 W. First Street
Hico, TX 76457

Hidalgo County
101 E. Cano Street
Edinburg, TX 78539

Hidalgo County Constable Pct 1
1900 Joe Stephens Avenue
Weslaco, TX 78599-3702

Hidalgo County Constable Pct 2
300 W. Hall Acres
Pharr, TX 78577-5485

Hidalgo County Constable Pct 3
703 N. Breyfogle
Mission, TX 78572

Hidalgo County Constable Pct 4
2814 S. Bus Hwy 281
Edinburg, TX 78539-6243

Hidalgo County Fire Marshal's Office
1124 N M Rd
Edinburg, TX 78542-4264

Hidalgo County Sheriff's Office
711 El Cibola
Edinburg, TX 78542-0471

Highland Independent School District
6625 FM 608
Roscoe, TX 79545-4103

Hill Country Software and Support Inc.
4 Green Cedar Road
Boerne, TX 78006-7929

(c)HILL COUNTRY TELEPHONE COOPERATIVE
PO BOX 768
INGRAM TX  78025-0768

Hill County Courthouse
1 N. Waco Street
Hillsboro, TX 76645

Hinds County Sheriff's Office
407 E. Pascagoula Street
Jackson, MS 39201-4206

Hochberg Preparatory
20350 Northeast 26th Avenue
Miami, FL 33180-1136

Holiday Chevrolet
1009 Hwy 82 West
Whitesboro, TX 76273-9589

Holliday Police Department
Maria Valthrop
110 W. Olive
Holliday, TX 76366

Holly Kline
1301 Ash Street
Llano, TX 78643-2840

Hollywood  Police Department
29164 Highway 72
Hollywood, AL 35752

Honey Grove Police Department
633 6th #1
Honey Grove, TX 75446-1885

Hood County Constable Pct 1
1200 W. Pearl St
Granbury, TX 76048-1834

Hood County Constable Pct 2
1200 W. Pearl St
Granbury, TX 76048-1834

Hood County Constable Pct 3
1200 W. Pearl St
Granbury, TX 76048-1834

Hood County Constable Pct 4
1200 W. Pearl St
Granbury, TX 76048-1834

Hoover Police Department, AL
2020 Valleydale Road
Birmingham, AL 35244-2024

Hopkins County Fire Department
1266 Texas Street
Sulphur Springs, TX 75482

Hopkins County Justice of the
Peach Pct 1
128 K.  Jefferson
Sulphur Springs, TX 75482-2779

Hopkins County Justice of the
Peach Pct 2
128 K.  Jefferson
Sulphur Springs, TX 75482-2779

Hopkins County Sheriff's Office
298 Rosemont
Sulphur Springs, TX 75482-2670

Houston Baptist University Police Dept.
7502 Fondren Road
Houston, TX 77074-3298

Houston Police Department
2202 St. Tmanuel Street
Houston, TX 77003-5955

Howard A. Ackerman & C L Ackerman TTEES
Shangla Living Trust
730 Fallen Oak
New Braunfels, TX 78132-3737

Howard County Sheriff's Office
300 Main Street, Rm 105
Big Spring, TX 79720-2500

Hubbard Police Department
118 N. Magnolia
Hubbard, TX 76648-2444

Huntington Police Department
802 US-69
Huntington, TX 75949

Hutchinson County Appraisal District
920 Illinois
Borger, TX 79007-6112

Hutchinson County Fire Marshal's Office
500 Main Street
Stinnett, TX 79083

IRA Resources Inc. FBO
Daniel Heideman IRA
6825 LA Jolla Blvd.
La Jolla, CA 92037-6136

Iberville 911
58030 Meriam Street
Plaquemine, LA 70764-2714

Iberville Parish School District
58030 Plaquemine Street
Plaquemine, LA 70764-2522

Illinois Department of Employment
Security
33 S. State, 10th Floor
Chicago, IL 60603-2804

Illinois Department of Renveue
P. O. Box 19052
Springfield, IL 62794-9052

Indiana Department of Revenue
Indiana Government Center North
100 North Senate Avenue
Indianapolis, IN 46204-2253

Indiana Department of Workforce
Development
P. O. Box 847
Indianapolis, IN 46206-0847

Ingleside Municipal Court
2425 8th Street
Ingleside, TX 78362-6149

Ingram Independent School District
510 College Street
Ingram, TX 78025-3207

IntelliChoice, Inc.
1047 S. 100 W. Suite 130
Logan, UT 84321-6787

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
600 S. Maestri Street
New Orleans, LA 70130

Iowa Colony Police Department
12003 County Road 65
Rosharon, TX 77583-5719

Iraan-Sheffield Independent
School District
100 Farr Street
Iraan, TX 79744

Italy Police Department
101 West Main Street
Italy, TX 76651

Itasca Fire Department
136 N. Hill St
Itasca, TX 76055-2103

Itasca Municipal Court
126 N. Hill
Itasca, TX 76055-2103

Itasca Police Department
126 N. Hill
Itasca, TX 76055-2103

Jack Brewer Foundation
80 S. Eighth Street, Suite 900
Minneapolis, MN 55402-8773

Jama Brown
3811 W, Dunbar Lane
Uvalde, TX 78801

James A. Acker & Elizabeth Acker TTEES
James A. Acker & Elizabeth Acker
Revocable Trust
1304 Cumberland Avenue
Corsicana, TX 75110-2678

Jamie P. Martin & Kristen Capozzi-Martin
JTTEN
9017 Stonebriar Drive
Clarence Center, NY 14032-9376

Jan Roe
202 Hughes Cutoff Road
Franklin, TX 77856-5477

Jane Ulrich
1235 Rimrock Cove
Spring Branch, TX 78070-5235

Janet Alvarez-Gonzalez
7606 Dockside Drive
Rowlett, TX 75088-8318

Janice E. Vanover
706 S. Jupiter Road #709
Allen, TX 75002-9009

Janis R. Fair
30260 Saratoga Lane
Boerne, TX 78015-4232

Jason Fox
5014 Pershing Avenue
Fort Worth, TX 76107-4824

Jason Shane Rapp
1617 Shady Hollow
New Braunfels, TX 78132-2354

Jasper County Sheriff's Office, MS
20 W. 8th Avenue
Bay Springs, MS 39422

Jasper County Sheriff's Office, TX
101 Burch Street,
Jasper, TX 75951-3923

Jayesh Kanuga
6 Thistle Lane
Holmdel, NJ 07733-1200

Jedidiah Duer
13330 Noel Road, Apt 143
Dallas, TX 75240-5084

Jeff A. Mund
256 W. Mill Street
New Braunfels, TX 78130-7941

Jefferson Police Department
120 N. Polk
Jefferson, TX 75657-2214

Jeffrey Albrecht
663 Encino Drive
New Braunfels, TX 78130-6644

Jeffrey Edward Condit TTEE
Patsy Condit Children's Trust FBO
Jeffrey Edward Condit
29603 Fairway Bluff Drive
Boerne, TX 78015-4471

Jennifer Foltz
Breidertring 12
Roedermark, 63322
Germany

Jennifer J. Spencer
16119 Chalfont Circle
Dallas, TX 75248-3545

Jennifer M. Alosa
P. O. Box 2287
Manchester Center, VT 05255-2287

Jeremy Skidgel
8500 Harwood Rd, Apt 1214
North Richland Hills, TX 76180-0422

Jim Condit
13418 Vista Del Rey
San Antonio, TX 78216-2232

Jim Wells County Constable Pct 3
P. O. Box 28
Sandia, TX 78383-0028

John A. Pfluger
805 Sykes Court
Pflugerville, TX 78660-8008

John H. Greene Jr.
617 Lodge Creek Drive
New Braunfels, TX 78132-3646

John W. Pritchett
6211 W. Northwest Hwy, Apt 2404
Dallas, TX 75225-3451

John Weaver
7062 Comanche Trail
Austin, TX 78732-1004

John William McNamara
6924 Forest Cove Circle
Dallas, TX 75230-2351

Johnson City Municipal Count
P. O. Box 369
Johnson City, TX 78636-0369

Johnson City Police Department
406 W. Main Street
Johnson City, TX 78636

Jones County Attorney's Office
100 Courthouse Square
Anson, TX 79501

Jones County Constable
P. O. Box 148
Anson, TX 79501-0148

Jones County Justice of the Peace Court
P. O. Box 345
Anson, TX 79501-0345

Jones County Mississippi
Sheriff's Office
419 Yates Street
Laurel, MS 39440-3935

Joseph R. Alosa Jr.
23 S. Midland Street
Concord, NH 03301-2261

Joseph R. Alosa Sr.
286 South Street
Concord, NH 03301-2664

Josephine Police Department
108 W. Hubbard Rd
Josephine, TX 75164

Josh Bates
2603 Cross Tide Lane
Friendswood, TX 77546-6053

Josh Gaffney
13330 Noel Road, Apt 143
Dallas, TX 75240-5084

Jourdanton Independent School District
200 Zanderson
Jourdanton, TX 78026-3045

Jourdanton Police Department
1604 Hwy 97E, Suite C
Jourdanton, TX 78026-1610

Judity Ortiz
3812 Shorecrest Drive
Dallas, TX 75209-1613

Julia K. Prescott
31473 Catalina Way
Bulverde, TX 78163-4171

Junction Independent School District
1700 College Street
Junction, TX 76849-4508

Justin D. Burleson
12843 Durham Way
Saint Paul, MN 55124-8665

KEckert Consulting, LLC
d/b/a Keith Ecket
41 Wellington Dr.
Wayne, NJ 07470-4189

Karen Carberry
8740 San Bernard Street
Plano, TX 75024-7753

Karnes City Independent School District
314 North Hwy 123
Karnes City, TX 78118-1900

Karnes City Police Department
211 E. Calvert
Karnes City, TX 78118-3209

Karnes County
210 W. Calvert Suite 110
Karnes City, TX 78118-3119

Kelton Independent School District
16703 FM 2697
Wheeler, TX 79096-7715

Kempner Police Department
298 Pecan Street
Wheeler, TX 79096

Kenedy County Sheriff's Dept.
Attn: Capt. C. Kirk
P. O. Box 10
Sarita, TX 78385-0010

Kenedy Independent School District
401 FM 719
Kenedy, TX 78119-2034

Kenedy Municipal Court
222 Tilden Street
Kenedy, TX 78119-2742

Kenneth R. Davis
7620 Highland Road
Santa Fe, TX 77517-3048

Kerens Municipal Court
200 S. Colket
Kerens, TX 75144-3002

Kerens Police Department
200 S. Colket Street
Kerens, TX 75144-3002

Kermit Independent School District
601 S. Poplar Street
Kermit, TX 79745-4712

Kermit Police Department
110 S. Torrillo
Kermit, TX 79745-2612

Keswick Consulting
76 Buckingham Road
Milton, MA 02186-4418

Kevin C. Hudson
301 Main Plaza, Suite 228
New Braunfels, TX 78130-5136

Kevin Severin
3512 Ash Lane
McKinney, TX 75070-7619

Kirsten Distert
2558 Country Ledge Drive
New Braunfels, TX 78132-4109

Kleberg County Attorney's Office
391 West Private Road 2185
Kingsville, TX 78363-2661

Kleberg County Constable Pct 1
2505 E. Kennedy
Round Rock, TX 78683

Kleberg County Constable Pct 2
620 N. Third
Round Rock, TX 78683

Kleberg County Constable Pct 3
103 N. 7th Street
Riviera, TX 78379-3649

Knox City Police Department
902 E. Main St
Knox City, TX 79529-2227

Kosseim Amin
200 E94 Street, Apt 1518
New York, NY 10128

LESMA
180 Gardiners Avenue
P. O. Box 639
Levittown, NY 11756-0639

LIND Electrnic Design Co., Inc
14850 Deveau Place
Minnetonka, MN 55345-2125

La Grulla Police Department
194 S. FM 2360
Grulla, TX 78548

La Joya Police Department
P. O. Drawer H
La Joya, TX 78560-0180

La Salle County Constable Pct 2
101 Courthouse Square
Cotulla, TX 78014-2263

La Salle County Constable Pct 4
101 Courthouse Square
Cotulla, TX 78014-2263

La Vega Independent School District
Police Department
400 E. Loop 340
Waco, TX 76705-3420

La Vernia Independent School District
13600 US Hwy 87 West
La Vernia, TX 78121-5804

La Vernia Police Department
Attn: Angela Cantu
P. O. Box 225
La Vernia, TX 78121-0225

Lake Charles Police Department, LA
830 Enterprise Blvd
Lake Charles, LA 70601-5428

Lakeport Police Department
207 Milam Road
Longview, TX 75603-5608

Lamar County Sheriff's Office
205 Main Street #B
Purvis, MS 39475-5439

Lamesa Police Department
601 S. 1st Street
Lamesa, TX 79331-6247

Lampasas Municipal Court
403 S. Main Street
Lampasas, TX 76550-2830

Lancaster Independent School District
Police Department
422 S. Centre Avenue
Lancaster, TX 75146-3829

Lanette Bading
29 Lone Oak Trail
Austin, TX 78745-2609

Larry Rakoski
31368 Tres Loma
Bulverde, TX 78163-4147

Laura Collier
9 Royal Crest Drive Apt 8
Nashua, NH 03060-6734

Lavaca County Constable Pct 2
P. O. Box 530
Moulton, TX 77975-0530

Lavaca County Sheriff's Office
38 FM 318
Hallettsville, TX 77964

Lavon Municipal Court
P. O. Box 9458
Lavon, TX 75166

Lavon Police Department
501-B Lincoln Avenue
Lavon, TX 75166

Lawrence J. McNamara
1601 Elm Street, Suite 4450
Dallas, TX 75201-4707

Leanthony Dykes
2063 Crennan Lane
Dime Box, TX 77853

Legacy Commercial Real Estate
2021 W. State Hwy. 46 , Suite 101
New Braunfels, TX 78132-5289

Leonard Municipal Court
P. O. Box 1270
Leonard, TX 75452-1270

Leonard Police Department
P. O. Box 1270
Leonard, TX 75452-1270

Leroy Knippa & Delores Knippa Jtten
26 Royal Crest
New Braunfels, TX 78130-6173

Leslie Tatum
518 Oak Grove
New Braunfels, TX 78132-3712

Leslie Todd Dover
10035 Countryview Lane
Forney, TX 75126-7710

Lester Leissner & Stella Leissner Jtten
1157 Madeline
New Braunfels, TX 78132-4725

Lexington Independent School District
8731 N. Hwy 77
Lexington, TX 78947-9638

Lexington Police Department
650 Main Street
Lexington, TX 78947

Liberty County Sheriff's Office
12499 Pogo Street
Bristol, FL 32321-6411

Lighthouse Christian Learning Center
2420 Bulverde Rd
Bulverde, TX 78163-2100

Lillian M. Hudspeth Memorial Hospital
P. O. Box 455
Sonora, TX 76950-0455

Lillian McCown
2261 Gruene Lake Drive
New Braunfels, TX 78130-2457

Lindale Independent School District
505 Pierce Street
Lindale, TX 75771-3336

Lindale Independent School District
Police Department
505 Pierce Street
Lindale, TX 75771-3336

Linden Police Department
102 N. Taylor Street
Linden, TX 75563-9506

Lindsay Police Department
608 Ash Street
Lindsay, TX 76250

Lindsey M. Herrera
4049 Ploetz Road
Seguin, TX 78155-1176

Lindsey Marschall
730 Fallen Oak
New Braunfels, TX 78132-3737

Lipscomb County Sheriff's Office
105 Oak Street
Lipscomb, TX 79056

Little River Academy Police Department
509 E. Main
Little River Academy, TX 76554-2601

Live Oak Police Department
8001 Shin Oak Drive
San Antonio, TX 78233-2414

Llano Police Department
123 Robinson Park Drive
Llano, TX 78643-1889

Lone Oak Police Department
P. O. Box 127
Lone Oak, TX 75453-0127

Loraine Police Department
P. O. Box 7
Loraine, TX 79532-0007

Lost Pearl Creative, LLC
18900 Dallas Pkwy, Suite 125
Dallas, TX 75287-6922

Louis H. Guevin Jr. & Patricia A. Guevin
JTTEN
60 Weirs Rd. Unit E2
Gilford, NH 03249-6674

Louise Independent School District
408 2nd Street
Louise, TX 77455

Louisiana Business Incentive
10000 Celtic Drive
O'Conner Bldg. Suite 203
Baton Rouge, LA 70809-2501

Louisiana Department of Revenue
617 North Third Street
Baton Rouge, LA 70802-5432

Louisiana Workforce Commission
1001 N 23rd Street
Baton Rouge, LA 70802-3338

Loving County Sheriff's Office
100 Bell Street
Mentone, TX 79754

Loving County Treasurer
P. O. Box 133
Mentone, TX 79754-0133

Lubbock County Constable Pct 1
P. O. Box 10536
Lubbock, TX 79408-3536

Lubbock County Constable Pct 3
904 Broadway Rm 120
Lubbock, TX 79401-3407

Lubbock County Constable Pct 4
904 Broadway Rm 120
Lubbock, TX 79401-3407

Lueders-Avoca Independent
School District
334 South McHarg Street
Lueders, TX 79533-1148

Lynn County Sheriff's Office
810 Lockwood St
Tahoka, TX 79373-5045

Lytle Municipal Court
P. O. Box 743
Lytle, TX 78052-0743

MAILGUN
P. O. Box 730759
Dallas, TX 75373-0759

MCM Opportunity Partners LP
c/o Maxim Group LLC
405 Lexington Avenue FL 2
New York, NY 10174-0003

MEF I, LLP
40 Wall St
New York, NY 10005-1304

MLPF&S Custodian FBO
Alyssa Francheska Kirk IRA
5108 Pinehurst Drive
Frisco, TX 75034-6816

MLPF&S Custodian FBO
Ronald Alan Woessner
286 Grand Avenue Suite 200
Southlake, TX 76092-7659

MRI of Dallas Parkway, LLC (MRIDP)
Green Bank
P. O. Box 796575
Dallas, TX 75379-6575

Mabank Independent School District
Police Department
310 E. Market Street
Mabank, TX 75147-2311

Mabank Police Department
129 East Market Street
Mabank, TX 75147-2308

Macstadium, Inc.
1120 Curran Street
Atlanta, GA 30318-5430

Madison Police Department, MS
2001 Main Street
Madison, MS 39110

Makarand Jawadekar
c/o Maxim Group LLC
405 Lexington Avenue Fl 2
New York, NY 10174-0003

Making Sense, Inc.
17806 IH-10 W Suite 300
San Antonio, TX 78257-8222

Making Sense, Inc.
Attn: Cesar Donofrio
401 E. Houston Street
San Antonio, TX 78205-2615

Making Sense, LLC
401 E. Houston Street
San Antonio, TX 78205-2615

Malakoff Independent School District
Police Department
1209 W. Royal Blvd.
Malakoff, TX 75148-9416

Malakoff Police Department
P. O. Box 1177
Malakoff, TX 75148-1177

Maldacea Valter
via Tasso 150
Int 15 C/o Diamanti
Roma, 00143
Italy

Marble Falls Independent School District
1800 Colt Circle
Marble Falls, TX 78654-4200

Marcus A. Nichols
5232 Gorilla Rd.
Gilmer, TX 75644-5007

Marcus Chapman
3826 Jewel Street
Sachse, TX 75048-3814

Maria Fernandez
4400 W. University Blvd., Apt 18105
New York, NY 10271

Marion Police Department
P. O. Box 158
Marion, TX 78124-0158

Marissa Hill
1 W. Street Apt 2140
New York, NY 10004-1019

Mark Burke
104 Cottonwood Drive
Buchanan Dam, TX 78609-4476

Mark Glasby
P. O. Box 1429
Salida, CO 81201-1429

Mark J. Mehrer
2402 Marquette
New Braunfels, TX 78132-3813

Mark Zelinger
9827 Clarks Crossing Road
Vienna, VA 22182-1933

Marlin Independent School District
130 Coleman Street
Marlin, TX 76661-2811

Marlin Municipal Court
101 Fortune
Marlin, TX 76661-2823

Marline Police Department
101 Fortune Street
Marlin, TX 76661-2823

Mary Beth Alosa
1465 Hooksett Road #373
Hooksett, NH 03106-1832

Mason Independent School District
911 W. College
Mason, TX 76856-3309

Mathew T. Mahoney
182 Pine Street
Burlington, VT 05401-4707

Matthew K. Chaney
1617 Shady Hallow
New Braunfels, TX 78132-2354

(c)MAVERICK COUNTY SHERIFF'S OFFICE
1051 BALBOA JONES MEMORIAL DR
EAGLE PASS TX  78852-6196

Maverick Oilfield Services
14443 CR 198
Tyler, TX 75703-6932

Max Balser & Christine Balser JTTEN
567 Raver Ridge
New Braunfels, TX 78130-2343

MaxSNR LLC
P. O. Box 850052
Richardson, TX 75085-0052

Maxim Group, LLC
405 Lexington Avenue, 2nd Floor
New York, NY 10174-0003

Maxine B. Nance
613 San Augustine Blvd.
New Braunfels, TX 78132-5092

McAllen Fire Marshall
201 N. 21 Street
McAllen, TX 78501-7881

McAllen Independent School District
Police Department
2000 N. 23rd Street
McAllen, TX 78501-6126

McCamey Independent School District
111 East 11th Street
Mc Camey, TX 79752

Mediant Communications Inc.
P. O. Box 29976
New York, NY 10087-9976

Medina County Constable Pct 2
1313 Genva
Castroville, TX 78009

Medina County Sheriff's Office
801 Avenue Y
Hondo, TX 78861-3701

Melanie L. Richardson
207 Canterberry
New Braunfels, TX 78132-3845

Memphis Independent School District
1012 N. 12th Street
Memphis, TX 79245

Memphis Municipal Court
721 W. Robertson Street
Memphis, TX 79245-3345

Menard County Commissioner's Court
206 E. San Saba Avenue
Menard, TX 76859

Menard County Justice of the Peace
P. O. Box 1038
206 E. San Saba Avenue
Menard, TX 76859-1038

Mercury Partners LP
c/o Maxim Group LLC
405 Lexington Avenue FL 2
New York, NY 10174-0003

Meridian Independent School District
500 Yellow Jacket Drive
Meridian, TX 76665

Meridian Mississipppi Police Department
2415 6th Street
Meridian, MS 39301-5806

Meridian Municipal Court
P. O. Box 306
Meridian, TX 76665-0306

Merkel Independent School District
P. O. Box 430
Merkel, TX 79536-0430

Miami Independent School District
100 Warrior Lane
Miami, TX 79059

Michael A. Hartman
3321 N. FM 46
Franklin, TX 77856-4911

Michael Angle
4921 Perrier Street
New Orleans, LA 70115-2909

Michael Goodwin
108 Cibolo Hollow South
Boerne, TX 78015-8335

Michael J. McAllister
429 Lenox Avenue
Miami Beach, FL 33139-6532

Michael Ruesch
901 San Ferando Lane
New Braunfels, TX 78132-2900

Michael Stewart Miller
P. O. Box 942063
Plano, TX 75094-2063

Michael's Keys, Inc.
4003 Colleyville Blvd.
Colleyville, TX 76034-3746

Michelle D. Haver
3904 Harbor Bolton
Franklin, TX 77856-5421

Microsoft Corporation
P. O. Box 841800
Dallas, TX 75284-1800

Microsoft.
P. O. Box 842103
Dallas, TX 75284-2103

Midas Auto Service Experts
2013 Pat Booker
Universal City, TX 78148-3201

Midland College
3600 North Garfield
Midland, TX 79705-6397

Midland College Police Department
3600 N. Garfield
Midland, TX 79705-6329

Midland County Constable Pct 4
400 South Main, 2nd Floor
Midland, TX 79701-5241

Midland County Sheriff's Office
400 S. Main
Midland, TX 79701-5236

Midland Independent School District
Police Department
615 W. Missouri Avenue
Midland, TX 79701-5017

Midland Memorial Hospital Police Dept.
400 Rosalind Redfern Grover Pkwy
Midland, TX 79701-6499

Midstate College
411 West Northmoor Road
Peoria, IL 61614-3595

Milam County Constable Pct 4
P. O. Box 452
Thorndale, TX 76577-0452

Milano Independent School District
500 N. 5th
Milano, TX 76556-3028

Milano Police Deparment
P. O. Box 52
Milano, TX 76556-0052

Miles Municipal Court
P. O. Box 398
Miles, TX 76861-0398

Milford Independent School District
205 3rd Avenue
Milford, TX 76670

Milford Municipal Court
P. O. Box 26
Milford, TX 76670-0026

Milford Police Department
100 S. Main
Milford, TX 76670

Mineloa Independent School District
1000 West Loop 564
Mineola, TX 75773-3000

Mississippi Department of Public Safety
1900 E. Woodrow Wilson Avenue
Jackson, MS 39216-5118

Missouri Dpeartment of Revenue
Taxation Division
P. O. Box 3375
Jefferson City, MO 65105-0001

Mobile Mounting Solutions
406 Inerchange St., Suite A
McKinney, TX 75071-1829

Monahans Police Department
114 South Bruce Avenue
Monahans, TX 79756-4300

Montague County Sheriffs Office
100 Grand Street
Montague, TX 76251

Montgomery Independent School District
Police Department
P. O. Box 1475
Montgomery, TX 77356-1475

Montgomery Municipal Court
101 Old Plantersville Road
Montgomery, TX 77356

Montgomery Police Department
101 Old Plantersville Road
Montgomery, TX 77356

Moody Police Department
606 Avenue E
Moody, TX 76557

Moore County Hospital District
224 East 2nd Street
Dumas, TX 79029-3808

Morgan Stanley Smith Barney C/F
Lawrence J. McNamara IRA
200 Crescent Court Suite 900
Dallas, TX 75201-1514

Morris County Sheriff's Office
502 Union Street
Daingerfield, TX 75638-1345

Moulton Municipal Court
102 S. Main
Moulton, TX 77975

Moulton Police Department
102 S. Main
Moulton, TX 77975

Mount Vernon Independent School District
501 Highway 37 South
Mount Vernon, TX 75457-3605

Mount Vernon Independent School District
Police Department
501 Highway 37 South
Mount Vernon, TX 75457-3605

Mountain View Baptist Church
5568 Chalkville Mtn Rd
Birmingham, AL 35235

NYS Department of Labor Unemployment
Insurance
P. O. Box 15012
Albany, NY 12212-5012

NYS Department of State
Division of Corporation
One Commerce Plaza
99 Washington Ave, Suite 600
Albany, NY 12210-2808

Nacogdoches Police Department
312 West Main Street
Nacogdoches, TX 75961-4812

Nancy A. Byrne
6733 N. Leoti Avenue
Chicago, IL 60646-1429

Naples Police Department
305 East Hwy 67
Naples, TX 75568

Nason Yeager Gerson Whte & Lioce, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410-2896

Nathan Necolettos
10460 Kimages Road
Charles City, VA 23030-2744

National Crime Prevention Council
2614 Chapel Lake Drive, Suite B
Gambrills, MD 21054-1637

National Financial Services, LLC FBO
Joseph Wilburn Rollover IRA
499 Washington Blvd. FL 5 NJ5A
Newport Office Center III
Jersey City, NJ 07310-1995

Navajo Nation
P. O. Box 9000
Window Rock, AZ 86515-9000

Nevada Agency and Transfer Company
50 West Liberty, Suite 880
Reno, NV 89501-1977

New Deal Police Department
404 Monroe Avenue
New Deal, TX 79350

New England Kenworth
P. O. Box 2700
Concord, NH 03302-2700

New Summerfield Municipal Court
P. O. Box 38
New Summerfield, TX 75780-0038

New Summerfield Police Department
13280 State Hwy 110 N
New Summerfield, TX 75780

New York State Department of Law
Attn: Investor Protection Bureau
120 Broadway, 23rd Floor
New York, NY 10271-0332

Nicholas Harper
17671 Addison, #1804
Dallas, TX 75287-7028

Nick Rabenau
804 Hilcrest Drive
Washington, IL 61571-2264

Nishit Choksi
576 SE 43rd Street
Ocala, FL 34480-4777

Nixon Municipal Court
103 W. 3rd St.
Nixon, TX 78140

Nixon Police Department
100 W. Third Street
Nixon, TX 78140-2555

Nocona General Hospital
100 Park Road
Nocona, TX 76255-3616

Nocona Police Department
101 Cooke St
Nocona, TX 76255-2107

North Texas Tollway Authority
P. O. Box 660224
Dallas, TX 75266-0244

Northern Hills 401k Plan
c/o David Silver
Santa Fe Capital Group
4001 Office Court Dr., Suite 604
Santa Fe, NM 87507-4905

Northside Christian School
7777 62nd Avenue North
Saint Petersburg, FL 33709-1299

O'Donnell Police Department
608 4th Street
O'donnell, TX 79351

OKLAHOMA TURNPIKE AUTHORITY
4401 West Memorial Road Suite 130
Oklahoma City, OK 73134-1722

OPTA Corp
7210 1st Avenue N
Saint Petersburg, FL 33710-7402

OTC Markets Group, Inc.
P. O. Box 29959
New York, NY 10087-9959

Odessa College Police Department
201 West University Blvd.
Odessa, TX 79764-7105

Ohio Deartment of Job and Family
Services
P. O. Box 182413
Columbus, OH 43218-2413

Olney Independent School District
809 West Hamilton
Olney, TX 76374-1723

Omni Pro Electronics
3220 Commander Drive
Suite 102
Carrollton, TX 75006-2543

Onalaska Municipal Court
P. O. Box 880
Onalaska, TX 77360-0880

Opportunity Partners LP
c/o Maxim Group LLC
405 Lexington Avenue FL 2
New York, NY 10174-0003

Ore City Municipal Court
302 East Main Street
Ore City, TX 75683-2334

Ore City Police Department
302 E. Main Street
Ore City, TX 75683-2334

Otto Kaiser Memorial Hospital
3349 US 181
Kenedy, TX 78119-5247

Overton Police Department
1200 S. Commerce
Overton, TX 75684-1935

Oxford Global Resources, LLC
P. O. Box 3256
Boston, MA 02241-3256

PCM
File 55327
Los Angeles, CA 90074-5327

PMB Helin Donovan
P. O. Box 202260
Austin, TX 78720-2260

PR Newswire Association LLC
G.P.O. Box 5897
New York, NY 10087-5897

PRINTEK, INC.
1517 Townline Road
Benton Harbor, MI 49022-9697

Paint Rock Independent School District
698 S. Sims Street
Paint Rock, TX 76866

Palmer Independent School District
418 W. Jefferson
Palmer, TX 75152-9662

Palo Pinto County
Attn: Melissa Mahan
P. O. Box 159
Palo Pinto, TX 76484-0159

Panhandle Auto Burglary & Theft Unt
501 Fillmore, Suite 1A
Amarillo, TX 79101-2449

Panhandle Computer Services (PCS)
1386 US Highway 60
Panhandle, TX 79068-7119

Panhandle Police Department
117 Main Street
Panhandle, TX 79068

Panola County Constable Pct 2
110 S. Sycamore Room 102-A
Carthage, TX 75633-2527

Panola County Sheriff's Department
300 James Rudd Rd
Batesville, MS 38606

Paola Vaccari
c/o Italia Services SRL
Via Zanietta 133
Roma, 00143
Italy

Paradise Independent School District
338 School House Road
Paradise, TX 76073-2619

Parks Advocacy Group
3400 SW 27th Avenue, Suite 203
Miami, FL 33133-5308

Parmer County Justice of the Peace Pct 1
P. O. Box 635
Friona, TX 79035-0635

Parmer County Justice of the Peace Pct 3
P. O. Box 781
Farwell, TX 79325-0781

Parmer County Justie of the Peace Pct 2
P. O. Box 896
Bovina, TX 79009-0896

Parmer County Sheriff's Office
401 3rd Street
Farwell, TX 79325-4671

Paterson Police Department, NJ
111 Broadway
Paterson, NJ 07505-1135

Patricia Pitman TTEE
Patricia Pitman Revocable Trust
52 Old Center Road
Deerfield, NH 03037-1337

Patsy's Leasing
31 Hall Street
Concord, NH 03301-3415

Patti Heid
30765 Pacific Coast Hwy #119
Malibu, CA 90265-3643

Paul Montoya
3700 McCann Road, Apt 154
Longview, TX 75605-1703

Paul Overstreet
1430 Nacogdoches Rd #14
San Antonio, TX 78209-2758

Pearl Police Department Pearl, MS
Pearl Police Department
Attn: Lt. Johnson
2422 Old Brandon Road
Pearl, MS 39208-4601

Pearsall Independent School District
Police Department
318 Berry Ranch Rd
Pearsall, TX 78061-3902

Pearsall Municipal Court
205 E. Rio Grande Street
Pearsall, TX 78061-3304

Pecos County
103 W. Callahan
Fort Stockton, TX 79735-7104

Pecos County EMS
310 W. 5th Street
Fort Stockton, TX 79735-5508

Pecos County Memorial Hospital
P. O. Box 1648
Fort Stockton, TX 79735-1648

Pecos-Barstow-Toyah
Independent School District
1302 South Park Street
Pecos, TX 79772-5718

Penitas Police Department
1111 South Main
Penitas, TX 78576

Pennsylvania State Constable
P. O. Box 124
Pocono Manor, PA 18349-0124

Perryton Independent School District
821 SW 17th Avenue
Perryton, TX 79070-4406

Perryton Police Department
21 SE 2nd Avenue
Perryton, TX 79070-2610

Petersburg Police Department
1524 Main Street
Petersburg, TX 79250

Pharr-San Juan-Alamo
Independent School District
601 E. Kelly
Pharr, TX 78577-4905

Philip Anderson
60 W. 23rd Street, Apt 601
New York, NY 10010-5287

Phyllis R. Scrutchin
5214 La Pradero
San Antonio, TX 78233

Pilot Point Municipal Court
102 E. Main
Pilot Point, TX 76258-4533

Pilot Point Police Department
102 East Main Street
Pilot Point, TX 76258-4533

Pit Crew Technologies LLC
10444 Sentinel Street
San Antonio, TX 78217-3824

Pit Crew Technologies, LLC
P. O. Box 65231
San Antonio, TX 78265-5231

Pleasanton Independent School District
831 Stadium Drive
Pleasanton, TX 78064-2499

Pleasanton Independent School District
Police Department
831 Stadium Drive
Pleasanton, TX 78064-2413

Plemons - Stinnett- Phillips County
Independent School District
P. O. Box 3440
Stinnett, TX 79083-3440

Point Comfort Police Department
102 Jones Avenue
Point Comfort, TX 77978

Point Municipal Court
365 N. Locust Street
Point, TX 75472-5523

Port Lavaca Police Department
201 N. Colorado
Port Lavaca, TX 77979-3403

Port Mansfield Police Department
400 W. Hidalgo, Suite 200
Raymondville, TX 78580-3529

Port of Brownsville Police Department
1000 Donald Foust Road
Brownsville, TX 78521

Positve Promotions
P. O. Box 11537
Newark, NJ 07101-4537

Poteet Independent School District
1100 School Drive
Poteet, TX 78065

Poteet Independent School District
Police Department
1100 School Drive
Poteet, TX 78065

Poteet Police Department
182 N. Fifth Street
Poteet, TX 78065

Potter County Constable Pct 1
Potter County
900 S. Polk Street, Suite 716
Amarillo, TX 79101-3412

Potter County Constable Pct 2
Potter County
900 S. Polk Street, Suite 716
Amarillo, TX 79101-3412

Potter County Constable Pct 3
Potter County
900 S. Polk Street, Suite 716
Amarillo, TX 79101-3412

Potter County Constable Pct 4
Potter County
900 S. Polk Street, Suite 716
Amarillo, TX 79101-3412

Pottsboro Municipal Court
P. O. Box 1089
Pottsboro, TX 75076-1089

Powell, Wade
6391 Gordon Street
Frisco, TX 75034-4941

Presidio County Sheriff's Office
P. O. Box 1055
Marfa, TX 79843-1055

Presidio Independent School District
Dept of Public Safety
P. O. Box 1401
Presidio, TX 79845-1401

Presidio Independent School District
P. O. Box 1401
Presidio, TX 79845-1401

Presidio Independent School District
Police Department
P. O. Box 1401
Presidio, TX 79845-1401

Presidio Police Department
P. O. Box 1899
Presidio, TX 79845-1899

Preston Overstreet
484 Stotte Rd
New Braunfels, TX 78130-7139

Pringle-Morse County
Independent School District
100 5th Street, Box 109
Morse, TX 79062-0109

Prosper Independent School District
Police Department
605 East Seventh Street
Prosper, TX 75078-2545

Prosperity Bank
1805 FM 2673
Canyon Lake, TX 78133-4765

Providence Village Police Department
1745 FM 2931
Providence Village, TX 76227-5274

Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569

Public Safety Solutions
821 Varsity Lane
McKinney, TX 75071-4889

Qualesce LLC
2591 Dallas Parkway, Suite 300
Frisco, TX 75034-8563

Quill Corporation
P. O. Box 37600
Philadelphia, PA 19101-0600

Quinlan Independent School District
401 E. Richmond
Quinlan, TX 75474-8792

Quinlan Police Department
104 E. Main Street
Quinlan, TX 75474-9700

Quitman Independent School District
1201 E. Goode Street
Quitman, TX 75783

RSIV, LLC
2010 FM 2673
Canyon Lake, TX 78133-4725

Rains Independent School District
Police Department
1759 W. US Highway 69
Emory, TX 75440-7102

Ralf Dobish
Goertitzer St 39
Rodgau 3, 6054
Germany

Rancho Viejo Police Department
3301 Carmen Avenue
Rancho Viejo, TX 78575-5203

Randal H. Adams
3311 Sable Creek
San Antonio, TX 78259-2219

Randy Johnson
6 Borders circle
Kaufman, TX 75142-3013

Ranger Police Department
400 W. Main Street
Ranger, TX 76470-1219

Reagan County
P. O. Box 100
Big Lake, TX 76932-0100

Red River Systems
16415 Addison Road
Suite 725
Addison, TX 75001-5312

Refugio County Constable Pct 1
808 Commerce
Refugio, TX 78377-3154

Refugio Police Department
601 Commence Street
Refugio, TX 78377-3204

Regus Management Group
9920 Pacific Heights Blvd., Suite 150
San Diego, CA 92121-4361

Reliable Staffing Corporation
P. O. Box 204653
Dallas, TX 75320-4653

Rescue Ops, LLC
13631 Sherwood Rd
Atascosa, TX 78002-3445

Rhome Municipal Court
P. O. Box 228
Rhome, TX 76078-0228

Rhome Police Department
P. O. Box 228
Rhome, TX 76078-0228

Richard Ashabranner
5519 Sky Ridge Road
Charlestown, IN 47111-9042

Richard Dvorak
c/o Maxim Group LLC
405 Lexington Ave Fl 2
New York, NY 10174-0003

Richard Heyden
178 Lakeview Blvd.
New Braunfels, TX 78130-8102

Richard K. Smith
301 Canyon Edge
Canyon Lake, TX 78133-3412

Richard Marden
8 Birchdale Road
Bow, NH 03304-4402

Richard Pitman TTEE
Richard Pitman Revocable Trust
52 Old Center Road
Deerfield, NH 03037-1337

Richland Police Department, MS
371 Scarborough Street
Richland, MS 39218-9767

Rio Grande City Police Department
402 East Main Street
Rio Grande City, TX 78582-4449

Riverland Technologies
P. O. Box 54186
Pearl, MS 39288-4186

Riviera Independent School District
203 Seahawk Drive
Riviera, TX 78379-3631

Roanoke City Schools
557 Main Street
Roanoke, AL 36274-1439

Roanoke Police Department
30 West Point Street
Roanoke, AL 36274-1651

Rob Powell
507 Persimmon Trail
Forney, TX 75126-0058

Robbins L. Powell
507 Persimmon Trail
Forney, TX 75126-0058

Robert B. Richardson
207 Canterberry Drive
New Braunfels, TX 78132-3845

Robert Bezdek
1900 McKinney Ave. #2410
Dallas, TX 75201-1736

Robert County Justice of the Peace Pct 1
160 Duvall Road
Pampa, TX 79065-2001

Robert E. Light
113 Lake Village Road
Seguin, TX 78155-9467

Robert Friess & Kathy Friess JTTN
c/o Maxim Group LLC
405 Lexington Avenue FL 2
New York, NY 10174-0003

Robert Half Management Resources
P. O. Box 743295
Los Angeles, CA 90074-3295

Robert Saunders Jr & Jennifer Saunders
Jtten
13845-1 River Road
New Braunfels, TX 78132-2144

Roberts County Sheriff's Office
110 S. Main
Miami, TX 79059-3050

Robertson County
102 E. Dechard, Rm 103
Franklin, TX 77856-3746

Robertson County Constable Pct 1
3321 N FM 46
Franklin, TX 77856-4911

Robertson County Constable Pct 2
P. O. Box 1154
Franklin, TX 77856-1154

Robertson County Constable Pct 4
113 E. Jack St.
P. O. Box 69
Bremond, TX 76629-0069

Robertson County Dare Program
P. O. Box 841
Franklin, TX 77856-0841

Robertson County Justice of the
Peace Pct 1
P. O. Box 308
610 Main Street
Calvert, TX 77837-0308

Robertson County Justice of the
Peace Pct 2 Place 1
P. O. Box 282
1108 1/2 Market Street.
Hearne, TX 77859-3723

Robertson County Justice of the
Peace Pct 3 Place 1
P. O. Box 432
103 E. Morgan
Franklin, TX 77856-0432

Robertson County Justice of the
Peace Pct 4 Place 1
P. O. Box J
113 Jack St
Bremond, TX 76629-0320

Robertson County Sheriff's Office
P. O. Box 1109
Franklin, TX 77856-1109

Robinson  Independent School District
Police Department
500 W. Lyndale
Robinson, TX 76706-5505

Robinson Independent School District
500 W. Lyndale
Waco, TX 76706-5505

Rockdale  Independent School District
520 West Davilla
Rockdale, TX 76567-2861

Rockdale Municipal Court
505 W. Cameron
Rockdale, TX 76567-2897

Rockdale Police Department
140 W. Cameron
Rockdale, TX 76567-2812

Rockport Police Department
714 E. Concho
Rockport, TX 78382-4118

Rockwall County Constable Pct 4
1111 E. Yellow Jacket Lane
3rd Floor
Rockwall, TX 75087

Rodney Price
7830 Valley Ridge Drive
Justin, TX 76247-4128

Roger Gomez
280 Escarpment Oak
New Braunfels, TX 78130-2987

Rogers  Independent School District
Police Department
304 Ranch
Ropesville, TX 79358-7021

Rogers Police Department
2 West Mesquite Avenue
Rogers, TX 76569-4075

Ron Bienvenu
522 Montegut, Apt. 407
New Orleans, LA 70117-7388

Ronald A Woessner & Alyssa F. Kirk JTTEN
5108 Pinehurst Drive
Frisco, TX 75034-6816

Ronald A. Frisk
11568 Vintage Way
New Braunfels, TX 78132

Ronald A. Petell
59 Thorne Hill Road
Conway, NH 03818-6039

Ronald A. Woessner
16415 Addison Rd, Suite 300
Addison, TX 75001-5326

Roscoe Collegiate Independent
School District
1101 W. 7th Street
Roscoe, TX 79545

Rosebud-Lott Independent School District
1789 US Hwy 77
Lott, TX 76656-3654

Rosella Saltarelli
14844 Single Trace Drive
Austin, TX 78728

Rosenberg Police Department
2120 Fourth Street
Rosenberg, TX 77471-5124

Roy Knippa TTEE
Knippa Living Trust
26 Royal Crest
New Braunfels, TX 78130-6173

Rule Police Department
P. O. Box 607
Rule, TX 79547-0607

Rusk Police Department
197 South Main
Rusk, TX 75785-1325

Russell Brown
3811 Dunbar Lane
Uvalde, TX 78801

Russell Chaney
1617 Shady Hollow
New Braunfels, TX 78132-2354

Russell Chaney & Uphie Chaney Jtten
1617 Shady Hollow
New Braunfels, TX 78132-2354

Russell Kneese
5667 County Road 108
Burnet, TX 78611-1034

SBS Holdings LP
601 W. Main Stret
Decatur, TX 76234-1249

Sabinal Police Department
501 N. Center Street
Sabinal, TX 78881-5100

Sabrina Roger
1226 S. Lake Drive
Gladewater, TX 75647-3852

Sacred Heart Catholic School
313 S. Texana Street
Hallettsville, TX 77964-2999

Saggio Technologies
P. O. Box 42
Cedar Park, TX 78630-0042

Saggio Technologies LLC
802 Prize Oaks Drive
Cedar Park, TX 78613-2622

Saint Jo  Independent School District
206 W. Evans
Saint Jo, TX 76265

Saint Mary Parish School Board
P. O. Box 170
Centerville, LA 70522-0170

Salado Police Department
313 North Stagecoach Road
Salado, TX 76571

Salvatore Christopher Tornabene
15107 Circle Oak
San Antonio, TX 78232-4563

Sam Williams
3983 FM 1940
Franklin, TX 77856-4160

San Antonio Police Department
315 S. Santa Rose Avenue
San Antonio, TX 78207-4557

San Augustine County Sheriff's Office
219 North Harrison
San Augustine, TX 75972-1907

San Augustine Police Department
810 N. Highway 96
San Augustine, TX 75972-1024

San Jacinto County Constable Pct 2
1000 N. Byrd Avenue #B4
Shepherd, TX 77371-6332

San Jacinto County Constable Pct 3
6311 FM 945 S
Cleveland, TX 77328-7784

San Jacinto County Constable Pct 4
227 Boat Launch Road
Pointblank, TX 77364-7474

San Jacinto County Sheriff's Office
75 W. Cedar Avenue
Coldspring, TX 77331-8047

San Patricio County Sheriff's Office
300 N. Rachal
San Antonio, TX 78287

San Vicente Independent School District
P. O. Box 195
Big Bend National Park, TX 79834-0195

Santa Anna Police Department
709 Wallis Avenue
Santa Anna, TX 76878-2046

Santa Rosa Police Department
P. O. Box 326
Santa Rosa, TX 78593-0326

Savoy Police Department
405 E. Hayes Street
Savoy, TX 75479-2313

Schleicher County
P. O. Box 536
Eldorado, TX 76936-0536

Schleicher County Independent
School District
205 Fields Avenue
Eldorado, TX 76936

Schleicher County Medical Center
P. O. Box V
Eldorado, TX 76936-1246

Schulenbug Police Department
607 Upton Avenue
Schulenburg, TX 78956-1544

Schulenburg Independent School District
512 North St
Schulenburg, TX 78956-1419

Scott Haag
1086 Madeline
New Braunfels, TX 78132-4723

Scott J. Stebbins
36 S. Bow Rd
Bow, NH 03304-5600

Scott Reinhardt
908 Colquitt Street
Gadsden, AL 35903-6949

Seadrift Police Department
501 S. Main Street
Seadrift, TX 77983

Seagraves Independent School District
1801 Avenue K
Seagraves, TX 79259

Seagraves Municipal Court
P. O. Box 37
Seagraves, TX 79359-0037

Sealy Police Department
City of Sealy
Attn: Accounts Payable
P. O. Box 517
Sealy, TX 77474-0517

Sean D. Garland
5711 Preston Oaks Road, Apt. 827
Dallas, TX 75254-9015

Selma Police Department
9375 Corporate Dr
Schertz, TX 78154-1250

Selma Unified School District
Accounts Payable
3036 Thompson Avenue
Selma, CA 93662-2433

Sgt. Howard Foreman
203 Rennie Drive
Katy, TX 77450-2112

Shamrock Independent School District
100 S. Illinois Street
Shamrock, TX 79079-2434

Shane Rapp
P. O. Box 1424
Canyon Lake, TX 78133-0002

Shasta County Sheriff's Office
1525 Court Street
Redding, CA 96001-1679

Shavano Park Police Department
900 Saddletree Court
Shavano Park, TX 78231-1523

Sheila Birmingham
8102 Cottonwood Trail
Houston, TX 77095-4950

Shiner Catholic School
424 St. Ludmila
Shiner, TX 77984

Shiner Independent School District
510 CR 348
Shiner, TX 77984

Shred-It USA LLC
28883 Network Place
Chicago, IL 60673-1288

Sidney Rice
c/o Morgan Stanley
Attn: Ramy Asssaf
31 W. 52nd Street FL 23
New York, NY 10019-6128

Silo Independent School District
122 Bourne Street
Durant, OK 74701-8614

Slaton Independent School District
140 E. Panhandle Street
Slaton, TX 79364-4238

Slaton Independent School District
Police Department
140 E. Panhandle Street
Slaton, TX 79364-4238

Smiley Marshal's Office
P. O. Box 189
Smiley, TX 78159-0189

Snyder Police Department
P. O. Box 1341
Snyder, TX 79550-1341

Snyderburn Roshot & Swann LP
258 Southhall Ln Suite 420
Maitland, FL 32751-7457

Somerset Independent School District
Police Department
19644 Somerset Road
Somerset, TX 78069-3317

Somerset Police Department
7360 E. 6th Street
Somerset, TX 78069-4409

Somervell County
P. O. Box 851
Glen Rose, TX 76043-0851

Somervell County Constable Pct 1
P. O. Box 841
Glen Rose, TX 76043-0841

Somervell County Constable Pct 2
P. O. Box 1368
Glen Rose, TX 76043-1368

Somervell County Sherif's Office
750 East Bo Gibbs
Glen Rose, TX 76043

South Texas College Police Department
3201 W. Pecan Blvd.
McAllen, TX 78501-6661

South Texas Regionsl Medical Center
1905 Hwy 97 East
Jourdanton, TX 78026-1504

Southern Software/Craig Goodnight
150 Perry Drive
Southern Pines, NC 28387-7020

Southmayd Municipal Court
P. O. Box 88
Southmayd, TX 76268-0088

Southmayd Police Department
4825 Elementary Drive
Southmayd, TX 76268

Southside Independent School District
1460 Martinez Losoya Road
San Antonio, TX 78221-9648

Southwest Communications
108 Denson
Austin, TX 78752-4149

Southwest Independent School District
11914 Dragon Lane
San Antonio, TX 78252-2612

Southwest Independent School District
Police Department
11914 Dragon Lane
San Antonio, TX 78252-2612

Southwest Texas Jr. College
Police Department
2401 Garner Field Road
Uvalde, TX 78801-6221

Southwest Texas Junior College
2401 Garner Field Road
Uvalde, TX 78801-6221

Sparkletts and Sierra Srings
P. O. Box 660579
Dallas, TX 75266-0579

Spear Point Restructuring Services LLC
400 Poydras Suite 2100
New Orleans, LA 70130-3282

Spearman Independent School District
403 E. 11th Avenue
Spearman, TX 79081-4021

Spearman Police Department
30 SW Court
Spearman, TX 79081-2649

Spectrum Business
P. O. Box 60074
City of Industry, CA 91716-0074

Spruce 1209 LLC
P. O. Box 340816
Brooklyn, NY 11234-0816

Spur Independent School District
800 Williams Avenue
Spur, TX 79370-2020

Spur Municipal Court
402 Burlington Avenue
Spur, TX 79370-2420

Stafford Police Department
2702 S. Main Street
Stafford, TX 77477-5599

Stamford Independent School District
507 South Orient Street
Stamford, TX 79553-5701

Starr County Attorney's Office
401 N. Britton Avenue, Room 405
Rio Grande City, TX 78582-2620

State Farm Insurance
Insurance Support Center
P. O. Box 680001
Dallas, TX 75368-0001

State of Delaware
Division of Corporations
Franchise Tax Department
P. O. Box 11728
Newark, NJ 07101-4728

State of Illinois
State of Illinois Dept of Employment
Security
P. O. Box 19300
Springfield, IL 62794-9300

State of Insurance
Insurance Support Center
P. O. Box 680001
Dallas, TX 75368-0001


Steady Gain Partners LLP
c/o Maxim Group LLC
405 Lexington Avenue FL 2
New York, NY 10174-0003

Stephen H. Silver TTEE
Stephen H. Silver Revocable Trust
2055 Woodside Road #200
Redwood City, CA 94061-3352

Stephen Harris
275 Sly Street
Marble Falls, TX 78654-7000


Stephen Magdich
30 Preston Wood
New Braunfels, TX 78132-3858

Stephens County Sherif's Office
210 East Dyer
Breckenridge, TX 76424-3609

Sterling City Independent
School District
700 7th Street
Sterling City, TX 76951


Sterling County Justice of the Peace
P. O. Box 983
Sterling City, TX 76951-0983

Steve Harris
275 Sly Street
Marble Falls, TX 78654-7000

Steve Magdich
30 Preston Wood
New Braunfels, TX 78132-3858


Steven Savage & Laurie Savage JTTEN
288 S Street
Concord, NH 03301-2664

Stinnett Police Department
609 Mackenzie
Stinnett, TX 79083-0909

Stock Legends
3408 Rush Mendon Rd
Honeoye Falls, NY 14472-9330


Stratford Independent School District
503 N. 8th
Stratford, TX 79084

Strawn Marshal's Office
118 E. Housely
Strawn, TX 76475

Strawn Municipal Court
118 E. Housely Street
Strawn, TX 76475


Sugar Land Police Department
1200 Texas 6
Sugar Land, TX 77478

Sul Ross State University
US Hwy 90
Alpine, TX 79830

Sul Ross State University Police Dept.
US Hwy 90
Alpine, TX 79830


Sulpur Police
101 North Huntington Street
Sulphur, LA 70663-2601

Sunil Kumar & Vandana Kumar JTTN
c/o Maxim Group LLC
405 Lexington Avenue FL 2
New York, NY 10174-0003

Sunray Independent School District
Accounts Payable
P. O. Box 240
Sunray, TX 79086-0240


Sunrise Beach Village Police Dept
124 Sunrise Drive
Sunrise Beach Village, TX 78643-9283

Superior Search & Staffing, Ltd
5011 Spring Valley Road, Suite 260W
Dallas, TX 75244

Sweetwater Independent School District
207 Musgrove Street
Sweetwater, TX 79556-5321


Synnex Corporation
5845 Collecions Center Dr.
Chicago, IL 60693-0058

TRS-Ren Telco
P. O. Box 45075
San Francisco, CA 94145-0075

Tahoka Police Department
1525 S. 2nd Street
Tahoka, TX 79373

Tanglewood Resort & Conference Center
290 Tanglewood Circle
Pottsboro, TX 75076-4869

Taylor County Sheriff's Office
450 Pecan Street
Abilene, TX 79602-1600

Teague Police Department
105 South 4th Avenue
Teague, TX 75860-1638

Teledynamics
P. O. Box 970305
Dallas, TX 75397-0305

Terrell County Independent
School District
P. O. Box 415
Sanderson, TX 79848-0415

Terrell County Justice of the Peace
Court 1 & 2
P. O. Box 313
Sanderson, TX 79848-0313

Terrell County Justice of the Peace
Court 3 & 4
P.O. Box 368
Sanderson, TX 79848-0368

Terrell County Sheriff's Office
105 E. Hackberry
Sanderson, TX 79848

Terrell Independent School District
700 N. Catherine Street
Terrell, TX 75160-2161

Terrell Independent School District
Police Department
700 N. Catherine Street
Terrell, TX 75160-2161

Terrell Police Department
201 East Nash
Terrell, TX 75160-2741

Terry Kohl
P. O. Box 21754
Seattle, WA 98111-3754

Terry W. Hohenshelt
P. O. Box 1629
Sandy, OR 97055-1629

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commisson
Labor Law Payment Division
P. O. Box 684483
Austin, TX 78768-4483

The Brewer Group Inc.
Attn: Jesse Meehan
6200 Excelsior Blvd., Suite 104
St. Louis Park, MN 55416-2734

The Cormac Group
1730 Rhode Island Avenue, NW
Suite 317
Washington, DC 20036-3119

The Hartford
P. O. Box 660916
Dallas, TX 75266-0916

The Libman Company
220 N. Sheldon
Arcola, IL 61910-1616

The NASDAQ Stock Market, LLC
Lockbox 20200
P. O. Box 780200
Philadelphia, PA 19178-0200

The R. J. Byrd Grup, LLC
12801 N. Central Expressway, Suite 500
Dallas, TX 75243-1891

The Skipper Grouper
Post Office Box 1833
Opelika, AL 36803-1833

Thien C. Tran
4553 Vista Knoll Drive
Plano, TX 75093-3354

Thinkstream Acquisition, LLC dba Kologik
c/o Brandon A. Brown
Stewart Robbins & Brown, LLC
301 Main Street, Suite 1640
Baton Rouge, LA 70801-0016

Thomas Cronan
6630 E. Tropical Way
Fort Lauderdale, FL 33317-3313

Thomas J. Cronan & Sally M. Cronan
JTTEN
6630 E. Tropical Way
Fort Lauderdale, FL 33317-3313

Thomas J. Fyrer
28 Allen Lane
Ipswich, MA 01938-1131

Thomson Reuters - West
Payment Center
P. O. Box 6292
Carol Stream, IL 60197-6292

Three Rivers Municipal Court
110 Gallaher Street & Hwy 72
Three Rivers, TX 78071

Three Rivers Police Department
POB 398
Three Rivers, TX 78071-0398

Tim Mock
15111 Shady Gate Court
Cypress, TX 77429-1572

Time Warner Cable
P. O. Box 60074
City of Industry, CA 91716-0074

Time Warner Cable - 7212
1000 N. Walnut Avenue, Suite 150
New Braunfels, TX 78130-5361

Timothy J. Cazalas
6401 Calais Street
Corpus Christi, TX 78414-6117

Tioga Municipal Court
POBox 206
Tioga, TX 76271-0206

Tioga Police Department
600 Main Street
Tioga, TX 76271-3636

Titus County Sheriff's Office
304 Van Buren Street
Mount Pleasant, TX 75455-4442

Tod Russell Marbach
305 Malmsten Road
Seguin, TX 78155-0217

Tolar Municipal Court
105 Pine Lane
Tolar, TX 76476

Tom Green County
112 W. Beauregard
San Angelo, TX 76903-5835

Tom Green County Constable Pct 1
222 West Harris
San Angelo, TX 76903-5841

Tom Green County Constable Pct 2
5006 Knickerbocker Blvd
San Angelo, TX 76904-7519

Tom Green County Constable Pct 3
3052 N. Bryant Blvd.
San Angelo, TX 76903-2365

Tom Green County Constable Pct 4
112 W. Beauregard
San Angelo, TX 76903-5835

Tommie Harris Jr.
100 Cooper Point Cove
Edmond, OK 73003

Tommie Harris, Jr.
c/o Donna Pruitt
P. O. Box 31251
Minneapolis, MN 55402

Trenton Independent School District
500 S. Ballentine
Trenton, TX 75490-2305

Trenton Municipal Court
P. O. Box 44
Trenton, TX 75490-0044

Trenton Police Department
216 Hamilton
Trenton, TX 75490-2611

Trinity County Sheriff's Office
P. O. Box 95
Groveton, TX 75845-0095

Tulia Police Department
201 North Maxwell Avenue
Tulia, TX 79088-2250

Twilio, Inc.
375 Beale Street, Suite 300
San Francisco, CA 94105-2177

Tye Police Department
205 N. Street
Tye, TX 79563-2003

U. S. Department of Labor
Attn: Limei Zhang
Wage and Hour Investigator
1701 East Lamar Blvd., Suite 270
Arlington, TX 76006-7321

U.S. Securities and Exchange Commission
Attn: Barbara L. Gunn, Asst Rel. Dir
Fort Worth Regional Office
801 Cherry Street, Suite 29th Floor
Fort Worth, TX 76102-6881

ULA Tech Consulting Inv
Attn: Krystal Rocha
3322 Francis St.
Honolulu, HI 96815-4142

Union of Reform Judaism Greene Camp
1192 Smith Lane
Bruceville, TX 76630-3469

United States Justice Department
600 Jefferson Street
Lafayette, LA 70501-6942

United States Securities and
Exchange Commission
Office of Investor Education & Advocacy
100 F Street NE
Washington, DC 20549-2000

University Park Fire Department
3800 Univerity Blvd.
Dallas, TX 75205-1711

University Texas Permian Basin PD
4901 East University BLvd., MB 1103
Odessa, TX 79762-0001

Uphie Chaney
1617 Shady Hollow
New Braunfels, TX 78132-2354

VNR-1 Communications, Inc.
P. O. Box 170416
Arlington, TX 76003-0416


Valentine Independent School District
209 E. Kentucky Street
Valentine, TX 79854

Valley Mills Police Department
401 5th Street
Valley Mills, TX 76689

Valley View Police Department
308 W. O'Buch Rd
Valley View, TX 76272


Van Alstyne Police Department
242 N. Preston Avenue
Van Alstyne, TX 75495-3004

Van City Marshal
189 South Maple Avenue
Van, TX 75790

Van Meter Ashbrook & Associates, Inc.
41 S. High, Suite 3710
Columbus, OH 43215-3448


Van Municipal Court
113 W. Main
Van, TX 75790-2883

Vedaraman Sriraman & Vinitha
Sriraman JTTEN
10105 Jupiter Hills Drive
Austin, TX 78747-1322

Vega Marshal's Office
900 E. Main Street
Vega, TX 79092


Veribest Independent School District
10062 FM Hwy 380
Veribest, TX 76886

Verizon Wireless
P. O. Box 660108
Dallas, TX 75266-0108

Verizon Wireless - County of Beeville
P. O. Box 4001
Acworth, GA 30101-9002


Verizon Wireless - County of Brewster
P. O. Box 660108
Dallas, TX 75266-0108

Veronica W LLC
1930 Harrison Street, Suite 302
Hollywood, FL 33020-7828

Victor Samuels
c/o Maxim Group LLC
405 Lexington Avenue FL 2
New York, NY 10174-0003


Vidor Independent School District
Police Department
120 E. Bolivar
Vidor, TX 77662-4907

Vince Angele
3321 N FM 46
Franklin, TX 77856-4911

Vince Angele & Doroth Angele JTTEN
P. O. Box 35
Franklin, TX 77856-0035


Vince Angele & Rhonda Angele JTTEN
3321 N FM 46
Franklin, TX 77856-4911

Von Ormy Marshal's Office
P. O. Box 10
Von Ormy, TX 78073-0010

Votronics
1505 Capital Avenue
Plano, TX 75074-8152


W A Sanford TTEE
W A Sanford 5X5 Trust
601 West Main Street
Decatur, TX 76234-1249

Waco Independent School District
Police Department
2015 Alexander
Waco, TX 76708-2821

Wade T. Powell
6391 Gordon Street
Frisco, TX 75034-4941


Waelder Police Department
Attn: Chief Taylor
300 US Highway 90
Waelder, TX 78959

Wall Independent School District
8065 Loop 570
Wall, TX 76957

Waller County Sheriff's Office
701 Calvit Road
Hempstead, TX 77445-4640

Waller Municipal Court
1219 Farr Road
Waller, TX 77484-8486

Wampum Books
Attn:  Sephanie A. Duckworth
103 Edward Drive
Franklin Park, NJ 08823-1669

Ward County Sheriff's Office
300 East 4th Street
Monahans, TX 79756-4331


Ward County for Grandfalls-Royalty
Independent School District
c/o Judge Greg Holly
400 S. Allen, Suite 100
Monahans, TX 79756-4600

Ward County for Monahans Wichett
Pyote Independent School District
Attn: Greg Holly, Ward County Judge
400 S. Allen Suite 100
Monahans, TX 79756-4600

Ward E. Leber
4626 Tarantella Ln
San Diego, CA 92130-2464


Warren Jackson Griffin
1540 S. Church Street, Suite D
Charlotte, NC 28203-5476

Washington County
105 West Main, Suite 105
Brenham, TX 77833-3693

Washington County Constable Pct 1
1305 E. Blue Bell, Suite 114
Brenham, TX 77833-2436


Washington County Constable Pct 2
1950 FM 109
Brenham, TX 77833-7035

Water Valley Independent School District
P. O. Box 250
Water Valley, TX 76958-0250

Wayne Sands & Lillian Sands Jtten
1143 Madeline
New Braunfels, TX 78132-4725


Weimar Independent School District
506 West Main Street
Weimar, TX 78962-1900

Wesley Harris
1672 Big Bend Drive
Lewisville, TX 75077-2453

West Baton Rouge Office of Homeland
Security of Emergency Preparedness & 911
2413 Ernest Wilson Drive
Port Allen, LA 70767-6176


West Baton Rouge Parish School Board
Attn: Jared Gibbs
3761 Rosedale Road
Port Allen, LA 70767-4305

West Independent School District
801 N. Reagan
West, TX 76691-1158

West Police Department
110 N. Reagan
West, TX 76691-1463


West Tennessee Drug Task Force
157 Poplar Avenue #B-1
Memphis, TN 38103-1966

West Texas Interlocal Task Force
3702 Loop 322
Abilene, TX 79602-7300

Wharton Independent School District
Police Department
2100 N. Fulton
Wharton, TX 77488-2825


Wharton Sheriff's Office
315 E. Elm Street
Wharton, TX 77488-5044

Wheeler County
401 Main Street
Wheeler, TX 79096

Wheeler Independent School District
1 Mustang Drive
Wheeler, TX 79096


Whiteface County Independent
School District
401 Antelope Blvd.
Whiteface, TX 79379

Whiteface County Independent
School District Police Department
401 Antelope Blvd.
Whiteface, TX 79379

Whitesboro Police Department
113 W. Main Street
Whitesboro, TX 76273


Whitewright Police Department
507 W. Grand Street
Whitewright, TX 75491-2038

Wichita County Sheriff's Office
900 7th Street, Rm 100
Wichita Falls, TX 76301-2420

Wichita Falls Independent School
District Police Department
1104 Broad Street
Wichita Falls, TX 76301-4412

William (Scott) Platzer
12625 Memorial Drive, #78
Houston, TX 77024-4816

William Moltz & Diane Moltz JTWROS
1949 Squire Circle
New Braunfels, TX 78130-8358

Wills Point Independent School District
338 W. North Commerce
Wills Point, TX 75169-2504


Wills Point Municipal Court
307 N. 4th Street
Wills Point, TX 75169-2044

Wilmer Police Department
219 E. Belt Line
Wilmer, TX 75172-1127

Wilson County Consstable Pct 3
P. O. Box 503
La Vernia, TX 78121-0503


Wilson County Constable Pct 4
700 Main Street
Stockdale, TX 78160

Winfeild Independent School District
214 N. School Street
Winfield, TX 75493

Winfeild Police Department
P. O. Box 98
Winfield, TX 75493-0098


Wink Police Department
213 Hendricks Blvd.
Wink, TX 79789

Wink-Loving Independent School District
200 N. Rosey Dodd Avenue
Wink, TX 79789

Winkler County Sheriff's Office
1300 South Bellaire Street
Kermit, TX 79745-4900


Winnsboro Independent School District
207 E. Pine Street
Winnsboro, TX 75494-2628

Winnsboro Independent School District
Police Department
207 E. Pine Street
Winnsboro, TX 75494-2628

Winnsboro Municipal Court
501 S. Main Street
Winnsboro, TX 75494-3227


Winnsboro Police Department
501 S. Main Street
Winnsboro, TX 75494-3227

Winters Police Department
312 South Main Street
Winters, TX 79567-5615

Wireless Business Solutions
321 N. Central Expressway
Suite 306
McKinney, TX 75070-3521


Wise County
P. O. Box 899
Decatur, TX 76234-0899

Wise County Sheriff's Office
P. O. Box 899
Decatur, TX 76234-0899

Wolfforth Police Department
302 Main Street
Wolfforth, TX 79382-2940


Wood County Constable Pct 2
P. O. Box 325
Mineola, TX 75773-0325

Wood County Fire Marshal
P. O. Box 938
Quitman, TX 75783-0938

Wood County Sheriff's Office
P. O. Box 307
Quitman, TX 75783-0307


Wood County Sheriff's Office for
Alba-Golden Independent School District
402 S. Stevens Street
Quitman, TX 75783-2424

Woodsboro Municipal Court
Hon Louis Barnett/Debbie
121 N. Wood Avenue
Woodsboro, TX 78393

Woodsboro Police Department
121 North Wood Avenue
Woodsboro, TX 78393


Woodville Police Department
113 North Charlton
Woodville, TX 75979-4801

Wortham Police Department
110 E. Main Avenue
Wortham, TX 76693-4661

Yantis Independent School District
105 West Oak
Yantis, TX 75497-2725

Ymaruski LLC
30 Preston Wood
New Braunfels, TX 78132-3858

Zachry Publications
P. O. Box 1739
Abilene, TX 79604-1739

Zavalla Police Department
838 E. Main Street
Zavalla, TX 75980-9265

Office of the U.S. Trustee
400 Poydras Street
Suite 2110
New Orleans, LA 70130-3238