**Fill in this information to identify the case:**

Debtor name  **COPsync, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF LOUISIANA

Case number (if known)  **17-12625**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 16, 2017**          X */s/ Rodney Bienvenu*
                                             Signature of individual signing on behalf of debtor

                                             **Rodney Bienvenu**
                                             Printed name

                                             **Chief Executive Officer**
                                             Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **COPsync, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number (if known)   **17-12625**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $      0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $      13,555,278.43

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $      13,555,278.43

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      2,105,716.14

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $      912,560.79

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$      10,936,877.93

4.   Total liabilities ...................................................................................................
    Lines 2 + 3a + 3b   $      13,955,154.86

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **COPsync, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF LOUISIANA

Case number (if known)    **17-12625**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Wire Account** | **7518** | **$4.60** |
| 3.2. | **Chase - Operating** | **Checking** | **5024** | **$0.00** |
| 3.3. | **Postink** | | | **$0.00** |
| 3.4. | **Postink, LP** | **Money Market** | | **$0.00** |
| 3.5. | **Provident - Business** | **Money Market** | **5014** | **$0.00** |
| 3.6. | **Chase - Employee Expense Account** | **Checking** | **5016** | **$0.00** |
| 3.7. | **Prosperity Bank - Operating** | **Checking** | **2095** | **$18,091.80** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **COPsync, Inc.** | Case number *(If known)* **17-12625** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 3.8. | **Properity Bank - Employee Expense Account** | **Checking** | **9928** | **$1,096.81** |
| 3.9. | **Prosperity Bank** | **Money Market** | **8212** | **$33,726.60** |
| 3.10.| **Bank of America - Operating** | **Checking** | **7424** | **$37.85** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$52,957.66** |

| Part 2: | **Deposits and Prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.  **Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **495,740.00** | - | **0.00** | = .... | **$495,740.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **2,677,731.00** | - | **850,000.00** | =.... | **$1,827,731.00** |
| | face amount | | doubtful or uncollectible accounts | | |

12.  **Total of Part 3.**
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | **$2,323,471.00** |

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Debtor | **COPsync, Inc.** | Case number *(If known)* **17-12625** |
|---|---|---|
| | Name | |

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office furniture  - abandoned in two locations and are not deemed retrievable, estimated value $21,000.00** | **$0.00** | | **$0.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computer Hardware - See Attached List**<br>**Exhibit 2 to Schedule B** | **$58,247.55** | **Comparable sale** | **$58,249.77** |
| 42. | **Collectibles**  *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.**  **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

**$58,249.77**

**44.**  **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.**  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **COPsync, Inc.** | Case number *(If known)* **17-12625** |
|---|---|---|
| | Name | |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Video Capture System Including Two Independent Image Sensors - F&R Docekt Ref. 36299-004P01; Application No. 61/674,231; Filing Date July 20,2012; Expired** | **Unknown** | **N/A** | **Unknown** |
| **Method, System and Computer Program Product for Law Enforcement - F&R Docket Ref. 36299-0002001; Patent No. 9,047,768, Filing Date 06/02/2015; Issued -** | **Unknown** | **N/A** | **Unknown** |
| **Method, System and Computer Program Product for Law Enforcement - F&R Docket Ref 36299-0002002; Application No. 14/726,274; Filing Date 05/29/15; Patent Issued 05/02/2017; COPsync, Inc. filed a Reply to Notice of Allowance on October 9, 2017** | **Unknown** | | **Unknown** |
| **System and Method for Collecting Bods ad Fines for Warrants and Traffic Tickets - F&R Docket Ref 36299-0003001; Application No. 12/435,898; Filing Date 05/05/09; Patent Abandoned** | **Unknown** | | **Unknown** |
| **Video Capture System Including Two Independent Image Sensors - F&R Docekt Ref. 36299-004001; Patent No. 9,143,670; Filing Date September 22, 2015; Issued** | **Unknown** | | **Unknown** |
| **Video Capture System Including Two Independent Image Sensors - F&R Docekt Ref. 36299-004002; Patent No. 9,538060; Filing Date January 3, 2017; Issued** | **Unknown** | | **Unknown** |
| **Video Capture System Including Two Independent Image Sensors - F&R Docekt Ref. 36299-004003; Application No. 15/396,092; Filing Date December 30, 2016; First Office Action Received** | **Unknown** | | **Unknown** |
| **Method, System and Computer Program Product for Law Enforcement - F&R Docekt Ref. 36299-005P01; Application No. 61/770,778; Filing Date February 28, 2013; Expired** | **Unknown** | | **Unknown** |

| Debtor | **COPsync, Inc.** | | Case number *(If known)* **17-12625** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Method, System and Computer Program Product for Law Enforcement - F&R Docekt Ref. 36299-005001;  Patent No. 9,641,965; Filing Date May 2, 2017; Issued** | **Unknown** | | **Unknown** |
| **Garment for Emergency Response Provider - F&R Docekt Ref. 36299-006P01; Application No. 62/247,511; Filing Date October 28, 2017; Expired** | **Unknown** | | **Unknown** |
| **Garment for Emergency Response Provider - F&R Docekt Ref. 36299-006001; Application No. 15/336,455; Filing Date October 27, 2016; Request for Continued Examination filed October 5, 2017** | **Unknown** | | **Unknown** |

| 61. | **Internet domain names and websites** **www.copysync.com -** | **Unknown** | | **Unknown** |
|---|---|---|---|---|

| 62. | **Licenses, franchises, and royalties** | | | |
|---|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations** **Customer List -** | **Unknown** | **N/A** | **Unknown** |

64. **Other intangibles, or intellectual property**

65. **Goodwill**

| 66. | **Total of Part 10.** | | **$0.00** |
|---|---|---|---|

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

   **Current value of debtor's interest**

| 71. | **Notes receivable** |
|---|---|
| | Description (include name of obligor) |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **COPsync, Inc.** | Case number *(If known)* **17-12625** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| **Promissory Note to GTX Corp** | **50,000.00** - | **50,000.00** = | | **Unknown** |
| | Total face amount | doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
**As of December 31, 2016 on an After-Tax Basis, however, returns have not been prepared or filed - Estimated.**

Tax year **2016**    **$10,095,400.00**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Potential cause of action against Brandon CopSync, LLC**

**$1,025,200.00**

Nature of claim
Amount requested    **$1,025,200.00**

**Potentional Causes of Action against Previous Officers and/or Directors of COPsync, Inc.**    **Unknown**

Nature of claim    **Breach of Fudiciary Duty**
Amount requested    **$0.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**    **$11,120,600.00**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **COPsync, Inc.**

Name

Case number *(If known)*   **17-12625**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $52,957.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,323,471.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $58,249.77 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $11,120,600.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,555,278.43 | + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,555,278.43 |

EXHIBIT 1 TO SCHEDULE B

# COPsync, Inc.
# A/R Aging Summary
### As of October 11, 2017

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over |
|---|---|---|---|---|---|
| **Abernathy PD** | | 6,475.80 | | | |
| **Aransas County Sheriff's Office** | | | | | 23,988.00 |
| **Atascosa  Const. Pct 3, County of** | | 90.00 | | | |
| **Ballinger Fire Department** | | | | | 37,910.88 |
| **Ballinger Police Department** | | | 60.00 | | 81,792.59 |
| **Beeville Police Department** | | | | | 23,361.48 |
| **Big Sandy Police Department** | | 2,351.64 | | | |
| **Bishop Police Department, City of** | | 1,944.00 | | | |
| **Boyd ISD** | | | 600.00 | | |
| **Brandon-COPsync, LLC** | | 3,284.00 | 5,417.25 | | 617,424.50 |
| **Brewster County (Hill Country Software)** | | | 1,200.00 | | |
| **Brewster Sheriff's Office, County of** | | 21,876.36 | | | |
| **Brownfield PD, City of** | | 18,953.64 | | | |
| **Burnet Sheriffs Office, County of** | | 4,776.00 | | | |
| **Burton ISD** | | 2,400.00 | | | |
| **Calhoun County Constable Pct 4** | | | | | 660.84 |
| **Calhoun County Sheriff''s Office** | | | | | 14,803.80 |
| **Calvert ISD** | | | 1,200.00 | | |
| **Calvert Police Department** | | 3,254.16 | | | |
| **Cathedral School of St. Jude** | | | | | 2,000.00 |
| **Center Municipal Court** | | | | | 6,000.00 |
| **Central Community School System** | | | | | 7,680.00 |
| **Channing ISD** | | | | | 4,800.00 |
| **Charlie Blue** | | | | | 307.05 |
| **Charlotte ISD** | | 3,600.00 | | | |
| **Christoval ISD** | | | 1,800.00 | | |
| **Cisco Police Department** | | | | 8,368.92 | |
| **Collingsworth Sheriffs Office, County of** | | 4,800.00 | | | |
| **Comanche ISD** | | | | 4,331.25 | |
| **Crane Police Department** | | | | | 599.70 |
| **Cuero ISD** | | | | | 1,200.00 |
| **Culberson Sheriff's Office, County of** | | | | | 6,345.60 |
| **Cumby ISD** | | 13,200.00 | | | |
| **Dalhart ISD Police Department** | | 1,199.40 | | | |
| **Donley Sheriff's Office, County of** | | 5,491.08 | | | |
| **Dow Chemical Company-Seadrift Operation** | | | | | 5,000.00 |
| **Driscoll PD, City of** | | | | 159.85 | |
| **Dumas Police Department\*\*\*** | | | | | 14,160.00 |
| **East Mountain Police Department** | | | | | 1,198.80 |
| **Ector County Sheriff's Office** | | | | | 20,750.40 |
| **Ector PD** | | 1,158.36 | | | |

| | | | | | |
|---|---|---|---|---|---|
| Ellis County Fire Marshal | | | | | 1,878.48 |
| Erath Constable Pct 1, County of | | 1,199.40 | | | 1,199.40 |
| Erath Constable Pct 2, County of | | 1,199.40 | | | |
| Estelline PD, City of | | | | | -1,074.70 |
| Eustace ISD | | | 2,400.00 | | |
| Eustace ISD PD | | | 1,586.40 | | |
| Eustace Police Department, City of | | | | | 1,457.04 |
| Excel Software Professionals | | | | | 0.00 |
| Falls City ISD | | | | | 2,400.00 |
| Falls County Const Pct 1 | | | | | 1,727.40 |
| Falls County Const Pct 3 | | | | | 1,727.40 |
| Falls County District Attorney's Office | | | | | 767.40 |
| Fisher Sheriffs Office, County of | | | | 8,994.00 | |
| Flatonia Police Department, City of | | 4,456.56 | | | |
| Fort Bend CO SO | | 1,321.68 | | | 1,258.80 |
| Fort Elliott CISD | | | | 1,200.00 | |
| Fort Stockton Police Department | | 19,315.20 | | | |
| Garrett Municipal Court | | | | 1,200.00 | 6,800.00 |
| George West PD, City of | | | | | 840.00 |
| Goliad County Sheriff's Office | | | 358.20 | | |
| Gonzales CO Const Pct 3 | | 1,191.84 | | | |
| Gonzales CO Const Pct 4 | | 1,243.80 | | | |
| Grandview Police Department, City of | | 769.55 | 769.55 | 769.55 | 769.55 |
| Granite Shoals Police Department, City of | | 1,216.20 | | | |
| Guadalupe County Constable Pct 1 | | -102.31 | | | |
| Guadalupe County Constable Pct 3 | | 239.40 | | | |
| Guadalupe County Constable Pct 4 | | -1,457.02 | | | |
| Gunter Police Department | | | | -60.00 | 10,067.35 |
| Haskell Police Department, City of | | | | 4,345.80 | |
| Hemphill County Hospital-EMS | | | | | 1,917.60 |
| Hemphill Sheriffs Office, County of | | 1,828.76 | | | -2,004.94 |
| Hidalgo CO Const Pct 1 | | | | | 568.69 |
| Hidalgo CO Const Pct 3 | | | | | 306.22 |
| Houston Baptist University PD | | | 7,802.40 | | 7,488.00 |
| Iberville 911 | | | | 129.96 | |
| Ingram Police Department, City of | | 3,214.92 | | | |
| Iowa Colony Police Department | | 2,294.52 | | | |
| Itasca Fire Department | | | | | -480.00 |
| Jones County JP Court | | 1,200.00 | | | |
| Josephine Police Department | | | 3,117.00 | | |
| Karnes Sheriff's Office, County of | | 26,791.56 | | | |
| Kempner Police Department | | | | | 30,926.10 |
| Kenedy ISD | | | | | 1,200.00 |
| Kermit ISD | | | | | 6,000.00 |
| Kermit Police Department | | | | 12,832.80 | |
| Kinney Sheriff's Office, County of | | | | 10,794.60 | |
| Kirby PD, City of | 12,259.32 | | | | |

| | | | |
|---|---|---|---|
| Kleberg CO Const Pct 1 | 1,199.40 | | 1,199.40 |
| Kleberg CO Const Pct 3 | 1,199.40 | | |
| Lake Charles PD, LA | | | 1,252.80 |
| Liberty Constable Pct. 1-6, County of | | | -239.40 |
| Liberty Constable Pct. 6, County of | | | 6,975.95 |
| Libman Company, The | 1,200.00 | | |
| Lighthouse Christian Learning Center | | 50.00 | |
| Lindale ISD | -2,000.00 | | |
| Lometa Police Department, City of | | | -510.20 |
| Lott Police Department, City of | 3,060.00 | | |
| Lubbock CO Constable Pct 1 | 1,199.40 | | |
| Lubbock Sheriff's Office, County of | | 13,579.68 | |
| Mabank PD | | | 7,792.20 |
| Marion PD | | | -480.40 |
| Marlin ISD | 3,600.00 | | |
| Medina County Constable Pct 2 | 1,392.60 | | |
| Memphis ISD | 514.00 | | 514.00 |
| Midland Memorial Hospital PD | | 5,814.60 | |
| Mississippi DPS | 270.00 | | |
| Mitch Norton | | | 307.05 |
| Motley Sheriffs Office, County of | 358.80 | | |
| Moulton Police Department | | | -253.80 |
| Munday Police Department, City of *** | | | 4,077.00 |
| Natalia PD, City of | 5,292.00 | | |
| Navajo Nation | | | 15,638.50 |
| Nocona Police Department | 3,687.12 | | |
| Ochiltree Sheriff's Office, County of | 6,003.84 | | |
| Oldham Sheriff's Office, County of | 4,950.36 | | |
| Olney ISD | | | 2,400.00 |
| Orange Constable Pct. 4, County of | 765.48 | | 729.00 |
| Ore City Police Department | 1,966.56 | | |
| Palmview PD, City of | | | 237,078.70 |
| Palo Pinto County | -69.30 | | |
| Panhandle Auto Burglary & Theft Unit | | | 5,034.00 |
| Panola County Sheriff's Department | | | 1,991.04 |
| Pearl PD, Pearl, Mississippi | 180.00 | | |
| Pecos CO Memorial Hospital | | | -400.00 |
| Penitas Police Department | | | 45,314.71 |
| Pennsylvania State Constable | | | 36,000.00 |
| Perryton Police Department | | | 6,883.25 |
| Pharr PD, City of | | | 29,832.25 |
| Pharr, City of | | | 216,334.00 |
| Point Police Department, City of | | | -0.04 |
| Poth PD, City of | 1,199.76 | | 1,618.74 |
| Pottsboro Municipal Court | | | 1,200.00 |
| Prosper ISD Police Department | 110.00 | | |
| Quitman ISD | 7,200.00 | | |

| | | | | |
|---|---|---|---|---|
| Rancho Viejo Police Department | 874.20 | | | |
| Ranger Police Department | | | | 756.00 |
| Rankin County Sheriff's Department, MS | 3,775.80 | | | |
| Reagan Sheriff's Office, County of | 18,948.60 | | | |
| Refugio County Constable Pct 2 | | | 765.00 | |
| Roanoke  City Schools | | | | -1,550.00 |
| Robertson CO Constable Pct 4 | 5,791.90 | | | |
| Robertson Constable, County of | 8,253.12 | | | |
| Robertson County JP Pct 1 | | | | 1,200.00 |
| Robertson County JP Pct 3 Place 1 | | | | 1,200.00 |
| Robertson County JP Pct 4 Place 1 | | | | 1,200.00 |
| Rockdale PD | | | | 4,168.32 |
| Rose City Marshal's Office, City of | 1,198.80 | | | |
| Rosebud Police Department, City of | 3,120.00 | | | |
| Rosebud-Lott ISD | | | | 3,600.00 |
| Rosenberg Police Department | | 629.40 | | 1,376.80 |
| Runnels Sheriff's Office, County of | | | | 98,496.71 |
| Sacred Heart Catholic School | | | 350.00 | 350.00 |
| Saint Jo ISD | | | | 2,520.00 |
| Saint Jo PD, City of | 3,039.12 | | | |
| Santa Rosa Police Department | | 240.00 | | |
| Schleicher Sheriffs Office, County of | | | | -239.40 |
| Schulenburg PD | 6,289.92 | | | |
| Shamrock ISD | | | 1,200.00 | |
| Sherman Sheriff's Office, County of | | | | -2,407.46 |
| Shiner Independent School District | | | | 1,200.00 |
| Slaton ISD | | 5,200.00 | | |
| Somerset Police Department | 2,634.00 | | | |
| Sonora Police Department, City of | 3,261.96 | | | |
| Southside Independent School District | | | | 16,800.00 |
| Southwest ISD | | 6,000.00 | | |
| Spur Police Department, City of | 2,222.64 | | | |
| Strawn Marshal's Office | | | | 1,273.20 |
| Sunray ISD | | | 2,400.00 | |
| Sweetwater ISD | | | | 7,200.00 |
| Sweetwater Police Department, City of | | | | 8,000.00 |
| Tahoka Police Department | | | | -159.60 |
| Terrell County Sheriff's Office | | | | -138.00 |
| Three Rivers PD | | | | 174,466.62 |
| Tom Green CO Const Pct 3 | | -630.00 | | |
| University Texas Permian Basin PD | | 120.00 | | |
| Unknown Customer | 1.00 | 1.00 | 1.00 | -209,960.76 |
| Val Verde Sheriff's Office, County of | | | 23,342.40 | 22,228.80 |
| Van Zandt County Sheriffs Ofc, County of | 3,223.80 | | | |
| Van Zandt Fire Marshal's Office, County of | 238.80 | | | |
| Webb Sheriff's Office, County of *** | 43,156.80 | | | 43,156.80 |
| Weimar ISD | 6,000.00 | | | |

| | | | | |
|---|---|---|---|---|
| **West ISD** | | | | 14,400.00 |
| **White Oak Police Department, City of** | 6,730.68 | | | |
| **Wichita County Sheriff's Office** | 1,510.80 | | | |
| **Wimberley City Marshal, City of** | | | 528.84 | |
| **Winfield ISD** | | | | 1,200.00 |
| **Wink Police Department** | | | | 5,709.90 |
| **Winters Police Department** | | | | 69,471.21 |
| **Wise County Sheriff's Office** | 18,478.80 | | | |
| **Wolfforth Police Department** | 503.40 | | | |
| **WRB Refining** | | | | -5,000.00 |
| **Yantis ISD** | | 1,200.00 | | 1,200.00 |
| **TOTAL** | **$ 12,259.32** | **$ 343,311.46** | **$ 58,465.48** | **$ 81,703.97** | **$ 1,827,731.32** |

Wednesday, Oct 11, 2017 11:15:00 AM GMT-7

| Total |
| ---: |
| 6,475.80 |
| 23,988.00 |
| 90.00 |
| 37,910.88 |
| 81,852.59 |
| 23,361.48 |
| 2,351.64 |
| 1,944.00 |
| 600.00 |
| 626,125.75 |
| 1,200.00 |
| 21,876.36 |
| 18,953.64 |
| 4,776.00 |
| 2,400.00 |
| 660.84 |
| 14,803.80 |
| 1,200.00 |
| 3,254.16 |
| 2,000.00 |
| 6,000.00 |
| 7,680.00 |
| 4,800.00 |
| 307.05 |
| 3,600.00 |
| 1,800.00 |
| 8,368.92 |
| 4,800.00 |
| 4,331.25 |
| 599.70 |
| 1,200.00 |
| 6,345.60 |
| 13,200.00 |
| 1,199.40 |
| 5,491.08 |
| 5,000.00 |
| 159.85 |
| 14,160.00 |
| 1,198.80 |
| 20,750.40 |
| 1,158.36 |

1,878.48
2,398.80
1,199.40
-1,074.70
2,400.00
1,586.40
1,457.04
0.00
2,400.00
1,727.40
1,727.40
767.40
8,994.00
4,456.56
2,580.48
1,200.00
19,315.20
8,000.00
840.00
358.20
1,191.84
1,243.80
3,078.20
1,216.20
-102.31
239.40
-1,457.02
10,007.35
4,345.80
1,917.60
-176.18
568.69
306.22
15,290.40
129.96
3,214.92
2,294.52
-480.00
1,200.00
3,117.00
26,791.56
30,926.10
1,200.00
6,000.00
12,832.80
10,794.60
12,259.32

2,398.80
1,199.40
1,252.80
-239.40
6,975.95
1,200.00
50.00
-2,000.00
-510.20
3,060.00
1,199.40
13,579.68
7,792.20
-480.40
3,600.00
1,392.60
1,028.00
5,814.60
270.00
307.05
358.80
-253.80
4,077.00
5,292.00
15,638.50
3,687.12
6,003.84
4,950.36
2,400.00
1,494.48
1,966.56
237,078.70
-69.30
5,034.00
1,991.04
180.00
-400.00
45,314.71
36,000.00
6,883.25
29,832.25
216,334.00
-0.04
2,818.50
1,200.00
110.00
7,200.00

874.20
756.00
3,775.80
18,948.60
765.00
-1,550.00
5,791.90
8,253.12
1,200.00
1,200.00
1,200.00
4,168.32
1,198.80
3,120.00
3,600.00
2,006.20
98,496.71
700.00
2,520.00
3,039.12
240.00
-239.40
6,289.92
1,200.00
-2,407.46
1,200.00
5,200.00
2,634.00
3,261.96
16,800.00
6,000.00
2,222.64
1,273.20
2,400.00
7,200.00
8,000.00
-159.60
-138.00
174,466.62
-630.00
120.00
-209,957.76
45,571.20
3,223.80
238.80
86,313.60
6,000.00

|  |  |
|---|---:|
|  | 14,400.00 |
|  | 6,730.68 |
|  | 1,510.80 |
|  | 528.84 |
|  | 1,200.00 |
|  | 5,709.90 |
|  | 69,471.21 |
|  | 18,478.80 |
|  | 503.40 |
|  | -5,000.00 |
|  | 2,400.00 |
| **$** | **2,323,471.55** |

EXHIBIT 2 TO SCHEDULE B

## COPsync, Inc
## Summary Listing of Inventory
## 30-Sep-17

| Location | 9/30/2017 Inv Value | 6/30/2017 Inv Value | Period-to-Period Chg Change - $ |
|---|---|---|---|
| En-route to New Braunfels | $ - | $ 365.00 | $ (365.00) |
| Returned from Rockport | $ - | $ - | |
| New Braunfels Equipment/Server Room | $ - | $ 186,236.72 | (186,236.72) |
| New Braunfels Storage Room 2 | $ - | $ 123,706.03 | (123,706.03) |
| Field Service Autos | $ - | $ 19,813.19 | (19,813.19) |
| Addison | $ - | $ 66,149.05 | (66,149.05) |
| Contract Installers | $ - | $ - | |
| VidTac Components | $ - | $ 3,054.02 | (3,054.02) |
| VIDTAC Kits | $ - | $ - | |
| Retro VidTac Equipment | $ - | $ 996.84 | (996.84) |
| Defective VidTac Equipment | $ - | $ 78,358.71 | (78,358.71) |
| Equipment Installed for Evaluation | $ 58,249.77 | $ 58,249.77 | - |
| misc difference | $ - | | - |
| **Total Finished Goods Inventory** | **$ 58,249.77** | **$ 536,929.33** | **$ (478,679.56)** |
| | | | |
| Raw Materials Inventory | $ - | $ 14,600.00 | $ (14,600.00) |
| Votronics | | | |

| | 9/30/2017 Preliminary Balance | 9/30/2017 Final Balance | Adj Amount |
|---|---|---|---|
| 300.000 Inventory | $ - | $ - | $ - |
| 300.100 Raw Material | $ - | | $ - |
| 300.200 Ancillary Inventory | $ - | | $ - |
| 300.300 Finished Goods | | $ 58,249.77 | $ 58,249.77 |
| Card Reader | | 0 | $ - |
| GPS Receiver | | 0 | $ - |
| MW-260 Adapter | | 0 | $ - |
| MW-260 Thermal Paper | | 0 | $ - |
| Quad Antenna | | 0 | $ - |
| Proof Total | $ - | $ 58,249.77 | $ 58,249.77 |

**Fill in this information to identify the case:**

Debtor name       **COPsync, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number (if known)   **17-12625**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

---

**2.1   Chrysler Capital**
Creditor's Name

**P. O. Box 660335**
**Dallas, TX 75266-0335**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**01/2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2016 Dodge Caravan**

Describe the lien
**Vehicle Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $14,464.17 | Unknown |
| --- | --- |

---

**2.2   Expansion Capital Group**
Creditor's Name

**6001 S. Sharon Avenue**
**Suite 6**
**Sioux Falls, SD 57106**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**See Attached UCC**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| $366,733.29 | Unknown |
| --- | --- |

---

| Debtor | **COPsync, Inc.** | | Case number (if know) | **17-12625** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **KFP** | Describe debtor's property that is subject to a lien | $366,675.04 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **See Attached UCC** | | |

**c/o Brandon A. Brown
Stewart Robbins & Brown,
LLC
301 Main Street, Suite 1640
Baton Rouge, LA 70801**
Creditor's mailing address

Describe the lien
**First Mortgage**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **MEF I, LLP** | Describe debtor's property that is subject to a lien | $277,965.10 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **See Attached UCC** | | |

**40 Wall St
New York, NY 10005**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Patsy's Leasing** | Describe debtor's property that is subject to a lien | $54,980.64 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **(4) 2016 Chevy Tahoe Serial Nos. 0937, 1937, 1084 and 3403; (2) 2014 Hyundai Sonata Serial Nos. 4790, and 0330** | | |

**31 Hall Street
Concord, NH 03301**
Creditor's mailing address

Describe the lien
**Vehicle Loan**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **COPsync, Inc.** | Case number (if know) | **17-12625** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Prosperity Bank** | Describe debtor's property that is subject to a lien | $6,839.69 | Unknown |
|---|---|---|---|---|

Creditor's Name

**1805 FM 2673**
**Canyon Lake, TX 78133**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2014 Dodge Charger. 2013 Ford Explorer, (3) 2013 Hyundai Elantra; 2017 Ford Explorer**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Prosperity Bank** | Describe debtor's property that is subject to a lien | $18,532.63 | Unknown |
|---|---|---|---|---|

Creditor's Name

**1805 FM 2673**
**Canyon Lake, TX 78133**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2014 Chevrolet Express Van;  (4) 2014 Dodge Charger,**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

10/16/17  9:48PM

| Debtor | **COPsync, Inc.** | Case number (if know) | **17-12625** |
| --- | --- | --- | --- |
| | Name | | |

| 2.8 | **The Brewer Group** | Describe debtor's property that is subject to a lien | **$999,525.58** | **Unknown** |
| --- | --- | --- | --- | --- |

Creditor's Name

**IDS Center Suite 900**
**80 South Eighth Street**
**Minneapolis, MN 55402**

**See Attached UCC**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$2,105,716.14** |
| --- | --- | --- |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Steven H. Silton**<br>**Cozen O'Connor**<br>**33 South Sixth Street, Suite 4640**<br>**Minneapolis, MN 55402** | Line **2.8** | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# Delaware

Page 2

## The First State

DEBTOR:       PATSY'S LEASING CORP.

              31 HALL STREET                    ADDED    09-18-15

              CONCORD, NH 03301

SECURED:      BANK OF NEW HAMPSHIRE

              300 FRANKLIN STREET               ADDED    01-06-14

              MANCHESTER, NH 03101


              F I L I N G   H I S T O R Y

    20140194019    FILED 01-06-14   AT 12:30 P.M.   FINANCING STATEMENT

    20154710355    FILED 09-18-15   AT 8:00 A.M.    AMENDMENT


      3 OF 5          FINANCING STATEMENT              20166214355

                  EXPIRATION DATE: 10/10/2021
DEBTOR:       COPSYNC, INC.

              16415 ADDISON ROAD, SUITE 300      ADDED    10-10-16

              ADDISON, TX 75001

SECURED:      DOMINION CAPITAL LLC

              C/O ROBINSON BROG                  ADDED    10-10-16

              875 THIRD AVENUE, 9TH FLOOR

              NEW YORK, NY 10022



Jeffrey W. Bullock, Secretary of State

20177834671-UCC11
SR# 20176312494

Authentication: 203282425
Date: 09-25-17

You may verify this certificate online at corp.delaware.gov/authver.shtml

# Delaware

*Page 1*

### The First State

CERTIFICATE

SEARCHED SEPTEMBER 25, 2017 AT 11:13 A.M.
FOR DEBTOR, COPSYNC, INC.

1 OF 5            FINANCING STATEMENT                    20140194001

          EXPIRATION DATE: 01/06/2019
DEBTOR:      COPSYNC, INC.

          16415 ADDISON ROAD                    ADDED      01-06-14

          ADDISON, TX 75001-3218

SECURED:     BANK OF NEW HAMPSHIRE

          62 PLEASANT STREET                     ADDED      01-06-14

          LACONIA, NH 03246


F I L I N G   H I S T O R Y

   20140194001    FILED 01-06-14    AT 12:30 P.M.    FINANCING STATEMENT


   2 OF 5            FINANCING STATEMENT                    20140194019

          EXPIRATION DATE: 01/06/2019
DEBTOR:      COPSYNC, INC.

          16415 ADDISON ROAD                    ADDED      01-06-14

          ADDISON, TX 75001-3218                REMOVED    09-18-15



Jeffrey W. Bullock, Secretary of State

20177834671-UCC11                              Authentication: 203282425
SR# 20176312494                                       Date: 09-25-17
You may verify this certificate online at corp.delaware.gov/authver.shtml

# Delaware

*Page 3*

## The First State

SECURED:     MEF I, L.P.

      40 WALL STREET                    ADDED    09-13-17

      NEW YORK, NY 10005


### F I L I N G   H I S T O R Y

  20166214355     FILED 10-10-16     AT 11:30 A.M.    FINANCING STATEMENT

  20176074279     FILED 09-13-17     AT 11:27 A.M.    PARTIAL ASSIGNMENT


  4 OF 5          FINANCING STATEMENT              20176278045

            EXPIRATION DATE: 09/20/2022
DEBTOR:      COPSYNC, INC.

      16415 ADDISON ROAD, STE. 300      ADDED    09-20-17

      ADDISON, TX 75001

SECURED:     THE BREWER GROUP, INC.

      80 SOUTH EIGHTH STREET, STE. 900   ADDED    09-20-17

      MINNEAPOLIS, MN 55402


### F I L I N G   H I S T O R Y

  20176278045     FILED 09-20-17     AT 3:42 P.M.    FINANCING STATEMENT


Jeffrey W. Bullock, Secretary of State

20177834671-UCC11
SR# 20176312494

Authentication: 203282425
Date: 09-25-17

You may verify this certificate online at corp.delaware.gov/authver.shtml

# Delaware

*Page 4*

## The First State

*5 OF 5*          *FINANCING STATEMENT*                *20176373960*

               *EXPIRATION DATE: 09/25/2022*
*DEBTOR:*       *COPSYNC. INC.*

               *16415 ADDISON RD.*                    *ADDED     09-25-17*

               *ADDISON, TX 75001-3218*

*SECURED:*      *THINKSTREAM ACQUISITION, LLC*

               *3837 PLAZA TOWER DR., SUITE C*        *ADDED     09-25-17*

               *BATON ROUGE, LA 70816*


               *F I L I N G   H I S T O R Y*

*20176373960     FILED 09-25-17    AT 10:26 A.M.   FINANCING STATEMENT*


       *E N D   O F   F I L I N G   H I S T O R Y*

   *THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE
LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS,
FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS
OFFICE WHICH NAME THE ABOVE DEBTOR, COPSYNC, INC. AS OF SEPTEMBER 11,
2017 AT 11:59 P.M.*

Jeffrey W. Bullock, Secretary of State

20177834671-UCC11                          Authentication: 203282425
SR# 20176312494                                       Date: 09-25-17

You may verify this certificate online at corp.delaware.gov/authver.shtml

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 12:30 PM 01/06/2014*
*INITIAL FILING # 2014 0194001*

*SRV: 140025957*

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Bank of New Hampshire
Commercial Services
62 Pleasant Street
Laconia, NH 03246

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| COPsync, Inc. | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 16415 Addison Road | Addison | TX | 75001-3218 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Bank of New Hampshire | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 62 Pleasant Street | Laconia | NH | 03246 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

All Contract rights, leases, relating to, as well as all debtors in COPsync, Inc, with all accessories, parts and equipment now or hereafter affixed thereto or used in connection therewith; all substitutions or replacements and proceeds of any f the foregoing.

see attached exhibit

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)   ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:   ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:   ☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
4-7557

UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

**3RD PARTY HW**

COPsync, Inc.
## Summary List of Customer Bookings Applicable For 3rd party Financing
### Dated 11/05/13

| Customer Name | Quantity | Extended Purchase Price |
|---|---|---|
| **Agency Bookings for VidTac Kit:** | | |
| (A Kit consists of: 1 Forward-Facing Camera; 1 Back-Seat Camera; 1 Black Box; & 1 Wireless Microphone) | | |
| Baird City MO | 2 | $ 5,005.04 |
| Crosby County Sheriff's Office | 6 | $ 15,015.12 |
| East Mountain PD | 2 | $ 5,005.04 |
| Hallsville PD | 5 | $ 12,512.60 |
| Kenedy Co SO | 11 | $ 27,527.72 |
| New Summerfield Police Department | 1 | $ 2,502.52 |
| Perryton Police Department | 13 | $ 32,532.76 |
| Reagan County Sheriff's Office | 2 | $ 5,005.04 |
| Sherman Co SO | 1 | $ 2,502.52 |
| **Sub-Total - VidTac-related Bookings** | **43** | **$ 107,608.36** |
| | | |
| **Brite Computers:** | | |
| Deaf Smith Sheriff's Office | 1 | $ 2,756.50 |
| East Mountain Police Department | 2 | $ 5,513.00 |
| Hansford CO SO | 6 | $ 16,539.00 |
| Maverick County Sheriff's Office | 30 | $ 82,695.00 |
| Perryton Police Department | 8 | $ 22,996.00 |
| Tom Green Co Const Pct 1 | 1 | $ 2,756.50 |
| Tom Green Co Const Pct 2 | 1 | $ 2,756.50 |
| Tom Green Co Const Pct 3 | 1 | $ 2,756.50 |
| Tom Green Co Const Pct 4 | 1 | $ 2,756.50 |
| Tulia Police Department | 9 | $ 24,808.50 |
| Crosby County Sheriff's Office | 6 | $ 16,539.00 |
| Eastland Police Department | 8 | $ 22,996.00 |
| **Sub-Total - Brite Computer-Related Bookings** | **74** | **$ 205,869.00** |
| | | |
| **Grand Total - VidTac & Brite-Computer-Related Bookings** | **117** | **$ 313,477.36** |

RAW

**Exhibit A**
List of all items of equipment with serial numbers:

Pending Brite Equipment Orders:

| Customer Name | SA Number | Units | Product Description | PO Amount | PO No. |
|---|---|---|---|---|---|
| Deaf Smith Sheriff's Office | 6651 | 1 | 1 – Mobile Data Terminal Package 2 | $ 2,756.50 | 4709 |
| East Mountain Police Department | 6261 | 2 | 2 – Mobile Data Terminal Package 2 | $ 5,513.00 | 4812 |
| Hansford COSO | 6528 | 6 | 6 – Mobile Data Terminal Package 2 | $ 16,539.00 | 4823 |
| Maverick County Sheriff's Office | 6169 | 30 | 30 - Mobile Data Terminal Package 2 | $ 82,695.00 | 4714 |
| Perryton Police Department | 6653 | 8 | 4 - Mobile Data Terminal Package 1<br>4 - Mobile Data Terminal Package 2 | $ 22,996.00 | 4730 |
| Tom Green Co Const Pct 1 | 6824 | 1 | 1 - Mobile Data Terminal Package 2 | $ 2,756.50 | 4763 |
| Tom Green Co Const Pct 2 | 6825 | 1 | 1 - Mobile Data Terminal Package 2 | $ 2,756.50 | 4764 |
| Tom Green Co Const Pct 3 | 6826 | 1 | 1 - Mobile Data Terminal Package 2 | $ 2,756.50 | 4765 |
| Tom Green Co Const Pct 4 | 6827 | 1 | 1 - Mobile Data Terminal Package 2 | $ 2,756.50 | 4766 |
| Tulia Police Department | 6778 | 9 | 9 - Mobile Data Terminal Package 2 | $ 24,808.50 | 4760 |
| Crosby County Sheriff's Office | 6803 | 6 | 6 - Mobile Data Terminal Package 2 | $ 16,539.00 | |
| Eastland Police Department | 6870 | 8 | 8 - Mobile Data Terminal Package 2 | $ 22,996.00 | |
| Totals | | 74 | | $ 205,869.00 | |

Serial Number Assignment by Agency:

| Customer Name | Serial No. | Unit Ref. |
|---|---|---|
| Deaf Smith Sheriff's Office | Q3606990 | 1 |
| East Mountain Police Department | Q3606991 | 1 |
| East Mountain Police Department | Q3606992 | 2 |
| Hansford CO SO | Q3606993 | 1 |
| Hansford CO SO | Q3606994 | 2 |
| Hansford CO SO | Q3606995 | 3 |
| Hansford CO SO | Q3606996 | 4 |
| Hansford CO SO | Q3606997 | 5 |
| Hansford CO SO | Q3606998 | 6 |
| Maverick County Sheriff's Office | Q3606999 | 1 |
| Maverick County Sheriff's Office | Q3607000 | 2 |
| Maverick County Sheriff's Office | Q3607001 | 3 |
| Maverick County Sheriff's Office | Q3607002 | 4 |
| Maverick County Sheriff's Office | Q3607003 | 5 |
| Maverick County Sheriff's Office | Q3607004 | 6 |
| Maverick County Sheriff's Office | Q3607005 | 7 |
| Maverick County Sheriff's Office | Q3607006 | 8 |
| Maverick County Sheriff's Office | Q3607007 | 9 |
| Maverick County Sheriff's Office | Q3607008 | 10 |
| Maverick County Sheriff's Office | Q3607009 | 11 |
| Maverick County Sheriff's Office | Q3607010 | 12 |
| Maverick County Sheriff's Office | Q3607011 | 13 |
| Maverick County Sheriff's Office | Q3607012 | 14 |
| Maverick County Sheriff's Office | Q3607013 | 15 |
| Maverick County Sheriff's Office | Q3607014 | 16 |
| Maverick County Sheriff's Office | Q3607015 | 17 |
| Maverick County Sheriff's Office | Q3607016 | 18 |

| Customer Name | Serial No. | Unit Ref. |
|---|---|---|
| Perryton Police Department | Q3607029 | 1 |
| Perryton Police Department | Q3607030 | 2 |
| Perryton Police Department | Q3607031 | 3 |
| Perryton Police Department | Q3607032 | 4 |
| Perryton Police Department | Q3607033 | 5 |
| Perryton Police Department | Q3607034 | 6 |
| Perryton Police Department | Q3607035 | 7 |
| Perryton Police Department | Q3607036 | 8 |
| Tom Green Co Const Pct 1 | Q3607037 | 1 |
| Tom Green Co Const Pct 2 | Q3607038 | 1 |
| Tom Green Co Const Pct 3 | Q3607039 | 1 |
| Tom Green Co Const Pct 4 | Q3607040 | 1 |
| Tulia Police Department | Q3607041 | 1 |
| Tulia Police Department | Q3607042 | 2 |
| Tulia Police Department | Q3607043 | 3 |
| Tulia Police Department | Q3607044 | 4 |
| Tulia Police Department | Q3607045 | 5 |
| Tulia Police Department | Q3607046 | 6 |
| Tulia Police Department | Q3607047 | 7 |
| Tulia Police Department | Q3607048 | 8 |
| Tulia Police Department | Q3607049 | 9 |
| Crosby County Sheriff's Office | Q3607050 | 1 |
| Crosby County Sheriff's Office | Q3607051 | 2 |
| Crosby County Sheriff's Office | Q3607052 | 3 |
| Crosby County Sheriff's Office | Q3607053 | 4 |
| Crosby County Sheriff's Office | Q3607054 | 5 |
| Crosby County Sheriff's Office | Q3607055 | 6 |

## Exhibit A
### List of all items of equipment with serial numbers:

| | | |
|---|---|---|
| Maverick County Sheriff's Office | Q3607017 | 19 |
| Maverick County Sheriff's Office | Q3607018 | 20 |
| Maverick County Sheriff's Office | Q3607019 | 21 |
| Maverick County Sheriff's Office | Q3607020 | 22 |
| Maverick County Sheriff's Office | Q3607021 | 23 |
| Maverick County Sheriff's Office | Q3607022 | 24 |
| Maverick County Sheriff's Office | Q3607023 | 25 |
| Maverick County Sheriff's Office | Q3607024 | 26 |
| Maverick County Sheriff's Office | Q3607025 | 27 |
| Maverick County Sheriff's Office | Q3607026 | 28 |
| Maverick County Sheriff's Office | Q3607027 | 29 |
| Maverick County Sheriff's Office | Q3607028 | 30 |

| | | |
|---|---|---|
| Eastland Police Department | Q3607056 | 1 |
| Eastland Police Department | Q3607057 | 2 |
| Eastland Police Department | Q3607058 | 3 |
| Eastland Police Department | Q3607059 | 4 |
| Eastland Police Department | Q3607060 | 5 |
| Eastland Police Department | Q3607061 | 6 |
| Eastland Police Department | Q3607062 | 7 |
| Eastland Police Department | Q3607063 | 8 |

**Detailed Description of Brite Packages**

Package 1 $2592.50          Fujitsu LifeBook T732: W/ Console Mount
This package comes with a console mount for the Fujitsu
• 8GB (4x4GB) memory
• 12.5" Dual Touch Display
• Intel Core i5 processor .
• WIN7PRO (64-BIT)
• 500GB (7200 RPM) HDD
• WLAN (ABGN)
• 4 Year Accidental Damage Protection Warranty
• Swing away monitor mount with adjustable swing arm keyboard tray
• Rugged backlit keyboard with touchpad
• Brite Electronics Package: Tablet Vehicle Adapter, Powered USB Hub, 90degree USB Cable, Power Converter

Package 2 $2456.50          Fujitsu LifeBook T732: For exist
This package does not come with a mount; we will order the pole mount from CDWg
• 8GB (4x4GB) memory
• 12.5" Dual Touch Display
• Intel Core i5 processor
• WIN7PRO (64-BIT)
• 500GB (7200 RPM) HDD
• WLAN (ABGN)
• 4 Year Accidental Damage Protection Warranty
• Clamshell mount with removable keyboard
• Rugged backlit keyboard with touchpad
• Brite Electronics Package: Tablet Vehicle Adapter, Powered USB Hub, 90degree USB Cable, Power Converter

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 12:30 PM 01/06/2014*
*INITIAL FILING # 2014 0194019*

*SRV: 140025951*

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:   (Name and Address)**

Bank of New Hampshire
Commercial Services
62 Pleasant Street
Laconia, NH 03246

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| COPsync, Inc. | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 16415 Addison Road | Addison | TX | 75001-3218 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Bank of New Hampshire | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 62 Pleasant Street | Laconia | NH | 03246 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

All Contract rights, leases, relating to, as well as all debtors in COPsync, Inc, with all accessories, parts and equipment now or hereafter affixed thereto or used in connection therewith; all substitutions or replacements and proceeds of any f the foregoing.

see attached exhibit

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)   ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
4-7556

COPsync, Inc.

**Summary List of Customer Bookings Applicable For 3rd party Financing**
Dated 11/05/13

| Customer Name | Quantity | Extended Purchase Price |
|---|---|---|
| Agency Bookings for VidTac Kit: | | |
| (A Kit consists of: 1 Forward-Facing Camera; 1 Back-Seat Camera; 1 Black Box; & 1 Wireless Microphone) | | |
| Baird City MO | 2 | $ 5,005.04 |
| Crosby County Sheriff's Office | 6 | $ 15,015.12 |
| East Mountain PD | 2 | $ 5,005.04 |
| Hallsville PD | 5 | $ 12,512.60 |
| Kenedy Co SO | 11 | $ 27,527.72 |
| New Summerfield Police Department | 1 | $ 2,502.52 |
| Perryton Police Department | 13 | $ 32,532.76 |
| Reagan County Sheriff's Office | 2 | $ 5,005.04 |
| Sherman Co SO | 1 | $ 2,502.52 |
| Sub-Total - VidTac-related Bookings | 43 | $ 107,608.36 |
| | | |
| Brite Computers: | | |
| Deaf Smith Sheriff's Office | 1 | $ 2,756.50 |
| East Mountain Police Department | 2 | $ 5,513.00 |
| Hansford CO SO | 6 | $ 16,539.00 |
| Maverick County Sheriff's Office | 30 | $ 82,695.00 |
| Perryton Police Department | 8 | $ 22,996.00 |
| Tom Green Co Const Pct 1 | 1 | $ 2,756.50 |
| Tom Green Co Const Pct 2 | 1 | $ 2,756.50 |
| Tom Green Co Const Pct 3 | 1 | $ 2,756.50 |
| Tom Green Co Const Pct 4 | 1 | $ 2,756.50 |
| Tulia Police Department | 9 | $ 24,808.50 |
| Crosby County Sheriff's Office | 6 | $ 16,539.00 |
| Eastland Police Department | 8 | $ 22,996.00 |
| Sub-Total - Brite Computer-Related Bookings | 74 | $ 205,869.00 |
| | | |
| Grand Total - VidTac & Brite-Computer-Related Bookings | 117 | $ 313,477.36 |

Pending VidTac Orders:

| Customer Name | Units | Product Description | PO Amount | PO No. |
|---|---|---|---|---|
| Baird City MO | 2 | VidTac Kit | $ 5,005.04 | 4855 |
| Crosby County Sheriff's Office | 6 | VidTac Kit | $ 16,015.12 | 4855 |
| East Mountain PD | 2 | VidTac Kit | $ 5,005.04 | 4855 |
| Hallsville PD | 5 | VidTac Kit | $ 12,512.60 | 4855 |
| Kenedy Co SO | 11 | VidTac Kit | $ 27,527.72 | 4855 |
| New Summerfield Police Department | 1 | VidTac Kit | $ 2,502.52 | 4855 |
| Perryton Police Department | 13 | VidTac Kit | $ 32,532.76 | 4855 |
| Reagan County Sheriff's Office | 2 | VidTac Kit | $ 5,005.04 | 4855 |
| Sherman Co SO | 1 | VidTac Kit | $ 2,502.52 | 4855 |
| Totals | 43 | | $ 107,608.35 | |

VIDTAC Kit (A Kit consists of: 1 Forward-Facing Camera; 1 Back-Seat Camera; 1 Black Box; & 1 Wireless Microphone)

**Exhibit A**
**List of all items of equipment with serial numbers:**

Serial Number Assignment by Agency:

| Customer Name | Serial No. | Unit Ref. |
|---|---|---|
| Baird City Marshal's Office | 01DA300501 | 1 |
| Baird City Marshal's Office | 01DA300502 | 2 |
| Crosby County Sheriff's Office | 01DA300503 | 1 |
| Crosby County Sheriff's Office | 01DA300504 | 2 |
| Crosby County Sheriff's Office | 01DA300505 | 3 |
| Crosby County Sheriff's Office | 01DA300506 | 4 |
| Crosby County Sheriff's Office | 01DA300507 | 5 |
| Crosby County Sheriff's Office | 01DA300508 | 6 |
| East Mountain Police Department | 01DA300509 | 1 |
| East Mountain Police Department | 01DA300510 | 2 |
| Hallsville Police Department | 01DA300511 | 1 |
| Hallsville Police Department | 01DA300512 | 2 |
| Hallsville Police Department | 01DA300513 | 3 |
| Hallsville Police Department | 01DA300514 | 4 |
| Hallsville Police Department | 01DA300515 | 5 |

| Customer Name | Serial No. | Unit Ref. |
|---|---|---|
| Perryton Police Department | 01DA300528 | 1 |
| Perryton Police Department | 01DA300529 | 2 |
| Perryton Police Department | 01DA300530 | 3 |
| Perryton Police Department | 01DA300531 | 4 |
| Perryton Police Department | 01DA300532 | 5 |
| Perryton Police Department | 01DA300533 | 6 |
| Perryton Police Department | 01DA300534 | 7 |
| Perryton Police Department | 01DA300535 | 8 |
| Perryton Police Department | 01DA300536 | 9 |
| Perryton Police Department | 01DA300537 | 10 |
| Perryton Police Department | 01DA300538 | 11 |
| Perryton Police Department | 01DA300539 | 12 |
| Perryton Police Department | 01DA300540 | 13 |
| Reagan County Sheriff's Office | 01DA300541 | 1 |
| Reagan County Sheriff's Office | 01DA300542 | 2 |
| Sherman County Sheriff's Office | 01DA300543 | 1 |

Serial Number Assignment by Agency (continued)

| Customer Name | Serial No. | Unit Ref. |
|---|---|---|
| Kenedy County Sheriff's Office | 01DA300516 | 1 |
| Kenedy County Sheriff's Office | 01DA300517 | 2 |
| Kenedy County Sheriff's Office | 01DA300518 | 3 |
| Kenedy County Sheriff's Office | 01DA300519 | 4 |
| Kenedy County Sheriff's Office | 01DA300520 | 5 |
| Kenedy County Sheriff's Office | 01DA300521 | 6 |
| Kenedy County Sheriff's Office | 01DA300522 | 7 |
| Kenedy County Sheriff's Office | 01DA300523 | 8 |
| Kenedy County Sheriff's Office | 01DA300524 | 9 |
| Kenedy County Sheriff's Office | 01DA300525 | 10 |
| Kenedy County Sheriff's Office | 01DA300526 | 11 |
| New Summerfield Police Department | 01DA300527 | 1 |

| Customer Name | Serial No. | Unit Ref. |
|---|---|---|
| | | |

Signatures Section:

LESSOR: PATSYS LEASING COMPANY

SIGNATURE: _____

SIGNER'S TITLE: _Pres._

DATE: _11/21/13_

ADDRESS: _31 Hall St_

CITY: _Concord_ STATE: _NH_ ZIP: _03301_

LESSEE: COPSYNC, INC.

SIGNATURE: _Ronald A Woessner_

SIGNER'S TITLE: _CEO_

DATE: _11/25/13_

ADDRESS: 16415 Addison Rd, Suite 300,

CITY: Addison STATE: Texas ZIP: 75001

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) | Delaware Department of State |
|---|---|

**B. E-MAIL CONTACT AT FILER (optional)**

U.C.C. Filing Section
Filed: 08:00 AM 09/18/2015
U.C.C. Initial Filing No: 2014 0194019
Amendment No: 20154710355
Service Request No:  20150213070

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Bank of New Hampshire
Commercial Banking
62 Pleasant Street
Laconia, NH 03246

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
File # 20140194019 SRV 140025951 Orig File Date 1/6/14

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:    AND   Check one of these three boxes to:

This Change affects ☑ Debtor or ☐ Secured Party of record  |  ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c  |  ☑ ADD name: Complete item 7a or 7b, and item 7c  |  ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| COPsync, Inc. | | | |
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Patsy's Leasing Corp. | | | |
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 31 Hall Street | Concord | NH | 03301 | |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Bank of New Hampshire | | | |
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**

Exhibit A
List of all items of equipment with serial numbers:

**Pending order Equipment Orders:**

| Customer Name | SO Number | Units | Product Description | PO Amount | PO Number |
|---|---|---|---|---|---|
| Deaf Smith Sheriff's Office | 6651 | 1 | | | |
| East Mountain Police Department | 6261 | 2 | 1 - Mobile Data Terminal Package 2 | $ 2,756.50 | 4700 |
| Hansford CO SO | 6528 | 6 | 2 - Mobile Data Terminal Package 2 | $ 5,513.00 | 4812 |
| Maverick County Sheriff's Office | 6160 | 30 | 6 - Mobile Data Terminal Package 2 | $ 16,539.00 | 4823 |
| Perryton Police Department | 6658 | 8 | 30 - Mobile Data Terminal Package 2 | $ 82,695.00 | 4711 |
| Tom Green Co Const Pct 1 | 6824 | 1 | 4 - Mobile Data Terminal Package 1<br>4 - Mobile Data Terminal Package 2 | $ 22,086.00 | 4730 |
| Tom Green Co Const Pct 2 | 6825 | 1 | 1 - Mobile Data Terminal Package 2 | $ 2,756.50 | 4763 |
| Tom Green Co Const Pct 3 | 6826 | 1 | 1 - Mobile Data Terminal Package 2 | $ 2,756.50 | 4766 |
| Tom Green Co Const Pct 4 | 6827 | 1 | 1 - Mobile Data Terminal Package 2 | $ 2,756.50 | 4765 |
| Tulia Police Department | 6778 | 9 | 1 - Mobile Data Terminal Package 2 | $ 2,756.50 | 4766 |
| Crosby County Sheriff's Office | 6803 | 6 | 9 - Mobile Data Terminal Package 2 | $ 24,808.50 | 4760 |
| Eastland Police Department | 6870 | 8 | 6 - Mobile Data Terminal Package 2 | $ 16,539.00 | |
| Totals | | 74 | 8 - Mobile Data Terminal Package 2 | $ 22,994.00 | |
| | | | | $ 205,865.00 | |

**Serial Number Assignment by Agency:**

| Customer Name | Serial No. | Unit Ref. | Customer Name | Serial No. | Unit Ref. |
|---|---|---|---|---|---|
| Deaf Smith Sheriff's Office | Q3606990 | 1 | Perryton Police Department | Q3607029 | 1 |
| East Mountain Police Department | Q3606991 | 1 | Perryton Police Department | Q3607030 | 1 |
| East Mountain Police Department | Q3606992 | 2 | Perryton Police Department | Q3607031 | 2 |
| Hansford CO SO | Q3606993 | 1 | Perryton Police Department | Q3607032 | 3 |
| Hansford CO SO | Q3606994 | 2 | Perryton Police Department | Q3607033 | 4 |
| Hansford CO SO | Q3606995 | 3 | Perryton Police Department | Q3607034 | 5 |
| Hansford CO SO | Q3606996 | 4 | Perryton Police Department | Q3607035 | 6 |
| Hansford CO SO | Q3606997 | 5 | Perryton Police Department | Q3607036 | 7 |
| Hansford CO SO | Q3606998 | 6 | Tom Green Co Const Pct 1 | Q3607037 | 8 |
| Maverick County Sheriff's Office | Q3606999 | 1 | Tom Green Co Const Pct 2 | Q3607038 | 1 |
| Maverick County Sheriff's Office | Q3607000 | 2 | Tom Green Co Const Pct 3 | Q3607039 | 1 |
| Maverick County Sheriff's Office | Q3607001 | 3 | Tom Green Co Const Pct 4 | Q3607040 | 1 |
| Maverick County Sheriff's Office | Q3607002 | 4 | Tulia Police Department | Q3607041 | 1 |
| Maverick County Sheriff's Office | Q3607003 | 5 | Tulia Police Department | Q3607042 | 2 |
| Maverick County Sheriff's Office | Q3607004 | 6 | Tulia Police Department | Q3607043 | 3 |
| Maverick County Sheriff's Office | Q3607005 | 7 | Tulia Police Department | Q3607044 | 4 |
| Maverick County Sheriff's Office | Q3607006 | 8 | Tulia Police Department | Q3607045 | 5 |
| Maverick County Sheriff's Office | Q3607007 | 9 | Tulia Police Department | Q3607046 | 6 |
| Maverick County Sheriff's Office | Q3607008 | 10 | Tulia Police Department | Q3607047 | 7 |
| Maverick County Sheriff's Office | Q3607009 | 11 | Tulia Police Department | Q3607048 | 8 |
| Maverick County Sheriff's Office | Q3607010 | 12 | Crosby County Sheriff's Office | Q3607049 | 9 |
| Maverick County Sheriff's Office | Q3607011 | 13 | Crosby County Sheriff's Office | Q3607050 | 1 |
| Maverick County Sheriff's Office | Q3607012 | 14 | Crosby County Sheriff's Office | Q3607051 | 2 |
| Maverick County Sheriff's Office | Q3607013 | 15 | Crosby County Sheriff's Office | Q3607052 | 3 |
| Maverick County Sheriff's Office | Q3607014 | 16 | Crosby County Sheriff's Office | Q3607053 | 4 |
| Maverick County Sheriff's Office | Q3607015 | 17 | Crosby County Sheriff's Office | Q3607054 | 5 |
| Maverick County Sheriff's Office | Q3607016 | 18 | Crosby County Sheriff's Office | Q3607055 | 6 |

List of all items of equipment with serial numbers:

Exhibit A

| | | |
|---|---|---|
| Maverick County Sheriff's Office | Q3607017 | 19 |
| Maverick County Sheriff's Office | Q3607018 | 20 |
| Maverick County Sheriff's Office | Q3607019 | 21 |
| Maverick County Sheriff's Office | Q3607020 | 22 |
| Maverick County Sheriff's Office | Q3607021 | 23 |
| Maverick County Sheriff's Office | Q3607022 | 24 |
| Maverick County Sheriff's Office | Q3607023 | 25 |
| Maverick County Sheriff's Office | Q3607024 | 26 |
| Maverick County Sheriff's Office | Q3607025 | 27 |
| Maverick County Sheriff's Office | Q3607026 | 28 |
| Maverick County Sheriff's Office | Q3607027 | 29 |
| Maverick County Sheriff's Office | Q3607028 | 30 |

| | | |
|---|---|---|
| Eastland Police Department | Q3607056 | 1 |
| Eastland Police Department | Q3607057 | 2 |
| Eastland Police Department | Q3607058 | 3 |
| Eastland Police Department | Q3607059 | 4 |
| Eastland Police Department | Q3607060 | 5 |
| Eastland Police Department | Q3607061 | 6 |
| Eastland Police Department | Q3607062 | 7 |
| Eastland Police Department | Q3607063 | 8 |

**Detailed Description of Brite Packages Purchased**

**Package 1 $3,597.50**

This package comes with a console mount for the fujitsu

Fujitsu LifeBook T732: W/ Console Mount

• 8GB (4x1GB) memory
• 12.5" Dual Touch Display
• Intel Core i5 processor.
• WIN7PRO (64-BIT)
• 500GB (7200 RPM) HDD
• WLAN (ABGN)
• 4 Year Accidental Damage Protection Warranty
• Swing away monitor mount with adjustable swing arm keyboard tray
• Rugged backlit keyboard with touchpad
• Brite Electronics Package: Tablet Vehicle Adapter, Powered USB Hub, 90degree USB Cable, Power Converter

**Package 2 $2,850.50**

This package does not come with a mount; we will order the pole mount from CDWg

Fujitsu LifeBook T732: For exist

• 8GB (4x1GB) memory
• 12.5" Dual Touch Display
• Intel Core i5 processor
• WIN7PRO (64-BIT)
• 500GB (7200 RPM) HDD
• WLAN (ABGN)
• 4 Year Accidental Damage Protection Warranty
• Clamshell mount with removable keyboard
• Rugged backlit keyboard with touchpad
• Brite Electronics Package: Tablet Vehicle Adapter, Powered USB Hub, 90degree USB Cable, Power Converter

**3RD PARTY HW**

COPayne, Inc.
Summary List of Customer Bookings Applicable For 3rd party Financing
Dated 11/05/13

| Customer Name | Quantity | Extended Purchase Price |
|---|---|---|
| **Agency Bookings for VidTac Kit:** | | |
| (A Kit consists of: 1 Forward-facing Camera; 1 Back-Seat Camera; 1 Black Box; & 1 Wireless Microphone) | | |
| Baird City MO | | |
| Crosby County Sheriff's Office | 2 | $ 5,005.04 |
| East Mountain PD | 6 | $ 15,015.12 |
| Hallsville PD | 2 | $ 5,005.04 |
| Kenedy Co SO | 5 | $ 12,512.60 |
| New Summerfield Police Department | 11 | $ 27,527.72 |
| Perryton Police Department | 1 | $ 2,502.52 |
| Reagan County Sheriff's Office | 13 | $ 32,532.76 |
| Sherman Co SO | 2 | $ 5,005.04 |
| | 1 | $ 2,502.52 |
| Sub-Total - VidTac-related Bookings | | |
| | 43 | $ 107,608.36 |
| **Brite Computers:** | | |
| Deaf Smith Sheriff's Office | | |
| East Mountain Police Department | 1 | $ 2,756.50 |
| Hansford CO SO | 2 | $ 5,513.00 |
| Maverick County Sheriff's Office | 6 | $ 16,539.00 |
| Perryton Police Department | 30 | $ 82,695.00 |
| Tom Green Co Const Pct 1 | 8 | $ 22,996.00 |
| Tom Green Co Const Pct 2 | 1 | $ 2,756.50 |
| Tom Green Co Const Pct 3 | 1 | $ 2,756.50 |
| Tom Green Co Const Pct 4 | 1 | $ 2,756.50 |
| Tulia Police Department | 1 | $ 2,756.50 |
| Crosby County Sheriff's Office | 9 | $ 24,808.50 |
| Eastland Police Department | 6 | $ 16,539.00 |
| | 8 | $ 22,996.00 |
| Sub-Total - Brite Computer-Related Bookings | | |
| | 74 | $ 205,069.00 |
| Grand Total - VidTac & Brite Computer-Related Bookings | | |
| | 117 | $ 313,477.36 |

DAN

PJ 12/15

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
(212) 267-8600

**B. E-MAIL CONTACT AT FILER (optional)**
SS@BRIDGESERVICE.COM

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

> BRIDGE SERVICE CORP.
> 299 BROADWAY, SUITE 1508
> NEW YORK, NY 100072051
> US

Delaware Department of State
U.C.C. Filing Section
Filed: 11:30 AM 10/10/2016
U.C.C. Initial Filing No: 2016 6214355

Service Request No:  20166134113

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME** COPSYNC, INC. | | | | |
| OR **1b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **1c. MAILING ADDRESS** 16415 ADDISON ROAD, SUITE 300 | CITY ADDISON | STATE TX | POSTAL CODE 75001 | COUNTRY US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | | |
| OR **2b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **2c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)  Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| **3a. ORGANIZATION'S NAME** DOMINION CAPITAL LLC | | | | |
| OR **3b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **3c. MAILING ADDRESS** C/O ROBINSON BROG, 875 THIRD AVENUE, 9TH FLOOR | CITY NEW YORK | STATE NY | POSTAL CODE 10022 | COUNTRY US |

**4. COLLATERAL:** This financing statement covers the following collateral:
"All assets of Debtor whether presently owned or existing or hereafter acquired or coming into existence."

**5.** Check only if applicable and check only one box  Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box
☐ Agricultural Lien  ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable)** ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

International Association of Commercial Administrators

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS**

A. NAME & PHONE OF CONTACT AT FILER (optional)
BRANDON BROWN  (225) 231-9998

B. E-MAIL CONTACT AT FILER (optional)
KBEARD@STEWARTROBBINS.COM

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

STEWART ROBBINS & BROWN, LLC

P.O. BOX 2348

BATON ROUGE, LA 70821

US

Delaware Department of State
U.C.C. Filing Section
Filed: 10:26 AM 09/25/2017
U.C.C. Initial Filing No: 2017 6373960

Service Request No:  20176311151

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| COPSYNC, INC. | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 16415 ADDISON RD. | ADDISON | TX | 75001-3218 | | US |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| THINKSTREAM ACQUISITION, LLC | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 3837 PLAZA TOWER DR., SUITE C | BATON ROUGE | LA | 70816 | | US |

4. **COLLATERAL:** This financing statement covers the following collateral:
   **See Security Agreement attached as Exhibit A.**
   **Collateral Description - please see attached**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)     ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box                                     6b. Check only if applicable and check only one box
☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility     ☐ Agricultural Lien    ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
510-002

International Association of Commercial Administrators

**FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)**

## SECURITY AGREEMENT

This SECURITY AGREEMENT, dated as of September 22 , 2017 (this "Agreement"), is among COPsync, Inc., a Delaware corporation (the "Debtor"), and Thinkstream Acquisition, LLC, a Louisiana limited liability company (together with its successors and assigns in such capacity, "Secured Party" or "Agent"), who agree as follows: .

### WITNESSETH:

A.      On or about September 22, 2017, Secured Party agreed to loan to Debtor the sum of $15,000.00.

B.      In order to secure Debtor's obligations (as hereinafter defined) to Secured Party, Grantor has agreed to execute and deliver this Agreement and to grant a continuing security interest in and to the Collateral (hereinafter defined).

### AGREEMENT

NOW, THEREFORE, in consideration of the agreements herein contained and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto hereby agree as follows:

1.   **Certain Definitions.** As used in this Agreement, the following terms shall have the meanings set forth in this Section 1. Terms used but not otherwise defined in this Agreement that are defined in Article 9 of the UCC (such as "account", "chattel paper", "commercial tort claim", "deposit account", "document", "equipment", "fixtures", "general intangibles", "goods", "instruments", "inventory", "investment property", "letter-of-credit rights", "proceeds" and "supporting obligations") shall have the respective meanings given such terms in Article 9 of the UCC.  Bankruptcy Case, DIP Loan Agreement, Promissory Note shall have the meanings set forth above.

(a)   "Collateral" means the collateral in which the Secured Party is granted a security interest by this Agreement and which shall include the following personal property of the Debtors, whether presently owned or existing or hereafter acquired or coming into existence, wherever situated, and all additions and accessions thereto and all substitutions and replacements thereof, and all proceeds, products and accounts thereof, including, without limitation, all proceeds from the sale or transfer of the Collateral and of insurance covering the same and of any tort claims in connection therewith, and all dividends, interest, cash, notes, securities, equity interest or other property at any time and from time to time acquired, receivable or otherwise distributed in respect of, or in exchange for, any or all of the Pledged Securities (as defined below):

(i)   All goods, including, without limitation, (A) all machinery, equipment, computers, motor vehicles, trucks, tanks, boats, ships, appliances, furniture, special and general tools, fixtures, test and quality control devices and other equipment of every kind and nature and wherever situated, together with all documents of title and documents representing the same, all



additions and accessions thereto, replacements therefor, all parts therefor, and all substitutes for any of the foregoing and all other items used and useful in connection with any Debtor's businesses and all improvements thereto; and (B) all inventory;

(ii) All contract rights and other general intangibles, including, without limitation, all partnership interests, membership interests, stock or other securities, rights under any of the Organizational Documents, agreements related to the Pledged Securities, licenses, distribution and other agreements, computer software (whether "off-the-shelf", licensed from any third party or developed by any Debtor), computer software development rights, leases, franchises, customer lists, quality control procedures, grants and rights, goodwill, Intellectual Property and income tax refunds;

(iii) All accounts, together with all instruments, all documents of title representing any of the foregoing, all rights in any merchandising, goods, equipment, motor vehicles and trucks which any of the same may represent, and all right, title, security and guaranties with respect to each account, including any right of stoppage in transit;

(iv) All documents, letter-of-credit rights, instruments and chattel paper;

(v) All commercial tort claims;

(vi) All deposit accounts and all cash (whether or not deposited in such deposit accounts);

(vii) All investment property;

(viii) All supporting obligations;

(ix) All files, records, books of account, business papers, and computer programs; and

(x) the products and proceeds of all of the foregoing Collateral set forth in clauses (i)-(ix) above.

Without limiting the generality of the foregoing, the "Collateral" shall include all investment property and any other shares of capital stock and/or other equity interests of any other direct or indirect subsidiary of any Debtor obtained in the future, and, in each case, all certificates representing such shares and/or equity interests and, in each case, all rights, options, warrants, stock, other securities and/or equity interests that may hereafter be received, receivable or distributed in respect of, or exchanged for, any of the foregoing and all rights arising under or in connection with the Pledged Securities, including, but not limited to, all dividends, interest and cash.

Notwithstanding the foregoing, nothing herein shall be deemed to constitute an assignment of any asset which, in the event of an assignment, becomes void by operation of applicable law or the assignment of which is otherwise prohibited by applicable law (in each

case to the extent that such applicable law is not overridden by Sections 9-406, 9-407 and/or 9-408 of the UCC or other similar applicable law); provided, however, that, to the extent permitted by applicable law, this Agreement shall create a valid security interest in such asset and, to the extent permitted by applicable law, this Agreement shall create a valid security interest in the proceeds of such asset.

(b)  "Intellectual Property" means the collective reference to all rights, priorities and privileges relating to intellectual property, whether arising under United States, multinational or foreign laws or otherwise, including, without limitation, (i) all copyrights arising under the laws of the United States, any other country or any political subdivision thereof, whether registered or unregistered and whether published or unpublished, all registrations and recordings thereof, and all applications in connection therewith, including, without limitation, all registrations, recordings and applications in the United States Copyright Office, (ii) all letters patent of the United States, any other country or any political subdivision thereof, all reissues and extensions thereof, and all applications for letters patent of the United States or any other country and all divisions, continuations and continuations-in-part thereof, (iii) all trademarks, trade names, corporate names, company names, business names, fictitious business names, trade dress, service marks, logos, domain names and other source or business identifiers, and all goodwill associated therewith, now existing or hereafter adopted or acquired, all registrations and recordings thereof, and all applications in connection therewith, whether in the United States Patent and Trademark Office or in any similar office or agency of the United States, any State thereof or any other country or any political subdivision thereof, or otherwise, and all common law rights related thereto, (iv) all trade secrets arising under the laws of the United States, any other country or any political subdivision thereof, (v) all rights to obtain any reissues, renewals or extensions of the foregoing, (vi) all licenses for any of the foregoing, and (vii) all causes of action for infringement of the foregoing.

(d)  "Necessary Endorsement" means undated stock powers endorsed in blank or other proper instruments of assignment duly executed and such other instruments or documents as the Agent may reasonably request.

(e)  "Obligations" means all of the liabilities and obligations (primary, secondary, direct, contingent, sole, joint or several) due or to become due, or that are now or may be hereafter contracted or acquired, or owing to, of the Debtor to the Secured Party, including, without limitation, all obligations under this Agreement, the DIP Loan Agreement, the Promissory Note and any other instruments, agreements or other documents executed and/or delivered in connection herewith or therewith, or otherwise in connection with the Bankruptcy Case, or otherwise, in each case, whether now or hereafter existing, voluntary or involuntary, direct or indirect, absolute or contingent, liquidated or unliquidated, whether or not jointly owed with others, and whether or not from time to time decreased or extinguished and later increased, created or incurred, and all or any portion of such obligations or liabilities that are paid, to the extent all or any part of such payment is avoided or recovered directly or indirectly from the Secured Party as a preference, fraudulent transfer or otherwise as such obligations may be amended, supplemented, converted, extended or modified from time to time. Without limiting the generality of the foregoing, the term "Obligations" shall include, without limitation: (i) any and all other fees, indemnities, costs, obligations and liabilities of the Debtor from time to time

to the Secure Party; and (iii) all amounts (including but not limited to post-petition interest) in respect of the foregoing that would be payable but for the fact that the obligations to pay such amounts are unenforceable or not allowable due to the existence of a bankruptcy, reorganization or similar proceeding involving any Debtor.

(f) "Organizational Documents" means, with respect to any Debtor, the documents by which such Debtor was organized (such as articles of incorporation, certificate of incorporation, certificate of limited partnership or articles of organization, and including, without limitation, any certificates of designation for preferred stock or other forms of preferred equity) and which relate to the internal governance of such Debtor (such as bylaws, a partnership agreement or an operating, limited liability or members agreement).

(g) "Permitted Liens" means the following:

(i) Liens imposed by law for taxes that are not yet due or are being contested in good faith, which in each case, have been appropriately reserved for;

(ii) Carriers', warehousemen's, mechanics', materialmen's, repairmen's and other like Liens imposed by law, arising in the ordinary course of business and securing obligations that are not overdue by more than thirty (30) days or are being contested in good faith;

(iii) Pledges and deposits made in the ordinary course of business in compliance with workers' compensation, unemployment insurance and other social security laws or regulations;

(iv) Deposits to secure the performance of bids, trade contracts, leases, statutory obligations, surety and appeal bonds, performance bonds and other obligations of a like nature, in each case in the ordinary course of business;

(v) Liens under this Agreement; and

(vi) Any other liens in favor of the Secured Party or its affiliates.

(h) "Pledged Interests" shall have the meaning ascribed to such term in Section 4(j).

(i) "Pledged Securities" shall have the meaning ascribed to such term in Section 4(i).

(j) "UCC" means the Uniform Commercial Code of the State of New York and any other applicable law of any state or states that has jurisdiction with respect to all, or any portion of, the Collateral or this Agreement, from time to time. It is the intent of the parties that defined terms in the UCC should be construed in their broadest sense so that the term "Collateral" will be construed in its broadest sense. Accordingly if there are, from time to time, changes to defined terms in the UCC that broaden the definitions, they are incorporated herein and if existing definitions in the UCC are broader than the amended definitions, the existing ones shall be controlling.

{00612629.DOCX 1 }                    4

2.  **Grant of Security Interest in Collateral.** In order to secure the complete and timely payment, performance and discharge in full, as the case may be, of all of the Obligations, each Debtor hereby unconditionally and irrevocably pledges, grants and hypothecates to the Secured Party a perfected, first priority security interest in and to, a lien upon and a right of set-off against all of their respective right, title and interest of whatsoever kind and nature in and to, the Collateral (a "**Security Interest**" and, collectively, the "**Security Interests**").

3.  **Delivery of Certain Collateral.** Contemporaneously or prior to the execution of this Agreement, the Debtor shall deliver or cause to be delivered to the Agent (a) any and all certificates and other instruments representing or evidencing the Pledged Securities, and (b) any and all certificates and other instruments or documents representing any of the other Collateral, in each case, together with all Necessary Endorsements. The Debtors are, contemporaneously with the execution hereof, delivering to Agent, or have previously delivered to Agent, a true and correct copy of each Organizational Document governing any of the Pledged Securities.

4.  **Representations, Warranties, Covenants and Agreements of the Debtors.** Except as set forth herein, each Debtor represents and warrants to, and covenants and agrees with, the Secured Party as follows:

(a)  Debtor has the requisite corporate, partnership, limited liability company or other power and authority to enter into this Agreement and otherwise to carry out its obligations hereunder. The execution, delivery and performance by each Debtor of this Agreement and the filings contemplated therein have been duly authorized by all necessary action on the part of such Debtor and no further action is required by such Debtor. This Agreement has been duly executed by each Debtor. This Agreement constitutes the legal, valid and binding obligation of each Debtor, enforceable against each Debtor in accordance with its terms except as such enforceability may be limited by applicable bankruptcy, insolvency, reorganization and similar laws of general application relating to or affecting the rights and remedies of creditors and by general principles of equity.

(b)  The Debtor has no place of business or offices where their respective books of account and records are kept (other than temporarily at the offices of its attorneys, outside management, or accountants) or places where Collateral is stored or located. Each Debtor is the record owner of the real property where such Collateral is located. Except as set forth herein, none of such Collateral is in the possession of any consignee, bailee, warehouseman, agent or processor.

(c)  The Debtor is the sole owner of the Collateral (except for non-exclusive licenses granted by any Debtor in the ordinary course of business), free and clear of any liens, security interests, encumbrances, rights or claims, and are fully authorized to grant the Security Interests.

(d)  Debtor shall at all times maintain its books of account and records relating to the Collateral at its principal place of business and its Collateral and may not relocate such books of account and records or tangible Collateral unless it delivers to the Secured Party at least thirty

(30) days prior to such relocation (i) written notice of such relocation and the new location thereof (which must be within the United States) and (ii) evidence that appropriate financing statements under the UCC and other necessary documents have been filed and recorded and other steps have been taken to perfect the Security Interests to create in favor of the Secured Party a valid, perfected and continuing perfected first priority lien in the Collateral.

(e)   All security interests created hereunder in any Collateral which may be perfected by filing Uniform Commercial Code financing statements shall have been duly perfected upon the filing of such financing statements.

(f)   Debtor hereby authorizes the Secured Party to file one or more financing statements under the UCC, with respect to the Security Interests, with the proper filing and recording agencies in any jurisdiction deemed proper by it.

(g)   The execution, delivery and performance of this Agreement by the Debtors does not (i) violate any of the provisions of any Organizational Documents of any Debtor or any judgment, decree, order or award of any court, governmental body or arbitrator or any applicable law, rule or regulation applicable to any Debtor or (ii) conflict with, or constitute a default (or an event that with notice or lapse of time or both would become a default) under, or give to others any rights of termination, amendment, acceleration or cancellation (with or without notice, lapse of time or both) of, any agreement, credit facility, debt or other instrument (evidencing any Debtor's debt or otherwise) or other understanding to which any Debtor is a party or by which any property or asset of any Debtor is bound or affected. If any, all required consents (including, without limitation, from stockholders or creditors of any Debtor) necessary for any Debtor to enter into and perform its obligations hereunder have been obtained.

(h)   No Debtor will transfer, pledge, hypothecate, encumber, license, sell or otherwise dispose of any of the Collateral (except for non-exclusive licenses granted by a Debtor in its ordinary course of business, sales of inventory by a Debtor in its ordinary course of business and the replacement of worn-out or obsolete equipment by a Debtor in its ordinary course of business) without the prior written consent of Agent.

(i)   Each Debtor shall, within ten (10) days of obtaining knowledge thereof, advise the Secured Party, in sufficient detail, of any material adverse change in the Collateral, and of the occurrence of any event that would have a material adverse effect on the value of the Collateral or on the Secured Party's security interest therein.

(j)   Each Debtor shall promptly execute and deliver to the Secured Party such further deeds, mortgages, assignments, security agreements, financing statements or other instruments, documents, certificates and assurances and take such further action as the Agent may from time to time request and may in its sole discretion deem necessary to perfect, protect or enforce the Secured Party's security interest in the Collateral, including, without limitation, if applicable, the execution and delivery of a separate security agreement with respect to each Debtor's Intellectual Property ("Intellectual Property Security Agreement") in which the Secured Party has been granted a security interest hereunder, substantially in a form reasonably acceptable to the Agent,

which Intellectual Property Security Agreement, other than as stated therein, shall be subject to all of the terms and conditions hereof.

(k) Upon reasonable prior notice (so long as no Event of Default has occurred or continuing, which in either such event, no prior notice is required), each Debtor shall permit the Agent and its representatives and agents to inspect the Collateral during normal business hours and to make copies of records pertaining to the Collateral as may be reasonably requested by the Agent from time to time.

(l) Each Debtor shall take all steps reasonably necessary to diligently pursue and seek to preserve, enforce and collect any rights, claims, causes of action and accounts receivable in respect of the Collateral.

(m) Each Debtor shall promptly notify the Secured Party in sufficient detail upon becoming aware of any attachment, garnishment, execution or other legal process levied against any Collateral and of any other information received by such Debtor that may materially affect the value of the Collateral, the Security Interest or the rights and remedies of the Secured Party hereunder.

(n) All information heretofore, herein or hereafter supplied to the Secured Party by or on behalf of any Debtor with respect to the Collateral is accurate and complete in all material respects as of the date furnished.

(o) The Debtors shall at all times preserve and keep in full force and effect their respective valid existence and good standing and any rights and franchises material to its business.

(p) No Debtor will change its name, type of organization, jurisdiction of organization, organizational identification number (if it has one), legal or corporate structure, or identity, or add any new fictitious name unless it provides at least thirty (30) days' prior written notice to the Secured Party of such change and, at the time of such written notification, such Debtor provides any financing statements or fixture filings necessary to perfect and continue the perfection of the Security Interests granted and evidenced by this Agreement.

(q) Except in the ordinary course of business, no Debtor may consign any of its inventory or sell any of its inventory on bill-and-hold, sale-or-return, sale-on-approval, or other conditional terms of sale without the consent of the Agent, which shall not be unreasonably withheld, delayed, denied, or conditioned.

(r) No Debtor may relocate its chief executive office to a new location without providing thirty (30) days' prior written notification thereof to the Secured Party and so long as, at the time of such written notification, such Debtor provides any financing statements or fixture filings necessary to perfect and continue the perfection of the Security Interests granted and evidenced by this Agreement.

(s) Each Debtor was organized and remains organized solely under the laws of the state of Delaware.

5. **Effect of Pledge on Certain Rights.** If any of the Collateral subject to this Agreement consists of nonvoting equity or ownership interests (regardless of class, designation, preference or rights) that may be converted into voting equity or ownership interests upon the occurrence of certain events (including, without limitation, upon the transfer of all or any of the other stock or assets of the issuer), it is agreed by Debtors that the pledge of such equity or ownership interests pursuant to this Agreement or the enforcement of any of Agent's rights hereunder shall not be deemed to be the type of event which would trigger such conversion rights notwithstanding any provisions in the Organizational Documents or agreements to which any Debtor is subject or to which any Debtor is party.

6. **Defaults.** The following events shall be "Events of Default":

(a) The occurrence of an Event of Default (as defined in the Notes) under the Notes;

(b) Any representation or warranty of any Debtor in this Agreement shall prove to have been incorrect in any material respect when made;

(c) The failure by any Debtor to observe or perform any of its obligations hereunder for five (5) days after delivery to such Debtor of notice of such failure by or on behalf of a Secured Party unless such default is capable of cure but cannot be cured within such time frame and such Debtor is using best efforts to cure same in a timely fashion; or

(d) If any provision of this Agreement shall at any time for any reason be declared to be null and void, or the validity or enforceability thereof shall be contested by any Debtor, or a proceeding shall be commenced by any Debtor, or by any governmental authority having jurisdiction over any Debtor, seeking to establish the invalidity or unenforceability thereof, or any Debtor shall deny that any Debtor has any liability or obligation purported to be created under this Agreement.

7. **Duty to Hold in Trust.**

(a) Upon the occurrence of any Event of Default and at any time thereafter, each Debtor shall, upon receipt of any revenue, income, dividend, interest or other sums subject to the Security Interests, whether payable pursuant to the Notes or otherwise, or of any check, draft, note, trade acceptance or other instrument evidencing an obligation to pay any such sum, hold the same in trust for the Secured Party and shall forthwith endorse and transfer any such sums or instruments, or both, to the Agent, pro-rata in proportion to their respective then-currently outstanding principal amount of Notes for application to the satisfaction of the Obligations (and if any Notes is not outstanding, pro-rata in proportion to the initial purchases of the remaining Notes).

(b) If any Debtor shall become entitled to receive or shall receive any securities or other property (including, without limitation, shares of Pledged Securities or instruments

representing Pledged Securities acquired after the date hereof, or any options, warrants, rights or other similar property or certificates representing a dividend, or any distribution in connection with any recapitalization, reclassification or increase or reduction of capital, or issued in connection with any reorganization of such Debtor or any of its direct or indirect subsidiaries) in respect of the Pledged Securities (whether as an addition to, in substitution of, or in exchange for, such Pledged Securities or otherwise), such Debtor agrees to (i) accept the same as the agent of the Secured Party; (ii) hold the same in trust on behalf of and for the benefit of the Secured Party; and (iii) to deliver any and all certificates or instruments evidencing the same to Agent on or before the close of business on the fifth (5th) business day following the receipt thereof by such Debtor, in the exact form received together with the Necessary Endorsements, to be held by Agent subject to the terms of this Agreement as Collateral.

8.  **Rights and Remedies Upon Default.**

(a)  Upon the occurrence of any Event of Default and at any time thereafter, the Secured Party, shall have the right to exercise all of the remedies conferred hereunder and under the Notes, and the Secured Party shall have all the rights and remedies of a secured party under the UCC. Without limitation, the Agent, for the benefit of the Secured Party, shall have the following rights and powers:

(i)  The Agent shall have the right to take possession of the Collateral and, for that purpose, enter, with the aid and assistance of any person, any premises where the Collateral, or any part thereof, is or may be placed and remove the same, and each Debtor shall assemble the Collateral and make it available to the Agent at places which the Agent shall reasonably select, whether at such Debtor's premises or elsewhere, and make available to the Agent, without rent, all of such Debtor's respective premises and facilities for the purpose of the Agent taking possession of, removing or putting the Collateral in saleable or disposable form.

(ii)  Upon notice to the Debtors by Agent, all rights of each Debtor to exercise the voting and other consensual rights which it would otherwise be entitled to exercise and all rights of each Debtor to receive the dividends and interest which it would otherwise be authorized to receive and retain, shall cease. Upon such notice, Agent shall have the right to receive, for the benefit of the Secured Party, any interest, cash dividends or other payments on the Collateral and, at the option of Agent, to exercise in such Agent's discretion all voting rights pertaining thereto. Without limiting the generality of the foregoing, Agent shall have the right (but not the obligation) to exercise all rights with respect to the Collateral as it were the sole and absolute owner thereof, including, without limitation, to vote and/or to exchange, at its sole discretion, any or all of the Collateral in connection with a merger, reorganization, consolidation, recapitalization or other readjustment concerning or involving the Collateral or any Debtor or any of its direct or indirect subsidiaries.

(iii)  The Agent shall have the right to operate the business of each Debtor using the Collateral and shall have the right to assign, sell, lease or otherwise dispose of and deliver all or any part of the Collateral, at public or private sale or otherwise, either with or without special conditions or stipulations, for cash or on credit or for future delivery, in such parcel or parcels and at such time or times and at such place or places, and upon such terms and conditions as the

Agent may deem commercially reasonable, all without (except as shall be required by applicable statute and cannot be waived) advertisement or demand upon or notice to any Debtor or right of redemption of a Debtor, which are hereby expressly waived. Upon each such sale, lease, assignment or other transfer of Collateral, the Agent, for the benefit of the Secured Party, may, unless prohibited by applicable law which cannot be waived, purchase all or any part of the Collateral being sold, free from and discharged of all trusts, claims, right of redemption and equities of any Debtor, which are hereby waived and released.

(iv) The Agent shall have the right (but not the obligation) to notify any account debtors and any obligors under instruments or accounts to make payments directly to the Agent, on behalf of the Secured Party, and to enforce the Debtors' rights against such account debtors and obligors.

(v) The Secured Party, may (but is not obligated to) direct any financial intermediary or any other person or entity holding any investment property to transfer the same to the Secured Party, or its designee.

(vi) The Agent may (but is not obligated to) transfer any or all Intellectual Property registered in the name of any Debtor at the United States Patent and Trademark Office and/or Copyright Office into the name of the Secured Party or any designee or any purchaser of any Collateral.

(b) The Agent shall comply with any applicable law in connection with a disposition of Collateral and such compliance will not be considered adversely to affect the commercial reasonableness of any sale of the Collateral. The Agent may sell the Collateral without giving any warranties and may specifically disclaim such warranties. If the Agent sells any of the Collateral on credit, the Debtors will only be credited with payments actually made by the purchaser. In addition, each Debtor waives (except as shall be required by applicable statute and cannot be waived) any and all rights that it may have to a judicial hearing in advance of the enforcement of any of the Agent's rights and remedies hereunder, including, without limitation, its right following an Event of Default to take immediate possession of the Collateral and to exercise its rights and remedies with respect thereto.

(c) For the purpose of enabling the Agent to further exercise rights and remedies under this Section 8 or elsewhere provided by agreement or applicable law, each Debtor hereby grants to the Agent, an irrevocable, nonexclusive license (exercisable without payment of royalty or other compensation to such Debtor) to use, license or sublicense following an Event of Default, any Intellectual Property now owned or hereafter acquired by such Debtor, and wherever the same may be located, and including in such license access to all media in which any of the licensed items may be recorded or stored and to all computer software and programs used for the compilation or printout thereof.

9. **Applications of Proceeds.** The proceeds of any such sale, lease or other disposition of the Collateral hereunder or from payments made on account of any insurance policy insuring any portion of the Collateral shall be applied first, to the expenses of retaking, holding, storing, processing and preparing for sale, selling, and the like (including, without limitation, any taxes,

fees and other costs incurred in connection therewith) of the Collateral, to the reasonable attorneys' fees and expenses incurred by the Secured Party in enforcing the Secured Party's rights hereunder and in connection with collecting, storing and disposing of the Collateral; and then to satisfaction of the Obligations, and to the payment of any other amounts required by applicable law, after which the Secured Party shall pay to the applicable Debtor any surplus proceeds. If, upon the sale, license or other disposition of the Collateral, the proceeds thereof are insufficient to pay all amounts to which the Secured Party is legally entitled, the Debtors will be liable for the deficiency, together with interest thereon, at the rate of 18% per annum or the lesser amount permitted by applicable law (the "**Default Rate**"), and the reasonable fees of any attorneys employed by the Secured Party to collect such deficiency. To the extent permitted by applicable law, each Debtor waives all claims, damages and demands against the Secured Party arising out of the repossession, removal, retention or sale of the Collateral, unless due solely to the gross negligence or willful misconduct of the Secured Party as determined by a final judgment (not subject to further appeal) of a court of competent jurisdiction.

10. **Securities Law Provision.** Each Debtor recognizes that Agent may be limited in its ability to effect a sale to the public of all or part of the Pledged Securities by reason of certain prohibitions in the Securities Act of 1933, as amended, or other federal or state securities laws (collectively, the "**Securities Laws**"), and may be compelled to resort to one or more sales to a restricted group of purchasers who may be required to agree to acquire the Pledged Securities for their own account, for investment and not with a view to the distribution or resale thereof. Each Debtor agrees that sales so made may be at prices and on terms less favorable than if the Pledged Securities were sold to the public, and that Agent has no obligation to delay the sale of any Pledged Securities for the period of time necessary to register the Pledged Securities for sale to the public under the Securities Laws. Each Debtor shall cooperate with Agent in its attempt to satisfy any requirements under the Securities Laws (including, without limitation, registration thereunder if requested by Agent) applicable to the sale of the Pledged Securities by Agent.

11. **Costs and Expenses.** Each Debtor agrees to pay all reasonable out-of-pocket fees, costs and expenses incurred in connection with any filing required hereunder, including without limitation, any financing statements pursuant to the UCC, continuation statements, partial releases and/or termination statements related thereto or any expenses of any searches reasonably required by the Agent. The Debtors shall also pay all other claims and charges which in the reasonable opinion of the Agent is reasonably likely to prejudice, imperil or otherwise affect the Collateral or the Security Interests therein. The Debtors will also, upon demand, pay to the Agent the amount of any and all reasonable expenses, including the reasonable fees and expenses of its counsel and of any experts and agents, which the Agent, for the benefit of the Secured Party, may incur in connection with the creation, perfection, protection, satisfaction, foreclosure, collection or enforcement of the Security Interest and the preparation, administration, continuance, amendment or enforcement of this Agreement and pay to the Agent the amount of any and all reasonable expenses, including the reasonable fees and expenses of its counsel and of any experts and agents, which the Secured Party may incur in connection with (i) the enforcement of this Agreement, (ii) the custody or preservation of, or the sale of, collection from, or other realization upon, any of the Collateral, or (iii) the exercise or enforcement of any of the rights of the Secured Party under the Notes. Until so paid, any fees payable hereunder shall be added to the principal amount of the Notes and shall bear interest at the Default Rate.

12. **Responsibility for Collateral.** The Debtors assume all liabilities and responsibility in connection with all Collateral, and the Obligations shall in no way be affected or diminished by reason of the loss, destruction, damage or theft of any of the Collateral or its unavailability for any reason. Without limiting the generality of the foregoing and except as required by applicable law, (a) neither the Agent nor any Secured Party (i) has any duty (either before or after an Event of Default) to collect any amounts in respect of the Collateral or to preserve any rights relating to the Collateral, or (ii) has any obligation to clean-up or otherwise prepare the Collateral for sale, and (b) each Debtor shall remain obligated and liable under each contract or agreement included in the Collateral to be observed or performed by such Debtor thereunder. Neither the Agent nor any Secured Party shall have any obligation or liability under any such contract or agreement by reason of or arising out of this Agreement or the receipt by the Agent or any Secured Party of any payment relating to any of the Collateral, nor shall the Agent or any Secured Party be obligated in any manner to perform any of the obligations of any Debtor under or pursuant to any such contract or agreement, to make inquiry as to the nature or sufficiency of any payment received by the Agent or any Secured Party in respect of the Collateral or as to the sufficiency of any performance by any party under any such contract or agreement, to present or file any claim, to take any action to enforce any performance or to collect the payment of any amounts which may have been assigned to the Agent or to which the Agent or any Secured Party may be entitled at any time or times.

13. **Security Interests Absolute.** All rights of the Secured Party and all obligations of each Debtor hereunder, shall be absolute and unconditional, irrespective of: (a) any lack of validity or enforceability of this Agreement, the Notes or any agreement entered into in connection with the foregoing, or any portion hereof or thereof, against any other Debtor; (b) any change in the time, manner or place of payment or performance of, or in any other term of, all or any of the Obligations, or any other amendment or waiver of or any consent to any departure from the Notes or any other agreement entered into in connection with the foregoing; (c) any exchange, release or nonperfection of any of the Collateral, or any release or amendment or waiver of or consent to departure from any other collateral for, or any guarantee, or any other security, for all or any of the Obligations; (d) any action by the Secured Party to obtain, adjust, settle and cancel in its sole discretion any insurance claims or matters made or arising in connection with the Collateral; or (e) any other circumstance which might otherwise constitute any legal or equitable defense available to a Debtor, or a discharge of all or any part of the Security Interests granted hereby. Until the Obligations shall have been paid and performed in full, the rights of the Secured Party shall continue even if the Obligations are barred for any reason, including, without limitation, the running of the statute of limitations. Each Debtor expressly waives presentment, protest, notice of protest, demand, notice of nonpayment and demand for performance. In the event that at any time any transfer of any Collateral or any payment received by the Secured Party hereunder shall be deemed by final order of a court of competent jurisdiction to have been a voidable preference or fraudulent conveyance under the bankruptcy or insolvency laws of the United States, or shall be deemed to be otherwise due to any party other than the Secured Party, then, in any such event, each Debtor's obligations hereunder shall survive cancellation of this Agreement, and shall not be discharged or satisfied by any prior payment thereof and/or cancellation of this Agreement, but shall remain a valid and binding obligation enforceable in accordance with the terms and provisions hereof. Each Debtor

waives all right to require the Secured Party to proceed against any other person or entity or to apply any Collateral which the Secured Party may hold at any time, or to marshal assets, or to pursue any other remedy. Each Debtor waives any defense arising by reason of the application of the statute of limitations to any obligation secured hereby.

14. **Term of Agreement.** This Agreement and the Security Interests shall terminate on the date on which all payments under the Notes have been indefeasibly paid in full and all other Obligations have been paid or discharged; **provided, however,** that all indemnities of the Debtors contained in this Agreement (including, without limitation, Annex B hereto) shall survive and remain operative and in full force and effect regardless of the termination of this Agreement.

15. **Power of Attorney; Further Assurances.**

(a) Each Debtor authorizes the Agent, and does hereby make, constitute and appoint the Agent and its officers, agents, successors or assigns with full power of substitution, as such Debtor's true and lawful attorney-in-fact, with power, in the name of the Agent or such Debtor, to, after the occurrence and during the continuance of an Event of Default, (i) endorse any note, checks, drafts, money orders or other instruments of payment (including payments payable under or in respect of any policy of insurance) in respect of the Collateral that may come into possession of the Agent; (ii) to sign and endorse any financing statement pursuant to the UCC or any invoice, freight or express bill, bill of lading, storage or warehouse receipts, drafts against debtors, assignments, verifications and notices in connection with accounts, and other documents relating to the Collateral; (iii) to pay or discharge taxes, liens, security interests or other encumbrances at any time levied or placed on or threatened against the Collateral; (iv) to demand, collect, receipt for, compromise, settle and sue for monies due in respect of the Collateral; (v) to transfer any Intellectual Property or provide licenses respecting any Intellectual Property; and (vi) generally, at the option of the Agent, and at the expense of the Debtors, at any time, or from time to time, to execute and deliver any and all documents and instruments and to do all acts and things which the Agent deems necessary to protect, preserve and realize upon the Collateral and the Security Interests granted therein in order to effect the intent of this Agreement and the Notes all as fully and effectually as the Debtors might or could do; and each Debtor hereby ratifies all that said attorney shall lawfully do or cause to be done by virtue hereof. This power of attorney is coupled with an interest and shall be irrevocable for the term of this Agreement and thereafter as long as any of the Obligations shall be outstanding. The designation set forth herein shall be deemed to amend and supersede any inconsistent provision in the Organizational Documents or other documents or agreements to which any Debtor is subject or to which any Debtor is a party. Without limiting the generality of the foregoing, after the occurrence and during the continuance of an Event of Default, each Secured Party is specifically authorized to execute and file any applications for or instruments of transfer and assignment of any patents, trademarks, copyrights or other Intellectual Property with the United States Patent and Trademark Office and the United States Copyright Office.

(b) On a continuing basis, each Debtor will make, execute, acknowledge, deliver, file and record, as the case may be, with the proper filing and recording agencies in any jurisdiction, including, without limitation, the jurisdictions indicated on Schedule C attached hereto, all such instruments, and take all such action as may reasonably be deemed necessary or

{00812629.DOCX;1}                                           13

advisable, or as reasonably requested by the Agent, to perfect the Security Interests granted hereunder and otherwise to carry out the intent and purposes of this Agreement, or for assuring and confirming to the Agent the grant or perfection of a perfected security interest in all the Collateral under the UCC.

(c) Each Debtor hereby irrevocably appoints the Agent as such Debtor's attorney-in-fact, with full authority in the place and instead of such Debtor and in the name of such Debtor, from time to time in the Agent's discretion, to take any action and to execute any instrument which the Agent may deem necessary or advisable to accomplish the purposes of this Agreement, including the filing, in its sole discretion, of one or more financing or continuation statements and amendments thereto, relative to any of the Collateral without the signature of such Debtor where permitted by law, which financing statements may (but need not) describe the Collateral as "all assets" or "all personal property" or words of like import, and ratifies all such actions taken by the Agent. This power of attorney is coupled with an interest and shall be irrevocable for the term of this Agreement and thereafter as long as any of the Obligations shall be outstanding.

16. **Notices.** All notices, requests, demands and other communications hereunder shall be subject to the notice provision of the Purchase Agreement (as such term is defined in the Notes).

17. **Other Security.** To the extent that the Obligations are now or hereafter secured by property other than the Collateral or by the guarantee, endorsement or property of any other person, firm, corporation or other entity, then the Agent shall have the right, in its sole discretion, to pursue, relinquish, subordinate, modify or take any other action with respect thereto, without in any way modifying or affecting any of the Secured Party' rights and remedies hereunder.

18. **Not Used.**

19. **Miscellaneous.**

(a) No course of dealing between the Debtors and the Secured Party, nor any failure to exercise, nor any delay in exercising, on the part of the Secured Party, any right, power or privilege hereunder or under the Notes shall operate as a waiver thereof; nor shall any single or partial exercise of any right, power or privilege hereunder or thereunder preclude any other or further exercise thereof or the exercise of any other right, power or privilege.

(b) All of the rights and remedies of the Secured Party with respect to the Collateral, whether established hereby or by the Notes or by any other agreements, instruments or documents or by law shall be cumulative and may be exercised singly or concurrently.

(c) This Agreement, together with the exhibits and schedules hereto, contains the entire understanding of the parties with respect to the subject matter hereof and supersede all prior agreements and understandings, oral or written, with respect to such matters, which the parties acknowledge have been merged into this Agreement and the exhibits and schedules hereto. No provision of this Agreement may be waived, modified, supplemented or amended except in a written instrument signed, in the case of an amendment, by the Debtors and the

Secured Party holding two-thirds (2/3<sup>rds</sup>) or more of the principal amount of Notes then outstanding, or, in the case of a waiver, by the party against whom enforcement of any such waived provision is sought.

(d) If any term, provision, covenant or restriction of this Agreement is held by a court of competent jurisdiction to be invalid, illegal, void or unenforceable, the remainder of the terms, provisions, covenants and restrictions set forth herein shall remain in full force and effect and shall in no way be affected, impaired or invalidated, and the parties hereto shall use their commercially reasonable efforts to find and employ an alternative means to achieve the same or substantially the same result as that contemplated by such term, provision, covenant or restriction. It is hereby stipulated and declared to be the intention of the parties that they would have executed the remaining terms, provisions, covenants and restrictions without including any of such that may be hereafter declared invalid, illegal, void or unenforceable.

(e) No waiver of any default with respect to any provision, condition or requirement of this Agreement shall be deemed to be a continuing waiver in the future or a waiver of any subsequent default or a waiver of any other provision, condition or requirement hereof, nor shall any delay or omission of any party to exercise any right hereunder in any manner impair the exercise of any such right.

(f) This Agreement shall be binding upon and inure to the benefit of the parties and their successors and permitted assigns. The Company may not assign this Agreement or any rights or obligations hereunder without the prior written consent of each Secured Party (other than by merger). The Secured Party may assign any or all of its rights under this Agreement to any Person to whom such Secured Party assigns or transfers any Obligations.

(g) Each party shall take such further action and execute and deliver such further documents as may be necessary or appropriate in order to carry out the provisions and purposes of this Agreement.

(h) Except to the extent mandatorily governed by the jurisdiction or situs where the Collateral is located, all questions concerning the construction, validity, enforcement and interpretation of this Agreement shall be governed by and construed and enforced in accordance with the internal laws of the State of New York, without regard to the principles of conflicts of law thereof. Except to the extent mandatorily governed by the jurisdiction or situs where the Collateral is located, each Debtor agrees that all proceedings concerning the interpretations, enforcement and defense of the transactions contemplated by this Agreement and the Notes (whether brought against a party hereto or its respective affiliates, directors, officers, shareholders, partners, members, employees or agents) shall be commenced exclusively in the state and federal courts sitting in the City of New York, Borough of Manhattan. Except to the extent mandatorily governed by the jurisdiction or situs where the Collateral is located, each Debtor hereby irrevocably submits to the exclusive jurisdiction of the state and federal courts sitting in the City of New York, Borough of Manhattan for the adjudication of any dispute hereunder or in connection herewith or with any transaction contemplated hereby or discussed herein, and hereby irrevocably waives, and agrees not to assert in any proceeding, any claim that it is not personally subject to the jurisdiction of any such court, that such proceeding is

improper. Each party hereto hereby irrevocably waives, to the fullest extent permitted by applicable law, any and all right to trial by jury in any legal proceeding arising out of or relating to this Agreement or the transactions contemplated hereby.

(i)   This Agreement may be executed in any number of counterparts, each of which when so executed shall be deemed to be an original and, all of which taken together shall constitute one and the same Agreement. In the event that any signature is delivered by facsimile transmission, such signature shall create a valid binding obligation of the party executing (or on whose behalf such signature is executed) the same with the same force and effect as if such facsimile signature were the original thereof.

(j)   All Debtors shall jointly and severally be liable for the obligations of each Debtor to the Secured Party hereunder.

(k)   Each Debtor shall indemnify, reimburse and hold harmless the Secured Party and its respective partners, members, shareholders, officers, directors, employees and agents (and any other persons with other titles that have similar functions) (collectively, "**Indemnitees**") from and against any and all losses, claims, liabilities, damages, penalties, suits, costs and expenses, of any kind or nature, (including fees relating to the cost of investigating and defending any of the foregoing) imposed on, incurred by or asserted against such Indemnitee in any way related to or arising from or alleged to arise from this Agreement or the Collateral, except any such losses, claims, liabilities, damages, penalties, suits, costs and expenses which result from the gross negligence or willful misconduct of the Indemnitee as determined by a final, nonappealable decision of a court of competent jurisdiction. This indemnification provision is in addition to, and not in limitation of, any other indemnification provision in the Notes, the Purchase Agreement (as such term is defined in the Notes) or any other agreement, instrument or other document executed or delivered in connection herewith or therewith.

(l)   Nothing in this Agreement shall be construed to subject Agent or any Secured Party to liability as a partner in any Debtor or any if its direct or indirect subsidiaries that is a partnership or as a member in any Debtor or any of its direct or indirect subsidiaries that is a limited liability company, nor shall Agent or any Secured Party be deemed to have assumed any obligations under any partnership agreement or limited liability company agreement, as applicable, of any such Debtor or any of its direct or indirect subsidiaries or otherwise, unless and until any such Secured Party exercises its right to be substituted for such Debtor as a partner or member, as applicable, pursuant hereto.

(m)   To the extent that the grant of the security interest in the Collateral and the enforcement of the terms hereof require the consent, approval or action of any partner or member, as applicable, of any Debtor or any direct or indirect subsidiary of any Debtor or compliance with any provisions of any of the Organizational Documents, the Debtors hereby represent that all such consents and approvals have been obtained.

[SIGNATURE PAGE OF DEBTOR FOLLOWS]

IN WITNESS WHEREOF, the parties hereto have caused this Security Agreement to be duly executed on the day and year first above written.

COPSYNC, INC.

By:

Name:    Rodney Bievenu

Title:    CEO

## CT Lien Solutions
a Wolters Kluwer Business

### Search Results

**LAURIE ANDERS**
Adams and Reese LLP
450 Laurel Street, Suite 1900
Baton Rouge, LA 70801

Date:           09/12/2017
Order #:        60562180
Customer #: 506241
Reference 1: Copsync, Inc.
Reference 2: --

**Target Name:** Copsync, Inc.

**Jurisdiction:** Secretary of State, Delaware

| | |
|---|---|
| **Search Type:** Federal Tax Lien | **Searched Through:** 08/30/2017 |
| Results:     No Records Found /See Attached Certified Search | Searched: 10 Years |
| **Search Type:** UCC Lien | **Searched Through:** 08/30/2017 |
| Results:     See Attached Certified Search with 12 Copies Attached | Searched: 5 Years |

STEPHEN GROVE
Columbus Team 6
4400 Easton Commons Way
Suite 125
Columbus, OH 43219
(800) 713-0755 EXT:3563
stephen.grove@wolterskluwer.com

This report contains information compiled from sources which CT Lien Solutions considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Lien Solutions does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Lien Solutions is not an insurer with regard to this information or these services. Under no circumstances shall CT Lien Solutions be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings.

## UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
(212)267-8600

B. E-MAIL CONTACT AT FILER (optional)
SS@BRIDGESERVICE.COM

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

BRIDGE SERVICE CORP.
299 BROADWAY, SUITE 1508
NEW YORK, NY 100072061
US

Delaware Department of State
U.C.C. Filing Section
Filed: 11:27 AM 09/13/2017
U.C.C. Initial Filing No: 2016 6214355
Amendment No: 2017 6074279
Service Request No: 20176138488

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
20166214355

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, **and** address of Assignee in item 7c **and** name of Assignor in item 9
For partial assignment, complete items 7 and 9 **and** also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check **one** of these two boxes:

This Change affects ☐ Debtor **or** ☐ Secured Party of record

**AND** Check **one** of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; **and** item 7a or 7b **and** item 7c
☐ ADD name: Complete item 7a or 7b, **and** item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only **one** name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only **one** name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| MEF I, L.P. | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 40 WALL STREET | NEW YORK | NY | 10005 | US |

8. ☐ **COLLATERAL CHANGE:** Also check **one** of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:
**Collateral Description - please see attached**

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only **one** name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DOMINION CAPITAL LLC | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

International Association of Commercial Administrators

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS

**11. INITIAL FINANCING STATEMENT FILE NUMBER:** Same as item 1a on Amendment form
201 66214355

**12. NAME of PARTY AUTHORIZING THIS AMENDMENT:** Same as item 9 on Amendment form

12a. ORGANIZATION'S NAME

DOMINION CAPITAL LLC

OR

12b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**13. Name of DEBTOR on related financing statement** (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13). Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

13a. ORGANIZATION'S NAME

COPSYNC, INC>

OR

13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**14. ADDITIONAL SPACE FOR ITEM 8 (Collateral)**

**15. This FINANCING STATEMENT AMENDMENT:**
☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing

**16. Name and address of a RECORD OWNER of real estate described in item 17**
(if Debtor does not have a record interest):

**17. Description of real estate:**

**18. MISCELLANEOUS:**

International Association of Commercial Administrators

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDENDUM (Form UCC3Ad) (Rev. 04/20/11)

Exhibit A

Description of Collateral

| | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|
| Brandon-COPsync, LLC | $ 5,840 | $174,943 | $288,462 | $ 200,457 | $ 669,701 |

2381973 v4
22151.000011416616

## UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
800-225-2736

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Bridge Service Corp. #131-672
299 Broadway, Suite 1508
New York, NY 10007

RECEIVED
SEP 13 2017
CLK 7b

N3

17-00311963
09/13/2017 12:13 PM
FILED
TEXAS
SOS SECRETARY OF STATE

761549200002

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
16-0033365148 filed 10/10/2016

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☑ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes: ☐ This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| MEP I, L.P. | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 40 Wall Street | New York | NY | 10005 | USA |

**8.** ☑ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☑ ASSIGN collateral
Indicate collateral:

See Exhibit A for description of Collateral being assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Dominion Capital LLC | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)
International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS

11. INITIAL FINANCING STATEMENT FILE NUMBER: Same as Item 1a on Amendment form

16-0033365148

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as Item 9 on Amendment form

12a. ORGANIZATION'S NAME

Dominion Capital LLC

OR

12b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction Item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

13a. ORGANIZATION'S NAME

COPSYNC, Inc.

OR

13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):

15. This FINANCING STATEMENT AMENDMENT:

☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

16. Name and address of a RECORD OWNER of real estate described in Item 17
(if Debtor does not have a record interest):

17. Description of real estate:

18. MISCELLANEOUS:

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDENDUM (Form UCC3Ad) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

Exhibit A

Description of Collateral

| | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|
| Brandon COPsyne, LLC | $ 5,840 | $174,943 | $288,462 | $ 200,457 | $ 669,701 |

336(9)3 v3
32131.600911411(616)

**Fill in this information to identify the case:**

Debtor name **COPsync, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number (if known) **17-12625**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Adam Vanover**<br>**706 S. Jupiter Road #709**<br>**Allen, TX 75002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,500.00 | $2,500.00 |
| | Date or dates debt was incurred<br>**2017** | Basis for the claim:<br>**Wages -  See Attached Exhibit 1 to Schedule E** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Alonzo Reyes, Jr.**<br>**231 N. Lonestar Avenue**<br>**New Braunfels, TX 78130** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,412.23 | $9,412.23 |
| | Date or dates debt was incurred<br>**06/25/2016 to 08/19/2017** | Basis for the claim:<br>**Wages -  See Attached Exhibit 1 to Schedule E** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,126.37** | **$12,126.37** |
|---|---|---|---|---|

**Anna Fucik**
**1024 Misty Hollow**
**New Braunfels, TX 78132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,260.00** | **$1,260.00** |
|---|---|---|---|---|

**Ashley Powell**
**507 Persimmon Trail**
**Forney, TX 75126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages as Contractor Employee -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,660.00** | **$3,660.00** |
|---|---|---|---|---|

**Austin Smithey**
**8336 Lullwater DR**
**Dallas, TX 75218**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages as Contractor Employee -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$51,041.69** | **$12,850.00** |
|---|---|---|---|---|

**Barry Wilson**
**804 Woodridge Drive**
**Fort Worth, TX 76120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,625.00 | $4,625.00 |
|---|---|---|---|---|

**Brandon Andrews**
**4607 Tiberglen Road, Apt 325**
**Dallas, TX 75287**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**August and September, 2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,958.33 | $3,958.33 |
|---|---|---|---|---|

**Bryan K. Stewart**
**1813 Palomino Drive**
**Rowlett, TX 75088**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,027.17 | $2,027.17 |
|---|---|---|---|---|

**Caleb J. Trotter**
**2600 E. Renner Road**
**Richardson, TX 75082**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,146.10 | $5,146.10 |
|---|---|---|---|---|

**Chad A. Whitney**
**5751 Green Hill Road, Apt 616**
**San Angelo, TX 76901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,001.38 | $1,001.38 |
|---|---|---|---|---|

**Chadwick Cedillo**
**1050 York Creek Road**
**New Braunfels, TX 78130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,666.70 | $12,850.00 |
|---|---|---|---|---|

**Chris J. Moehle**
**1802 Kingsbridge**
**San Antonio, TX 78253**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,784.09 | $2,784.09 |
|---|---|---|---|---|

**Christine Fletcher**
**3029 Blue Jay Lane**
**Midlothian, TX 76065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,545.45 | $4,545.45 |
|---|---|---|---|---|

**Christna R. Powell**
**6391 Gordon Street**
**Frisco, TX 75034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,136.36 | $1,136.36 |

**Christopher Wiand**
**9040 Briarwood Drive**
**Seminole, FL 33772**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,500.00 | $7,500.00 |

**Clint D. Mock**
**40105 Pelican Point Pkwy**
**Gonzales, LA 70737**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,500.00 | $7,500.00 |

**Clint D. Mock**
**40105 Pelican Point Pkwy**
**Gonzales, LA 70737**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages as Officer -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,666.65 | $12,850.00 |

**Cynthia L. Vetter**
**735 San Luis**
**New Braunfels, TX 78132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **COPsync, Inc.** | | Case number (if known) | **17-12625** |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,515.00 | $12,850.00 |
|---|---|---|---|---|

**Danielle Pellegrin**
**1722 Jackson Avenue, Unit A**
**New Orleans, LA 70113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,515.00 | $12,850.00 |
|---|---|---|---|---|

**Danielle Pellegrin**
**1722 Jackson Avenue, Unit A**
**New Orleans, LA 70113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**2017**

Basis for the claim:
**Wages as Officer -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,800.70 | $2,800.70 |
|---|---|---|---|---|

**Donald Wesley Harris**
**1671 Bid Bend Drive**
**Lewisville, TX 75077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,620.45 | $11,620.45 |
|---|---|---|---|---|

**Eddie Lopez**
**180 Skyview Avenue**
**New Braunfels, TX 78130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (*if known*) | **17-12625** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,016.02 | $10,016.02 |

**Erik Flees**
**1064 Knoxbridge Road**
**Forney, TX 75126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.00 | $960.00 |

**Ethan Severin**
**3512 Ash Lane**
**McKinney, TX 75071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages as Contractor Employee -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Financial Industry Regulatory**
**Authority**
**Officie of Fraud Detection &**
**Market**
**Intelligence; Attn: Alicia Viguri**
**15200 Omega Drive, Suite 210**
**Rockville, MD 20850**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35,341.98 | $12,850.00 |

**Herbert Severin**
**3512 Ash Lane**
**McKinney, TX 75070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,900.00 | $2,900.00 |
|---|---|---|---|---|

**Holly Kline**
**1301 Ash Street**
**Llano, TX 78643**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred<br>**2017** | Basis for the claim:<br>**Wages -  See Attached Exhibit 1 to Schedule E** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**1555 Poydras Street**
**New Orleans, LA 70112**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $12,833.32 | $12,833.32 |
|---|---|---|---|---|

**Jan Roe**
**202 Hughes Cutoff Road**
**Franklin, TX 77856**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred<br>**2017** | Basis for the claim:<br>**Wages -  See Attached Exhibit 1 to Schedule E** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $8,438.43 | $8,438.43 |
|---|---|---|---|---|

**Jane Ulrich**
**1235 Rimrock Cove**
**Spring Branch, TX 78070**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred<br>**2017** | Basis for the claim:<br>**Wages -  See Attached Exhibit 1 to Schedule E** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **COPsync, Inc.** | | Case number (if known) | **17-12625** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,500.00 | $7,500.00 |
|---|---|---|---|---|

**Janet Alvarez-Gonzalez
7606 Dockside Drive
Rowlett, TX 75088**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,915.80 | $7,915.80 |
|---|---|---|---|---|

**Janice E. Vanover
706 S. Jupiter Road #709
Allen, TX 75002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,000.00 | $40,000.00 |
|---|---|---|---|---|

**Jason Shane Rapp
1617 Shady Hollow
New Braunfels, TX 78132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $760.00 | $760.00 |
|---|---|---|---|---|

**Jeremy Skidgel
8500 Harwood Rd, Apt 1214
North Richland Hills, TX 76180**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**2017**

Basis for the claim:
**Wages as Contractor Employee -  See Attached
Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

**2.35** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,136.36 | $12,850.00

**John Sullivan**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.36** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,276.10 | $3,276.10

**John Vares**
**4026 Mediterranean St**
**Rockwall, TX 75087**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.37** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,378.81 | $7,378.81

**Julia K. Prescott**
**31473 Catalina Way**
**Bulverde, TX 78163**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.38** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,309.23 | $12,850.00

**Karen Carberry**
**8740 San Bernard Street**
**Plano, TX 75024**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**June - September, 2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,868.32** | **$2,868.32** |

**Kevin C. Hudson**
**301 Main Plaza, Suite 228**
**New Braunfels, TX 78130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,065.80** | **$10,065.80** |

**Kevin Severin**
**3512 Ash Lane**
**McKinney, TX 75070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**2017**

Basis for the claim:
**Wages as Contractor Employee -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,666.71** | **$6,666.71** |

**Kirsten Distert**
**2558 Country Ledge Drive**
**New Braunfels, TX 78132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20,000.00** | **$12,850.00** |

**Kosseim Amin**
**200 E94 Street, Apt 1518**
**New York, NY 10128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**November, 2016**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | COPsync, Inc. | | Case number (if known) | **17-12625** |
|---|---|---|---|---|
| | Name | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$35,000.00** | **$12,850.00** |
|---|---|---|---|---|

**LaCosta Lolly**
**2127 NE 26th Street**
**Cape Coral, FL 33909**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages - See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,600.00** | **$5,600.00** |
|---|---|---|---|---|

**Lindsey M. Herrera**
**4049 Ploetz Road**
**Seguin, TX 78155**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages - See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,861.13** | **$2,861.13** |
|---|---|---|---|---|

**Lisa Garcia**
**760 S. Edmonds Lane Apt 42**
**Lewisville, TX 75067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages - See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Louisiana Department of Revenue**
**617 North Third Street**
**Baton Rouge, LA 70802**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Louisiana Workforce Commission**
**1001 N 23rd Street**
**Baton Rouge, LA 70802**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,789.77** | **$1,789.77** |
|---|---|---|---|---|

**Marcus Chapman**
**3826 Jewel Street**
**Sachse, TX 75048**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017** | **Wages -  See Attached Exhibit 1 to Schedule E** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,940.00** | **$2,940.00** |
|---|---|---|---|---|

**Marcus Chapman**
**3826 Jewel Street**
**Sachse, TX 75048**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017** | **Wages as Contractor Employee -  See Attached Exhibit 1 to Schedule E** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,787.00** | **$3,787.00** |
|---|---|---|---|---|

**Maria Fernandez**
**4400 W. University Blvd., Apt**
**18105**
**New York, NY 10271**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017** | **Wages -  See Attached Exhibit 1 to Schedule E** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| Debtor | COPsync, Inc. | | Case number (if known) | **17-12625** |
|--------|---------------|--|------------------------|--------------|
| | Name | | | |

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,249.99** | **$6,249.99** |
|------|----------------------------------------------|-----------------------------------------------|---------------|---------------|

**Matthew K. Chaney**
**1617 Shady Hallow**
**New Braunfels, TX 78132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**June, August and September, 2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Melissa Andrade**
**Unknown**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**September, 2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$24,000.00** | **$12,850.00** |
|------|----------------------------------------------|-----------------------------------------------|----------------|----------------|

**Michael Angle**
**4921 Perrier Street**
**New Orleans, LA 70115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$24,000.00** | **$12,850.00** |
|------|----------------------------------------------|-----------------------------------------------|----------------|----------------|

**Michael Angle**
**4921 Perrier Street**
**New Orleans, LA 70115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages as Officer -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,500.00 | $12,500.00 |
|---|---|---|---|---|

**Michelle D. Haver**
**3904 Harbor Bolton**
**Franklin, TX 77856**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,250.00 | $12,850.00 |
|---|---|---|---|---|

**Philip Anderson**
**60 W. 23rd Street, Apt 601**
**New York, NY 10010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**February, March and May, 2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,712.89 | $12,850.00 |
|---|---|---|---|---|

**Randy Johnson**
**unknown**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages as Contractor Employee -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,500.00 | $12,850.00 |
|---|---|---|---|---|

**Robbins L. Powell**
**507 Persimmon Trail**
**Forney, TX 75126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,976.00** | **$7,976.00** |
|---|---|---|---|---|

**Rodney Bienvenu**
**19400 Turnberry Way, Apt 612**
**Miami, FL 33180**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages as Officer -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,976.00** | **$7,976.00** |
|---|---|---|---|---|

**Rodney Bienvenue**
**19400 Tumbery Way Apt 612**
**Miami, FL 33180**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,936.95** | **$1,936.95** |
|---|---|---|---|---|

**Rodney Price**
**7830 Valley Ridge Drive**
**Justin, TX 76247**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,416.66** | **$5,416.66** |
|---|---|---|---|---|

**Roger Gomez**
**280 Escarpment Oak**
**New Braunfels, TX 78130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$26,909.73** | **$12,850.00** |
|---|---|---|---|---|

**Ronald Woessner**
**5108 Pinehurst Dr.**
**Frisco, TX 75034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$50,000.00** | **$12,850.00** |
|---|---|---|---|---|

**Russell Chaney**
**1617 Shady Hollow**
**New Braunfels, TX 78132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,160.27** | **$8,160.27** |
|---|---|---|---|---|

**Sabrina Roger**
**1226 S. Lake Drive**
**Gladewater, TX 75647**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,363.64** | **$3,363.64** |
|---|---|---|---|---|

**Sean D. Garland**
**5711 Preston Oaks Road, Apt. 827**
**Dallas, TX 75254**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**2.67** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$30,000.00** | **$12,850.00**

**Shane Rapp**
**P. O. Box 1424**
**Canyon Lake, TX 78133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.68** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,600.00** | **$11,600.00**

**Stephen Harris**
**275 Sly Street**
**Marble Falls, TX 78654**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.69** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,208.16** | **$8,208.16**

**Thien C. Tran**
**4553 Vista Knoll Drive**
**Plano, TX 75093**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.70** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$32,083.37** | **$12,850.00**

**Trisha Ahlman**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Wages -  See Attached Exhibit 1 to Schedule E**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,083.37 $12,850.00 |
| | **Trisha Ahlman** | Check all that apply. | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | **2017** | **Wages as Officers - See Attached Exhibit 1 to Schedule E** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 $0.00 |
| | **United States Justice Department 600 Jefferson Street Lafayette, LA 70501** | Check all that apply. | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,750.00 $5,750.00 |
| | **Uphie Chaney 1617 Shady Hollow New Braunfels, TX 78132** | Check all that apply. | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | **2017** | **Wages - See Attached Exhibit 1 to Schedule E** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,681.82 $12,850.00 |
| | **Wade Powell** | Check all that apply. | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | **2017** | **Wages as Officer - See Attached Exhibit 1 to Schedule E** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,681.82 | $12,850.00 |
|---|---|---|---|---|

**Wade T. Powell**
**6391 Gordon Street**
**Frisco, TX 75034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017** | **Wages -  See Attached Exhibit 1 to Schedule E** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,166.67 | $4,166.67 |
|---|---|---|---|---|

**William (Scott) Platzer**
**12625 Memorial Drive, #78**
**Houston, TX 77024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017** | **Wages -  See Attached Exhibit 1 to Schedule E** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**156th Judicial DA's Office**
**111 S. St. Mary**
**Beeville, TX 78102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**32nd District Attorney - Mitchell County**
**100 E. Third Street, Suite 201**
**Sweetwater, TX 79556**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**47th District DA's Office -**
**  Auto Theft Unit**
**501 Fillmore Suite 1A**
**Amarillo, TX 79101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset?  ■ No   ☐ Yes

| Debtor | COPsync, Inc. | | Case number (*if known*) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**84th & 316th District Courts**
**Hutchinson County**
**P. O. Box 790**
**Stinnett, TX 79083**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**91st Judicial District**
**c/o Eastland County DA**
**100 W. Main, Room 204**
**Eastland, TX 76448**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,951.60 |
|---|---|---|---|

**Abernathy Police Department**
**811 Avenue D**
**Abernathy, TX 79311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,167.00 |
|---|---|---|---|

**Accountemps**
**P. O. Box 743295**
**Los Angeles, CA 90074-3295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Achille Police Department**
**211 West Main**
**Achille, OK 74720**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,784.50 |
|---|---|---|---|

**Addison Tower Investment Co., LLC**
**16415 Addison Road, Suite 100**
**Attn: Lorna Sobrino**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Lease Agreement__

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,050.68 |
|---|---|---|---|

**AFCO**
**Dept 0809**
**P. O. Box 120001**
**Dallas, TX 75312-0809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Insurance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**AFLAC**
**Attn: RPS**
**1932 Wynnton Road**
**Columbus, GA 31993-0797**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,999.99** |
|---|---|---|---|

**Agility PR Solutions, LLC**
**3 University Plaza**
**Dover, NJ 07801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,683.55** |
|---|---|---|---|

**Allysa F. Kirk**
**3941 Legacy Drive, Suite 204, B314**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Alonzo Reyes, Jr.**
**231 N. Lonestar Avenue**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60.00** |
|---|---|---|---|

**Alpine Christian School**
**402 East Holland Avenue**
**Alpine, TX 79830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Alpine Independent School District**
**704 Sul Ross Avenue**
**Alpine, TX 79830**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Alpine Municipal Court**
**309 West Sul Ross Avenue**
**Alpine, TX 79830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00**

**Amarillo College Moore County Campus**
**1220 East First**
**Dumas, TX 79029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**American National Bank & Trust**
**2732 Midwestern Parkway**
**Wichita Falls, TX 76308**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**American National Leasing Company**
**2732 Midwestern  Parkway**
**Wichita Falls, TX 76308**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$185.00**

**Anastasi Automotive**
**9766 FM 2673**
**Canyon Lake, TX 78133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Andrade-Van de Plutte & Associates**
**300 E. Basse #2126**
**San Antonio, TX 78209**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Andrews County Sheriff's Office**
**201 N. Main Room 113**
**Andrews, TX 79714**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00**

**Angel S. Garcia - Consultant**
**HC 05 Box 5353**
**Yabucoa, PR 00767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (*if known*) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,272.50** |
|---|---|---|---|

**Angelina County Sheriff's Office**
**2311 E. Lufkin Ave.**
**Lufkin, TX 75901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$643.84** |
|---|---|---|---|

**Anna Fucik**
**1024 Misty Hollow**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,481.80** |
|---|---|---|---|

**Anson Police Department**
**1314 Commercial**
**Anson, TX 79501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Antenna Plus, LLC**
**8350 E. Evans Road, Suite D2**
**Scottsdale, AZ 85260**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aon Risk Services Southwest, Inc.**
**Attn: Ricky Wong**
**5555 San Felipe, Suite 1500**
**Houston, TX 77056**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aransas County Sheriff's Office**
**301 N. Live Oak Street**
**Rockport, TX 78382**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,898.80** |
|---|---|---|---|

**Archer City Police Department**
**206 E. Walnut**
**Archer City, TX 76351**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (*if known*) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Archer County Sheriff's Office**
**100 Law Enforcement Way**
**Archer City, TX 76351**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,000.00**

**Ascendant Partners, LLC**
**112 Serpentine Drive**
**Morganville, NJ 07751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,260.00**

**Ashley Powell**
**507 Persimmon Trail**
**Forney, TX 75126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**AT&T Mobilibty - Mason County**
**Sheriff's Office**
**P. O. Box 6463**
**Carol Stream, IL 60197-6463**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$698.97**

**AT&T Mobility - Company**
**P. O. Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$204.32**

**AT&T Mobility - Huntington Police Dept.**
**P. O. Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**AT&T Mobility - Mason County**
**Sheriff's Office**
**P. O. Box 6463**
**Carol Stream, IL 60197-6463**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

**3.39**

**Nonpriority creditor's name and mailing address**
**AT&T Mobility - Shane Rapp**
**P. O. Box 6463**
**Hoffman Estates, IL 60179-6463**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.40**

**Nonpriority creditor's name and mailing address**
**AT&T Mobility - Starr County**
**Sheriff's Office**
**P. O. Box 6463**
**Carol Stream, IL 60197-6463**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$49.26**

---

**3.41**

**Nonpriority creditor's name and mailing address**
**AT&T Mobility - Terrell**
**Independent School District**
**Police Department**
**P. O. Box 6463**
**Carol Stream, IL 60197-6463**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$272.99**

---

**3.42**

**Nonpriority creditor's name and mailing address**
**AT&T Mobility - Zavalla**
**Police Department**
**P. O. Box 6463**
**Carol Stream, IL 60197-6463**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$180.37**

---

**3.43**

**Nonpriority creditor's name and mailing address**
**AT&T#4768**
**P. O. Box 6463**
**Carol Stream, IL 60197-6463**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Atascosa Constable Attorney's Office**
**#1 Courthouse Circle Drive, Suite 3-B**
**Jourdanton, TX 78026**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$629.40**

---

**3.45**

**Nonpriority creditor's name and mailing address**
**Atascosa Constable Fire Marshal**
**700 Broadway**
**Jourdanton, TX 78026**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$869.40**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$899.40**

**Atascosa County Animal Control Authority**
**1 Courthouse Circle Drive**
**Jourdanton, TX 78026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Atascosa County Justice of the**
**Peace Pct 2**
**1567 FM 3175**
**Lytle, TX 78052**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Aubrey and Norma Keeton**
**2662 Fairwood Drive**
**New Braunfels, TX 78132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,358.00**

**Aubrey Independent School District**
**Police Department**
**415 Tisdell Lane**
**Aubrey, TX 76227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Aubrey Municipal Court**
**107 S. Main Street**
**Aubrey, TX 76227**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,900.00**

**Aubrey Police Department**
**108 East Elim Street**
**Aubrey, TX 76227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,636.57**

**Aubrey Police Department**
**108 East Elim Street**
**Aubrey, TX 76227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,199.40** |
|---|---|---|---|

**Austin Constable Sheriff's Office**
**417 North Chesley**
**Bellville, TX 77418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,265.31** |
|---|---|---|---|

**Autotask Corporation**
**P. O. Box 787231**
**Philadelphia, PA 19178-7231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,910.88** |
|---|---|---|---|

**Ballinger Fire Department**
**106 N. 9th Street**
**Ballinger, TX 76821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,400.00** |
|---|---|---|---|

**Ballinger Independent School District**
**802 Conda Avenue**
**Ballinger, TX 76821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,372.00** |
|---|---|---|---|

**Ballinger Police Department**
**106 North 9th Street**
**Ballinger, TX 76821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Balmorhea Independent School District**
**P. O. Box 368**
**Balmorhea, TX 79718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bandera City Marshal's Office**
**511 Main Street**
**Bandera, TX 78003**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | | Case number *(if known)* | **17-12625** |
|---|---|---|---|---|
| | Name | | | |

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bandera County Sheriff's Office**
**3360 State Hwy. 173 North**
**Bandera, TX 78003**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00**

**Bandera Independent School District**
**815 Pecan Street**
**Bandera, TX 78003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,158.92**

**Batesville Police Department**
**P. O. Box 689**
**Batesville, MS 38606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bay City Police Department**
**2201 Avenue H**
**Houston, TX 77041-4000**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,520.63**

**Beacon Hill Staffing Group**
**P. O. Box 846193**
**Ashaway, RI 02804-6180**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119.40**

**Bee Constables Office EMC**
**111 North Saint Mary's Street, Suite 201**
**Beeville, TX 78102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,400.00**

**Beeville Independant School District**
**2400 North Street**
**Beeville, TX 78102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number *(if known)* | **17-12625** |
|---|---|---|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Beeville Municipal Court**
**405 N. St. Mary's Street**
**Beeville, TX 78102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Beeville Police Department**
**402 N. Washington Street**
**Beeville, TX 78102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,099.72** |
|---|---|---|---|

**Bellmead Police Department**
**701 Maxfield Street**
**Waco, TX 76705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Bells Independent School District**
**1550 Ole Ambrose Road**
**Bells, TX 75414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
|---|---|---|---|

**Bells Municipal**
**P. O. Box 95**
**Bells, TX 75414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,563.22** |
|---|---|---|---|

**Bells Police Department**
**203 South Broadway Street**
**Bells, TX 75414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bennington Police Department**
**102 East Woodcraft**
**Bennington, OK 74723**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Bergenfield Police Department**
**Unknown**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Bexar County Sheriff's Office**
**Dispatch Center**
**200 N. Comal**
**San Antonio, TX 78207**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00**

**Bid Bend Regional Medical Center**
**2600 Highway 118 North**
**Alpine, TX 79830**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$238.80**

**Big Bend National Park**
**P. O. Box 129**
**Big Bend National Park, TX 79834**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,796.88**

**Big Sandry Police Department**
**203 W. Gilmer Street**
**Big Sandy, TX 75755**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Big Spring Independent School District**
**708 East 11th Place**
**Big Spring, TX 79720**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Big Spring Police Department**
**3611 West Hwy 80**
**Big Spring, TX 79720**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bill Mehrer**
**Unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bill Switzer**
**Unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Blackwell County Independent**
**School District**
**100 Hornet Drive**
**Blackwell, TX 79506**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Blanco Municipal Court**
**P. O. Box 750**
**Blanco, TX 78606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,214.16 |
|---|---|---|---|

**Blanco Police Department**
**437 Blanco Avenue**
**Blanco, TX 78606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.50 |
|---|---|---|---|

**Blue Alert Foundation**
**Attn: Donations**
**P. O. Box 805**
**Laurel, FL 34272-0805**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blue Mound Police Department**
**301 Blue Mound Road**
**Fort Worth, TX 76131**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
| --- | --- | --- | --- |
| | Name | | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Boerne County Sheriff's Office.**
**Unknown**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Bomgar Corporation**
**578 Highland Colony Parkway, Suite 140**
**Ridgeland, MS 39157**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,800.00 |
| --- | --- | --- | --- |

**Bonham Independent School District**
**1005 Chestnut Stree**
**Bonham, TX 75418**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Bonham Police Department**
**301 E. 5th Street**
**Bonham, TX 75418**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $903.12 |
| --- | --- | --- | --- |

**Booker Police Department**
**P. O. Box M**
**Booker, TX 79005**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Borger Police Department**
**611 N. Weatherly**
**Borger, TX 79008**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
| --- | --- | --- | --- |

**BoTel, Inc.**
**One Pennsylvania Plaza 5th Floor**
**New York, NY 10119**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **COPsync, Inc.** | | Case number (*if known*) | **17-12625** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address**<br>**Bovina Police Department**<br>**P. O. Box 720**<br>**Bovina, TX 79009**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services Provided**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,717.60** |
| 3.96 | **Nonpriority creditor's name and mailing address**<br>**Bowie Independent School District**<br>**100 W Wichita Street**<br>**Bowie, TX 76230**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Services Provided**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.97 | **Nonpriority creditor's name and mailing address**<br>**Bowie Police Department**<br>**302 Lindsey Stret**<br>**Bowie, TX 76230**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Services Provided**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.98 | **Nonpriority creditor's name and mailing address**<br>**Boyd Independent School District**<br>**600 Knox Avenue**<br>**Boyd, TX 76023**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services Provided**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,200.00** |
| 3.99 | **Nonpriority creditor's name and mailing address**<br>**Brackettville Police Department**<br>**119 W. Spring Street**<br>**2nd Floor**<br>**Brackettville, TX 78832**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Services Provided**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.100 | **Nonpriority creditor's name and mailing address**<br>**Brad Wells & Dylan Brooks**<br>**Unknown**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Services Provided**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.101 | **Nonpriority creditor's name and mailing address**<br>**Brandon Andrews**<br>**4607 Tiberglen Road, Apt 325**<br>**Dallas, TX 75287**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services Provided**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$60.32** |

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.102** | **Nonpriority creditor's name and mailing address**

**Brandon-COPsync, LLC**
**222 Rosewood Drive, Suite 810**
**Danvers, MA 01923**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

**$1,025,200.00**

---

**3.103** | **Nonpriority creditor's name and mailing address**

**Bremond Independant School District**
**601 W. Collins Street**
**Bremond, TX 76629**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.104** | **Nonpriority creditor's name and mailing address**

**Bremond Police Department**
**201 S. Dallas**
**Bremond, TX 76629**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105** | **Nonpriority creditor's name and mailing address**

**Brewster County (Hill County Software)**
**107 W. Ave. E. #15**
**Alpine, TX 79830**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.106** | **Nonpriority creditor's name and mailing address**

**Brewster County Justice of the Peace Pct 1**
**107 W. Ave E9**
**Alpine, TX 79830**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107** | **Nonpriority creditor's name and mailing address**

**Brewster County Justice of the Peace Pct. 2**
**P. O. Box 496**
**Terlingua, TX 79852**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.108** | **Nonpriority creditor's name and mailing address**

**Brewster County Justice of the Peace Pct. 3**
**P. O. Box 401**
**Marathon, TX 79842**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.109** | Nonpriority creditor's name and mailing address

**Brewster Sheriff's Office**
**201 West Avenue E**
**Alpine, TX 79830**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,332.00**

---

**3.110** | Nonpriority creditor's name and mailing address

**Briarcliff Police Department**
**302 Sleat Drive**
**Spicewood, TX 78669**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$550.68**

---

**3.111** | Nonpriority creditor's name and mailing address

**Bridgeport Independent School District**
**2107 5th Street**
**Bridgeport, TX 76426**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.112** | Nonpriority creditor's name and mailing address

**Bridgeport Police Department**
**1000 Thompson Street**
**Bridgeport, TX 76426**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.113** | Nonpriority creditor's name and mailing address

**Broadridge Investor Communication**
**Solutions, Inc.**
**P. O. Box 416423**
**Boston, MA 02241-6423**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,248.08**

---

**3.114** | Nonpriority creditor's name and mailing address

**Brooke B. Khan/A. Saleem Khan**
**10807 Gayton Road**
**Henrico, VA 23238**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.115** | Nonpriority creditor's name and mailing address

**Brooks County Court Justice of**
**the Peace Pct 1**
**P. O. Drawer 5516**
**Falfurrias, TX 78355**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,200.00**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.116** | Nonpriority creditor's name and mailing address

**Brooks County Court Justice of
the Peace Pct 2**
P. O. Drawer 5516
Falfurrias, TX 78355

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.117** | Nonpriority creditor's name and mailing address

**Brooks County Court Justice of the
Peace Pct 3**
P. O. Drawer 541
Falfurrias, TX 78355

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.118** | Nonpriority creditor's name and mailing address

**Brooks County Court Justice of the
Peace Pct 4**
P. O. Drawer 5516
Falfurrias, TX 78355

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.119** | Nonpriority creditor's name and mailing address

**Brooks County Independent
School District**
P. O. Box 589
Falfurrias, TX 78355

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120** | Nonpriority creditor's name and mailing address

**Brother Mobile Solutions, Inc.**
P. O. Box 200877
Pittsburgh, PA 15251-0877

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$55,837.13**

---

**3.121** | Nonpriority creditor's name and mailing address

**Brownfield Fire Department**
104 S. 3rd Street
Brownfield, TX 79316

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122** | Nonpriority creditor's name and mailing address

**Bruceville-Eddy Police Department
City of Bruceville-Eddy**
143A Wilcox Drive
Eddy, TX 76524

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$12,253.80**

---

10/16/17 9:48PM

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

**3.123** | Nonpriority creditor's name and mailing address
**Buckholts Independent School District**
**203 S. Tenth Street**
**Buckholts, TX 76518**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.124** | Nonpriority creditor's name and mailing address
**Bullard Police Department**
**114 S. Philips Street**
**Cuney, TX 75759**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,433.00**

---

**3.125** | Nonpriority creditor's name and mailing address
**Burnet County**
**220 S. Pierce**
**Burnet, TX 78611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$7,500.00**

---

**3.126** | Nonpriority creditor's name and mailing address
**Burton Independent School District**
**701 N. Railroad Street**
**Burton, TX 77835**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

**$4,800.00**

---

**3.127** | Nonpriority creditor's name and mailing address
**Byron Lewis**
**871 Lake Carolyn  Parkway, Apt 105**
**Irving, TX 75039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$79.92**

---

**3.128** | Nonpriority creditor's name and mailing address
**Cactus Municipal Court**
**P. O. Box 365**
**Cactus, TX 79013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.129** | Nonpriority creditor's name and mailing address
**Cactus Police Department**
**200 US Hwy 287 N.**
**Cactus, TX 79013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$5,560.19**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

**3.130** | **Nonpriority creditor's name and mailing address**

**Caitlin Raymond**
**256 Deer Cross Lane**
**San Antonio, TX 78260**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.131** | **Nonpriority creditor's name and mailing address**

**Caldwell Country**
**P. O. Box 27**
**Dallas, TX 75244**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.132** | **Nonpriority creditor's name and mailing address**

**Calhoun County Constable Pct 2**
**1539 School Road**
**Port Lavaca, TX 77979**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$693.84**

---

**3.133** | **Nonpriority creditor's name and mailing address**

**Calhoun COunty Constable Pct 4**
**548 Clark Lane**
**Port Lavaca, TX 77979**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,354.68**

---

**3.134** | **Nonpriority creditor's name and mailing address**

**Calhoun County Sheriff's Office**
**211 S. Ann**
**Port Lavaca, TX 77979**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$14,803.80**

---

**3.135** | **Nonpriority creditor's name and mailing address**

**Callahan County Sheriff's Office**
**101 West 4th, Suite 104**
**Baird, TX 79504**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$6,115.20**

---

**3.136** | **Nonpriority creditor's name and mailing address**

**Calvert Independant School District**
**310 Hickory St.**
**Calvert, TX 77837**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Calvert Municipal Court**
**620 South Main Street**
**Calvert, TX 77837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,647.04 |
|---|---|---|---|

**Calvert Police Department**
**P. O. Box 505**
**Calvert, TX 77837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cameron County Sheriff's Office**
**7300 Old Alice Road**
**Olmito, TX 78575**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,143.10 |
|---|---|---|---|

**Cameron Police Department**
**308 S. Houston Avenue**
**Olmito, TX 78575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

**Canadian Independent School District**
**800 Hillside**
**Canadian, TX 79014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,800.00 |
|---|---|---|---|

**Canton Municipal Court**
**555 W. Hwy 243**
**Canton, TX 75103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cap Fleet Upfitters**
**4715 S. General Bruce Drive**
**Temple, TX 76502**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cardinal Tracking, Inc.**
**1825 Lakeway Drive, Suite 100**
**Lewisville, TX 75057**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,295.00** |
|---|---|---|---|

**Carson County Sheriff's Office**
**P. O. Box 972**
**Panhandle, TX 79068**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,955.60** |
|---|---|---|---|

**Castroville Police Department**
**411 London Street**
**Castroville, TX 78009**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Cathedral School of St. Jude**
**600-58th Street North**
**Saint Petersburg, FL 33710**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,747.60** |
|---|---|---|---|

**Cathy C. Talcott**
**Tax Assessor Collector, PCC**
**Comal County Tax Office**
**P. O. Box 659480**
**San Antonio, TX 78265-9480**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$310,030.15** |
|---|---|---|---|

**CDW.g**
**75 Remittance Drive, Suite 1515**
**Chicago, IL 60675-1515**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$787.56** |
|---|---|---|---|

**Celina Independent School District**
**Police Department**
**205 S. Colorado**
**Celina, TX 75009**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

**3.151** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,000.00**

**Center Municipal Court**
**Attn: Accounts Payable Department**
**P. O. Box 1744**
**Center, TX 75935-1744**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,461.44**

**Center Police Department**
**Attn: Accounts Payable Department**
**P. O. Box 1744**
**   TX 75593-5174**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,680.00**

**Central Community School System**
**10510 Joor Road, Suite 300**
**Baton Rouge, LA 70818**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**CFG Merchant Solutions, LLC**
**unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,800.00**

**Channing Independent School District**
**916 Greenwood**
**Channing, TX 79018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Chaparral Energy**
**701 Cedar Lake Blvd.**
**Oklahoma City, OK 73114**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,200.00**

**Charlotte Independent School District**
**102 E. Hindes Ave.**
**Charlotte, TX 78011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cherokee Constables Sheriff's Office**
272 Underwood St.
Rusk, TX 75785

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chico Independent School District**
1120 Park Road
Chico, TX 76431

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**Chico Police Department**
400 S. Hovey Street
Chico, TX 76431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Child Safety Network, LLC**
10601 Tierra Santa Blvd., G404
San Diego, CA 92124

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,398.00 |
|---|---|---|---|

**Childress County Sheriff's Office**
1005 Avenue F. NE
Childress, TX 79201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,067.00 |
|---|---|---|---|

**Childress Police Department**
315 Commerce Street
Childress, TX 79201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,199.40 |
|---|---|---|---|

**Chillicothe Police Department**
P. O. Box 546
Chillicothe, TX 79225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,622.44 |
|---|---|---|---|

**Christensen O'Connor Johnson Kindness PLLC**
**1201 3rd Avenue, Suite 3600**
**Seattle, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,193.22 |
|---|---|---|---|

**Christopher Eaton**
**7378 Base Line Road**
**Kingston, IL 60145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $860.22 |
|---|---|---|---|

**Christopher Wiand**
**9040 Briarwood Drive**
**Seminole, FL 33772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

**Christoval Independent School District**
**20065 3rd Street**
**Christoval, TX 76935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,738.75 |
|---|---|---|---|

**Chrysler Capital**
**P. O. Box 660335**
**Dallas, TX 75266-0335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Personal Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,398.80 |
|---|---|---|---|

**Cisco College Police Department**
**101 College Heights**
**Cisco, TX 76437**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**Cisco Independent School District**
**1503 Leggett Street**
**Cisco, TX 76437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Cisco Municipal Court**
**500 Conrad Hilton Blvd**
**Cisco, TX 76437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,620.16 |
|---|---|---|---|

**Cisco Police Department**
**504 Conrad Hilton**
**Cisco, TX 76437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,287.60 |
|---|---|---|---|

**City of Alba Police Department**
**P. O. Box 197**
**Alba, TX 75410-0197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,398.80 |
|---|---|---|---|

**City of Albany Police Department**
**P. O. Box 3248**
**Albany, TX 76430-0595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,388.71 |
|---|---|---|---|

**City of Alpine Police Department**
**Attn: Chief Scown**
**309 West Sul Ross Avenue**
**Alpine, TX 79830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,062.84 |
|---|---|---|---|

**City of Arp Police Department**
**109 W. Longview**
**Arp, TX 75750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**City of Baird**
**328 Market Street**
**Baird, TX 79504**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | COPsync, Inc. | | Case number (if known) | **17-12625** |
|---|---|---|---|---|
| | Name | | | |

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,308.40** |
|---|---|---|---|
| | **City of Baird City Marshall**<br>**415 Chestnut Street**<br>**Baird, TX 79504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Services Provided_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,000.00** |
|---|---|---|---|
| | **City of Ballinger**<br>**P. O. Box 497**<br>**Ballinger, TX 76821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Services Provided_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **City of Bangs Police Department**<br>**109 South 1st Street**<br>**Bangs, TX 76823** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Services Provided_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **City of Bartlett Police Department**<br>**P. O. Box 670**<br>**Bartlett, TX 76511** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Services Provided_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,293.24** |
|---|---|---|---|
| | **City of Bertram Police Department**<br>**163 W. Vaughan Street**<br>**Bertram, TX 78605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Services Provided_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **City of Big Lake**<br>**203 N. Plaza**<br>**Big Lake, TX 76932** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Services Provided_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,967.20** |
|---|---|---|---|
| | **City of Bishop Police Department**<br>**119 E. 4th Street**<br>**Bishop, TX 78343** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Services Provided_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

**3.186** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00**

**City of Booker**
P. O. Box M
Booker, TX 79005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,026.04**

**City of Boyd Police Department**
Attn:  W. Taylor
500 West Knox Street
Boyd, TX 76023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$169.00**

**City of Brady Police Department**
209 S. Elm
Brady, TX 76825

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,066.96**

**City of Brady Police Department**
209 S. Elm
Brady, TX 76825

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,855.76**

**City of Brownfield Police Department**
120 N. 5th Street
Brownfield, TX 79316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**City of Brownsboro Police Department**
P. O. Box 303
Brownsboro, TX 75756-0303

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,019.64**

**City of Buckholts Police Department**
P. O. Box 117
Buckholts, TX 76518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,741.00 |
|---|---|---|---|

**City of Bullard Police Department**
114 S. Phillips Street
Cuney, TX 75759

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,910.40 |
|---|---|---|---|

**City of Bulverde Police Department**
30360 Cougar Bend
Bulverde, TX 78163

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,791.00 |
|---|---|---|---|

**City of Burnet Police Department**
P. O. Box 1369
Burnet, TX 78611

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,418.24 |
|---|---|---|---|

**City of Burton Police Department**
P. O. Box 255
Burton, TX 77835

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,522.20 |
|---|---|---|---|

**City of Caddo Mills Police Department**
P. O. Box 490
Caddo Mills, TX 75135-0490

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,910.40 |
|---|---|---|---|

**City of Canton Police Department**
24980 State Hwy 64
Canton, TX 75103

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**City of Celeste Police Department**
P. O. Box 399
Celeste, TX 75423

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,744.88 |
|---|---|---|---|

**City of Chandler Police Department**
P. O. Box 425
Chandler, TX 75758-0425

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,448.36 |
|---|---|---|---|

**City of Colorado City Police Department**
P. O. Box 912
Colorado City, TX 79512-0912

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,919.20 |
|---|---|---|---|

**City of Cross Plains Police Department**
P. O. Box 129
Cross Plains, TX 76443

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,057.19 |
|---|---|---|---|

**City of Crowell Police Department**
101 E. California Street
Crowell, TX 79227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**City of Dalhart**
P. O. Box 2005
Dalhart, TX 79022

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,859.13 |
|---|---|---|---|

**City of Dalhart Police Department**
P. O. Box 2005
Dalhart, TX 79022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,893.00 |
|---|---|---|---|

**City of De Leon Police Department**
125 S. Texas
De Leon, TX 76444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.207** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,675.05**

**City of Driscoll Police Department**
P. O. Box 178
Driscoll, TX 78351-0178

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,954.60**

**City of Early Police Department**
P. O. Box 3100
Brownwood, TX 76803-3100

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$597.00**

**City of East Tawakoni Police Department**
288 Briggs Blvd.
Point, TX 75472

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,797.84**

**City of Eastland Police Department**
P. O. Box 749
Eastland, TX 76448

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**City of Eden Police Department**
P. O. Box 1422
Eden, TX 76837

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,605.50**

**City of Emory Police Department**
P. O. Box 100
Emory, TX 75440

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$169.10**

**City of Estelline Police Department**
P. O. Box 8
Estelline, TX 79233

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,987.04** |
|---|---|---|---|

**City of Eustace Police Department**
**P. O. Box 579**
**Eustace, TX 75124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,136.08** |
|---|---|---|---|

**City of Flatonia Police Department**
**105 South Market Street**
**Flatonia, TX 78941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,800.00** |
|---|---|---|---|

**City of Garden Ridge**
**9400 Municipal Pkwy**
**San Antonio, TX 78266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,653.56** |
|---|---|---|---|

**City of George West Police Department**
**404 Nueces**
**George West, TX 78022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**City of Gladewater Police Department**
**Tim Barnett**
**519 East Broadway**
**Gladewater, TX 75647**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,435.20** |
|---|---|---|---|

**City of Grand Saline Police Department**
**132 E. Frank**
**Grand Saline, TX 75140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,543.25** |
|---|---|---|---|

**City of Grandview Police Department**
**P. O. Box 506**
**Grandview, TX 76050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

10/16/17  9:48PM

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.221** Nonpriority creditor's name and mailing address

**City of Granite Shoals Police Department**
2221 N. Phillips Ranch Rd.
Marble Falls, TX 78654

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,432.40**

---

**3.222** Nonpriority creditor's name and mailing address

**City of Gregory Police Department**
206 W. 4th St
Gregory, TX 78359

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$10,445.01**

---

**3.223** Nonpriority creditor's name and mailing address

**City of Hallettsville  Police Department**
104 East Fourth Street
Hallettsville, TX 77964

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$6,146.04**

---

**3.224** Nonpriority creditor's name and mailing address

**City of Hamlin Police Department**
351 S. Central
Petersburg, TX 79250

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$6,554.00**

---

**3.225** Nonpriority creditor's name and mailing address

**City of Haskell Police Department**
301 S. First Street
Haskell, TX 79521

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$16,402.80**

---

**3.226** Nonpriority creditor's name and mailing address

**City of Hawley Police Department**
P. O. Box 649
Hawley, TX 79525-0649

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.227** Nonpriority creditor's name and mailing address

**City of Hempstead Police Department**
1015 11th Street
Hempstead, TX 77445

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.228** Nonpriority creditor's name and mailing address
**City of Hudson Police Department**
**210 Mt Carmel**
**Lufkin, TX 75904**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$5,367.72**

---

**3.229** Nonpriority creditor's name and mailing address
**City of Ingram Police Department**
**226 Highway 39**
**Ingram, TX 78025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$6,584.64**

---

**3.230** Nonpriority creditor's name and mailing address
**City of Jamaica Beach Police Department**
**Attn: Howard Foreman**
**5264 Jamaica Beach**
**Galveston, TX 77554**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.231** Nonpriority creditor's name and mailing address
**City of Jarrell Police Department**
**120 N. 5th Street**
**Hamilton, TX 76531**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.232** Nonpriority creditor's name and mailing address
**City of Junction Police Department**
**730 Main Street**
**Junction, TX 76849**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$5,815.80**

---

**3.233** Nonpriority creditor's name and mailing address
**City of Kenedy Police Department**
**303 W. Main**
**Kenedy, TX 78119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$4,206.61**

---

**3.234** Nonpriority creditor's name and mailing address
**City of Kigore Police Department**
**909 N. Kilgore Street**
**Kilgore, TX 75662**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.235** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**City of Kingsville Police Department**
1700 E. King
Kingsville, TX 78363

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,788.68**

**City of Kingsville Specialized Crime & Narcotics Task Force**
P. O. Box 213
Kingsville, TX 78364

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,597.16**

**City of Kirby Police Department**
4130 Ackerman Road
San Antonio, TX 78219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**City of Kirbyville Police Department**
105 S. Elizabeth Avenue
Kirbyville, TX 75956

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**City of Kyle Police Department**
300 W. Center Street
Kyle, TX 78640

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**City of Lampasas Fire Deparement**
312 East Third Street
Lampasas, TX 76550

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,738.92**

**City of Lampasas Police Deparement**
312 East Third Street
Lampasas, TX 76550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **COPsync, Inc.** | | Case number (if known) | **17-12625** |
|---|---|---|---|---|
| | Name | | | |

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,788.00** |
|---|---|---|---|

**City of Lindale Police Department**
P. O. Box 130
Lindale, TX 75771

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,731.28** |
|---|---|---|---|

**City of Lometa Police Department**
P. O. Box 280
Myra, TX 76253-0280

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**City of Lone Oak Municipal Court**
P. O. Box 127
Lone Oak, TX 75453

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,304.20** |
|---|---|---|---|

**City of Lorena**
107-A South Frontage Road
Lorena, TX 76655

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,683.24** |
|---|---|---|---|

**City of Lorenzo Police Department**
P. O. Box 430
Lorenzo, TX 79343

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,273.12** |
|---|---|---|---|

**City of Lott Police Department**
117 E. Gassaway
Lott, TX 76656

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,552.20** |
|---|---|---|---|

**City of Lytle Police Department**
P. O. Box 743
Lytle, TX 78052

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

**3.249** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,392.08**

**City of Martindale Police Department**
**Nancy Hempel, City Secretary**
**P. O. Box 365**
**Martindale, TX 78655-0365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.250** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,065.60**

**City of Memphis Police Department**
**721 W. Robertson Street**
**Memphis, TX 79245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,316.40**

**City of Memphis Police Department**
**721 W. Robertson Street**
**Memphis, TX 79245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,354.60**

**City of Merkel Police Department**
**100 Kent Street**
**Delmita, TX 78536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,134.96**

**City of Miles Police Department**
**P. O. Box 398**
**Miles, TX 76861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,035.48**

**City of Mineola Police Department**
**300 Greenville Avenue**
**Mineola, TX 75773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,154.00**

**City of Munday Police Department**
**121 E. Main Street**
**Munday, TX 76371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

**3.256** Nonpriority creditor's name and mailing address

**City of Natalia Police Department**
300 3rd Street
Natalia, TX 78059

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$18,348.96**

---

**3.257** Nonpriority creditor's name and mailing address

**City of Oak Ridge Police Department**
129 Oak Ridge Dr.
Gainesville, TX 76240

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,203.80**

---

**3.258** Nonpriority creditor's name and mailing address

**City of Olney Police Department**
P. O. Box 546
Olney, TX 76374-0546

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$14,296.44**

---

**3.259** Nonpriority creditor's name and mailing address

**City of Omaha Police Department**
P. O. Box 937
Omaha, TX 75571

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,398.80**

---

**3.260** Nonpriority creditor's name and mailing address

**City of Onalaska Police Department**
P. O. Box 880
Onalaska, TX 77360

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$8,756.64**

---

**3.261** Nonpriority creditor's name and mailing address

**City of Paducah Police Department**
804 10th Street
Paducah, TX 79248

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

**3.262** Nonpriority creditor's name and mailing address

**City of Palmer Police Department**
P. O. Box 489
Palmer, TX 75152

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **COPsync, Inc.**
Name

Case number (*if known*)   **17-12625**

---

**3.263** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**City of Palmview Police Department**
**400 W. Veterans Blvd.**
**Mission, TX 78572**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.264** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,849.04**

**City of Pearsall Police Department**
**911 Veternas Drive**
**Pearsall, TX 78061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$475,000.00**

**City of Pharr**
**1900 S. Cage**
**Pharr, TX 78577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,832.25**

**City of Pharr Police Department**
**Attn:  Jason Arms**
**1900 S. Cage**
**Pharr, TX 78577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.267** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**City of Pleasanton Police Department**
**108 Second St**
**Pleasanton, TX 78064**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,149.32**

**City of Point Police Department**
**365 Locust Street**
**Point, TX 75472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,078.26**

**City of Poth Police Department**
**200 N. Carroll Street**
**Poth, TX 78147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **COPsync, Inc.** | | Case number (if known) | **17-12625** |
|---|---|---|---|---|
| | Name | | | |

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,556.40** |
|---|---|---|---|

**City of Pottsboro Police Department**
P. O. Box 1089
Pottsboro, TX 75076

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,675.20** |
|---|---|---|---|

**City of Quitman Police Department**
P. O. Box 1855
Quitman, TX 75783

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00** |
|---|---|---|---|

**City of Quitman Police Department**
P. O. Box 1855
Quitman, TX 75783

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,445.92** |
|---|---|---|---|

**City of Ralls Police Department**
800 Avenue I
Ralls, TX 79357

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**City of Reno Police Department**
195 West Reno Rd
Azle, TX 76020

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,515.80** |
|---|---|---|---|

**City of Rio Vista Police Department**
201 Hwy 174
P. O. Box 129
Rio Vista, TX 76093

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,071.36** |
|---|---|---|---|

**City of Rising Star Police Department**
P. O. Box 35
Rising Star, TX 76471-0035

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,027.44 |
|---|---|---|---|

**City of Robinson Police Department**
111 West Lyndale
Waco, TX 76706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**City of Ropesville Police Department**
P. O. Box 96
Ropesville, TX 79358-0096

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,910.60 |
|---|---|---|---|

**City of Roscoe Police Department**
P. O. Box 340
Roscoe, TX 79545-0340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,397.60 |
|---|---|---|---|

**City of Rose City Marshal's Office**
370 S. Rose City Dr.
Vidor, TX 77662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,393.12 |
|---|---|---|---|

**City of Rosebud Police Department**
P. O. Box 657
Rosebud, TX 76570

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,353.36 |
|---|---|---|---|

**City of Runaway Bay Police Dept.**
580 US Highway 380
Bridgeport, TX 76426

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,182.28 |
|---|---|---|---|

**City of Saint Jo Police Department**
P. O. Box 186
Saint Jo, TX 76265-0186

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**City of Sarita**
P. O. Box 1358
Kingsville, TX 78364

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,289.60** |
|---|---|---|---|

**City of Seagraves Police Department**
246 Main Street
Seagraves, TX 79359

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City of Selma Police Department**
9375 Corporate Drive
Schertz, TX 78154

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,889.60** |
|---|---|---|---|

**City of Seymour Police Department**
P. O. Box 31
Seymour, TX 76380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,865.28** |
|---|---|---|---|

**City of Shamrock Police Department**
122 West 2nd Street
Shamrock, TX 79079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,386.16** |
|---|---|---|---|

**City of Shiner Police Department**
P. O. Box 308
Shiner, TX 77984

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City of Silsbee Police Department**
1104 North 5th Street
Silsbee, TX 77656

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | | Case number (if known) | **17-12625** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,179.80** |
|---|---|---|---|

**City of Slaton Police Department**
175 N. 8th Street
Friona, TX 79035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,195.80** |
|---|---|---|---|

**City of Somervell Police Department**
P. O. Box 159
Somerville, TX 77879-0159

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**City of Sonora**
201 E. Main Street
Sonora, TX 76950

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,633.36** |
|---|---|---|---|

**City of Sonora Police Department**
201 E. Main Street
Sonora, TX 76950

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,556.40** |
|---|---|---|---|

**City of Spur Police Department**
402 N. Burlington
Spur, TX 79370

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,876.32** |
|---|---|---|---|

**City of Stamford Police Department**
115 North Swenson
Stamford, TX 79553

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,837.00** |
|---|---|---|---|

**City of Stratford Police Department**
PO Box 188
Stratford, TX 79084-0188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.298** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,917.44**

**City of Sunray Police Department**
415 Main Street
Sunray, TX 79086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,403.12**

**City of Sweetwater Police Dept**
P. O. Box 450
Sweetwater, TX 79556-0450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**City of Texhoma Police Department**
P. O. Box 309
Texhoma, OK 73949

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$848.04**

**City of Texline City Marshal**
517 S. 2nd Street
Texline, TX 79087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**City of Tolar Police Department**
P. O. Box 100
Tolar, TX 76476

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,828.30**

**City of Trinidad Police Department**
P. O. Box 43
Trinidad, TX 75163

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**City of Troup Police Department**
P. O. Box 637
Troup, TX 75789-0637

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

**3.305** | Nonpriority creditor's name and mailing address

**City of Van  Police Department**
**189 South Maple Street**
**Van, TX 75790**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No  ☐ Yes

$715.00

---

**3.306** | Nonpriority creditor's name and mailing address

**City of Vidor Police Department**
**695 East Railroad**
**Vidor, TX 77662**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

**3.307** | Nonpriority creditor's name and mailing address

**City of Vinton Police Department**
**436 Vinton Road**
**Anthony, TX 79821**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

**3.308** | Nonpriority creditor's name and mailing address

**City of Waller Police Department**
**P. O. Box 239**
**Waller, TX 77484-0239**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No  ☐ Yes

$12,232.80

---

**3.309** | Nonpriority creditor's name and mailing address

**City of Weimar Police Department**
**1754 IH-10**
**Weimar, TX 78962**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No  ☐ Yes

$6,838.20

---

**3.310** | Nonpriority creditor's name and mailing address

**City of Wells Police Department**
**P. O. Box 20**
**Wells, TX 75976**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☑ No  ☐ Yes

Unknown

---

**3.311** | Nonpriority creditor's name and mailing address

**City of West Tawakoni Police Dept**
**1533 East SH 276**
**Quinlan, TX 75474**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☑ No  ☐ Yes

$5,244.08

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,797.96** |

**City of White Oak Police Department**
**103 East Old Highway 80**
**White Oak, TX 75693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**City of Whitehouse Police Department**
**P. O. Box 776**
**Whitehouse, TX 75791**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,029.80** |

**City of Wills Point Police Department**
**P. O. Box 505**
**Wills Point, TX 75169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,084.08** |

**City of Wimberly City Marshal**
**221 Stillwater**
**P. O. Box 2027**
**Wimberley, TX 78676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**City of Windcrest Municpal Court**
**8601 Midcrown**
**San Antonio, TX 78239**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**City of Windcrest Police Department**
**8601 Midcrown**
**San Antonio, TX 78239**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,903.76** |

**City of Wolfe City Police Department**
**P. O. Box 106**
**Wolfe City, TX 75496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,554.80** |
|---|---|---|---|

**City of Yoakum Police Department**
P. O. Box 738
Yoakum, TX 77995-0738

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|

**CJIS Group, LLC**
124Marriott Drive, Suite 201
Tallahassee, FL 32312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Clarendon Independent School District**
416 S. Allen
Clarendon, TX 79226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,433.49** |
|---|---|---|---|

**Clifton Police Deaprtment**
402 W. 3rd Street
Clifton, TX 76634

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Clinton and/or Lesly Jacobs**
122 Sky Country Drive
New Braunfels, TX 78132

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Clute Police Department**
Unknown

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Clyde Police Department**
206 Oak Street
Clyde, TX 79510

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

10/16/17 9:48PM

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.326** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Coahoma Independent School District**
**P. O. Box 110**
**Coahoma, TX 79511**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.327** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cochran County Sheriff's Office**
**100 North Main**
**Morton, TX 79346**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.328** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,995.55**

**Colbert Police Department**
**705 Moore Avenue**
**Colbert, OK 74733**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.329** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,006.44**

**Coleman County Sheriff's Office**
**100 W. Liveoak Street, #101**
**Coleman, TX 76834**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.330** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,600.00**

**Collinsville Police Department**
**101 North Main**
**Collinsville, TX 76233**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00**

**Colorado City Municipal Court**
**P. O. Box 912**
**Colorado City, TX 79512**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.332** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Colorado County Justice of the**
**Peace Pct 2**
**105 East Main Street**
**Weimar, TX 78962**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.333** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,971.08**

**Comal County Tax Office**
c/o McCreary, Veselka Bragg & Allen P.C.
700 Jeffrey Way, Suite 100
Round Rock, TX 78665

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Personal Property Taxes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Comanche Constable Sheriffs Office**
300 Industrial Blvd.
Comanche, TX 76442

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.335** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,662.50**

**Comanche Independent School District**
405 N. Lane Street
Comanche, TX 76442

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Comm Sys**
3055 Kettering Blvd., Suite 415
Dayton, OH 45439

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.337** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00**

**Como-Pickton County Independent
School District**
13017 TX Hwy 11 E.
Como, TX 75431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Como-Pickton County Independent
School District Police Department**
13017  TX Hwy 11E
Como, TX 75431

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,601.77**

**Compensia, Inc.**
125 S. Market Street, Suite 1000
San Jose, CA 95113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

10/16/17  9:48PM

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $380.00 |
|---|---|---|---|
| | **Comstock Independent School District** | ☐ Contingent | |
| | **101 Sanderson St.** | ☐ Unliquidated | |
| | **Comstock, TX 78837** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|
| | **Concho County Hospital** | ☐ Contingent | |
| | **614 Eaker St** | ☐ Unliquidated | |
| | **Eden, TX 76837** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Concho Valley Council of Governments** | ■ Contingent | |
| | **2801 W. Loop 306, Suite A** | ■ Unliquidated | |
| | **San Angelo, TX 76904** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|
| | **Consulting For Strategic Growth 1, Ltd** | ☐ Contingent | |
| | **880 Third Avenue 6th Floor** | ☐ Unliquidated | |
| | **New York, NY 10022** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,007.40 |
|---|---|---|---|
| | **Cooke County Constable Pct 4** | ☐ Contingent | |
| | **P. O. Box 526** | ☐ Unliquidated | |
| | **Valley View, TX 76272** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,013.60 |
|---|---|---|---|
| | **County of Archer Constable Pct 1** | ☐ Contingent | |
| | **138 Stange Drive** | ☐ Unliquidated | |
| | **Holliday, TX 76366** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $937.32 |
|---|---|---|---|
| | **County of Archer Constable Pct 4** | ☐ Contingent | |
| | **P. O. Box 458** | ☐ Unliquidated | |
| | **Windthorst, TX 76389** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.347** | Nonpriority creditor's name and mailing address

**County of Armstrong Sheriff's Office**
P. O. Box 531
Claude, TX 79019

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$8,286.26**

---

**3.348** | Nonpriority creditor's name and mailing address

**County of Astascosa Constable Pct 1**
2136 2nd Street
Pleasanton, TX 78064

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$918.24**

---

**3.349** | Nonpriority creditor's name and mailing address

**County of Astascosa Constable Pct 2**
167 FM 3175
Lytle, TX 78052

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,636.32**

---

**3.350** | Nonpriority creditor's name and mailing address

**County of Astascosa Constable Pct 4**
**Constable William Meadows**
744 Hwy 281 South
Pleasanton, TX 78064

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$918.12**

---

**3.351** | Nonpriority creditor's name and mailing address

**County of Atascosa Constable Pct 3**
810 Main Street
Atascosa, TX 78002-6000

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,523.28**

---

**3.352** | Nonpriority creditor's name and mailing address

**County of Atascosa Sheriff's Office**
1108 Campbell Ave.
Jourdanton, TX 78026

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$27,662.37**

---

**3.353** | Nonpriority creditor's name and mailing address

**County of Baylor Sheriff's County**
**Baylor County Annex**
**Attn: Kevin Hostas**
119 East McLain
Seymour, TX 76380

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **COPsync, Inc.**
_____
Name

Case number (if known)   **17-12625**
_____

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,837.60 |
|---|---|---|---|

**County of Bee Sheriff's Office**
**1511 E. Toledo Street**
**Beeville, TX 78102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,881.88 |
|---|---|---|---|

**County of Borden Sheriff's Office**
**P. O. Box 115**
**Borger, TX 79008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,996.36 |
|---|---|---|---|

**County of Brewster Sheriff's Office**
**201 West Ave E.**
**Alpine, TX 79830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,430.64 |
|---|---|---|---|

**County of Briscoe Sheriff's Office**
**P. O. Box 70**
**Silverton, TX 79257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,977.08 |
|---|---|---|---|

**County of Brooks Sheriff's Office**
**Attn: Tinker Villarreal**
**801 County Road 201**
**Falfurrias, TX 78355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.40 |
|---|---|---|---|

**County of Burnet Constable Pct 1**
**1701 E. Polk, Suite 30**
**Burnet, TX 78611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.40 |
|---|---|---|---|

**County of Burnet Constable Pct 2**
**1701 East Polk Street, Suite 7**
**Burnet, TX 78611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|--------|---------------|------------------------|----------|
| | Name | | |

---

**3.361** Nonpriority creditor's name and mailing address

**County of Burnet Constable Pct 3**
**810 Steve Hawkins Parkway #2**
**Marble Falls, TX 78654**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$119.40**

---

**3.362** Nonpriority creditor's name and mailing address

**County of Burnet Constable Pct 4**
**810 Steve Hawkins Parkway**
**Marble Falls, TX 78654**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$119.40**

---

**3.363** Nonpriority creditor's name and mailing address

**County of Burnet Sheriffs Office**
**P. O. Box 1249**
**Burnet, TX 78611**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$9,552.00**

---

**3.364** Nonpriority creditor's name and mailing address

**County of Cherokee Constable Pct 3**
**Cherokee County Auditor**
**Attn: L.H. Crockett**
**201 E. 6th Street**
**Rusk, TX 75785**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$8,300.16**

---

**3.365** Nonpriority creditor's name and mailing address

**County of Coke Sheriff's Office**
**13 East 7th Street**
**Robert Lee, TX 76945**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.366** Nonpriority creditor's name and mailing address

**County of Collingsworth Sheriff's Office**
**806 Belton**
**Wellington, TX 79095**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$9,600.00**

---

**3.367** Nonpriority creditor's name and mailing address

**County of Concho Sheriffs Office**
**P. O. Box 121**
**Paint Rock, TX 76866**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$7,626.24**

---

| Debtor | **COPsync, Inc.** | Case number *(if known)* | **17-12625** |
|---|---|---|---|
| | Name | | |

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**County of Cottle Sheriff's Office**
P. O. Box 887
Paducah, TX 79248

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,811.82** |
|---|---|---|---|

**County of Crane Sheriff's Office**
P. O. Box 1175
Crane, TX 79731

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67,767.08** |
|---|---|---|---|

**County of Crockett Sheriff's Office**
P. O. Box 1931
Ozona, TX 76943

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,675.20** |
|---|---|---|---|

**County of Crosby Sheriff's Office**
201 West Aspen Street
Crosbyton, TX 79322

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,345.60** |
|---|---|---|---|

**County of Culberson Sheriff's Office**
P. O. Box 159
Van Horn, TX 79855-0159

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,960.00** |
|---|---|---|---|

**County of Dallam Sheriff's Office**
501 Denver Ave.
Dalhart, TX 79022

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**County of Dimmit Sheriff's Office**
c/o County Auditor-Carlos  Pereda
407 West Houston
Dimmit County Courthouse
Carrizo Springs, TX 78834

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.375** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,245.08**

**County of Donley Sheriff's Office**
P. O. Box 910
Clarendon, TX 79226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.376** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,398.80**

**County of Erath Constable Pct 1**
100 W. Washington
Stephenville, TX 76401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.377** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,398.80**

**County of Erath Constable Pct 2**
100 W. Washington
Stephenville, TX 76401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.378** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,488.00**

**County of Fisher Sheriffs Office**
P. O. Box 370
Roby, TX 79543

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.379** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,898.80**

**County of Foard Sheriff's Office**
100 E. California Street
Paducah, TX 79248

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.380** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,237.60**

**County of Glassscock Sheriff's Office**
Attn: Accounts Payable
P. O. Box 239
Garden City, TX 79739

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.381** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,943.40**

**County of Hall Sheriff's Office**
512 Main Street #7
Memphis, TX 79245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,205.60** |
| --- | --- | --- | --- |

**County of Hansford Sheriff's Office**
**10 NW Court**
**Spearman, TX 79081**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,201.47** |
| --- | --- | --- | --- |

**County of Hartley Sheriff's Office**
**P. O. Box 89**
**Channing, TX 79018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,468.48** |
| --- | --- | --- | --- |

**County of Haskell Sheriff's Office**
**507 S. Second St.**
**Haskell, TX 79521**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,250.50** |
| --- | --- | --- | --- |

**County of Hemphill Sheriff's Office**
**400 Main Street**
**Canadian, TX 79014**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$111,313.81** |
| --- | --- | --- | --- |

**County of Hutchinson Sheriff's Office**
**1400 Veta Street**
**Borger, TX 79007**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,255.80** |
| --- | --- | --- | --- |

**County of Irion Sheriffs Office**
**P. O. Box 859**
**County Courthouse**
**209 North Park View**
**Mertzon, TX 76941**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**County of Jeff Davis Sheriff's Office**
**P. O. Box 1061**
**Fort Davis, TX 79734**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,124.61 |
|---|---|---|---|

**County of Jim Hogg Sheriff's Office**
211 E. Galbraith
Hebbronville, TX 78361

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,892.28 |
|---|---|---|---|

**County of Jones County Sheriff's Office**
P. O. Box 821
Anson, TX 79501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,097.40 |
|---|---|---|---|

**County of Karnes Constable Pct 2**
400 County Road #218
Hobson, TX 78117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,921.24 |
|---|---|---|---|

**County of Karnes Sheriff's Office**
500 E. Wall St
Karnes City, TX 78118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,675.24 |
|---|---|---|---|

**County of Kenedy Sheriff's Office**
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,797.60 |
|---|---|---|---|

**County of Kent Sheriff's Office**
Attention: Margaret L. McCurry
P. O. Box 8
Jayton, TX 79528

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,560.45 |
|---|---|---|---|

**County of Kimble Sheriff's Office**
415 Pecan Street
Junction, TX 76849

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

**3.396** Nonpriority creditor's name and mailing address

**County of Kinney Justice of the Peace**
**P. O. Drawer 348**
**Brackettville, TX 78832**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.397** Nonpriority creditor's name and mailing address

**County of Kinney Sheriff's Office**
**109 North Street**
**Brackettville, TX 78832**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$29,089.20**

---

**3.398** Nonpriority creditor's name and mailing address

**County of Knox Sheriffs Office**
**P. O. Box 257**
**Knox City, TX 79529**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.399** Nonpriority creditor's name and mailing address

**County of La Salle Sheriff's Office**
**703 North Main Street**
**Cotulla, TX 78014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$47,044.28**

---

**3.400** Nonpriority creditor's name and mailing address

**County of Liberty Constable Pct 1**
**101 Mockingbird Land**
**Liberty, TX 77575**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.401** Nonpriority creditor's name and mailing address

**County of Liberty Constable Pct 1-6**
**1923 Sam Houston**
**Liberty, TX 77575**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$14,410.80**

---

**3.402** Nonpriority creditor's name and mailing address

**County of Liberty Constable Pct 2**
**P. O. Box 31**
**Daisetta, TX 77533**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **COPsync, Inc.** | | Case number (*if known*) | **17-12625** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**County of Liberty Constable Pct 3**
650 CR 2010
Liberty, TX 77575

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**County of Liberty Constable Pct 4**
1300 West Clayton
Dayton, TX 77535

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**County of Liberty Constable Pct 5**
22350 Hwy 321
Cleveland, TX 77327

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,975.95** |
|---|---|---|---|

**County of Liberty Constable Pct 6**
unknown
TX

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**County of Liberty Constable Pct 6**

TX

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86,421.06** |
|---|---|---|---|

**County of Live Oak Sheriff's Office**
200 Larry R. Busby Drive
George West, TX 78022-3777

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**County of Llano Sheriff's Office**
2001 N. State Hwy 16, Suite A
Llano, TX 78643

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.410** | Nonpriority creditor's name and mailing address

**County of Lubbock Sheriff's Office**
P. O. Box 10536
Lubbock, TX 79408

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

**$27,838.80**

---

**3.411** | Nonpriority creditor's name and mailing address

**County of Mason Sheriff's Office**
P. O. Box 391
Mason, TX 76856

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.412** | Nonpriority creditor's name and mailing address

**County of Mason Sheriff's Office**
P. O. Box 391
Mason, TX 76856

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

**$10,768.80**

---

**3.413** | Nonpriority creditor's name and mailing address

**County of McCulloch Sheriff's Office**
300 West Main Street
Brady, TX 76825

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$4,170.72**

---

**3.414** | Nonpriority creditor's name and mailing address

**County of McMullen Sheriff's Office**
P. O. Box 242
Tilden, TX 78072

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

**$8,326.80**

---

**3.415** | Nonpriority creditor's name and mailing address

**County of Menard Sheriff's Office**
P. O. Box 307
Menard, TX 76859

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

**$6,627.60**

---

**3.416** | Nonpriority creditor's name and mailing address

**County of Milam Sheriffs Office**
103 W. Main
Cameron, TX 76520

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$22,320.00**

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

**3.417** | **Nonpriority creditor's name and mailing address**
**County of Mitchell Sheriff's Office**
**333 Pine**
**Colorado City, TX 79512**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$169.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.418** | **Nonpriority creditor's name and mailing address**
**County of Mitchell Sheriffs Office**
**333 Pine**
**Colorado City, TX 79512**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$1,174.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.419** | **Nonpriority creditor's name and mailing address**
**County of Moore Sheriffs Office**
**700 South Bliss**
**Dumas, TX 79029**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$107,786.86**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.420** | **Nonpriority creditor's name and mailing address**
**County of Motley Sheriffs Office**
**701 Dundee Street**
**P. O. Box 727**
**Matador, TX 79244**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$1,910.30**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.421** | **Nonpriority creditor's name and mailing address**
**County of Nolan Constables Office**
**100 E. 3rd Street, Suite 109**
**Sweetwater, TX 79556**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422** | **Nonpriority creditor's name and mailing address**
**County of Nolan Sheriffs Office**
**100 East Third Street, Suite 110**
**Sweetwater, TX 79556**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.423** | **Nonpriority creditor's name and mailing address**
**County of Ochiltree Constable's Office**
**511 S. Main Street**
**Perryton, TX 79070**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$750.24**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,308.16** |
|---|---|---|---|

**County of Ochiltree Sheriff's Office**
**21 SE 6th Street**
**Perryton, TX 79070**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,486.76** |
|---|---|---|---|

**County of Oldham Sheriff's Office**
**P. O. Box 452**
**Vega, TX 79092**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**County of Orange Constable Pct. 2**
**3500 Edgar Brown Dr**
**Orange, TX 77630**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,494.48** |
|---|---|---|---|

**County of Orange Constable Pct. 4**
**190 Camp St.**
**Vidor, TX 77662**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**County of Parker Constable Pct 2**
**207 Fort Worth Highway**
**Weatherford, TX 76086**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,213.00** |
|---|---|---|---|

**County of Pecos Sheriff's Office**
**P. O. Box 1647**
**Fort Stockton, TX 79735**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,432.80** |
|---|---|---|---|

**County of Rains Sheriff's Office**
**P. O. Box 398**
**Emory, TX 75440-0398**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

Debtor **COPsync, Inc.**
_____
Name

Case number (*if known*) **17-12625**

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,897.20 |

**County of Reagan Sheriff's Office**
P.O. Box 100
Big Lake, TX 76932

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**County of Reeves Sheriff's Office**
P. O. Box 910
Pecos, TX 79772

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,317.00 |

**County of Refugio Sheriff's Office**
P. O. Box 1022
Refugio, TX 78377

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,865.00 |

**County of Refugio Sheriff's Office**
P. O. Box 1022
Refugio, TX 78377

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,907.52 |

**County of Robertson Constable**
3321 N. FM 46
Franklin, TX 77856

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**County of Robertson Constable Pct 3 DARE**
P. O. Boox 579
Franklin, TX 77856

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**County of Runnels Sheriff's Office**
612 Strong
Ballinger, TX 76821

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

**3.438** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00**

**County of Schleicher Justice of the Peace Pct 1**
P. O. Box 536
Eldorado, TX 76936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.439** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,586.12**

**County of Schleicher Sheriff's Office**
**Linda Chancellor**
**Deputy Treasurer**
P. O. Box 741
Eldorado, TX 76936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.440** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**County of Shackelford Constables Office**
P. O. Box 2620
Albany, TX 76430

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.441** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,095.45**

**County of Shackelford Sheriff's Office**
309 NS 2nd
Albany, TX 76430

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.442** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$338.74**

**County of Sherman Sheriff's Office**
P. O. Box 918
Stratford, TX 79084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.443** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,438.88**

**County of Staff Sheriff's Office**
100 E. 6th Street
Rio Grande City, TX 78582

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.444** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,698.32**

**County of Sterling Sheriffs Office**
P. O. Box 928
Sterling City, TX 76951

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number *(if known)* | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.445** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,638.20**

**County of Stonewall Sheriff's Office**
P. O. Box 388
Aspermont, TX 79502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.446** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,016.40**

**County of Sutton Sheriffs Office**
P. O. Box 1212
Sonora, TX 76950

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.447** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**County of Throckmorton Sheriffs Office**
P. O. Box 700
Throckmorton, TX 76483

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.448** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**County of Tom Green Sheriffs Office**
222 West Harris
San Angelo, TX 76903

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.449** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,494.00**

**County of Upton Sheriff's Office**
P. O. Box 522
Rankin, TX 79778

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.450** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,571.20**

**County of Val Verde Sheriff's Office**
P. O. Box 1201
Del Rio, TX 78841

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.451** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$479.52**

**County of Van Zandt Constable Pct 1**
P. O. Box 189
Grand Saline, TX 75140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **COPsync, Inc.** | | Case number (*if known*) | **17-12625** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$504.00** |
|---|---|---|---|
| | **County of Van Zandt Constable Pct 2**<br>**250 E. Goves Street**<br>**Canton, TX 75103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$238.80** |
|---|---|---|---|
| | **County of Van Zandt Constable Pct 4**<br>**P. O. Box 499**<br>**Ben Wheeler, TX 75754** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,447.60** |
|---|---|---|---|
| | **County of Van Zandt County**<br>**Sheriff's Office**<br>**1220 W. Dallas**<br>**Canton, TX 75103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$477.60** |
|---|---|---|---|
| | **County of Van Zandt Fire**<br>**Marshal's Office**<br>**121 East Dallas Stret**<br>**Room 101**<br>**Canton, TX 75103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|
| | **County of Washington Sheriff's Office**<br>**1206 Old Independence**<br>**Brenham, TX 77833** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **County of Washington Sheriff's Office**<br>**1206 Old Independence**<br>**Brenham, TX 77833** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **County of Webb Sheriff's Office**<br>**902 Victoria Street**<br>**Laredo, TX 78040** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **COPsync, Inc.** | Case number *(if known)* | **17-12625** |
|---|---|---|---|
| | Name | | |

---

| 3.459 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**County of Wharton Constable Pct 1**
**1017 N. Alabama Road**
**Wharton, TX 77488**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,530.00** |
|---|---|---|---|

**County of Wharton Constable Pct 2**
**City Patrol**
**704 Church Street**
**East Bernard, TX 77435**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,750.76** |
|---|---|---|---|

**County of Wharton Constable Pct 2**
**East Bernard**
**P. O. Box 780**
**East Bernard, TX 77435**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$765.00** |
|---|---|---|---|

**County of Wharton Constable Pct 3**
**P. O. Box 184**
**Louise, TX 77455**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$728.52** |
|---|---|---|---|

**County of Wharton Constable Pct 4**
**605 E. Caljoun**
**El Campo, TX 77437**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70,249.93** |
|---|---|---|---|

**County of Wheeler Sheriff's Office**
**P. O. Box 88**
**Wheeler, TX 79096**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**County of Wichita District Attorney**
**900 7th Street, Rm 351**
**Wichita Falls, TX 76301**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,998.52 |
|---|---|---|---|

**County of Young Sheriffs Office**
**315 North Cliff Drive**
**Graham, TX 76450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**County of Zapata Sheriff's Office**
**2311 Stop 23A**
**Zapata, TX 78076**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,994.00 |
|---|---|---|---|

**County of Zavala Sheriff's Office**
**200 East Uvalde Street**
**Crystal City, TX 78839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Courtenay L. Berry**
**2527 Ocean Drive**
**Corpus Christi, TX 78404**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Crane County**
**201 W. 6th Street**
**Crane, TX 79731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Crane Independent School District**
**511 W. 8th Street**
**Crane, TX 79731**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,194.90 |
|---|---|---|---|

**Crane Police Department**
**115 W 6th Street**
**Crane, TX 79731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number *(if known)* | **17-12625** |
|---|---|---|---|
| | Name | | |

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Crawford Police Department**
**P. O. Box 7**
**Crawford, TX 76638**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**Crockett County Justice of**
**the Peace Countrywide**
**P. O. Box 2067**
**Ozona, TX 76943**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Cross Plains Independent School District**
**700 North Main Street**
**Cross Plains, TX 76443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Crystal City Independent School District**
**805 E. Crockett Street**
**Crystal City, TX 78839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,014.00** |
|---|---|---|---|

**Crystal City Police Department**
**101 East Dimmit Street**
**Crystal City, TX 78839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Cuero Independent School District**
**405 Park Heights Blvd.**
**Cuero, TX 77954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,820.20** |
|---|---|---|---|

**Cuero Police Department**
**P. O. Box 660**
**Cuero, TX 77954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (*if known*) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,400.00** |
|---|---|---|---|

**Cumby Independent School District**
303 Sayle Street
Cumby, TX 75433

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,775.40** |
|---|---|---|---|

**Cumby Police Department**
100 E. Main Street
Cumby, TX 75433

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,394.87** |
|---|---|---|---|

**Customer Refunds**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**Dalhart Christian Academy**
1000 E. 16th St
Dalhart, TX 79022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,398.80** |
|---|---|---|---|

**Dalhart Independent School District Police Department**
701 E. 10th Street
Dalhart, TX 79022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dalhart Municipal Court**
205 Rock Island Ave.
Dalhart, TX 79022

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Dallam County Justice of the Peace**
414 Denver Avenue, Suite 101
Dalhart, TX 79022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.487** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Dallam-Hartley Counties
Hospital District
1411 Denver Ave
Dalhart, TX 79022

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Services Provided

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.488** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Dallas County Tax Assessor/Collector
P. O. Box 139066
Dallas, TX 75313-9066

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Services Provided

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.489** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Dallas Dodge Chrysler Jeep
11550 LBJ Freeway
Dallas, TX 75238

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Services Provided

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.490** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Dalmore Group, LLC
525 Green Place
Woodmere, NY 11598

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Services Provided

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.491** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$171.21**

Danielle Pellegrin
1722 Jackson Avenue, Unit A
New Orleans, LA 70113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Services Provided

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.492** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00**

David Sanchez
15590 Spectrum Drive, Suite 3820
Addison, TX 75001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Services Provided

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.493** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,475.00**

Deaf Smith County Sheriff's Office
Courthouse
235 E. 3rd Street
Hereford, TX 79045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Services Provided

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Decatur Police Department**
**1 Gary K. Anderson Plaza**
**Decatur, IL 62523**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Decatur Police Department**
**1 Gary K. Anderson Plaza**
**Decatur, IL 62523**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Defender Supply - Customer**
**14535 Industrial Park**
**Aubrey, TX 76227**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,723.66** |
|---|---|---|---|

**Del City**
**Power House Products, LLC d/b/a Del City**
**23287 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Delaware Division of Corporations**
**401 Federal Street, Suite 4**
**Dover, DE 19901**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,156.26** |
|---|---|---|---|

**Delaware Intercorp, Inc.**
**113 Barksdale Professional Center**
**Newark, DE 19711-3258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,926.40** |
|---|---|---|---|

**Dell Computer**
**c/o Dell USA, LP**
**P. O. Box 676021**
**Dallas, TX 75267-6021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (*if known*) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,731.94** |
|---|---|---|---|

**Dental Select**
P. O. Box 301680
Dallas, TX 75303-1680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Department of State**
**Miscellaneous Records Bureau**
41 State Street
Albany, NY 12231-0001

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Devon Energy**
POB 3198
Oklahoma City, OK 73101-3198

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$639.00** |
|---|---|---|---|

**Devronix Solutions**
5368 State Highway Suite 276
Royse City, TX 75189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$502.08** |
|---|---|---|---|

**DeWitt County Attorney's Office**
307 N. Gonzales St
Cuero, TX 77954

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$801.60** |
|---|---|---|---|

**DeWitt County Constables Pct 1**
307 N. Gonzales St
Cuero, TX 77954

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dickens County Justice of the**
**Peace Pct 1**
P. O. Box 70
Dickens, TX 79229

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.508** | **Nonpriority creditor's name and mailing address** | | **$7,500.00**

**Dickens County Sheriff's Office**
**P. O. Box 59**
**Dickens, TX 79229**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.509** | **Nonpriority creditor's name and mailing address** | | **$9,371.28**

**Dilley Police Department**
**P. O. Box 230**
**Dilley, TX 78017-0270**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.510** | **Nonpriority creditor's name and mailing address** | | **$1,132.50**

**Dominic James Merino**
**6904 Westchester Drive Apt 2**
**Dallas, TX 75205**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.511** | **Nonpriority creditor's name and mailing address** | | **$13,367.00**

**Donohoe Advisory Associated, LLC**
**9901 Belward Campus Drive, Suite 175**
**Rockville, MD 20850**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.512** | **Nonpriority creditor's name and mailing address** | | **$5,000.00**

**Douglas County Sheriff's Office**
**P. O. Box 438**
**Tuscola, IL 61953**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.513** | **Nonpriority creditor's name and mailing address** | | **Unknown**

**Dow Chemical Company-Seadrift Operation**
**7501 North State Highway 185**
**Seadrift, TX 77983**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.514** | **Nonpriority creditor's name and mailing address** | | **$4,000.00**

**Drayton Florence**
**Morgan Stanely**
**Attn: Ramy Assaf**
**31 West 52nd St. 23rd Fl**
**New York, NY 10019**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.515** | **Nonpriority creditor's name and mailing address**

**Dublin Police Department**
213 East Blackjack
Dublin, TX 76446

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$5,265.60**

---

**3.516** | **Nonpriority creditor's name and mailing address**

**Dumas Independent School District**
421 W. 4th Street
Dumas, TX 79029

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.517** | **Nonpriority creditor's name and mailing address**

**Dumas Independent School District**
**Police Department**
421 W. 4th Street
Dumas, TX 79029

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.518** | **Nonpriority creditor's name and mailing address**

**Dumas Police Department**
124 East 7th Street
Dumas, TX 79029

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,044.00**

---

**3.519** | **Nonpriority creditor's name and mailing address**

**Dumas Police Department**
124 East 7th Street
Dumas, TX 79029

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$29,028.00**

---

**3.520** | **Nonpriority creditor's name and mailing address**

**Durant Police Department**
3104 Carl Albert Drive
Durant, OK 74701

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.521** | **Nonpriority creditor's name and mailing address**

**Dyatech, LLC**
805 S. Wheatley Street, Suite 600
Ridgeland, MS 39157

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**East Baton Rouge Parish Sheriff's Office**
**3773 Harding Blvd.**
**Baton Rouge, LA 70807**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,495.20 |
|---|---|---|---|

**East Moutain Police Department**
**103 Municipal Drive**
**Gilmer, TX 75645**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eastland County Dispatch**
**100 West Main, Suite 204**
**Eastland, TX 76448**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Eastland Independent School District**
**900 W. Plummer St**
**Eastland, TX 76448**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Eastland Municipal Court**
**113 East Commerce Street**
**Eastland, TX 76448**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,657.60 |
|---|---|---|---|

**Ector County Attorney-Environmental**
**1010 East 8th Street**
**Odessa, TX 79761**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,382.40 |
|---|---|---|---|

**Ector County Hospital District**
**Police Department**
**500 W. 4th Street**
**Odessa, TX 79761**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

**3.529** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,751.40**

**Ector County Sheriff's Office**
**2500 U.S. 385**
**Odessa, TX 79761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.530** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,661.38**

**Ector Police Department**
**P. O. Box 188**
**Ector, TX 75439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.531** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Eddie Lopez**
**180 Skyview Avenue**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.532** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Eden County Independent School District**
**113 West Bryan Street**
**Eden, TX 76837**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.533** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,058.23**

**Edge Hosting, LLC**
**120 E. Baltimore Street, Suite 1900**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.534** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,635.80**

**Edgewood Police Department**
**P. O. Box 377**
**Edgewood, TX 75117-0377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.535** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,017.20**

**Edwards County Sheriff's Office**
**P. O. Box 156**
**Rocksprings, TX 78880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (*if known*) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.536** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,262.04**

**Ellis County Constable Pct 2**
**701 S IH 25E**
**Waxahachie, TX 75165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.537** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$859.92**

**Ellis County Constable Pct 3**
**101 W. Main Street**
**Waxahachie, TX 75165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.538** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,878.48**

**Ellis County Fire Marshal**
**109 S. Jackson Suite 145**
**Waxahachie, TX 75165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.539** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,686.66**

**Equisolve**
**2455 E. Sunrise Blvd., Suite 1201**
**Fort Lauderdale, FL 33304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.540** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,296.46**

**Erik Flees**
**1064 Knoxbridge Road**
**Forney, TX 75126**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.541** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Estelline Police Department**
**117 N. Main Street**
**Estelline, SD 57234**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.542** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$960.00**

**Ethan Severin**
**3512 Ash Lane**
**McKinney, TX 75071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number *(if known)* | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.543** | **Nonpriority creditor's name and mailing address**

**Eustace Independent School District**
**210 FM 316 South**
**Eustace, TX 75124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,400.00**

---

**3.544** | **Nonpriority creditor's name and mailing address**

**Eustace Independent School District**
**Police Department**
**320 FM 316 South**
**Eustace, TX 75124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,252.24**

---

**3.545** | **Nonpriority creditor's name and mailing address**

**Everest Corporate Advisors, Inc.**
**5030 Paradise Road, Suie A 106**
**Las Vegas, NV 89119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,000.00**

---

**3.546** | **Nonpriority creditor's name and mailing address**

**Executive Press, Inc.**
**1400 Presidential Drive, Suite 110**
**Richardson, TX 75081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,345.94**

---

**3.547** | **Nonpriority creditor's name and mailing address**

**Explansion Capital Group**
**6001 S. Sharon Avenue**
**Suite 6**
**Sioux Falls, SD 57106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$58,325.00**

---

**3.548** | **Nonpriority creditor's name and mailing address**

**Falls City Independent School District**
**525 N. Nelson Street**
**Falls City, TX 78113**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,400.00**

---

**3.549** | **Nonpriority creditor's name and mailing address**

**Falls County Constable Pct 1**
**125 Bridge St**
**Malone, TX 76660-1000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,564.80**

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

**3.550**

**Nonpriority creditor's name and mailing address**
**Falls County Constable Pct 3**
**128 W. Main**
**Rosebud, TX 76570**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$3,564.80**

---

**3.551**

**Nonpriority creditor's name and mailing address**
**Falls County District Attorneys Office**
**125 Bridge Street**
**Marlin, TX 76661**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,622.80**

---

**3.552**

**Nonpriority creditor's name and mailing address**
**Falls County Sheriff's Office**
**2847 Highway 6**
**Marlin, TX 76661**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$82,227.74**

---

**3.553**

**Nonpriority creditor's name and mailing address**
**Fannin County Constable Pct 3**
**403 Elm Street**
**Honey Grove, TX 75446**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.554**

**Nonpriority creditor's name and mailing address**
**Fannin County Sheriff's Office**
**2375 Silo Road**
**Bonham, TX 75418**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.555**

**Nonpriority creditor's name and mailing address**
**Farwell Police Department**
**P. O. Box 338**
**Farwell, TX 79325**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$9,165.00**

---

**3.556**

**Nonpriority creditor's name and mailing address**
**Fed-Ex**
**P. O. Box 660481**
**Dallas, TX 75266-0481**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,264.00** |
|---|---|---|---|

**Federal Filings, LLC**
**807 Brazos Street, Suite 403**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Feels Like Home Childcare**
**2027 Main Street**
**Waller, TX 77484**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,095.94** |
|---|---|---|---|

**First Insurance**
**P. O. Box 7000**
**Carol Stream, IL 60197-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,191.88** |
|---|---|---|---|

**First Insurance**
**P. O. Box 7000**
**Carol Stream, IL 60197-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,548.68** |
|---|---|---|---|

**Fish & Richardson P.C.**
**P. O. Box 3295**
**Boston, MA 02241-3295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|

**Flatonia Independent School District**
**400 E. 4th Street**
**Flatonia, TX 78941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Flatonia Municipal Court**
**125 South Main Street**
**Flatonia, TX 78941**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.564** Nonpriority creditor's name and mailing address

**Floresville Electric Light & Power System**
**1400 4th Street**
**Floresville, TX 78114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$1,200.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.565** Nonpriority creditor's name and mailing address

**Floresville Independent School District Police Department**
**1200 5th Street**
**Floresville, TX 78114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.566** Nonpriority creditor's name and mailing address

**Floresville Municipal Court**
**1120 D. Street**
**Floresville, TX 78114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$2,400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.567** Nonpriority creditor's name and mailing address

**Floresville Police Department**
**920 C Street**
**Floresville, TX 78114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$12,944.28

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.568** Nonpriority creditor's name and mailing address

**Florida Department of Revenue**
**5050 W. Tennessee Street Bldg L**
**Tallahassee, FL 32399-0180**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.569** Nonpriority creditor's name and mailing address

**Ford & Harison LLP**
**P. O. Box 890836**
**Charlotte, NC 28289-0836**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$2,229.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.570** Nonpriority creditor's name and mailing address

**Ford Motor Credit**
**Box 220564**
**Pittsburgh, PA 15257-2564**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$4,857.42

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Open Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.571** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Forsan Independent School District**
411 West 6th Street
Forsan, TX 79733

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.572** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,580.48**

**Fort Bend County Sheriff's Office**
1410 Ransom Road
Richmond, TX 77469

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.573** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00**

**Fort Davis Independent School District**
400 Webster Avenue
Fort Davis, TX 79734

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00**

**Fort Elliott County Independent School District**
501 Wilson Avenue
Briscoe, TX 79011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.575** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00**

**Fort Stockton Independent School District**
101 West Divison
Fort Stockton, TX 79735

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.576** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,549.12**

**Fort Stockton Police Department**
123 North Main Street
Fort Stockton, TX 79735

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.577** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,800.00**

**Frank Phillips College**
1301 Roosevelt Street
Borger, TX 79007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,598.20 |
|---|---|---|---|

**Franklin County**
P. O. Box 989
Mount Vernon, TX 75457-0989

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $832.92 |
|---|---|---|---|

**Franklin County Constable Pct 1**
208 Texas Hwy 37 South
Mount Vernon, TX 75457

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,279.84 |
|---|---|---|---|

**Franklin County Sheriff's Office**
P. O. Box 989
Mount Vernon, TX 75457-0989

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Franklin Independent School District**
1216 W. FM 1644
Franklin, TX 77856

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,041.04 |
|---|---|---|---|

**Franklin Police Department**
P. O. Box 428
Franklin, TX 77856

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fredericksburg Police Department**
1601 Main Street
Fredericksburg, TX 78624

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,042.02 |
|---|---|---|---|

**Friedman, LLC**
301 Lippincott Drive, 4th Floor
Marlton, NJ 08053

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.585** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$666.12**

**Frio County Constable Pct 1**
**502 South Cedar Street**
**Pearsall, TX 78061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.586** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120.00**

**Frio County Constable Pct 2**
**502 South Cedar Street**
**Pearsall, TX 78061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.587** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$666.12**

**Frio County Constable Pct 3**
**P. O. Box 33**
**Pearsall, TX 78061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.588** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$666.12**

**Frio County Constable Pct 4**
**P. O. Box 1993**
**Dilley, TX 78017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.589** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Frio County Sheriff's Office**
**unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.590** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Frio County Sheriff's Office**
**502 S. Cedar Street**
**Pearsall, TX 78061**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.591** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,163.04**

**Friona Police Department**
**102 East 8th Street**
**Friona, TX 79035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.592** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00**

**Fritch Municipal Court**
**P. O. Box 758**
**Fritch, TX 79036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.593** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,626.44**

**Fritch Police Department**
**P. O. Box 758**
**Fritch, TX 79036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.594** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gaines County Sheriff's Office**
**301 E. Ave A**
**Seminole, TX 79360**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.595** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,570.00**

**Gainesville Independent School District**
**800 S. Morris Street**
**Gainesville, TX 76240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.596** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gainesville Independent School District**
**Police Department**
**1201 South Lindsay**
**Gainesville, TX 76240**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.597** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gainsville Police Deaprtment**
**201 Santa Fe Street**
**Gainesville, TX 76240**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.598** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Galveston County Sheriff's Office**
**601-54th Street, Suite 2100**
**Galveston, TX 77551**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.599** | **Nonpriority creditor's name and mailing address**
Gamber-Johnson, LLC
P. O. Box 8750
Carol Stream, IL 60197-8751

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Services Provided

Is the claim subject to offset? ■ No ☐ Yes

**$54,531.00**

---

**3.600** | **Nonpriority creditor's name and mailing address**
Garden Ridge Police Department
9400 Municipal
San Antonio, TX 78266

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Services Provided

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.601** | **Nonpriority creditor's name and mailing address**
Gardere Wynne Swell, LLP
P. O. Box 660256
Dallas, TX 75266-0256

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services Provided

Is the claim subject to offset? ■ No ☐ Yes

**$10,588.85**

---

**3.602** | **Nonpriority creditor's name and mailing address**
Garrett Municipal Court
208 N. Ferris Street
Ennis, TX 75119

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services Provided

Is the claim subject to offset? ■ No ☐ Yes

**$8,000.00**

---

**3.603** | **Nonpriority creditor's name and mailing address**
Garrett Police Department
208 N. Ferris Street
Ennis, TX 75119

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services Provided

Is the claim subject to offset? ■ No ☐ Yes

**$3,220.00**

---

**3.604** | **Nonpriority creditor's name and mailing address**
Garrison Municipal Court
129 Greenwood Street
Garrison, TX 75946

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services Provided

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.605** | **Nonpriority creditor's name and mailing address**
Garrison Police Department
330 S B Avenue
Garrison, TX 75946

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services Provided

Is the claim subject to offset? ■ No ☐ Yes

**$5,463.00**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.00 |
|---|---|---|---|

**Garza County Consstable Pct 2**
412 E. 15th Street
Post, TX 79356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**Gause Independent School District**
400 College St
Gause, TX 77857

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,207.97 |
|---|---|---|---|

**Geoffrey Sey**
2543 Annappolis Way, Spt 212
Brandon, FL 33511

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Work Expenses**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**George West County Sheriff's Office**
unknown

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**George West Independent School District**
9113 Houston Street
George West, TX 78022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Georgia Department of Labor**
P. O. Box 740234
Atlanta, GA 30374-0234

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,439.40 |
|---|---|---|---|

**Gladewater Municipal Court**
Tim Barnett
519 East Broadway
Gladewater, TX 75647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.613** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Glasscock County Justice of Peace Pct 1**
**P. O. Box 91**
**Garden City, TX 79739**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.614** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$242.55**

**Gleston McIntosh**
**P. O. Box 5891**
**Christiansted, VI 00823**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.615** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00**

**Globe Runner**
**16415 Addison Road, Suite 550**
**Addison, TX 75001**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.616** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,401.84**

**Go Engineer, Inc.**
**Accounts Receivable**
**1787 E. Fort Union Blvd., Suite 200**
**Salt Lake City, UT 84121**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.617** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00**

**Godley Independent School District**
**313 N. Pearson**
**Godley, TX 76044**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.618** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,997.88**

**Godley Police Department**
**200 W. Rail Road**
**Godley, TX 76044**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.619** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Gold-Burg Independent School District**
**468 Prater Road**
**Bowie, TX 76230**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.620** | Nonpriority creditor's name and mailing address
**Goliad County Sheriff's Office**
**701 East End**
**Goliad, TX 77963**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$8,276.40**

---

**3.621** | Nonpriority creditor's name and mailing address
**Gonzales County Constable Pct 3**
**414 St. Joseph St., Suite 203**
**Gonzales, TX 78629**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,480.99**

---

**3.622** | Nonpriority creditor's name and mailing address
**Gonzales County Constable Pct 4**
**County Treasurer**
**414 St. Joseph St., Suite 201**
**Gonzales, TX 78629**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,525.88**

---

**3.623** | Nonpriority creditor's name and mailing address
**Gonzales County Sheriff's Office**
**1713 E. Sarah Dewwitt Drive**
**Gonzales, TX 78629**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$15,702.72**

---

**3.624** | Nonpriority creditor's name and mailing address
**Gonzales Independent School District**
**1711 N. Sarah DeWitt Drive**
**Gonzales, TX 78629**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$16,800.00**

---

**3.625** | Nonpriority creditor's name and mailing address
**Gonzales Independent School District**
**Police Department**
**622 St. Paul**
**Gonzales, TX 78629**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$9,898.80**

---

**3.626** | Nonpriority creditor's name and mailing address
**Goodwin**
**100 Northern Ave.**
**Boston, MA 02210**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$106,022.15**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

**3.627** | Nonpriority creditor's name and mailing address

**Gorman Police Department**
116 S. Kent Street
Gorman, TX 76454

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,653.48**

---

**3.628** | Nonpriority creditor's name and mailing address

**Government Capital Corp**
345 Miron Dr.
Southlake, TX 76092

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$22,399.00**

---

**3.629** | Nonpriority creditor's name and mailing address

**Government Capital Corp**
345 Miron Dr.
Southlake, TX 76092

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.630** | Nonpriority creditor's name and mailing address

**Grand Saline Municipal Court**
132 E. Frank St.
Grand Saline, TX 75140

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.631** | Nonpriority creditor's name and mailing address

**Grape Creek Independent
School District**
8207 US Hwy 87 North
San Angelo, TX 76901

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.632** | Nonpriority creditor's name and mailing address

**Grapeland Municipal Court**
P. O. Box 52
Dallas, TX 75244

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.633** | Nonpriority creditor's name and mailing address

**Grapeland Police Department**
P. O. Box 567
Grapeland, TX 75844-0567

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$12,764.28**

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

**3.634** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Grayson County Sheriff's Office**
**200 South Crocket**
**Sherman, TX 75090**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.635** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,260.00**

**Greenwood Independent School District**
**2700 FM 1379**
**Midland, TX 79706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.636** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,214.55**

**Groveton Police Department**
**115 Front St**
**Groveton, TX 75845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.637** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Growth Smart Consulting**
**1242 SW Pine Island Road, Suite 42-422**
**Cape Coral, FL 33991**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.638** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,424.96**

**Guadalupe County Constable Pct 1**
**2405 East US-90**
**Seguin, TX 78155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.639** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,091.88**

**Guadalupe County Constable Pct 2**
**307 W. Court**
**Seguin, TX 78155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.640** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,518.80**

**Guadalupe County Constable Pct 3**
**1101 Elbel Road, Suite 5**
**Schertz, TX 78154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.641** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,477.54**

**Guadalupe County Constable Pct 4**
**11144 FM 725**
**Seguin, TX 78155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.642** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Guadalupe County Justice of the Peace #1**
**2405 E. US-90**
**Seguin, TX 78155**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.643** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,551.32**

**Guadalupe County Sheriffs Office**
**2617 North Guadalupe**
**Seguin, TX 78155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.644** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Guadalupe Valley Telephone**
**Cooperative, Inc.**
**36101 FM 3159**
**New Braunfels, TX 78132-5900**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.645** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,224.35**

**Gunter Police Department**
**508 West Main Street**
**Gunter, TX 75058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.646** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,600.00**

**Hallettsville Independent**
**School District**
**Attn: Accounts Payable**
**P. O. Box 368**
**Hallettsville, TX 77964**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.647** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,735.20**

**Hallsville Police Department**
**P. O. Box 899**
**Hallsville, TX 75650-0899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.648** | Nonpriority creditor's name and mailing address

**Hamilton Police Department**
**204 E. Main Street**
**Hamilton, TX 76531**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.649** | Nonpriority creditor's name and mailing address

**Hamlin Municipal Court**
**351 South Central Avenue**
**Hamlin, TX 79520**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.650** | Nonpriority creditor's name and mailing address

**Hanfords County Sheriff's Office**
**10 NW Ct Street**
**Spearman, TX 79081**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.651** | Nonpriority creditor's name and mailing address

**Hansford County Hospital**
**707 South Roland Street**
**Spearman, TX 79081**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$2,900.00**

---

**3.652** | Nonpriority creditor's name and mailing address

**Harris County Dept of Education**
**6005 Westview**
**Houston, TX 77055**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.653** | Nonpriority creditor's name and mailing address

**Harter Secrest & Emery LLP**
**1600 Bausch & Lomb Place**
**Rochester, NY 14604-2711**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$121,845.76**

---

**3.654** | Nonpriority creditor's name and mailing address

**Hartey Independent School District**
**9th and Johnson**
**Hartley, TX 79044**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.655** | Nonpriority creditor's name and mailing address

**Hartley County**
P. O. Box 69
Channing, TX 79018

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.656** | Nonpriority creditor's name and mailing address

**Hartley County Justice of the Peace**
701 Texas Blvd.
Dalhart, TX 79022

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.657** | Nonpriority creditor's name and mailing address

**Haskell County Independent
School District**
P. O. Box 937
Haskell, TX 79521

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.658** | Nonpriority creditor's name and mailing address

**Hearne Independent School District**
900 Wheelock Street
Hearne, TX 77859

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.659** | Nonpriority creditor's name and mailing address

**Hearne Municipal Court**
200 Cedar Street
Hearne, TX 77859

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.660** | Nonpriority creditor's name and mailing address

**Hearne Police Department
City of Hearne**
209 Cedar Street
Hearne, TX 77859

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$5,470.44**

---

**3.661** | Nonpriority creditor's name and mailing address

**Hedley Independent School District**
301  Jones
Hedley, TX 79237

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.50 |
|---|---|---|---|

**Hedwigs Hill Solutions**
P. O. Box 393
Mason, TX 76856

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Helotes Municipal Court**
12951 Bandera Road
Helotes, TX 78023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,479.80 |
|---|---|---|---|

**Helotes Police Department**
12951 Bandera Road
Helotes, TX 78023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,835.20 |
|---|---|---|---|

**Hemphill County Hospital - EMS**
1020 South Fourth Street
Canadian, TX 79014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hempstead Municipal Court**
1015 11th Street
Hempstead, TX 77445

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Henderson County Sheriff's Office**
206-A North Murchison Street
Athens, TX 75751

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,178.47 |
|---|---|---|---|

**Herbert Severin**
3512 Ash Lane
McKinney, TX 75070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.669** | Nonpriority creditor's name and mailing address

**Hereford Police Department**
212 N. Lee Avenue
Hereford, TX 79045

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.670** | Nonpriority creditor's name and mailing address

**Hico City Marshal's Office**
120 W. First Street
Hico, TX 76457

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

**$4,457.76**

---

**3.671** | Nonpriority creditor's name and mailing address

**Hidalgo County**
101 E. Cano Street
Edinburg, TX 78539

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

**$120.00**

---

**3.672** | Nonpriority creditor's name and mailing address

**Hidalgo County Constable Pct 1**
1900 Joe Stephens Avenue
Weslaco, TX 78599

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,618.57**

---

**3.673** | Nonpriority creditor's name and mailing address

**Hidalgo County Constable Pct 2**
300 W. Hall Acres
Pharr, TX 78577

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,557.75**

---

**3.674** | Nonpriority creditor's name and mailing address

**Hidalgo County Constable Pct 3**
703 N. Breyfogle
Mission, TX 78572

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$871.54**

---

**3.675** | Nonpriority creditor's name and mailing address

**Hidalgo County Constable Pct 4**
2814 S. Bus Hwy 281
Edinburg, TX 78542-4264

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,611.96**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.676** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,681.00**

**Hidalgo County Fire Marshal's Office**
**1124 N M Rd**
**Edinburg, TX 78542-4264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.677** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,000.00**

**Hidalgo County Sheriff's Office**
**711 El Cibola**
**Edinburg, TX 78542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.678** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Highland Independent School District**
**6625 FM 608**
**Roscoe, TX 79545**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.679** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Hill Country Software and Support Inc.**
**4 Green Cedar Road**
**Boerne, TX 78006**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.680** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,400.00**

**Hill Country Telephone Cooperative**
**P. O. Drawer D**
**Ingram, TX 78025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.681** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,800.00**

**Hill County Courthouse**
**1 N. Waco Street**
**Hillsboro, TX 76645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.682** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,778.20**

**Hinds County Sheriff's Office**
**407 E. Pascagoula Street**
**Jackson, MS 39201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.683** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

Hochberg Preparatory
20350 Northeast 26th Avenue
Miami, FL 33180

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.684** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Holiday Chevrolet
1009 Hwy 82 West
Whitesboro, TX 76273

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.685** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,668.32**

Holliday Police Department
Maria Valthrop
110 W. Olive
Holliday, TX 76366

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.686** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$909.99**

Holly Kline
1301 Ash Street
Llano, TX 78643

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.687** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$360.00**

Hollywood  Police Department
29164 Highway 72
Hollywood, AL 35752

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.688** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,731.40**

Honey Grove Police Department
633 6th #1
Honey Grove, TX 75446

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.689** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Hood County Constable Pct 1
1200 W. Pearl St
Granbury, TX 76048

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

**3.690**

**Nonpriority creditor's name and mailing address**

**Hood County Constable Pct 2**
**1200 W. Pearl St**
**Granbury, TX 76048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.691**

**Nonpriority creditor's name and mailing address**

**Hood County Constable Pct 3**
**1200 W. Pearl St**
**Granbury, TX 76048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.692**

**Nonpriority creditor's name and mailing address**

**Hood County Constable Pct 4**
**1200 W. Pearl St**
**Granbury, TX 76048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.693**

**Nonpriority creditor's name and mailing address**

**Hoover Police Department, AL**
**2020 Valleydale Road**
**Birmingham, AL 35244**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.694**

**Nonpriority creditor's name and mailing address**

**Hopkins County Fire Department**
**1266 Texas Street**
**Sulphur Springs, TX 75482**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.695**

**Nonpriority creditor's name and mailing address**

**Hopkins County Justice of the**
**Peach Pct 1**
**128 K. Jefferson**
**Sulphur Springs, TX 75482**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.696**

**Nonpriority creditor's name and mailing address**

**Hopkins County Justice of the**
**Peach Pct 2**
**128 K. Jefferson**
**Sulphur Springs, TX 75482**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,255.52 |
|---|---|---|---|

**Hopkins County Sheriff's Office**
298 Rosemont
Sulphur Springs, TX 75482

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,290.40 |
|---|---|---|---|

**Houston Baptist University Police Dept.**
7502 Fondren Road
Houston, TX 77074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Houston Police Department**
2202 St. Tmanuel Street
Houston, TX 77003

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,637.12 |
|---|---|---|---|

**Howard County Sheriff's Office**
300 Main Street, Rm 105
Big Spring, TX 79721

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,384.76 |
|---|---|---|---|

**Hubbard Police Department**
118 N. Magnolia
Hubbard, TX 76648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,460.00 |
|---|---|---|---|

**Huntington Police Department**
802 US-69
Huntington, TX 75949

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Hutchinson County Appraisal District**
920 Illinois
Borger, TX 79008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number *(if known)* | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.704** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,080.00**

**Hutchinson County Fire Marshal's Office**
**500 Main Street**
**Stinnett, TX 79083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.705** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$266.40**

**Iberville 911**
**58030 Meriam Street**
**Plaquemine, LA 70764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.706** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,560.00**

**Iberville Parish School District**
**58030 Plaquemine Street**
**Plaquemine, LA 70764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.707** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6.98**

**Illinois Department of Employment**
**Security**
**33 S. State, 10th Floor**
**Chicago, IL 60603-2802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.708** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$341.76**

**Illinois Department of Renveue**
**P. O. Box 19052**
**Springfield, IL 62794-9052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.709** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$664.17**

**Indiana Department of Revenue**
**Indiana Government Center North**
**100 North Senate Avenue**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.710** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Indiana Department of Workforce**
**Development**
**P. O. Box 847**
**Indianapolis, IN 46206-0847**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,566.50 |
|---|---|---|---|

**Ingleside Municipal Court**
**2425 8th Street**
**Ingleside, TX 78362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Ingram Independent School District**
**510 College Street**
**Ingram, TX 78025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**IntelliChoice, Inc.**
**1047 S. 100 W. Suite 130**
**Logan, UT 84321**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,657.28 |
|---|---|---|---|

**Iowa Colony Police Department**
**12003 County Road 65**
**Rosharon, TX 77583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Iraan-Sheffield Independent**
**School District**
**100 Farr Street**
**Iraan, TX 79744**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,856.40 |
|---|---|---|---|

**Italy Police Department**
**101 West Main Street**
**Italy, TX 76651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**Itasca Fire Department**
**136 N. Hill St**
**Itasca, TX 76055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.718** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00**

**Itasca Municipal Court**
**126 N. Hill**
**Itasca, TX 76055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.719** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00**

**Itasca Police Department**
**126 N. Hill**
**Itasca, TX 76055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.720** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Jack Brewer Foundation**
**80 S. Eighth Street, Suite 900**
**Minneapolis, MN 55402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.721** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$351.33**

**Jan Roe**
**202 Hughes Cutoff Road**
**Franklin, TX 77856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.722** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Jasper County Sheriff's Office, MS**
**20 W. 8th Avenue**
**Bay Springs, MS 39422**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.723** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,343.40**

**Jasper County Sheriff's Office, TX**
**101 Burch Street,**
**Jasper, TX 75951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.724** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$563.80**

**Jedidiah Duer**
**13330 Noel Road, Apt 143**
**Dallas, TX 75240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.725** | **Nonpriority creditor's name and mailing address**

**Jefferson Police Department**
**120 N. Polk**
**Jefferson, TX 75657**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,763.20**

---

**3.726** | **Nonpriority creditor's name and mailing address**

**Jeremy Skidgel**
**8500 Harwood Rd, Apt 1214**
**North Richland Hills, TX 76180**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$760.00**

---

**3.727** | **Nonpriority creditor's name and mailing address**

**Jim Wells County Constable Pct 3**
**P. O. Box 28**
**Sandia, TX 78383**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,637.04**

---

**3.728** | **Nonpriority creditor's name and mailing address**

**John W. Pritchett**
**6211 W. Northwest Hwy, Apt 2404**
**Dallas, TX 75287**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$531.00**

---

**3.729** | **Nonpriority creditor's name and mailing address**

**Johnson City Municipal Count**
**P. O. Box 369**
**Johnson City, TX 78636**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.730** | **Nonpriority creditor's name and mailing address**

**Johnson City Police Department**
**406 W. Main Street**
**Johnson City, TX 78636**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,187.04**

---

**3.731** | **Nonpriority creditor's name and mailing address**

**Jones County Attorney's Office**
**100 Courthouse Square**
**Anson, TX 79501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,200.00**

---

| Debtor | **COPsync, Inc.** | | Case number (*if known*) | **17-12625** |
|---|---|---|---|---|
| | Name | | | |

---

**3.732** Nonpriority creditor's name and mailing address

**Jones Constable**
P. O. Box 148
Anson, TX 79501

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No  ☐ Yes

**$765.72**

---

**3.733** Nonpriority creditor's name and mailing address

**Jones County Justice of the Peace Court**
P. O. Box 345
Anson, TX 79501

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No  ☐ Yes

**$2,400.00**

---

**3.734** Nonpriority creditor's name and mailing address

**Jones County Mississippi**
**Sheriff's Office**
419 Yates Street
Laurel, MS 39440

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.735** Nonpriority creditor's name and mailing address

**Joseph R. Alosa, Sr.**
286 South Street
Concord, NH 03301

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Personal Loan__

Is the claim subject to offset? ■ No  ☐ Yes

**$75,000.00**

---

**3.736** Nonpriority creditor's name and mailing address

**Josephine Police Department**
108 W. Hubbard Rd
Josephine, TX 75164

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No  ☐ Yes

**$6,234.00**

---

**3.737** Nonpriority creditor's name and mailing address

**Josh Gaffney**
13330 Noel Road, Apt 143
Dallas, TX 75240

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No  ☐ Yes

**$297.53**

---

**3.738** Nonpriority creditor's name and mailing address

**Jourdanton County Sheriff's Office**
unknown

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor   **COPsync, Inc.**
Name

Case number (if known)   **17-12625**

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|

**Jourdanton Independent School District**
**200 Zanderson**
**Jourdanton, TX 78026**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,198.16** |
|---|---|---|---|

**Jourdanton Police Department**
**1604 Hwy 97E, Suite C**
**Jourdanton, TX 78026**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00** |
|---|---|---|---|

**Junction Independent School District**
**1700 College Street**
**Junction, TX 76849**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$483.99** |
|---|---|---|---|

**Karen Carberry**
**8740 San Bernard Street**
**Plano, TX 75024**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,800.00** |
|---|---|---|---|

**Karnes City Independent School District**
**314 North Hwy 123**
**Karnes City, TX 78118**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,620.80** |
|---|---|---|---|

**Karnes City Police Department**
**211 E. Calvert**
**Karnes City, TX 78118**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Karnes County**
**210 W. Calvert Suite 110**
**Karnes City, TX 78118**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| 3.746 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,236.91** |
|---|---|---|---|
| | **KEckert Consulting, LLC**<br>**d/b/a Keith Ecket**<br>**41 Wellington Dr.**<br>**Wayne, NJ 07470** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: __Services Provided__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|
| | **Kelton Independent School District**<br>**16703 FM 2697**<br>**Wheeler, TX 79096** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: __Services Provided__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,426.10** |
|---|---|---|---|
| | **Kempner Police Department**<br>**298 Pecan Street**<br>**Wheeler, TX 79096** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: __Services Provided__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,779.47** |
|---|---|---|---|
| | **Kenedy County Sheriff's Dept.**<br>**Attn: Capt. C. Kirk**<br>**P. O. Box 10**<br>**Sarita, TX 78385** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: __Services Provided__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|
| | **Kenedy Independent School District**<br>**401 FM 719**<br>**Kenedy, TX 78119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: __Services Provided__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Kenedy Municipal Court**<br>**222 Tilden Street**<br>**Kenedy, TX 78119** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: __Services Provided__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Kerens Municipal Court**<br>**200 S. Colket**<br>**Kerens, TX 75144** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: __Services Provided__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                             Best Case Bankruptcy

| Debtor | **COPsync, Inc.** | | Case number (if known) | **17-12625** |
|---|---|---|---|---|
| | Name | | | |

---

**3.753** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,436.94**

**Kerens Police Department**
**200 S. Colket Street**
**Kerens, TX 75144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.754** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00**

**Kermit Independent School District**
**601 S. Poplar Street**
**Kermit, TX 79745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.755** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Kermit Police Department**
**110 S. Torrillo**
**Kermit, TX 79745**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.756** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

**Keswick Consulting**
**76 Buckingham Road**
**Milton, MA 02186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.757** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Kevin C. Hudson**
**301 Main Plaza, Suite 228**
**New Braunfels, TX 78130**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Demand for payment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.758** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,475.80**

**Kevin Severin**
**3512 Ash Lane**
**McKinney, TX 75070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.759** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**KFP**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Personal Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.760** | Nonpriority creditor's name and mailing address

**Kleberg County Attorney's Office**
**391 West Private Road 2185**
**Kingsville, TX 78363**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.761** | Nonpriority creditor's name and mailing address

**Kleberg County Constable Pct 1**
**2505 E. Kennedy**
**Round Rock, TX 78683**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**$2,398.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.762** | Nonpriority creditor's name and mailing address

**Kleberg County Constable Pct 2**
**620 N. Third**
**Round Rock, TX 78683**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.763** | Nonpriority creditor's name and mailing address

**Kleberg County Constable Pct 3**
**103 N. 7th Street**
**Riviera, TX 78379**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**$2,398.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.764** | Nonpriority creditor's name and mailing address

**Knox City Police Department**
**902 E. Main St**
**Knox City, TX 79529**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**$2,187.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.765** | Nonpriority creditor's name and mailing address

**La Grulla Police Department**
**194 S. FM 2360**
**Grulla, TX 78548**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**$4,059.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.766** | Nonpriority creditor's name and mailing address

**La Joya Police Department**
**P. O. Drawer H**
**La Joya, TX 78560**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.767** Nonpriority creditor's name and mailing address
**La Salle County Constable Pct 2**
**101 Courthouse Square**
**Cotulla, TX 78014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,199.40**

---

**3.768** Nonpriority creditor's name and mailing address
**La Salle County Constable Pct 4**
**101 Courthouse Square**
**Cotulla, TX 78014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,199.40**

---

**3.769** Nonpriority creditor's name and mailing address
**La Vega Independent School District**
**Police Department**
**400 E. Loop 340**
**Waco, TX 76705**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,160.85**

---

**3.770** Nonpriority creditor's name and mailing address
**La Vernia Independent School District**
**13600 US Hwy 87 West**
**La Vernia, TX 78121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$6,010.20**

---

**3.771** Nonpriority creditor's name and mailing address
**La Vernia Police Department**
**Attn: Angela Cantu**
**P. O. Box 225**
**La Vernia, TX 78121-0225**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$6,010.20**

---

**3.772** Nonpriority creditor's name and mailing address
**Lake Charles Police Department, LA**
**830 Enterprise Blvd**
**Lake Charles, LA 70601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,252.80**

---

**3.773** Nonpriority creditor's name and mailing address
**Lakeport Police Department**
**207 Milam Road**
**Longview, TX 75603**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,937.96**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.774** Nonpriority creditor's name and mailing address

**Lamar County Sheriff's Office**
**205 Main Street #B**
**Purvis, MS 39475**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.775** Nonpriority creditor's name and mailing address

**Lamesa Police Department**
**601 S. 1st Street**
**Lamesa, TX 79331**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.776** Nonpriority creditor's name and mailing address

**Lampasas Municipal Court**
**403 S. Main Street**
**Lampasas, TX 76550**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.777** Nonpriority creditor's name and mailing address

**Lancaster Independent School District**
**Police Department**
**422 S. Centre Avenue**
**Lancaster, TX 75146**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**$2,088.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.778** Nonpriority creditor's name and mailing address

**Lavaca County Constable Pct 2**
**P. O. Box 530**
**Moulton, TX 77975**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.779** Nonpriority creditor's name and mailing address

**Lavaca County Sheriff's Office**
**38 FM 318**
**Hallettsville, TX 77964**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**$4,278.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.780** Nonpriority creditor's name and mailing address

**Lavon Municipal Court**
**P. O. Box 9458**
**Lavon, TX 75166**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**$1,200.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,190.00** |
|---|---|---|---|

**Lavon Police Department**
**501-B Lincoln Avenue**
**Lavon, TX 75166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,644.54** |
|---|---|---|---|

**Legacy Commercial Real Estate**
**2021 W. State Hwy. 46 , Suite 101**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leonard Municipal Court**
**P. O. Box 1270**
**Leonard, TX 75452**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,067.63** |
|---|---|---|---|

**Leonard Police Department**
**P. O. Box 1270**
**Leonard, TX 75452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**LESMA**
**180 Gardiners Avenue**
**P. O. Box 639**
**Levittown, NY 11756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00** |
|---|---|---|---|

**Lexington Independent School District**
**8731 N. Hwy 77**
**Lexington, TX 78947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,967.80** |
|---|---|---|---|

**Lexington Police Department**
**650 Main Street**
**Lexington, TX 78947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (*if known*) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Liberty County Sheriff's Office**
**12499 Pogo Street**
**Bristol, FL 32321**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Lighthouse Christian Learning Center**
**2420 Bulverde Rd**
**Bulverde, TX 78163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**Lillian M. Hudspeth Memorial Hospital**
**P. O. Box 455**
**Sonora, TX 76950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,755.60** |
|---|---|---|---|

**LIND Electric Design Co., Inc**
**14850 Deveau Place**
**Minnetonka, MN 55345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Lindale Independent School District**
**505 Pierce Street**
**Lindale, TX 75771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,819.28** |
|---|---|---|---|

**Lindale Independent School District**
**Police Department**
**505 Pierce Street**
**Lindale, TX 75771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,734.20** |
|---|---|---|---|

**Linden Police Department**
**102 N. Taylor Street**
**Linden, TX 75563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (*if known*) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$972.48** |
|---|---|---|---|

**Lindsay Police Department**
608 Ash Street
Lindsay, TX 76250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lipscomb County Sheriff's Office**
105 Oak Street
Lipscomb, TX 79056

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$71.88** |
|---|---|---|---|

**Lisa Garcia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$264.72** |
|---|---|---|---|

**Little River Academy Police Department**
509 E. Main
Little River Academy, TX 76554

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Live Oak Police Department**
8001 Shin Oak Drive
San Antonio, TX 78233

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,699.16** |
|---|---|---|---|

**Llano Police Department**
123 Robinson Park Drive
Llano, TX 78643

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lockhart**
Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,007.14 |
|---|---|---|---|
| | **Lone Oak Police Department**<br>**P. O. Box 127**<br>**Lone Oak, TX 75453** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Services Provided__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Lone Starr Public Safety**<br>**unknown** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Services Provided__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Loraine Police Department**<br>**P. O. Box 7**<br>**Loraine, TX 79532** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Services Provided__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|
| | **Lost Pearl Creative, LLC**<br>**18900 Dallas Pkwy, Suite 125**<br>**Dallas, TX 75287** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Services Provided__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|
| | **Louise Independent School District**<br>**408 2nd Street**<br>**Louise, TX 77455** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Services Provided__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,500.00 |
|---|---|---|---|
| | **Louisiana Business Incentive**<br>**10000 Celtic Drive**<br>**O'Conner Bldg. Suite 203**<br>**Baton Rouge, LA 70809** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Services Provided__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,397.60 |
|---|---|---|---|
| | **Loving County Sheriff's Office**<br>**100 Bell Street**<br>**Mentone, TX 79754** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Services Provided__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **COPsync, Inc.** | Case number (*if known*) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.809** | Nonpriority creditor's name and mailing address

**Loving County Treasurer**
P. O. Box 133
Mentone, TX 79754

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.810** | Nonpriority creditor's name and mailing address

**Lubbock County Constable Pct 1**
P. O. Box 10536
Lubbock, TX 79408

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,398.80**

---

**3.811** | Nonpriority creditor's name and mailing address

**Lubbock County Constable Pct 3**
904 Broadway Rm 120
Lubbock, TX 79408

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.812** | Nonpriority creditor's name and mailing address

**Lubbock County Constable Pct 4**
904 Broadway Rm 120
Lubbock, TX 79408

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,199.40**

---

**3.813** | Nonpriority creditor's name and mailing address

**Lueders-Avoca Independent
School District**
334 South McHarg Street
Lueders, TX 79533

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,193.75**

---

**3.814** | Nonpriority creditor's name and mailing address

**Lynn County Sheriff's Office**
810 Lockwood St
Tahoka, TX 79373

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.815** | Nonpriority creditor's name and mailing address

**Lytle Municipal Court**
P. O. Box 743
Lytle, TX 78052

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **COPsync, Inc.** | Case number (*if known*) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.816** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$971.28**

**Mabank Independent School District
Police Department
310 E. Market Street
Mabank, TX 75147**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.817** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,974.40**

**Mabank Police Department
129 East Market Street
Mabank, TX 75147**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.818** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$745.00**

**Macstadium, Inc.
1120 Curran Street
Atlanta, GA 30318**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.819** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,778.20**

**Madison Police Department, MS
2001 Main Street
Madison, MS 39110**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.820** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54.97**

**MAILGUN
P. O. Box 730759
Dallas, TX 75373-0759**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.821** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$237,557.04**

**Making Sense, LLC
401 E. Houston Street
San Antonio, TX 78205**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.822** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00**

**Malakoff Independent School District
Police Department
1209 W. Royal Blvd.
Malakoff, TX 75148**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.823**

**Nonpriority creditor's name and mailing address**
**Malakoff Police Department**
**P. O. Box 1177**
**Malakoff, TX 75148**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,231.20**

---

**3.824**

**Nonpriority creditor's name and mailing address**
**Marble Falls Independent School District**
**1800 Colt Circle**
**Marble Falls, TX 78654**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.825**

**Nonpriority creditor's name and mailing address**
**Marcus A. Nichols**
**5232 Gorilla Rd.**
**Gilmer, TX 75644**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,250.00**

---

**3.826**

**Nonpriority creditor's name and mailing address**
**Maria Fernandez**
**4400 W. University Blvd., Apt 18105**
**New York, NY 10271**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

**3.827**

**Nonpriority creditor's name and mailing address**
**Marion Police Department**
**P. O. Box 158**
**Marion, TX 78124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,149.20**

---

**3.828**

**Nonpriority creditor's name and mailing address**
**Mark Burke**
**104 Cottonwood Drive**
**Buchanan Dam, TX 78609**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$772.45**

---

**3.829**

**Nonpriority creditor's name and mailing address**
**Mark Glasby**
**P. O. Box 1429**
**Salida, CO 81201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,000.00**

---

| Debtor | COPsync, Inc. | Case number *(if known)* | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.830** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,200.00**

**Marlin Independent School District**
**130 Coleman Street**
**Marlin, TX 76661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.831** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Marlin Municipal Court**
**101 Fortune**
**Marlin, TX 76661**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.832** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,004.80**

**Marline Police Department**
**101 Fortune Street**
**Marlin, TX 76661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.833** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Mason Independent School District**
**911 W. College**
**Mason, TX 76856**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.834** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Matagorda County**
**unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.835** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,180.00**

**Maverick County Sheriff's Office**
**Rt 3 Box 1033 Hwy 57 North**
**Eagle Pass, TX 78852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.836** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Maverick Oilfield Services**
**14443 CR 198**
**Tyler, TX 75703**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

**3.837**

**Nonpriority creditor's name and mailing address**

**Maxim Group, LLC**
**405 Lexington Avenue, 2nd Floor**
**New York, NY 10174**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.838**

**Nonpriority creditor's name and mailing address**

**MaxSNR LLC**
**P. O. Box 850052**
**Richardson, TX 75085-0052**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,789.67**

---

**3.839**

**Nonpriority creditor's name and mailing address**

**McAllen Fire Marshall**
**201 N. 21 Street**
**McAllen, TX 78505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$4,490.00**

---

**3.840**

**Nonpriority creditor's name and mailing address**

**McAllen Independent School District**
**Police Department**
**2000 N. 23rd Street**
**McAllen, TX 78501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.841**

**Nonpriority creditor's name and mailing address**

**McCamey Independent School District**
**111 East 11th Street**
**Mc Camey, TX 79752**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

**3.842**

**Nonpriority creditor's name and mailing address**

**Mediant Communications Inc.**
**P. O. Box 29976**
**New York, NY 10087-9976**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$185.58**

---

**3.843**

**Nonpriority creditor's name and mailing address**

**Medina County Constable Pct 2**
**1313 Genva**
**Castroville, TX 78009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,812.92**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

| 3.844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Medina County Sheriff's Office**
**801 Avenue Y**
**Hondo, TX 78861**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,542.00** |
|---|---|---|---|

**Memphis Independent School District**
**1012 N. 12th Street**
**Memphis, TX 79245**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Memphis Municpal Court**
**721 W. Robertson Street**
**Memphis, TX 79245**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,250.00** |
|---|---|---|---|

**Menard County Commissioner's Court**
**206 E. San Saba Avenue**
**Menard, TX 76859**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Menard County Justice of the Peace**
**P. O. Box 1038**
**206 E. San Saba Avenue**
**Menard, TX 76859**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00** |
|---|---|---|---|

**Meridian Independent School District**
**500 Yellow Jacket Drive**
**Meridian, TX 76665**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,728.20** |
|---|---|---|---|

**Meridian Mississipppi Police Department**
**2415 6th Street**
**Meridian, MS 39301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.851** | Nonpriority creditor's name and mailing address

**Meridian Municipal Court**
P. O. Box 306
Meridian, TX 76665

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.852** | Nonpriority creditor's name and mailing address

**Merkel Independent School District**
P. O. Box 430
Merkel, TX 79536

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

**$3,855.00**

---

**3.853** | Nonpriority creditor's name and mailing address

**Miami Independent School District**
100 Warrior Lane
Miami, TX 79059

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

**$1,200.00**

---

**3.854** | Nonpriority creditor's name and mailing address

**Michael Angle**
4921 Perrier Street
New Orleans, LA 70115

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$285.97**

---

**3.855** | Nonpriority creditor's name and mailing address

**Michael J. McAllister**
429 Lenox Avenue
Miami Beach, FL 33139

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

**$4,108.20**

---

**3.856** | Nonpriority creditor's name and mailing address

**Michael Stewart Miller**
P. O. Box 942063
Plano, TX 75094-2063

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

**$2,177.50**

---

**3.857** | Nonpriority creditor's name and mailing address

**Michael's Keys, Inc.**
4003 Colleyville Blvd.
Colleyville, TX 76034

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$119.07**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|--------|---------------|------------------------|----------|
| | Name | | |

**3.858** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,855.39**

**Microsoft Corporation**
**P. O. Box 841800**
**Dallas, TX 75284-1800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.859** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$476,131.94**

**Microsoft Corporation**
**P. O. Box 841800**
**Dallas, TX 75284-1800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided - Quarterly__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.860** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,900.36**

**Microsoft.**
**P. O. Box 842103**
**Dallas, TX 75284-2103**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Contract__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.861** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,450.55**

**Midas Auto Service Experts**
**2013 Pat Booker**
**Universal City, TX 78148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.862** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,554.56**

**Midland College**
**3600 North Garfield**
**Midland, TX 79705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.863** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Midland College Police Department**
**3600 N. Garfield**
**Midland, TX 79705**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.864** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,699.40**

**Midland County Constable Pct 4**
**400 South Main, 2nd Floor**
**Midland, TX 79701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.865** | Nonpriority creditor's name and mailing address

**Midland County Sheriff's Office**
**400 S. Main**
**Midland, TX 79702**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$6,635.52**

---

**3.866** | Nonpriority creditor's name and mailing address

**Midland Independent School District**
**Police Department**
**615 W. Missouri Avenue**
**Midland, TX 79701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$31,662.00**

---

**3.867** | Nonpriority creditor's name and mailing address

**Midland Memorial Hospital Police Dept.**
**400 Rosalind Redfern Grover Pkwy**
**Midland, TX 79701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$12,637.20**

---

**3.868** | Nonpriority creditor's name and mailing address

**Midstate College**
**411 West Northmoor Road**
**Peoria, IL 61614**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.869** | Nonpriority creditor's name and mailing address

**Milam County Constable Pct 3**
**Unkown**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.870** | Nonpriority creditor's name and mailing address

**Milam County Constable Pct 4**
**P. O. Box 452**
**Thorndale, TX 76577**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,199.40**

---

**3.871** | Nonpriority creditor's name and mailing address

**Milano Independent School District**
**500 N. 5th**
**Milano, TX 76556**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

Debtor   **COPsync, Inc.**
_____
Name

Case number (*if known*)   **17-12625**
_____

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Milano Police Deparment**
**P. O. Box 52**
**Milano, TX 76556**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |

**Miles Municipal Court**
**P. O. Box 398**
**Miles, TX 76861**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00** |

**Milford Independent School District**
**205 3rd Avenue**
**Milford, TX 76670**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |

**Milford Municipal Court**
**P. O. Box 26**
**Milford, TX 76670**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,621.76** |

**Milford Police Department**
**100 S. Main**
**Milford, TX 76670**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |

**Mineloa Independent School District**
**1000 West Loop 564**
**Mineola, TX 75773**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$810.00** |

**Mississippi Department of Public Safety**
**1900 E. Woodrow Wilson Avenue**
**Jackson, MS 39216**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Missouri Dpeartment of Revenue Taxation Division**
P. O. Box 3375
Jefferson City, MO 65105

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,543.27 |
|---|---|---|---|

**Mobile Mounting Solutions**
406 Inerchange St., Suite A
McKinney, TX 75071-1829

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,766.92 |
|---|---|---|---|

**Monahans Police Department**
114 South Bruce Avenue
Monahans, TX 79756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,747.00 |
|---|---|---|---|

**Montague County Sheriffs Office**
100 Grand Street
Montague, TX 76251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Montgomery Independent School District Police Department**
P. O. Box 1475
Montgomery, TX 77356

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**Montgomery Municipal Court**
101 Old Plantersville Road
Montgomery, TX 77356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,602.80 |
|---|---|---|---|

**Montgomery Police Department**
101 Old Plantersville Road
Montgomery, TX 77356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

| 3.886 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,262.96 |
|---|---|---|---|

**Moody Police Department**
606 Avenue E
Moody, TX 76557

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,262.96 |
|---|---|---|---|

**Moody Police Department**
606 Avenue E
Moody, TX 76557

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,795.00 |
|---|---|---|---|

**Moore County Hospital District**
224 East 2nd Street
Dumas, TX 79029

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Morris County Sheriff's Office**
502 Union Street
Daingerfield, TX 75638

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Moulton Municipal Court**
102 S. Main
Moulton, TX 77975

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,835.12 |
|---|---|---|---|

**Moulton Police Department**
102 S. Main
Moulton, TX 77975

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Mount Vernon Independent School District**
501 Highway 37 South
Mount Vernon, TX 75457

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.893** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$660.84**

**Mount Vernon Independent School District
Police Department
501 Highway 37 South
Mount Vernon, TX 75457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.894** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00**

**Mountain View Baptist Church
5568 Chalkville Mtn Rd
Birmingham, AL 35235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.895** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,491.01**

**MRI of Dallas Parkway, LLC (MRIDP)
Green Bank
P. O. Box 796575
Dallas, TX 75379**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.896** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Nacogdoches Police Department
312 West Main Street
Nacogdoches, TX 75961**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.897** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,557.60**

**Naples Police Department
305 East Hwy 67
Naples, TX 75568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.898** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,989.00**

**Nason Yeager Gerson Whte & Lioce, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.899** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**

**National Crime Prevention Council
2614 Chapel Lake Drive, Suite B
Gambrills, MD 21054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (*if known*) | **17-12625** |
|---|---|---|---|
| | Name | | |

| 3.900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,638.50** |
|---|---|---|---|

**Navajo Nation**
**P. O. Box 9000**
**Window Rock, AZ 86515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,860.53** |
|---|---|---|---|

**Nevada Agency and Transfer Company**
**50 West Liberty, Suite 880**
**Reno, NV 89501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,558.20** |
|---|---|---|---|

**New Deal Police Department**
**404 Monroe Avenue**
**New Deal, TX 79350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$653.11** |
|---|---|---|---|

**New England Kenworth**
**P. O. Box 2700**
**Concord, NH 03302-2700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**New Summerfield Municipal Court**
**P. O. Box 38**
**New Summerfield, TX 75780**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,512.20** |
|---|---|---|---|

**New Summerfield Police Department**
**13280 State Hwy 110 N**
**New Summerfield, TX 75780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**New York State Department of Law**
**Attn: Investor Protection Bureau**
**120 Broadway, 23rd Floor**
**New York, NY 10271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

10/16/17  9:48PM

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.907** | **Nonpriority creditor's name and mailing address**

Nicholas Harper
17671 Addison, #1804
Dallas, TX 75287

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$538.11**

---

**3.908** | **Nonpriority creditor's name and mailing address**

Nick Rabenau
804 Hilcrest Drive
Washington, IL 61571

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,367.36**

---

**3.909** | **Nonpriority creditor's name and mailing address**

Nixon Municipal Court
103 W. 3rd St.
Nixon, TX 78140

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.910** | **Nonpriority creditor's name and mailing address**

Nixon Police Department
100 W. Third Street
Nixon, TX 78140

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$3,852.00**

---

**3.911** | **Nonpriority creditor's name and mailing address**

Nocona General Hospital
100 Park Road
Nocona, TX 76255

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.912** | **Nonpriority creditor's name and mailing address**

Nocona Police Department
101 Cooke St
Nocona, TX 76255

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$15,012.48**

---

**3.913** | **Nonpriority creditor's name and mailing address**

North Texas Tollway Authority
P. O. Box 660224
Dallas, TX 75266-0244

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$76.30**

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

**3.914** Nonpriority creditor's name and mailing address

**Northside Christian School**
**7777 62nd Avenue North**
**Saint Petersburg, FL 33709**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.915** Nonpriority creditor's name and mailing address

**Northwestern Mutual**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$344.49**

---

**3.916** Nonpriority creditor's name and mailing address

**NYS Department of Labor Unemployment**
**Insurance**
**P. O. Box 15012**
**Albany, NY 12212-5012**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.917** Nonpriority creditor's name and mailing address

**NYS Department of State**
**Division of Corporation**
**One Commerce Plaza**
**99 Washington Ave, Suite 600**
**Albany, NY 12231**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.918** Nonpriority creditor's name and mailing address

**O'Donnell Police Department**
**608 4th Street**
**O'donnell, TX 79351**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$372.00**

---

**3.919** Nonpriority creditor's name and mailing address

**Odessa College Police Department**
**201 West University Blvd.**
**Odessa, TX 79764**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.920** Nonpriority creditor's name and mailing address

**Office of District Attorney**
**32nd Judicial Disrict Nolan County**
**100 E. 3rd Street #201A**
**Sweetwater, TX 79556**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | COPsync, Inc. | Case number *(if known)* | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.921** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67.00**

**Ohio Deartment of Job and Family Services**
P. O. Box 182413
Columbus, OH 43218-2413

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.922** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.46**

**OKLAHOMA TURNPIKE AUTHORITY**
4401 West Memorial Road Suite 130
Oklahoma City, OK 73134-1790

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.923** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00**

**Olney Independent School District**
809 West Hamilton
Olney, TX 76374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.924** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$164.70**

**Omni Pro Electronics**
3220 Commander Drive
Suite 102
Carrollton, TX 75006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.925** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Onalaska Municipal Court**
P. O. Box 880
Onalaska, TX 77360

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.926** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,750.00**

**OPTA Corp**
7210 1st Avenue N
Saint Petersburg, FL 33710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.927** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ore City Municipal Court**
302 East Main Street
Ore City, TX 75683

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| 3.928 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,495.52 |
|---|---|---|---|

**Ore City Police Department**
**302 E. Main Street**
**Ore City, TX 75683**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.929 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,500.00 |
|---|---|---|---|

**OTC Markets Group, Inc.**
**P. O. Box 29959**
**New York, NY 10087-9959**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**Otto Kaiser Memorial Hospital**
**3349 US 181**
**Kenedy, TX 78119**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,091.84 |
|---|---|---|---|

**Overton Police Department**
**1200 S. Commerce**
**Overton, TX 75684**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,850.00 |
|---|---|---|---|

**Oxford Global Resources, LLC**
**P. O. Box 3256**
**Boston, MA 02241-3256**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**Paint Rock Independent School District**
**698 S. Sims Street**
**Paint Rock, TX 76866**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**Palmer Independent School District**
**418 W. Jefferson**
**Palmer, TX 75152**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.935** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Palo Pinto Constable Pct 2**
**unknown**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.936** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Palo Pinto Constable Pct 5**
**Unknown**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.937** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,972.72**

**Palo Pinto County**
**Attn: Melissa Mahan**
**P. O. Box 159**
**Palo Pinto, TX 76484**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.938** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Palo Pinto County Fire Marshal's Office**
**Unknown**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.939** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,320.00**

**Panhandle Auto Burglary & Theft Unt**
**501 Fillmore, Suite 1A**
**Amarillo, TX 79101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.940** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Panhandle Computer Services (PCS)**
**1386 US Highway 60**
**Panhandle, TX 79068-7119**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.941** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,185.56**

**Panhandle Police Department**
**117 Main Street**
**Panhandle, TX 79068**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.942** **Nonpriority creditor's name and mailing address**
**Panola County Constable Pct 2**
**110 S. Sycamore Room 102-A**
**Carthage, TX 75633**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,383.12**

---

**3.943** **Nonpriority creditor's name and mailing address**
**Panola County Sheriff's Department**
**300 James Rudd Rd**
**Batesville, MS 38606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,991.04**

---

**3.944** **Nonpriority creditor's name and mailing address**
**Paradise Independent School District**
**338 School House Road**
**Paradise, TX 76073**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.945** **Nonpriority creditor's name and mailing address**
**Parks Advocacy Group**
**3400 SW 27th Avenue, Suite 203**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.946** **Nonpriority creditor's name and mailing address**
**Parmer County Justice of the Peace Pct 1**
**P. O. Box 635**
**Friona, TX 79035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.947** **Nonpriority creditor's name and mailing address**
**Parmer County Justice of the Peace Pct 3**
**P. O. Box 781**
**Farwell, TX 79325**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.948** **Nonpriority creditor's name and mailing address**
**Parmer County Justie of the Peace Pct 2**
**P. O. Box 896**
**Bovina, TX 79009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

**3.949** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,173.16**

**Parmer County Sheriff's Office**
**401 3rd Street**
**Farwell, TX 79325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.950** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

**Paterson Police Department, NJ**
**111 Broadway**
**Paterson, NJ 07505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.951** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,980.64**

**Patsy's Leasing**
**31 Hall Street**
**Concord, NH 03301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.952** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$413.30**

**Paul Montoya**
**15590 Spectrum Drive**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.953** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.19**

**PCM**
**File 55327**
**Los Angeles, CA 90074-5327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.954** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$360.00**

**Pearl Police Department Pearl, MS**
**Pearl Police Department**
**Attn: Lt. Johnson**
**2422 Old Brandon Road**
**Pearl, MS 39208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.955** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,598.20**

**Pearsall Independent School District**
**Police Department**
**318 Berry Ranch Rd**
**Pearsall, TX 78061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

| 3.956 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,333.33** |
|---|---|---|---|

**Pearsall Municipal Court**
**205 E. Rio Grande Street**
**Pearsall, TX 78061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Pecos County**
**103 W. Callahan**
**Fort Stockton, TX 79735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$597.00** |
|---|---|---|---|

**Pecos County EMS**
**310 W. 5th Street**
**Fort Stockton, TX 79735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pecos County Memorial Hospital**
**P. O. Box 1648**
**Fort Stockton, TX 79735**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pecos-Barstow-Toyah**
**Independent School District**
**1302 South Park Street**
**Pecos, TX 79772**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Penitas Police Department**
**1111 South Main**
**Penitas, TX 78576**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pennsylvania State Constable**
**P. O. Box 124**
**Pocono Manor, PA 18349**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

| 3.963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|
| | **Perryton Independent School District** | ☐ Contingent | |
| | **821 SW 17th Avenue** | ☐ Unliquidated | |
| | **Perryton, TX 79070** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Services Provided__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,903.41 |
|---|---|---|---|
| | **Perryton Police Department** | ☐ Contingent | |
| | **21 SE 2nd Avenue** | ☐ Unliquidated | |
| | **Perryton, TX 79070** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Services Provided__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.965 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,422.80 |
|---|---|---|---|
| | **Petersburg Police Department** | ☐ Contingent | |
| | **1524 Main Street** | ☐ Unliquidated | |
| | **Petersburg, TX 79250** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Services Provided__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Pharr Economic Development Corp, II** | ■ Contingent | |
| | **c/o Michael Hall** | ■ Unliquidated | |
| | **The Hall Law Firm** | ■ Disputed | |
| | **119 East Third Street** | | |
| | **Sweetwater, TX 79556** | Basis for the claim: __Lawsuit__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Pharr-San Juan-Alamo** | ■ Contingent | |
| | **Independent School District** | ■ Unliquidated | |
| | **601 E. Kelly** | ■ Disputed | |
| | **Pharr, TX 78577** | Basis for the claim: __Services Provided__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|
| | **Phil Weber** | ☐ Contingent | |
| | **unknown** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Services Provided__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|
| | **Philip Anderson** | ☐ Contingent | |
| | **60 W. 23rd Street, Apt 601** | ☐ Unliquidated | |
| | **New York, NY 10010** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Services Provided__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

**3.970**

**Nonpriority creditor's name and mailing address**

**Pilot Point Municipal Court**
**102 E. Main**
**Pilot Point, TX 76258**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.971**

**Nonpriority creditor's name and mailing address**

**Pilot Point Police Department**
**102 East Main Street**
**Pilot Point, TX 76258**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.972**

**Nonpriority creditor's name and mailing address**

**Pit Crew Technologies, LLC**
**P. O. Box 65231**
**San Antonio, TX 78265**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$4,819.83**

---

**3.973**

**Nonpriority creditor's name and mailing address**

**Pleasanton Independent School District**
**831 Stadium Drive**
**Pleasanton, TX 78064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.974**

**Nonpriority creditor's name and mailing address**

**Pleasanton Independent School District**
**Police Department**
**831 Stadium Drive**
**Pleasanton, TX 78064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,749.12**

---

**3.975**

**Nonpriority creditor's name and mailing address**

**Plemons - Stinnett- Phillips County**
**Independent School District**
**P. O. Box 3440**
**Stinnett, TX 79083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$3,600.00**

---

**3.976**

**Nonpriority creditor's name and mailing address**

**PMB Helin Donovan**
**P. O. Box 202260**
**Austin, TX 78720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$25,897.23**

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

**3.977** | Nonpriority creditor's name and mailing address

**Point Comfort Police Department**
**102 Jones Avenue**
**Point Comfort, TX 77978**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

**$9,864.84**

---

**3.978** | Nonpriority creditor's name and mailing address

**Point Municipal Court**
**365 N. Locust Street**
**Point, TX 75472**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.979** | Nonpriority creditor's name and mailing address

**Port Lavaca Police Department**
**201 N. Colorado**
**Port Lavaca, TX 77979**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.980** | Nonpriority creditor's name and mailing address

**Port Mansfield Police Department**
**400 W. Hidalgo, Suite 200**
**Raymondville, TX 78580**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

**$9,375.60**

---

**3.981** | Nonpriority creditor's name and mailing address

**Port of Brownsville Police Department**
**1000 Donald Foust Road**
**Brownsville, TX 78521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$6,541.92**

---

**3.982** | Nonpriority creditor's name and mailing address

**Positve Promotions**
**P. O. Box 11537**
**Newark, NJ 07101-4537**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,615.40**

---

**3.983** | Nonpriority creditor's name and mailing address

**Poteet Independent School District**
**1100 School Drive**
**Poteet, TX 78065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$3,600.00**

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

| 3.984 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,906.83 |

**Poteet Independent School District**
**Police Department**
**1100 School Drive**
**Poteet, TX 78065**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,742.60 |

**Poteet Police Department**
**182 N. Fifth Street**
**Poteet, TX 78065**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,199.40 |

**Potter County Constable Pct 1**
**Potter County**
**900 S. Polk Street, Suite 716**
**Amarillo, TX 79101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,199.40 |

**Potter County Constable Pct 2**
**Potter County**
**900 S. Polk Street, Suite 716**
**Amarillo, TX 79101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,199.40 |

**Potter County Constable Pct 3**
**Potter County**
**900 S. Polk Street, Suite 716**
**Amarillo, TX 79101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,199.40 |

**Potter County Constable Pct 4**
**Potter County**
**900 S. Polk Street, Suite 716**
**Amarillo, TX 79101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |

**Pottsboro Municipal Court**
**P. O. Box 1089**
**Pottsboro, TX 75076**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|

Name

---

**3.991** | Nonpriority creditor's name and mailing address

**Powell, Wade**
**6391 Gordon Street**
**Frisco, TX 75034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$11,435.14**

---

**3.992** | Nonpriority creditor's name and mailing address

**PR Newswire Association LLC**
**G.P.O. Box 5897**
**New York, NY 10087-5897**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$13,007.46**

---

**3.993** | Nonpriority creditor's name and mailing address

**Presidio County Sheriff's Office**
**P. O. Box 1055**
**Marfa, TX 79843**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$6,198.96**

---

**3.994** | Nonpriority creditor's name and mailing address

**Presidio Independent School District**
**P. O. Box 1401**
**Presidio, TX 79845**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

**3.995** | Nonpriority creditor's name and mailing address

**Presidio Independent School District**
**Dept of Public Safety**
**P. O. Box 1401**
**Presidio, TX 79845**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$3,611.52**

---

**3.996** | Nonpriority creditor's name and mailing address

**Presidio Independent School District**
**Police Department**
**P. O. Box 1401**
**Presidio, TX 79845**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.997** | Nonpriority creditor's name and mailing address

**Presidio Police Department**
**P. O. Box 1899**
**Presidio, TX 79845**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$8,460.72**

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

| 3.998 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Preston Overstreet Investments
unknown**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.999 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|

**Pringle-Morse County
Independent School District
100 5th Street, Box 109
Morse, TX 79062**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.100 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$287.92** |
|---|---|---|---|

**PRINTEK, INC.
1517 Townline Road
Benton Harbor, MI 49022**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.100 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,540.00** |
|---|---|---|---|

**Prosper Independent School District
Police Department
605 East Seventh Street
Prosper, TX 75078**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.100 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,192.87** |
|---|---|---|---|

**Prosperity Bank
1805 FM 2673
Canyon Lake, TX 78133**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Personal Loan**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.100 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00** |
|---|---|---|---|

**Providence Village Police Department
1745 FM 2931
Providence Village, TX 76227**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.100 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$69,292.42** |
|---|---|---|---|

**Pryor Cashman LLP
7 Times Square
New York, NY 10036**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **COPsync, Inc.** | Case number (*if known*) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.100 5**

**Nonpriority creditor's name and mailing address**

**Public Safety Solutions**
**821 Varsity Lane**
**McKinney, TX 75071**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.100 6**

**Nonpriority creditor's name and mailing address**

**Pulseway MMSOFT Design Ltd**
**6 - 9 Trinity Street**
**Dublin 2**
**Dublin D02 EY47, Irleand**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.100 7**

**Nonpriority creditor's name and mailing address**

**Qualesce LLC**
**2591 Dallas Parkway, Suite 300**
**Frisco, TX 75034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$38,952.00**

---

**3.100 8**

**Nonpriority creditor's name and mailing address**

**Quill Corporation**
**P. O. Box 37600**
**Philadelphia, PA 19101-0600**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,748.24**

---

**3.100 9**

**Nonpriority creditor's name and mailing address**

**Quinlan Independent School District**
**401 E. Richmond**
**Quinlan, TX 75474**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101 0**

**Nonpriority creditor's name and mailing address**

**Quinlan Police Department**
**104 E. Main Street**
**Quinlan, TX 75474**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$3,966.00**

---

**3.101 1**

**Nonpriority creditor's name and mailing address**

**Quitman Independent School District**
**1201 E. Goode Street**
**Quitman, TX 75783**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$7,500.00**

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

**3.101 2**

**Nonpriority creditor's name and mailing address**

**R. J. Bryd Group, LLC dba Byrd Search Gr**
**c/o Steven T. Ramos**
**Ackerman & Ramos PLLC**
**8226 Douglas Avenue, Suite 330**
**Dallas, TX 75225**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101 3**

**Nonpriority creditor's name and mailing address**

**Rains Independent School District**
**Police Department**
**1759 W. US Highway 69**
**Emory, TX 75440**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$131.64**

---

**3.101 4**

**Nonpriority creditor's name and mailing address**

**Rancho Viejo Police Department**
**3301 Carmen Avenue**
**Rancho Viejo, TX 78575**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,786.20**

---

**3.101 5**

**Nonpriority creditor's name and mailing address**

**Randy Johnson**
**6 Borders circle**
**Kaufman, TX 75142**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$12,256.48**

---

**3.101 6**

**Nonpriority creditor's name and mailing address**

**Ranger Police Department**
**400 W. Main Street**
**Ranger, TX 76470**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$9,050.16**

---

**3.101 7**

**Nonpriority creditor's name and mailing address**

**Reagan County**
**P. O. Box 100**
**Big Lake, TX 76932**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.101 8**

**Nonpriority creditor's name and mailing address**

**Red River Systems**
**16415 Addison Road**
**Suite 725**
**Addison, TX 75001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$27,673.76**

---

| Debtor | **COPsync, Inc.** | Case number (*if known*) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.1019**

**Nonpriority creditor's name and mailing address**

**Refugio County Constable Pct 2**
**808 Commerce**
**Refugio, TX 78377**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,568.28**

---

**3.1020**

**Nonpriority creditor's name and mailing address**

**Refugio Police Department**
**601 Commence Street**
**Refugio, TX 78377**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$7,500.00**

---

**3.1021**

**Nonpriority creditor's name and mailing address**

**Regus Management Group**
**9920 Pacific Heights Blvd., Suite 150**
**San Diego, CA 92121**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$6,457.44**

---

**3.1022**

**Nonpriority creditor's name and mailing address**

**Reliable Staffing Corporation**
**P. O. Box 204653**
**Dallas, TX 75320-4653**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$30,577.50**

---

**3.1023**

**Nonpriority creditor's name and mailing address**

**Rescue Ops, LLC**
**13631 Sherwood Rd**
**Atascosa, TX 78002-3445**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$475.00**

---

**3.1024**

**Nonpriority creditor's name and mailing address**

**Rhome Municipal Court**
**P. O. Box 228**
**Rhome, TX 76078**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.1025**

**Nonpriority creditor's name and mailing address**

**Rhome Police Department**
**P. O. Box 228**
**Rhome, TX 76078-0228**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$8,949.60**

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

**3.102 6**

**Nonpriority creditor's name and mailing address**

**Richard Ashabranner**
**5519 Sky Ridge Road**
**Charlestown, IN 47111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

**3.102 7**

**Nonpriority creditor's name and mailing address**

**Richland Police Department, MS**
**371 Scarborough Street**
**Richland, MS 39218**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$971.28**

---

**3.102 8**

**Nonpriority creditor's name and mailing address**

**Rio Grande City Police Department**
**402 East Main Street**
**Rio Grande City, TX 78582**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$22,680.00**

---

**3.102 9**

**Nonpriority creditor's name and mailing address**

**Riverland Technologies**
**P. O. Box 54186**
**Pearl, MS 39288**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Judgment**

Is the claim subject to offset? ☐ No ☐ Yes

**$43,995.00**

---

**3.103 0**

**Nonpriority creditor's name and mailing address**

**Riviera Independent School District**
**203 Seahawk Drive**
**Riviera, TX 78379**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.103 1**

**Nonpriority creditor's name and mailing address**

**Roanoke City Schools**
**557 Main Street**
**Roanoke, AL 36274**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103 2**

**Nonpriority creditor's name and mailing address**

**Roanoke Police Department**
**30 West Point Street**
**Roanoke, AL 36274**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

| 3.103 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,456.27 |
|---|---|---|---|

**Rob Powell**
**507 Persimmon Trail**
**Forney, TX 75126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert County Justice of the Peace Pct 1**
**160 Duvall Road**
**Pampa, TX 79065**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,645.53 |
|---|---|---|---|

**Robert Half Management Resources**
**P. O. Box 743295**
**Los Angeles, CA 90074-3295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,638.00 |
|---|---|---|---|

**Roberts County Sheriff's Office**
**110 S. Main**
**Miami, TX 79059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.47 |
|---|---|---|---|

**Robertson County**
**102 E. Dechard, Rm 103**
**Franklin, TX 77856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Robertson County**
**102 E. Dechard, Rm 103**
**Franklin, TX 77856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Robertson County Constable Pct 1**
**3321 N FM 46**
**Franklin, TX 77856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

10/16/17  9:48PM

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.104 0**

**Nonpriority creditor's name and mailing address**

**Robertson County Constable Pct 2**
**P. O. Box 1154**
**Franklin, TX 77856**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.104 1**

**Nonpriority creditor's name and mailing address**

**Robertson County Constable Pct 4**
**113 E. Jack St.**
**P. O. Box 69**
**Bremond, TX 76629**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$7,560.00**

---

**3.104 2**

**Nonpriority creditor's name and mailing address**

**Robertson County Dare Program**
**P. O. Box 841**
**Franklin, TX 77856**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.104 3**

**Nonpriority creditor's name and mailing address**

**Robertson County Justice of the**
**Peace Pct 1**
**P. O. Box 308**
**610 Main Street**
**Calvert, TX 77837**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.104 4**

**Nonpriority creditor's name and mailing address**

**Robertson County Justice of the**
**Peace Pct 2 Place 1**
**P. O. Box 282**
**1108 1/2 Market Street.**
**Hearne, TX 77859**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.104 5**

**Nonpriority creditor's name and mailing address**

**Robertson County Justice of the**
**Peace Pct 3 Place 1**
**P. O. Box 432**
**103 E. Morgan**
**Franklin, TX 77856**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.104 6**

**Nonpriority creditor's name and mailing address**

**Robertson County Justice of the Peace Pct 4 Place 1**
**P. O. Box J**
**113 Jack St**
**Bremond, TX 76629**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,400.00**

---

**3.104 7**

**Nonpriority creditor's name and mailing address**

**Robertson County Sheriff's Office**
**P. O. Box 1109**
**Franklin, TX 77856**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,215.40**

---

**3.104 8**

**Nonpriority creditor's name and mailing address**

**Robinson  Independent School District Police Department**
**500 W. Lyndale**
**Robinson, TX 76706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$509.88**

---

**3.104 9**

**Nonpriority creditor's name and mailing address**

**Robinson Independent School District**
**500 W. Lyndale**
**Waco, TX 76706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,000.00**

---

**3.105 0**

**Nonpriority creditor's name and mailing address**

**Rockdale  Independent School District**
**520 West Davilla**
**Rockdale, TX 76567**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.105 1**

**Nonpriority creditor's name and mailing address**

**Rockdale Municipal Court**
**505 W. Cameron**
**Rockdale, TX 76567**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.105 2**

**Nonpriority creditor's name and mailing address**
**Rockdale Police Department**
**140 W. Cameron**
**Rockdale, TX 76567**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

**$8,544.96**

---

**3.105 3**

**Nonpriority creditor's name and mailing address**
**Rockport Police Department**
**714 E. Concho**
**Rockport, TX 78382**

Date(s) debt was incurred **Services Provided**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.105 4**

**Nonpriority creditor's name and mailing address**
**Rockwall County Constable Pct 4**
**1111 E. Yellow Jacket Lane**
**3rd Floor**
**Rockwall, TX 75087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.105 5**

**Nonpriority creditor's name and mailing address**
**Rodney Price**
**7830 Valley Ridge Drive**
**Justin, TX 76247**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$385.22**

---

**3.105 6**

**Nonpriority creditor's name and mailing address**
**Roger Gomez**
**280 Escarpment Oak**
**New Braunfels, TX 78130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105 7**

**Nonpriority creditor's name and mailing address**
**Rogers Independent School District**
**Police Department**
**304 Ranch**
**Ropesville, TX 79358**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,083.60**

---

**3.105 8**

**Nonpriority creditor's name and mailing address**
**Rogers Police Department**
**2 West Mesquite Avenue**
**Rogers, TX 76569**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$748.80**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.1059**

**Nonpriority creditor's name and mailing address**
**Ron Bienvenu**
**522 Montegut, Apt. 407**
**New Orleans, LA 70117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

**$260.92**

---

**3.1060**

**Nonpriority creditor's name and mailing address**
**Ronald Woessner**
**5108 Pinehurst Dr.**
**Frisco, TX 75034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.1061**

**Nonpriority creditor's name and mailing address**
**Roscoe Collegiate Independent**
**School District**
**1101 W. 7th Street**
**Roscoe, TX 79545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.1062**

**Nonpriority creditor's name and mailing address**
**Rosebud-Lott Independent School District**
**1789 US Hwy 77**
**Lott, TX 76656**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$7,200.00**

---

**3.1063**

**Nonpriority creditor's name and mailing address**
**Rosella Saltarelli**
**14844 Single Trace Drive**
**Austin, TX 78728**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.1064**

**Nonpriority creditor's name and mailing address**
**Rosella Saltarelli**
**14844 Single Trace Drive**
**Austin, TX 78728**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Investor__

Is the claim subject to offset? ■ No ☐ Yes

**$302.46**

---

**3.1065**

**Nonpriority creditor's name and mailing address**
**Rosenberg Police Department**
**2120 Fourth Street**
**Rosenberg, TX 77471**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$2,006.20**

---

Debtor   **COPsync, Inc.**
_____
Name

Case number (*if known*)   **17-12625**

| 3.106 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,199.40** |
|---|---|---|---|

**Rule Police Department**
**P. O. Box 607**
**Rule, TX 79547**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Runnels County**
**unknown**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rusk Police Department**
**197 South Main**
**Rusk, TX 75785**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,538.08** |
|---|---|---|---|

**Russell Chaney**
**1617 Shady Hollow**
**New Braunfels, TX 78132**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,930.19** |
|---|---|---|---|

**Russell Kneese**
**5667 County Road 108**
**Burnet, TX 78611**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37,837.03** |
|---|---|---|---|

**Sabinal Police Department**
**501 N. Center Street**
**Sabinal, TX 78881**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,050.00** |
|---|---|---|---|

**Sacred Heart Catholic School**
**313 S. Texana Street**
**Hallettsville, TX 77964**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.107 3**

**Nonpriority creditor's name and mailing address**

**Saggio Technologies**
P. O. Box 42
Cedar Park, TX 78630

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

**$75.00**

---

**3.107 4**

**Nonpriority creditor's name and mailing address**

**Saint Jo  Independent School District**
206 W. Evans
Saint Jo, TX 76265

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

**$5,040.00**

---

**3.107 5**

**Nonpriority creditor's name and mailing address**

**Saint Mary Parish School Board**
P. O. Box 170
Centerville, LA 70522

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.107 6**

**Nonpriority creditor's name and mailing address**

**Salado Police Department**
313 North Stagecoach Road
Salado, TX 76571

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

**$3,783.60**

---

**3.107 7**

**Nonpriority creditor's name and mailing address**

**San Antonio Police Department**
315 S. Santa Rose Avenue
San Antonio, TX 78207

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.107 8**

**Nonpriority creditor's name and mailing address**

**San Augustine County Sheriff's Office**
219 North Harrison
San Augustine, TX 75975

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☑ No ☐ Yes

**$144,850.04**

---

**3.107 9**

**Nonpriority creditor's name and mailing address**

**San Augustine Police Department**
810 N. Highway 96
San Augustine, TX 75972

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,569.40**

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.108 0**

**Nonpriority creditor's name and mailing address**
**San Jacinto County Constable Pct 1**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$239.40**

---

**3.108 1**

**Nonpriority creditor's name and mailing address**
**San Jacinto County Constable Pct 2**
**1000 N. Byrd Avenue #B4**
**Shepherd, TX 77371**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$957.60**

---

**3.108 2**

**Nonpriority creditor's name and mailing address**
**San Jacinto County Constable Pct 3**
**6311 FM 945 S**
**Cleveland, TX 77328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$239.40**

---

**3.108 3**

**Nonpriority creditor's name and mailing address**
**San Jacinto County Constable Pct 4**
**227 Boat Launch Road**
**Pointblank, TX 77364**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$239.40**

---

**3.108 4**

**Nonpriority creditor's name and mailing address**
**San Jacinto County Sheriff's Office**
**75 W. Cedar Avenue**
**Coldspring, TX 77331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$17,980.80**

---

**3.108 5**

**Nonpriority creditor's name and mailing address**
**San Patricio County Sheriff's Office**
**300 N. Rachal**
**San Antonio, TX 78287**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$7,196.40**

---

**3.108 6**

**Nonpriority creditor's name and mailing address**
**San Vicente Independent School District**
**P. O. Box 195**
**Big Bend National Park, TX 79834**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

**3.108 7**

**Nonpriority creditor's name and mailing address**

**Santa Anna Police Department**
**709 Wallis Avenue**
**Santa Anna, TX 76878**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,620.80**

---

**3.108 8**

**Nonpriority creditor's name and mailing address**

**Santa Rosa Police Department**
**P. O. Box 326**
**Santa Rosa, TX 78593**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$480.00**

---

**3.108 9**

**Nonpriority creditor's name and mailing address**

**Savoy Police Department**
**405 E. Hayes Street**
**Savoy, TX 75479**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,474.20**

---

**3.109 0**

**Nonpriority creditor's name and mailing address**

**Schleicher County**
**P. O. Box 536**
**Eldorado, TX 76936**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$7,200.00**

---

**3.109 1**

**Nonpriority creditor's name and mailing address**

**Schleicher County Independent**
**School District**
**205 Fields Avenue**
**Eldorado, TX 76936**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.109 2**

**Nonpriority creditor's name and mailing address**

**Schleicher County Medical Center**
**P. O. Box V**
**Eldorado, TX 76936**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.109 3**

**Nonpriority creditor's name and mailing address**

**Schulenburg Police Department**
**607 Upton Avenue**
**Schulenburg, TX 78956**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$12,894.12**

---

| Debtor | **COPsync, Inc.** | | Case number (*if known*) | **17-12625** |
|---|---|---|---|---|
| | Name | | | |

---

**3.109 4**

**Nonpriority creditor's name and mailing address**
**Schulenburg Independent School District**
**512 North St**
**Schulenburg, TX 78956**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.109 5**

**Nonpriority creditor's name and mailing address**
**Scott Reinhardt**
**908 Colquitt Street**
**Gadsden, AL 35903**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,378.90**

---

**3.109 6**

**Nonpriority creditor's name and mailing address**
**Seadrift Police Department**
**501 S. Main Street**
**Seadrift, TX 77983**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,423.46**

---

**3.109 7**

**Nonpriority creditor's name and mailing address**
**Seagraves Independent School District**
**1801 Avenue K**
**Seagraves, TX 79259**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,800.00**

---

**3.109 8**

**Nonpriority creditor's name and mailing address**
**Seagraves Municipal Court**
**P. O. Box 37**
**Seagraves, TX 79359**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.109 9**

**Nonpriority creditor's name and mailing address**
**Sealy Police Department**
**City of Sealy**
**Attn: Accounts Payable**
**P. O. Box 517**
**Sealy, TX 77474-0517**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110 0**

**Nonpriority creditor's name and mailing address**
**Sean D. Garland**
**5711 Preston Oaks Road, Apt. 827**
**Dallas, TX 75254**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit Settled**

Is the claim subject to offset? ■ No ☐ Yes

**$3,613.64**

---

| Debtor | **COPsync, Inc.** | | Case number (*if known*) | **17-12625** |
|---|---|---|---|---|
| | Name | | | |

| 3.110 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54,774.00** |
|---|---|---|---|

**Selma Police Department**
**9375 Corporate Dr**
**Schertz, TX 78154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,400.00** |
|---|---|---|---|

**Selma Unified School District**
**Accounts Payable**
**3036 Thompson Avenue**
**Selma, CA 93662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$169.00** |
|---|---|---|---|

**Services Provided**
**4901 East University BLvd., MB 1103**
**Odessa, TX 79762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$538.80** |
|---|---|---|---|

**Sgt. Howard Foreman**
**203 Rennie Drive**
**Katy, TX 77450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shaheen Moayed Pardazi**
**unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Shamrock Independent School District**
**100 S. Illinois Street**
**Shamrock, TX 79079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,546.36** |
|---|---|---|---|

**Shane Rapp**
**P. O. Box 1424**
**Canyon Lake, TX 78133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

10/16/17  9:48PM

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.110 8**

**Nonpriority creditor's name and mailing address**

**Shasta County Sheriff's Office**
**1525 Court Street**
**Redding, CA 96001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 9**

**Nonpriority creditor's name and mailing address**

**Shavano Park Police Department**
**900 Saddletree Court**
**Shavano Park, TX 78231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111 0**

**Nonpriority creditor's name and mailing address**

**Sheila Birmingham**
**8102 Cottonwood Trail**
**Houston, TX 77095-4950**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111 1**

**Nonpriority creditor's name and mailing address**

**Shiner Catholic School**
**424 St. Ludmila**
**Shiner, TX 77984**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.111 2**

**Nonpriority creditor's name and mailing address**

**Shiner Independent School District**
**510 CR 348**
**Shiner, TX 77984**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.111 3**

**Nonpriority creditor's name and mailing address**

**Shred-It USA LLC**
**28883 Network Place**
**Chicago, IL 60673-1288**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$495.00**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.111 4**

**Nonpriority creditor's name and mailing address**

**Shumaker Loop & Kendrick LLP**
**unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.111 5**

**Nonpriority creditor's name and mailing address**

**Sidney Rice**
**Morgan Stanely**
**Attn: Ramy Assaf**
**31 West 52nd St. 23rd Fl**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,000.00**

---

**3.111 6**

**Nonpriority creditor's name and mailing address**

**Silo Independent School District**
**122 Bourne Street**
**Durant, OK 74701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,000.00**

---

**3.111 7**

**Nonpriority creditor's name and mailing address**

**Slaton Independent School District**
**140 E. Panhandle Street**
**Slaton, TX 79364**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,400.00**

---

**3.111 8**

**Nonpriority creditor's name and mailing address**

**Slaton Independent School District**
**Police Department**
**140 E. Panhandle Street**
**Slaton, TX 79364**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$330.72**

---

**3.111 9**

**Nonpriority creditor's name and mailing address**

**Smiley Marshal's Office**
**P. O. Box 189**
**Smiley, TX 78159**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,007.40**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| 3.112 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Smyrna Police Department**
**unknown**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,142.24 |
|---|---|---|---|

**Snyder Police Department**
**P. O. Box 1341**
**Snyder, TX 79550-1341**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,794.60 |
|---|---|---|---|

**Somerset Independent School District**
**Police Department**
**19644 Somerset Road**
**Somerset, TX 78069**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,400.00 |
|---|---|---|---|

**Somerset Police Department**
**7360 E. 6th Street**
**Somerset, TX 78069**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Somervell County**
**P. O. Box 851**
**Glen Rose, TX 76043**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,398.80 |
|---|---|---|---|

**Somervell County Constable Pct 1**
**P. O. Box 841**
**Glen Rose, TX 76043**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,398.80 |
|---|---|---|---|

**Somervell County Constable Pct 2**
**P. O. Box 1368**
**Glen Rose, TX 76043**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

| 3.112 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Somervell County Sherif's Office**
**750 East Bo Gibbs**
**Glen Rose, TX 76043**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.112 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**South Texas College Police Department**
**3201 W. Pecan Blvd.**
**McAllen, TX 78501**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.112 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**South Texas Regionsl Medical Center**
**1905 Hwy 97 East**
**Jourdanton, TX 78026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.113 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Southern Software/Craig Goodnight**
**150 Perry Drive**
**Southern Pines, NC 28387**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.113 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Southmayd Municipal Court**
**P. O. Box 88**
**Southmayd, TX 76268**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.113 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,055.40 |
|---|---|---|---|

**Southmayd Police Department**
**4825 Elementary Drive**
**Southmayd, TX 76268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

**3.113 3**

**Nonpriority creditor's name and mailing address**

**Southside Independent School District**
**1460 Martinez Losoya Road**
**San Antonio, TX 78221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,200.00**

---

**3.113 4**

**Nonpriority creditor's name and mailing address**

**Southwest Communications**
**108 Denson**
**Austin, TX 78752**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.113 5**

**Nonpriority creditor's name and mailing address**

**Southwest Independent School District**
**11914 Dragon Lane**
**San Antonio, TX 78252**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,000.00**

---

**3.113 6**

**Nonpriority creditor's name and mailing address**

**Southwest Independent School District**
**Police Department**
**11914 Dragon Lane**
**San Antonio, TX 78252**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.113 7**

**Nonpriority creditor's name and mailing address**

**Southwest Texas Jr. College**
**Police Department**
**2401 Garner Field Road**
**Uvalde, TX 78801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,881.00**

---

**3.113 8**

**Nonpriority creditor's name and mailing address**

**Southwest Texas Junior College**
**2401 Garner Field Road**
**Uvalde, TX 78801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,876.00**

---

**3.113 9**

**Nonpriority creditor's name and mailing address**

**Southwest Texas Junior College**
**2401 Garner Field Road**
**Uvalde, TX 78801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|--------|---------------|------------------------|----------|
| | Name | | |

---

**3.114 0**

**Nonpriority creditor's name and mailing address**

**Sparkletts and Sierra Srings**
P. O. Box 660579
Dallas, TX 75266-0579

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$181.51**

---

**3.114 1**

**Nonpriority creditor's name and mailing address**

**Spear Point Restructuring Services LLC**
400 Poydras Suite 2100
New Orleans, LA 70130

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$70,000.00**

---

**3.114 2**

**Nonpriority creditor's name and mailing address**

**Spearman Independent School District**
403 E. 11th Avenue
Spearman, TX 79081

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.114 3**

**Nonpriority creditor's name and mailing address**

**Spearman Police Department**
30 SW Court
Spearman, TX 79081

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$4,665.12**

---

**3.114 4**

**Nonpriority creditor's name and mailing address**

**Spectrum Business**
P. O. Box 60074
City of Industry, CA 91716-0074

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$9,381.78**

---

**3.114 5**

**Nonpriority creditor's name and mailing address**

**Springfield Police Department**
unknown

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114 6**

**Nonpriority creditor's name and mailing address**

**Spruce 1209 LLC**
P. O. Box 340816
Brooklyn, NY 11234

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$3,400.00**

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

**3.114 7**

**Nonpriority creditor's name and mailing address**
**Spur Independent School District**
**800 Williams Avenue**
**Spur, TX 79370**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

**$1,200.00**

---

**3.114 8**

**Nonpriority creditor's name and mailing address**
**Spur Municipal Court**
**402 Burlington Avenue**
**Spur, TX 79370**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.114 9**

**Nonpriority creditor's name and mailing address**
**Stafford Police Department**
**2702 S. Main Street**
**Stafford, TX 77477**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.115 0**

**Nonpriority creditor's name and mailing address**
**Stamford Independent School District**
**507 South Orient Street**
**Stamford, TX 79553**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.115 1**

**Nonpriority creditor's name and mailing address**
**Starr County Attorney's Office**
**401 N. Britton Avenue, Room 405**
**Rio Grande City, TX 78582**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,281.00**

---

**3.115 2**

**Nonpriority creditor's name and mailing address**
**State Farm Insurance**
**Insurance Support Center**
**P. O. Box 680001**
**Dallas, TX 75368-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$3,941.15**

---

| Debtor | COPsync, Inc. | | Case number (if known) | **17-12625** |
|---|---|---|---|---|
| | Name | | | |

| 3.115 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,300.00** |
|---|---|---|---|

**State of Delaware**
**Division of Corporations**
**Franchise Tax Department**
**P. O. Box 11728**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services Provided

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.115 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$386.61** |
|---|---|---|---|

**State of Illinois**
**State of Illinois Dept of Employment**
**Security**
**P. O. Box 19300**
**Springfield, IL 62794-9052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services Provided

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.115 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**State of Insurance**
**Insurance Support Center**
**P. O. Box 680001**
**Dallas, TX 75368-0001**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services Provided

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.115 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,801.92** |
|---|---|---|---|

**Stephens County Sherif's Office**
**210 East Dyer**
**Breckenridge, TX 76424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services Provided

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.115 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,260.00** |
|---|---|---|---|

**Sterling City Independent**
**School District**
**700 7th Street**
**Sterling City, TX 76951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services Provided

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Sterling County Justice of the Peace**
**P. O. Box 983**
**Sterling City, TX 76951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services Provided

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | COPsync, Inc. | | Case number *(if known)* | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

**3.115 9**

**Nonpriority creditor's name and mailing address**
**Steve Harris**
**275 Sly Street**
**Marble Falls, TX 78654**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,917.06**

---

**3.116 0**

**Nonpriority creditor's name and mailing address**
**Steve Magdich**
**30 Preston Wood**
**New Braunfels, TX 78132**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$13,500.00**

---

**3.116 1**

**Nonpriority creditor's name and mailing address**
**Stinnett Police Department**
**609 Mackenzie**
**Stinnett, TX 79083-0909**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$10,263.60**

---

**3.116 2**

**Nonpriority creditor's name and mailing address**
**Stock Legends**
**3408 Rush Mendon Rd**
**Honeoye Falls, NY 14472**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.116 3**

**Nonpriority creditor's name and mailing address**
**Stratford Independent School District**
**503 N. 8th**
**Stratford, TX 79084**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 4**

**Nonpriority creditor's name and mailing address**
**Strawn Marshal's Office**
**118 E. Housely**
**Strawn, TX 76475**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,574.12**

---

**3.116 5**

**Nonpriority creditor's name and mailing address**
**Strawn Municipal Court**
**118 E. Housely Street**
**Strawn, TX 76475**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.116 6**

**Nonpriority creditor's name and mailing address**

**Sugar Land Police Department**
**1200 Texas 6**
**Sugar Land, TX 77478**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 7**

**Nonpriority creditor's name and mailing address**

**Sul Ross State University**
**US Hwy 90**
**Alpine, TX 79830**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 8**

**Nonpriority creditor's name and mailing address**

**Sul Ross State University Police Dept.**
**US Hwy 90**
**Alpine, TX 79830**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

**$4,951.20**

---

**3.116 9**

**Nonpriority creditor's name and mailing address**

**Sulpur Police**
**101 North Huntington Street**
**Sulphur, LA 70663**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

**$2,941.56**

---

**3.117 0**

**Nonpriority creditor's name and mailing address**

**Sunburst/Paxton**
**unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.117 1**

**Nonpriority creditor's name and mailing address**

**Sunray Independent School District**
**Accounts Payable**
**P. O. Box 240**
**Sunray, TX 79086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

**3.117 2**

**Nonpriority creditor's name and mailing address**

**Sunrise Beach Village Police Dept**
**124 Sunrise Drive**
**Sunrise Beach Village, TX 78643**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

**$2,499.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| 3.117 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $768.00 |
|---|---|---|---|

**Superior Search & Staffing, Ltd**
5011 Spring Valley Road, Suite 260W
Dallas, TX 75244

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,400.00 |
|---|---|---|---|

**Sweetwater Independent School District**
207 Musgrove Street
Sweetwater, TX 79556

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,975.07 |
|---|---|---|---|

**Synnex Corporation**
5845 Collecions Center Dr.
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,396.80 |
|---|---|---|---|

**Tahoka Police Department**
1525 S. 2nd Street
Tahoka, TX 79373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tanglewood Resort & Confernece Center**
290 Tanglewood Circle
Pottsboro, TX 75076

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Taylor County Sheriff's Office**
450 Pecan Street
Abilene, TX 79602

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Teague Police Department**
105 South 4th Avenue
Teague, TX 75860

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | Case number (*if known*) | **17-12625** |
|---|---|---|---|
| | Name | | |

**3.118 0**

**Nonpriority creditor's name and mailing address**

**Teledynamics**
**P. O. Box 970305**
**Dallas, TX 75397**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$2,839.83**

**3.118 1**

**Nonpriority creditor's name and mailing address**

**Terrell County Independent**
**School District**
**P. O. Box 415**
**Sanderson, TX 79848**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

**3.118 2**

**Nonpriority creditor's name and mailing address**

**Terrell County Justice of the Peace**
**Court 1 & 2**
**P. O. Box 313**
**Sanderson, TX 79848**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

**3.118 3**

**Nonpriority creditor's name and mailing address**

**Terrell County Justice of the Peace**
**Court 3 & 4**
**P.O. Box 368**
**Sanderson, TX 79848**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

**3.118 4**

**Nonpriority creditor's name and mailing address**

**Terrell County Sheriff's Office**
**105 E. Hackberry**
**Sanderson, TX 79848**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$14,857.80**

**3.118 5**

**Nonpriority creditor's name and mailing address**

**Terrell Independent School District**
**700 N. Catherine Street**
**Terrell, TX 75160**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

**3.118 6**

**Nonpriority creditor's name and mailing address**

**Terrell Independent School District**
**Police Department**
**700 N. Catherine Street**
**Terrell, TX 75160**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$13,499.40**

| Debtor | **COPsync, Inc.** | Case number *(if known)* | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.118 7**

**Nonpriority creditor's name and mailing address**

**Terrell Police Department**
**201 East Nash**
**Terrell, TX 75160**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.118 8**

**Nonpriority creditor's name and mailing address**

**Terry Kohl**
**P. O. Box 21754**
**Seattle, WA 98111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$8,104.27**

---

**3.118 9**

**Nonpriority creditor's name and mailing address**

**Texas Comptroller of Public Accounts**
**Comptroller of Public Accounts**
**P. O. Box 149355**
**Austin, TX 78714-9355**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.119 0**

**Nonpriority creditor's name and mailing address**

**Texas Workforce Commisson**
**Labor Law Payment Division**
**P. O. Box 684483**
**Austin, TX 78768-4483**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,610.12**

---

**3.119 1**

**Nonpriority creditor's name and mailing address**

**The Cormac Group**
**1730 Rhode Island Avenue, NW**
**Suite 317**
**Washington, DC 20036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$45,423.00**

---

**3.119 2**

**Nonpriority creditor's name and mailing address**

**The Hartford**
**P. O. Box 660916**
**Dallas, TX 75266-0916**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

**3.119 3**

**Nonpriority creditor's name and mailing address**
**The Libman Company**
**220 N. Sheldon**
**Arcola, IL 61910**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.119 4**

**Nonpriority creditor's name and mailing address**
**The NASDAQ Stock Market, LLC**
**Lockbox 20200**
**P. O. Box 780200**
**Philadelphia, PA 19178-0200**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

**$55,000.00**

---

**3.119 5**

**Nonpriority creditor's name and mailing address**
**The R. J. Byrd Grup, LLC**
**12801 N. Central Expressway, Suite 500**
**Dallas, TX 75243**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$34,380.00**

---

**3.119 6**

**Nonpriority creditor's name and mailing address**
**The Skipper Grouper**
**Post Office Box 1833**
**Opelika, AL 36803**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$9,609.90**

---

**3.119 7**

**Nonpriority creditor's name and mailing address**
**Thinkstream Acquisition, LLC dba Kologik**
**c/o Brandon A. Brown**
**Stewart Robbins & Brown, LLC**
**301 Main Street, Suite 1640**
**Baton Rouge, LA 70801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$16,597.46**

---

**3.119 8**

**Nonpriority creditor's name and mailing address**
**Thomson Reuters - West**
**Payment Center**
**P. O. Box 6292**
**Carol Stream, IL 60197-6292**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$7,459.69**

---

**3.119 9**

**Nonpriority creditor's name and mailing address**
**Three Rivers Municipal Court**
**110 Gallaher Street & Hwy 72**
**Three Rivers, TX 78071**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.120 0**

**Nonpriority creditor's name and mailing address**

**Three Rivers Police Department**
**POB 398**
**Three Rivers, TX 78071-0398**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120 1**

**Nonpriority creditor's name and mailing address**

**Time Warner Cable**
**P. O. Box 60074**
**City of Industry, CA 91716-0074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,318.64**

---

**3.120 2**

**Nonpriority creditor's name and mailing address**

**Time Warner Cable - 7212**
**1000 N. Walnut Avenue, Suite 150**
**New Braunfels, TX 78130-5361**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$559.90**

---

**3.120 3**

**Nonpriority creditor's name and mailing address**

**Tioga Municipal Court**
**POBox 206**
**Tioga, TX 76271**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120 4**

**Nonpriority creditor's name and mailing address**

**Tioga Police Department**
**600 Main Street**
**Tioga, TX 76271**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$9,770.40**

---

**3.120 5**

**Nonpriority creditor's name and mailing address**

**Titus County Sheriff's Office**
**304 Van Buren Street**
**Mount Pleasant, TX 75455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **COPsync, Inc.** | | Case number (if known) | **17-12625** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.120 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Tolar Municipal Court**<br>**105 Pine Lane**<br>**Tolar, TX 76476** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Services Provided** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.120 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,500.00** |
|---|---|---|---|
| | **Tom Green County**<br>**112 W. Beauregard**<br>**San Angelo, TX 76903** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Services Provided** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.120 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Tom Green County Constable Pct 1**<br>**222 West Harris**<br>**San Angelo, TX 76903** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Services Provided** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.120 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,199.40** |
|---|---|---|---|
| | **Tom Green County Constable Pct 2**<br>**5006 Knickerbocker Blvd**<br>**San Angelo, TX 76904** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Services Provided** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.121 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$688.80** |
|---|---|---|---|
| | **Tom Green County Constable Pct 3**<br>**3052 N. Bryant Blvd.**<br>**San Angelo, TX 76903** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Services Provided** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.121 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,199.40** |
|---|---|---|---|
| | **Tom Green County Constable Pct 4**<br>**112 W. Beauregard**<br>**San Angelo, TX 76903** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Services Provided** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.121 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|
| | **Tommie Harris, Jr.**<br>**c/o Donna Pruitt**<br>**P. O. Box 31251**<br>**Minneapolis, MN 55402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Services Provided** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.121**
**3**

**Nonpriority creditor's name and mailing address**
**Trenton Independent School District**
**500 S. Ballentine**
**Trenton, TX 75490**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,200.00**

---

**3.121**
**4**

**Nonpriority creditor's name and mailing address**
**Trenton Municipal Court**
**P. O. Box 44**
**Trenton, TX 75490**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,200.00**

---

**3.121**
**5**

**Nonpriority creditor's name and mailing address**
**Trenton Police Department**
**216 Hamilton**
**Trenton, TX 75490**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$24,048.00**

---

**3.121**
**6**

**Nonpriority creditor's name and mailing address**
**Trinity County Sheriff's Office**
**P. O. Box 95**
**Groveton, TX 75845**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.121**
**7**

**Nonpriority creditor's name and mailing address**
**TRS-Ren Telco**
**P. O. Box 45075**
**San Francisco, CA 94145-0075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,400.57**

---

**3.121**
**8**

**Nonpriority creditor's name and mailing address**
**Tulia Police Department**
**201 North Maxwell Avenue**
**Tulia, TX 79088**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,703.24**

---

**3.121**
**9**

**Nonpriority creditor's name and mailing address**
**Twilio, Inc.**
**375 Beale Street, Suite 300**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.122 0**

**Nonpriority creditor's name and mailing address**
**Tye Police Department**
**205 N. Street**
**Tye, TX 79563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,651.32**

---

**3.122 1**

**Nonpriority creditor's name and mailing address**
**U. S. Department of Labor**
**Attn: Limei Zhang**
**Wage and Hour Investigator**
**1701 East Lamar Blvd., Suite 270**
**Arlington, TX 76096**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Lawsuit Settled**

Is the claim subject to offset? ■ No ☐ Yes

**$337,098.15**

---

**3.122 2**

**Nonpriority creditor's name and mailing address**
**U.S. Securities and Exchange Commission**
**Attn: Barbara L. Gunn, Asst Rel. Dir**
**Fort Worth Regional Office**
**801 Cherry Street, Suite 29th Floor**
**Fort Worth, TX 76102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Possibile Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122 3**

**Nonpriority creditor's name and mailing address**
**Union of Reform Judaism Greene Camp**
**1192 Smith Lane**
**Bruceville, TX 76630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.122 4**

**Nonpriority creditor's name and mailing address**
**University Park Fire Department**
**3800 Univerity Blvd.**
**Dallas, TX 75205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$204.55**

---

**3.122 5**

**Nonpriority creditor's name and mailing address**
**University Texas Permian Basin PD**
**4901 East University BLvd., MB 1103**
**Odessa, TX 79762**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$12,781.20**

---

| Debtor | **COPsync, Inc.** | | Case number (*if known*) | **17-12625** |
|---|---|---|---|---|
| | Name | | | |

---

**3.122 6**

**Nonpriority creditor's name and mailing address**
**Uphie Chaney**
**1617 Shady Hollow**
**New Braunfels, TX 78132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,209.08**

---

**3.122 7**

**Nonpriority creditor's name and mailing address**
**Valentine Independent School District**
**209 E. Kentucky Street**
**Valentine, TX 79854**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.122 8**

**Nonpriority creditor's name and mailing address**
**Valley Mills Police Department**
**401 5th Street**
**Valley Mills, TX 76689**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$4,321.20**

---

**3.122 9**

**Nonpriority creditor's name and mailing address**
**Valley View Police Department**
**308 W. O'Buch Rd**
**Valley View, TX 76272**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$3,816.00**

---

**3.123 0**

**Nonpriority creditor's name and mailing address**
**Van Alstyne Police Department**
**242 N. Preston Avenue**
**Van Alstyne, TX 75495**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$5,598.24**

---

**3.123 1**

**Nonpriority creditor's name and mailing address**
**Van City Marshal**
**189 South Maple Avenue**
**Van, TX 75790**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123 2**

**Nonpriority creditor's name and mailing address**
**Van Meter Ashbrook & Associates, Inc.**
**41 S. High, Suite 3710**
**Columbus, OH 43215-3448**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | |

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

**3.123 3**

**Nonpriority creditor's name and mailing address**
**Van Municipal Court**
**113 W. Main**
**Van, TX 75790**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.123 4**

**Nonpriority creditor's name and mailing address**
**Vega Marshal's Office**
**900 E. Main Street**
**Vega, TX 79092**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,166.88**

---

**3.123 5**

**Nonpriority creditor's name and mailing address**
**Veribest Independent School District**
**10062 FM Hwy 380**
**Veribest, TX 76886**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123 6**

**Nonpriority creditor's name and mailing address**
**Verizon Wireless**
**P. O. Box 660108**
**Dallas, TX 75266**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,507.14**

---

**3.123 7**

**Nonpriority creditor's name and mailing address**
**Verizon Wireless - County of Beeville**
**P. O. Box 4001**
**Acworth, GA 30101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123 8**

**Nonpriority creditor's name and mailing address**
**Verizon Wireless - County of Brewster**
**P. O. Box 660108**
**Dallas, TX 75266**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,039.36**

---

**3.123 9**

**Nonpriority creditor's name and mailing address**
**Vidor Independent School District**
**Police Department**
**120 E. Bolivar**
**Vidor, TX 77662**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$3,856.80**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|

Name

---

| 3.124 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,655.26 |
|---|---|---|---|

**VNR-1 Communications, Inc.**
**P. O. Box 170416**
**Arlington, TX 76003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,921.80 |
|---|---|---|---|

**Von Ormy Marshal's Office**
**P. O. Box 10**
**Von Ormy, TX 78073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $162,402.36 |
|---|---|---|---|

**Votronics**
**1505 Capital Avenue**
**Plano, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35,087.28 |
|---|---|---|---|

**Waco Independent School District**
**Police Department**
**2015 Alexander**
**Waco, TX 76708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,435.14 |
|---|---|---|---|

**Wade Powell**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,065.32 |
|---|---|---|---|

**Waelder Police Department**
**Attn: Chief Taylor**
**300 US Highway 90**
**Waelder, TX 78959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wall Independent School District**
**8065 Loop 570**
**Wall, TX 76957**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

**3.124 7**

**Nonpriority creditor's name and mailing address**

**Waller County Sheriff's Office**
**701 Calvit Road**
**Hempstead, TX 77445**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.124 8**

**Nonpriority creditor's name and mailing address**

**Waller Municipal Court**
**1219 Farr Road**
**Waller, TX 77484**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.124 9**

**Nonpriority creditor's name and mailing address**

**Wampum Books**
**Attn:  Sephanie A. Duckworth**
**103 Edward Drive**
**Franklin Park, NJ 08823**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.125 0**

**Nonpriority creditor's name and mailing address**

**Ward County for Grandfalls-Royalty**
**Independent School District**
**c/o Judge Greg Holly**
**400 S. Allen, Suite 100**
**Monahans, TX 79756**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.125 1**

**Nonpriority creditor's name and mailing address**

**Ward County for Monahans Wichett**
**Pyote Independent School District**
**Attn: Greg Holly, Ward County Judge**
**400 S. Allen Suite 100**
**Monahans, TX 79756**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

**3.125 2**

**Nonpriority creditor's name and mailing address**

**Ward County Sheriff's Office**
**300 East 4th Street**
**Monahans, TX 79756**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$16,791.60**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

---

**3.125 3**

**Nonpriority creditor's name and mailing address**
**Ward E. Leber**
**4626 Tarantella Ln**
**San Diego, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.125 4**

**Nonpriority creditor's name and mailing address**
**Warren Jackson Griffin**
**1540 S. Church Street, Suite D**
**Charlotte, NC 28203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.125 5**

**Nonpriority creditor's name and mailing address**
**Washington County**
**105 West Main, Suite 105**
**Brenham, TX 77833-3753**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No  ☐ Yes

**$16,000.00**

---

**3.125 6**

**Nonpriority creditor's name and mailing address**
**Washington County Constable Pct 1**
**1305 E. Blue Bell, Suite 114**
**Brenham, TX 77833**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No  ☐ Yes

**$2,398.80**

---

**3.125 7**

**Nonpriority creditor's name and mailing address**
**Washington County Constable Pct 2**
**1950 FM 109**
**Brenham, TX 77833**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No  ☐ Yes

**$1,199.40**

---

**3.125 8**

**Nonpriority creditor's name and mailing address**
**Water Valley Independent School District**
**P. O. Box 250**
**Water Valley, TX 76958**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.125 9**

**Nonpriority creditor's name and mailing address**
**Weimar Independent School District**
**506 West Main Street**
**Weimar, TX 78962**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126 0**

**Nonpriority creditor's name and mailing address**
**Wesley Harris**
**1672 Big Bend Drive**
**Lewisville, TX 75077**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.126 1**

**Nonpriority creditor's name and mailing address**
**West Baton Rouge Office of Homeland**
**Security of Emergency Preparedness & 911**
**2413 Ernest Wilson Drive**
**Port Allen, LA 70767**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126 2**

**Nonpriority creditor's name and mailing address**
**West Baton Rouge Parish School Board**
**Attn: Jared Gibbs**
**3761 Rosedale Road**
**Port Allen, LA 70767**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126 3**

**Nonpriority creditor's name and mailing address**
**West Independent School District**
**801 N. Reagan**
**West, TX 76691**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$14,400.00**

---

**3.126 4**

**Nonpriority creditor's name and mailing address**
**West Police Department**
**110 N. Reagan**
**West, TX 76691**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$11,401.32**

---

| Debtor | **COPsync, Inc.** | Case number (if known) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.126 5**

**Nonpriority creditor's name and mailing address**

**West Publishing Corporation**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Demand for Payment**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.126 6**

**Nonpriority creditor's name and mailing address**

**West Tennessee Drug Task Force**
**157 Poplar Avenue #B-1**
**Memphis, TN 38119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset?  ■ No  ☐ Yes

**$460.00**

---

**3.126 7**

**Nonpriority creditor's name and mailing address**

**West Texas Interlocal Task Force**
**3702 Loop 322**
**Abilene, TX 79602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.126 8**

**Nonpriority creditor's name and mailing address**

**Wharton Independent School District**
**Police Department**
**2100 N. Fulton**
**Wharton, TX 77488**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset?  ■ No  ☐ Yes

**$753.84**

---

**3.126 9**

**Nonpriority creditor's name and mailing address**

**Wharton Sheriff's Office**
**315 E. Elm Street**
**Wharton, TX 77488**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.127 0**

**Nonpriority creditor's name and mailing address**

**Wheeler County**
**401 Main Street**
**Wheeler, TX 79096**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| Debtor | **COPsync, Inc.** | Case number (*if known*) | **17-12625** |
|---|---|---|---|
| | Name | | |

---

**3.127**
**1**

**Nonpriority creditor's name and mailing address**
**Wheeler Independent School District**
**1 Mustang Drive**
**Wheeler, TX 79096**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.127**
**2**

**Nonpriority creditor's name and mailing address**
**Whiteface County Independent**
**School District**
**401 Antelope Blvd.**
**Whiteface, TX 79379**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127**
**3**

**Nonpriority creditor's name and mailing address**
**Whiteface County Independent**
**School District Police Department**
**401 Antelope Blvd.**
**Whiteface, TX 79379**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$119.40**

---

**3.127**
**4**

**Nonpriority creditor's name and mailing address**
**Whitesboro Police Department**
**113 W. Main Street**
**Whitesboro, TX 76273**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$960.00**

---

**3.127**
**5**

**Nonpriority creditor's name and mailing address**
**Whitewright Police Department**
**507 W. Grand Street**
**Whitewright, TX 75491**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$8,813.40**

---

**3.127**
**6**

**Nonpriority creditor's name and mailing address**
**Wichita County Sheriff's Office**
**900 7th Street, Rm 100**
**Wichita Falls, TX 76301**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$3,097.20**

---

**3.127**
**7**

**Nonpriority creditor's name and mailing address**
**Wichita Falls Independent School**
**District Police Department**
**1104 Broad Street**
**Wichita Falls, TX 76301**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,199.40**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|--------|---------------|------------------------|----------|
|        | Name          |                        |          |

---

**3.127 8**

**Nonpriority creditor's name and mailing address**

**Wills Point Independent School District**
**338 W. North Commerce**
**Wills Point, TX 75169**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

**$690.00**

---

**3.127 9**

**Nonpriority creditor's name and mailing address**

**Wills Point Municipal Court**
**307 N. 4th Street**
**Wills Point, TX 75169**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128 0**

**Nonpriority creditor's name and mailing address**

**Wilmer Police Department**
**219 E. Belt Line**
**Wilmer, TX 75172**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128 1**

**Nonpriority creditor's name and mailing address**

**Wilson County Consstable Pct 3**
**P. O. Box 503**
**La Vernia, TX 78121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$10,887.75**

---

**3.128 2**

**Nonpriority creditor's name and mailing address**

**Wilson County Constable Pct 4**
**700 Main Street**
**Stockdale, TX 78160**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,228.15**

---

**3.128 3**

**Nonpriority creditor's name and mailing address**

**Winfeild Independent School District**
**214 N. School Street**
**Winfield, TX 75493**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.128 4**

**Nonpriority creditor's name and mailing address**

**Winfeild Police Department**
**P. O. Box 98**
**Winfield, TX 75493**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$2,916.00**

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

**3.128 5**

**Nonpriority creditor's name and mailing address**

**Wink Police Department**
**213 Hendricks Blvd.**
**Wink, TX 79789**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$8,708.10**

---

**3.128 6**

**Nonpriority creditor's name and mailing address**

**Wink-Loving Independent School District**
**200 N. Rosey Dodd Avenue**
**Wink, TX 79789**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.128 7**

**Nonpriority creditor's name and mailing address**

**Winkler County Sheriff's Office**
**1300 South Bellaire Street**
**Kermit, TX 79745**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$12,354.00**

---

**3.128 8**

**Nonpriority creditor's name and mailing address**

**Winnsboro Independent School District**
**207 E. Pine Street**
**Winnsboro, TX 75494**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.128 9**

**Nonpriority creditor's name and mailing address**

**Winnsboro Independent School District**
**Police Department**
**207 E. Pine Street**
**Winnsboro, TX 75494**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$3,737.99**

---

**3.129 0**

**Nonpriority creditor's name and mailing address**

**Winnsboro Municipal Court**
**501 S. Main Street**
**Winnsboro, TX 75494**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129 1**

**Nonpriority creditor's name and mailing address**

**Winnsboro Police Department**
**501 S. Main Street**
**Winnsboro, TX 75494**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

| 3.129 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Winters Police Department** | ■ Contingent | |
| | **312 South Main Street** | ■ Unliquidated | |
| | **Winters, TX 79567** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Services Provided__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Wireless Business Solutions** | ■ Contingent | |
| | **321 N. Central Expressway** | ■ Unliquidated | |
| | **Suite 306** | ■ Disputed | |
| | **McKinney, TX 75070** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Services Provided__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,000.00** |
|---|---|---|---|
| | **Wise County** | ☐ Contingent | |
| | **P. O. Box 899** | ☐ Unliquidated | |
| | **Decatur, TX 76234** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Services Provided__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37,620.00** |
|---|---|---|---|
| | **Wise County Sheriff's Office** | ☐ Contingent | |
| | **P. O. Box 899** | ☐ Unliquidated | |
| | **Decatur, TX 76234** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Services Provided__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,032.00** |
|---|---|---|---|
| | **Wolfforth Police Department** | ☐ Contingent | |
| | **302 Main Street** | ☐ Unliquidated | |
| | **Wolfforth, TX 79382** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Services Provided__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$729.84** |
|---|---|---|---|
| | **Wood County Constable Pct 2** | ☐ Contingent | |
| | **P. O. Box 325** | ☐ Unliquidated | |
| | **Mineola, TX 75773** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Services Provided__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120.00** |
|---|---|---|---|
| | **Wood County Fire Marshal** | ☐ Contingent | |
| | **P. O. Box 938** | ☐ Unliquidated | |
| | **Quitman, TX 75783** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Services Provided__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | COPsync, Inc. | | Case number (if known) | 17-12625 |
|---|---|---|---|---|
| | Name | | | |

---

**3.129 9**

**Nonpriority creditor's name and mailing address**

**Wood County Sheriff's Office**
**P. O. Box 307**
**Quitman, TX 75783**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

**$12,000.40**

---

**3.130 0**

**Nonpriority creditor's name and mailing address**

**Wood County Sheriff's Office for**
**Alba-Golden Independent School District**
**1373 CR 2377**
**Alba, TX 75410**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

**$1,200.00**

---

**3.130 1**

**Nonpriority creditor's name and mailing address**

**Woodsboro Municipal Court**
**Hon Louis Barnett/Debbie**
**121 N. Wood Avenue**
**Woodsboro, TX 78393**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.130 2**

**Nonpriority creditor's name and mailing address**

**Woodsboro Police Department**
**121 North Wood Avenue**
**Woodsboro, TX 78393**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

**$319.20**

---

**3.130 3**

**Nonpriority creditor's name and mailing address**

**Woodsboro Police Department**
**121 North Wood Avenue**
**Woodsboro, TX 78393**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

**$8,697.00**

---

**3.130 4**

**Nonpriority creditor's name and mailing address**

**Woodville Police Department**
**113 North Charlton**
**Woodville, TX 75379**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$4,686.48**

---

**3.130 5**

**Nonpriority creditor's name and mailing address**

**Wortham Police Department**
**110 E. Main Avenue**
**Wortham, TX 76693**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$10,607.20**

---

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| 3.130 6 | **Nonpriority creditor's name and mailing address**<br>**Yantis Independent School District**<br>**105 West Oak**<br>**Yantis, TX 75497**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Services Provided__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$2,400.00** |

| 3.130 7 | **Nonpriority creditor's name and mailing address**<br>**Yumaruski LLC**<br>**30 Preston Wood**<br>**New Braunfels, TX 78130**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Services Provided__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

| 3.130 8 | **Nonpriority creditor's name and mailing address**<br>**Zachry Publications**<br>**P. O. Box 1739**<br>**Abilene, TX 79604**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Lawsuit Settled__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$3,976.00** |

| 3.130 9 | **Nonpriority creditor's name and mailing address**<br>**Zavalla Police Department**<br>**838 E. Main Street**<br>**Zavalla, TX 75980**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Services Provided__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8,280.36** |

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Euler Hermes Collections**<br>**800 Red Brook Boulevard**<br>**Suite 400**<br>**Owings Mills, MD 21117** | Line __3.895__<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Internal Revenue Service**<br>**600 S. Maestri Street**<br>**New Orleans, LA 70130** | Line __2.28__<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Law Offices of Pucin & Friedland, P.C.**<br>**1699 E. Woodfield Road., Suite 360A**<br>**Schaumburg, IL 60173** | Line __3.599__<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Law Offices of Pucin & Friedland, P.C.**<br>**1699 E. Woodfield Road., Suite 360A**<br>**Schaumburg, IL 60173** | Line __3.64__<br>☐ Not listed. Explain ____ | _ |

| Debtor | COPsync, Inc. | Case number (if known) | 17-12625 |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.5 **Michael Hall**<br>**The Hall Law Firm**<br>**119 East Third Street**<br>**P. O. Box 168**<br>**Sweetwater, TX 79556** | Line **3.920**<br>☐ Not listed. Explain ____ | _ |
| 4.6 **Michael T. Jaques**<br>**Sessums-Dallas PLLC**<br>**240 Thrace Colony Park Drive**<br>**Suite One Hundred**<br>**Ridgeland, MS 39157** | Line **3.1029**<br>☐ Not listed. Explain ____ | _ |
| 4.7 **Michelle Little**<br>**500 Chestnut Suite 2000**<br>**Abilene, TX 79602** | Line **3.1308**<br>☐ Not listed. Explain ____ | _ |
| 4.8 **Norma Herrera Worley**<br>**Baton, East & Caldwell, PLLC**<br>**700 North St. Mary's**<br>**One River Walk Place, Suite 1825**<br>**San Antonio, TX 78205** | Line **3.757**<br>☐ Not listed. Explain ____ | _ |
| 4.9 **Robert Leroy**<br>**1 Sprague Street**<br>**Revere, MA 02151** | Line **3.1217**<br>☐ Not listed. Explain ____ | _ |
| 4.10 **Scott Ortiz Law Office PC**<br>**1012 Ridge Road**<br>**Rockwall, TX 75087** | Line **3.540**<br>☐ Not listed. Explain ____ | _ |
| 4.11 **Tal M. Unrad**<br>**Burns & LevinSon LLP**<br>**125 Summer Street**<br>**Boston, MA 02110** | Line **3.102**<br>☐ Not listed. Explain ____ | _ |
| 4.12 **U.S. Securities and Exchange Commission**<br>**Attn: Robert Stebbins**<br>**100 F. Street NE**<br>**Washington, DC 20549-0904** | Line **3.1222**<br>☐ Not listed. Explain ____ | _ |
| 4.13 **United States Securities and**<br>**Exchange Commission**<br>**Office of Investor Education & Advocacy**<br>**100 F Street NE**<br>**Washington, DC 20549** | Line **3.1222**<br>☐ Not listed. Explain ____ | _ |
| 4.14 **Verliance, Inc.**<br>**43406 Business Park Drive**<br>**Temecula, CA 92590** | Line **3.545**<br>☐ Not listed. Explain ____ | _ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 912,560.79 |
| 5b. Total claims from Part 2 | 5b. + $ | 10,936,877.93 |

Debtor   **COPsync, Inc.**
          Name

Case number (*if known*)   **17-12625**

**5c. Total of Parts 1 and 2**
  Lines 5a + 5b = 5c.

5c.   $ _____ **11,849,438.72**

## Summary of Unpaid Wages

### U.S. Department of Labor
Wage and Hour Division



| Office Address: | Dallas TX District Office<br>Dallas District Office<br>1701 E. Lamar<br>Suite 270<br>Arlington, TX  76006<br>817-861-2150 | Investigator:<br>**Limei Zhang** | | Date:<br>08/30/2017 |
|---|---|---|---|---|
| | | Employer Fed Tax ID Number: | 26-2670862 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| Alvarez-Gonzalez, Janet | 7606 Dockside Dr. Rowlett, TX 75088 | 05/20/2017 to 05/20/2017 | FLSA | $7,500.00 | $7,500.00 |
| | | | | $7,500.00 | $7,500.00 |
| Amin, Kosseim | 200 e94 St, Apt 1518 New York, NY  10128 | 11/05/2016 to 12/31/2016 | FLSA | $20,000.00 | $20,000.00 |
| | | | | $20,000.00 | $20,000.00 |
| ~~Anderson, Philip J~~ | ~~60 W. 23rd St, Apt 601 New York, NY  10010~~ | ~~03/04/2017 to 05/20/2017~~ | ~~FLSA~~ | ~~$31,250.01~~ | ~~$31,250.01~~ |
| | | | | ~~$31,250.01~~ | ~~$31,250.01~~ |
| Carberry, Karen T | 8740 San Bernard Street Plano, TX  75024 | 06/17/2017 to 08/19/2017 | FLSA | $8,953.41 | $8,953.41 |
| | | | | $8,953.41 | $8,953.41 |
| Cedillo, Chadwick | 1050 York Creek Rd New Braunfels, TX 78130 | 07/02/2016 to 06/17/2017 | FLSA | $1,001.38 | $1,001.38 |
| | | | | $1,001.38 | $1,001.38 |
| Chaney, Matthew K | 1617 Shady Hallow New Braunfels, TX  78132 | 06/17/2017 to 06/17/2017 | FLSA | $2,083.33 | $2,083.33 |
| | | | | $2,083.33 | $2,083.33 |

| I agree to pay the listed employees the amount due shown above by 11/28/2017 | Employer Name and Address:<br>COPsync, Inc.<br>COPsync, Inc<br>16415 Addison Rd., Ste 300<br>Addison TX 75001 | Subtotal: | $70,788.13 | $70,788.13 |
|---|---|---|---|---|
| Signed: *Danielle Pellgrin* | | | | |
| Date: September 1, 2017 | | | | |

Form WH-56

Date: 08/30/2017 5:09:50 PM          Case ID:  1823937          Page 1

## Summary of Unpaid Wages

**U.S. Department of Labor**
Wage and Hour Division



| Office Address: | Dallas TX District Office<br>Dallas District Office<br>1701 E. Lamar<br>Suite 270<br>Arlington, TX  76006<br>817-861-2150 | | Investigator:<br>**Limei Zhang** | | | Date:<br>08/30/2017 |
|---|---|---|---|---|---|---|
| | | | Employer Fed Tax ID Number: | | 26-2670862 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | . | Total |
|---|---|---|---|---|---|---|
| Chaney, Russell | 1617 Shady Hallow<br>New Braunfels, TX  78132 | 03/04/2017<br>to<br>08/19/2017 | FLSA | $35,000.00 | | $35,000.00 |
| | | | | $35,000.00 | | $35,000.00 |
| Chaney, Uphie V | 1617 Shady Hallow<br>New Braunfels, TX  78132 | 06/17/2017<br>to<br>08/19/2017 | FLSA | $2,300.00 | | $2,300.00 |
| | | | | $2,300.00 | | $2,300.00 |
| Chapman, Marcus R | 3826 Jewel Street<br>Sachse, TX  75048 | 05/20/2017<br>to<br>05/20/2017 | FLSA | $1,789.77 | | $1,789.77 |
| | | | | $1,789.77 | | $1,789.77 |
| Dietert, Kirsten | 2558 Country Ledge Dr<br>New Braunfels, TX  78132 | 06/17/2017<br>to<br>08/19/2017 | FLSA | $3,333.34 | | $3,333.34 |
| | | | | $3,333.34 | | $3,333.34 |
| Fernandez, Maria G | 4400 W University Blvd Apt<br>#18105<br>Dallas, TX  75209 | 05/20/2017<br>to<br>05/20/2017 | FLSA | $3,787.00 | | $3,787.00 |
| | | | | $3,787.00 | | $3,787.00 |
| Flees, Erik J | 1064 Knoxbridge Rd<br>Forney, TX  75126 | 06/17/2017<br>to<br>06/17/2017 | FLSA | $5,208.33 | | $5,208.33 |
| | | | | $5,208.33 | | $5,208.33 |

| I agree to pay the listed employees the amount due shown above by 11/28/2017<br><br>Signed: _Danielle Pellgrin_<br><br>Date: _September 1, 2017_ | Employer Name and Address:<br>COPsync, Inc.<br>COPsync, Inc<br>16415 Addison Rd., Ste 300<br>Addison TX 75001 | Subtotal: $51,418.44 | $51,418.44 |
|---|---|---|---|

Form WH-56

## Summary of Unpaid Wages

**U.S. Department of Labor**
Wage and Hour Division



| Office Address: | Dallas TX District Office<br>Dallas District Office<br>1701 E. Lamar<br>Suite 270<br>Arlington, TX 76006<br>817-861-2150 | | Investigator:<br>**Limei Zhang** | | | Date:<br>08/30/2017 |
|---|---|---|---|---|---|---|
| | | | Employer Fed Tax ID Number: | 26-2670862 | | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| Fletcher, Christine | 3029 Blue Jay Lane<br>Midlothian, TX 76065 | 05/20/2017<br>to<br>05/20/2017 | FLSA | $2,784.09 | $2,784.09 |
| | | | | $2,784.09 | $2,784.09 |
| Fucik, Anna C | 5005 Galleria Dr<br>Farmers Branch, TX 75244 | 06/27/2015<br>to<br>06/17/2017 | FLSA | $7,126.37 | $7,126.37 |
| | | | | $7,126.37 | $7,126.37 |
| Garland, Sean D | 5711 Preston Oaks Rd Apt 827<br>Dallas, TX 75254 | 05/20/2017<br>to<br>05/20/2017 | FLSA | $3,363.64 | $3,363.64 |
| | | | | $3,363.64 | $3,363.64 |
| Gomez, Roger | 280 Escarpment Oak<br>New Braunfels, TX 78130 | 06/17/2017<br>to<br>06/17/2017 | FLSA | $2,708.33 | $2,708.33 |
| | | | | $2,708.33 | $2,708.33 |
| Harris, Donald Wesley | 1671 Big Bend Dr<br>Lewisville, TX 75077 | 06/17/2017<br>to<br>07/15/2017 | FLSA | $2,800.70 | $2,800.70 |
| | | | | $2,800.70 | $2,800.70 |
| Harris, Stephen | 275 Sly Street<br>Meadowlakes, TX 78654 | 06/17/2017<br>to<br>08/19/2017 | FLSA | $5,000.00 | $5,000.00 |
| | | | | $5,000.00 | $5,000.00 |

| I agree to pay the listed employees the amount due shown above by 11/28/2017<br><br>Signed: _Danielle Pellgrin_<br><br>Date: __September 1, 2017__ | Employer Name and Address:<br>COPsync, Inc.<br>COPsync, Inc<br>16415 Addison Rd., Ste 300<br>Addison TX 75001 | Subtotal: $23,783.13 | $23,783.13 |
|---|---|---|---|

Form WH-56

Date: 08/30/2017 5:09:50 PM     Case ID: 1823937     Page 3

Summary of Unpaid Wages

**U.S. Department of Labor**
Wage and Hour Division



| Office Address: | Dallas TX District Office<br>Dallas District Office<br>1701 E. Lamar<br>Suite 270<br>Arlington, TX 76006<br>817-861-2150 | Investigator:<br>**Limei Zhang** | | Date:<br>08/30/2017 |
| --- | --- | --- | --- | --- |
| | | Employer Fed Tax ID Number: | 26-2670862 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
| --- | --- | --- | --- | --- | --- |
| Haver, Michelle D | 3904 Harbor Bolton<br>Franklin, TX 77856 | 06/17/2017<br>to<br>08/19/2017 | FLSA | $5,000.00<br><br>$5,000.00 | $5,000.00<br><br>$5,000.00 |
| Herrera, Lindsey M | 4049 Ploetz Rd<br>Seguin, TX 78155 | 06/17/2017<br>to<br>08/19/2017 | FLSA | $2,800.00<br><br>$2,800.00 | $2,800.00<br><br>$2,800.00 |
| Hudson, Kevin C | 301 Main Plaza Ste 228<br>New Braunfels, TX 78130 | 05/14/2016<br>to<br>06/17/2017 | FLSA | $1,839.65<br><br>$1,839.65 | $1,839.65<br><br>$1,839.65 |
| Kline, Holly L | 1301 Ash Street<br>Llano, TX 78643 | 06/17/2017<br>to<br>06/17/2017 | FLSA | $2,500.00<br><br>$2,500.00 | $2,500.00<br><br>$2,500.00 |
| Lopez, Eddie | 180 Skyview Ave<br>New Braunfels, TX 78130 | 08/22/2015<br>to<br>08/19/2017 | FLSA | $8,376.22<br><br>$8,376.22 | $8,376.22<br><br>$8,376.22 |
| Mock, Clint D | unknown | 08/19/2017<br>to<br>08/19/2017 | FLSA | $2,500.00<br><br>$2,500.00 | $2,500.00<br><br>$2,500.00 |

| I agree to pay the listed employees the amount due shown above by 11/28/2017<br><br>Signed: _Danielle Pellgrin_<br><br>Date: __September 1, 2017__ | Employer Name and Address:<br>COPsync, Inc.<br>COPsync, Inc<br>16415 Addison Rd., Ste 300<br>Addison TX 75001 | Subtotal: | $23,015.87 | $23,015.87 |
| --- | --- | --- | --- | --- |

Form WH-56

## Summary of Unpaid Wages

### U.S. Department of Labor
Wage and Hour Division



| Office Address: | Dallas TX District Office<br>Dallas District Office<br>1701 E. Lamar<br>Suite 270<br>Arlington, TX 76006<br>817-861-2150 | Investigator: .<br>**Limei Zhang** | | | | Date:<br>08/30/2017 |
|---|---|---|---|---|---|---|
| | | Employer Fed Tax ID Number: | | 26-2670862 | | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| Moehle, Chris J | 1802 Kingsbridge<br>San Antonio, TX 78253 | 05/20/2017<br>to<br>08/19/2017 | FLSA | $10,000.02 | $10,000.02 |
| | | | | $10,000.02 | $10,000.02 |
| Platzer, William (Scott?) | 12625 Memorial Dr #78<br>Houston, TX 77024 | 05/20/2017<br>to<br>05/20/2017 | FLSA | $4,166.67 | $4,166.67 |
| | | | | $4,166.67 | $4,166.67 |
| Powell, Christna R | 6391 Gordon St<br>Frisco, TX 75034 | 05/20/2017<br>to<br>05/20/2017 | FLSA | $4,545.45 | $4,545.45 |
| | | | | $4,545.45 | $4,545.45 |
| Powell, Robbins L | 507 Persimmon Trail<br>Forney, TX 75126 | 06/17/2017<br>to<br>08/19/2017 | FLSA | $7,500.00 | $7,500.00 |
| | | | | $7,500.00 | $7,500.00 |
| Powell, Wade T | 6391 Gordon St<br>Frisco, TX 75034 | 03/04/2017<br>to<br>06/17/2017 | FLSA | $24,431.82 | $24,431.82 |
| | | | | $24,431.82 | $24,431.82 |
| Prescott, Julia K | 31473 Catalina Way<br>Bulverde, TX 78163 | 06/17/2017<br>to<br>08/19/2017 | FLSA | $6,833.34 | $6,833.34 |
| | | | | $6,833.34 | $6,833.34 |

| I agree to pay the listed employees the amount due shown above by 11/28/2017<br><br>Signed: _Danielle Pellgrin_<br><br>Date: _September 1, 2017_ | Employer Name and Address:<br>COPsync, Inc.<br>COPsync, Inc<br>16415 Addison Rd., Ste 300<br>Addison TX 75001 | Subtotal: $57,477.30 | $57,477.30 |
|---|---|---|---|

Form WH-56

Summary of Unpaid Wages

**U.S. Department of Labor**
Wage and Hour Division



| Office Address: | Dallas TX District Office<br>Dallas District Office<br>1701 E. Lamar<br>Suite 270<br>Arlington, TX 76006<br>817-861-2150 | | Investigator:<br>**Limei Zhang** | | Date:<br>08/30/2017 |
|---|---|---|---|---|---|
| | | | Employer Fed Tax ID Number: | 26-2670862 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| Price, Rodney | 7830 Valley Ridge Dr<br>Northlake, TX 76247 | 06/11/2016<br>to<br>06/17/2017 | FLSA | $1,657.12 | $1,657.12 |
| | | | | $1,657.12 | $1,657.12 |
| Rapp, Jason S | 1617 Shady Hollow<br>New Braunfels, TX 78132 | 03/04/2017<br>to<br>08/19/2017 | FLSA | $40,000.00 | $40,000.00 |
| | | | | $40,000.00 | $40,000.00 |
| Reyes, Jr., Alonzo | 231 N Lonestar Ave<br>New Braunfels, TX 78130 | 06/25/2016<br>to<br>08/19/2017 | FLSA | $2,421.58 | $2,421.58 |
| | | | | $2,421.58 | $2,421.58 |
| Roe, Jan A | 202 Hughes Cutoff Rd<br>Franklin, TX 77856 | 06/17/2017<br>to<br>08/19/2017 | FLSA | $5,416.66 | $5,416.66 |
| | | | | $5,416.66 | $5,416.66 |
| Roger, Sabrina | 1226 S Lake Dr<br>Gladewater, TX 75647 | 06/17/2017<br>to<br>08/19/2017 | FLSA | $5,000.00 | $5,000.00 |
| | | | | $5,000.00 | $5,000.00 |
| Severin, Herbert | 3512 Ash Lane<br>McKinney, TX 75070 | 03/04/2017<br>to<br>06/17/2017 | FLSA | $23,561.32 | $23,561.32 |
| | | | | $23,561.32 | $23,561.32 |

| I agree to pay the listed employees the amount due shown above by 11/28/2017<br><br>Signed: *Danielle Pellgrin*<br><br>Date: **September 1, 2017** | Employer Name and Address:<br>COPsync, Inc.<br>COPsync, Inc<br>16415 Addison Rd., Ste 300<br>Addison TX 75001 | Subtotal: | $78,056.68 | $78,056.68 |
|---|---|---|---|---|

Form WH-56

Summary of Unpaid Wages

**U.S. Department of Labor**
Wage and Hour Division



| Office Address: | Dallas TX District Office<br>Dallas District Office<br>1701 E. Lamar<br>Suite 270<br>Arlington, TX 76006<br>817-861-2150 | | Investigator:<br>**Limei Zhang** | | Date:<br>08/30/2017 |
|---|---|---|---|---|---|
| | | | Employer Fed Tax ID Number: | 26-2670862 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| Vanover, Janice E | 706 S Jupiter Rd #709<br>Allen, TX 75002 | 02/11/2017<br>to<br>06/17/2017 | FLSA | $3,553.80 | $3,553.80 |
| | | | | $3,553.80 | $3,553.80 |
| Vetter, Cynthia L | 735 San Luis<br>New Braunfels, TX 78132 | 06/17/2017<br>to<br>08/19/2017 | FLSA | $6,666.66 | $6,666.66 |
| | | | | $6,666.66 | $6,666.66 |
| Whitney, Chad A | 5751 Green Hill Rd Apt 616<br>San Angelo, TX 76901 | 06/06/2015<br>to<br>06/17/2017 | FLSA | $3,142.44 | $3,142.44 |
| | | | | $3,142.44 | $3,142.44 |
| Wiand, Christopher | 9040 Briarwood Dr<br>San Angelo, TX 76901 | 05/20/2017<br>to<br>05/20/2017 | FLSA | $1,136.36 | $1,136.36 |
| | | | | $1,136.36 | $1,136.36 |
| Wilson, Barry | 804 Woodrdge Drive<br>Fort Worth, TX 76120 | 03/04/2017<br>to<br>08/19/2017 | FLSA | $36,458.35 | $36,458.35 |
| | | | | $36,458.35 | $36,458.35 |
| ~~Woessner, Ronald~~ | ~~5108 Pinehurst~~<br>~~Frisco, TX 75034~~ | ~~03/04/2017~~<br>~~to~~<br>~~04/01/2017~~ | ~~FLSA~~ | ~~$26,909.73~~ | ~~$26,909.73~~ |
| | | | | ~~$26,909.73~~ | ~~$26,909.73~~ |

| I agree to pay the listed employees the amount due shown above by 11/28/2017<br><br>Signed: *Danielle Pellegrin*<br><br>Date: September 1, 2017 | Employer Name and Address:<br>COPsync, Inc.<br>COPsync, Inc<br>16415 Addison Rd., Ste 300<br>Addison TX 75001 | Subtotal: | $77,867.34 | $77,867.34 |
|---|---|---|---|---|
| | | Total: | $401,248.70 | $401,248.70 |

Form WH-56

## Summary of Unpaid Wages

**U.S. Department of Labor**
Wage and Hour Division



| Office Address: | Dallas TX District Office<br>Dallas District Office<br>1701 E. Lamar<br>Suite 270<br>Arlington, TX  76006<br>817-861-2150 | Investigator:<br>**Limei Zhang** | | Date:<br>08/30/2017 |
| --- | --- | --- | --- | --- |
| | | Employer Fed Tax ID Number: | 26-2670862 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
| --- | --- | --- | --- | --- | --- |
| Severin, Kevin | unknown | 08/19/2017 to 08/19/2017 | FLSA | $2,210.00 | $2,210.00 |
| | | | | $2,210.00 | $2,210.00 |
| Stewart, Bryan K | unknown | 08/19/2017 to 08/19/2017 | FLSA | $2,500.00 | $2,500.00 |
| | | | | $2,500.00 | $2,500.00 |
| Tran, Thien C | 4553 Vista Knoll Dr<br>Plano, TX  75093 | 06/17/2017 to 08/19/2017 | FLSA | $5,466.66 | $5,466.66 |
| | | | | $5,466.66 | $5,466.66 |
| Trotter, Caleb J | 2600 E Renner Rd<br>Richardson, TX  75082 | 11/19/2016 to 06/17/2017 | FLSA | $998.49 | $998.49 |
| | | | | $998.49 | $998.49 |
| Ulrich, Jane | 1235 Rimrock Cove<br>Spring Branch, TX  78070 | 06/17/2017 to 08/19/2017 | FLSA | $5,166.66 | $5,166.66 |
| | | | | $5,166.66 | $5,166.66 |
| Vanover, Adam | 706 S Jupiter Rd #709<br>Allen, TX  75002 | 06/17/2017 to 06/17/2017 | FLSA | $2,500.00 | $2,500.00 |
| | | | | $2,500.00 | $2,500.00 |

| I agree to pay the listed employees the amount due shown above by 11/28/2017<br><br>Signed: _Danielle Pellgrin_<br><br>Date: __September 1, 2017__ | Employer Name and Address:<br>COPsync, Inc.<br>COPsync, Inc<br>16415 Addison Rd., Ste 300<br>Addison TX 75001 | Subtotal: | $18,841.81 | $18,841.81 |
| --- | --- | --- | --- | --- |

Form WH-56

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **COPsync, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (if known) | **17-12625** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
| | State the term remaining | | **Addison Tower Investment Co., LLC**<br>**16415 Addison Road, Suite 100**<br>**Attn: Lorna Sobrino**<br>**Addison, TX 75001** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Financing Contract** | |
| | State the term remaining | | **AFCO**<br>**Dept 0809**<br>**P. O. Box 120001**<br>**Dallas, TX 75312-0809** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Contract** | |
| | State the term remaining | | **AFLAC**<br>**Attn: RPS**<br>**1932 Wynnton Road**<br>**Columbus, GA 31993-0797** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Current Employee Contract** | |
| | State the term remaining | | **Alonzo Reyes, Jr.**<br>**231 N. Lonestar Avenue**<br>**New Braunfels, TX 78130** |
| | List the contract number of any government contract | | |

| Debtor 1 | **COPsync, Inc.** | | | Case number *(if known)* | **17-12625** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
|---|---|---|---|
| | State the term remaining | | **Anastasi Automotive** |
| | List the contract number of any government contract | | **9766 FM 2673**<br>**Canyon Lake, TX 78133** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Current Employee Contract** | |
|---|---|---|---|
| | State the term remaining | | **Anna Fucik** |
| | List the contract number of any government contract | | **1024 Misty Hollow**<br>**New Braunfels, TX 78132** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone Contract** | |
|---|---|---|---|
| | State the term remaining | | **Aon Risk Services Southwest, Inc.**<br>**Attn: Ricky Wong** |
| | List the contract number of any government contract | | **5555 San Felipe, Suite 1500**<br>**Houston, TX 77056** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Current Contractor** | |
|---|---|---|---|
| | State the term remaining | | **Ashley Powell** |
| | List the contract number of any government contract | | **507 Persimmon Trail**<br>**Forney, TX 75126** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone  Contract** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Mobilibty - Mason County**<br>**Sheriff's Office** |
| | List the contract number of any government contract | | **P. O. Box 6463**<br>**Carol Stream, IL 60197-6463** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone Contract** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Mobilibty - Terrell ISD PD** |
| | List the contract number of any | | **P. O. Box 6463**<br>**Carol Stream, IL 60197-6463** |

| Debtor 1 | **COPsync, Inc.** | | | Case number *(if known)* | **17-12625** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| | government contract | |
| **2.11.** | State what the contract or lease is for and the nature of the debtor's interest | **Telephone Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **AT&T Mobiliety - Zavalla PD**<br>**P. O. Box 6463**<br>**Carol Stream, IL 60197-6463** |
| **2.12.** | State what the contract or lease is for and the nature of the debtor's interest | **Telephone Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **AT&T Mobility - Company**<br>**P. O. Box 6463**<br>**Carol Stream, IL 60197-6463** |
| **2.13.** | State what the contract or lease is for and the nature of the debtor's interest | **Telephone Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **AT&T Mobility - Huntington Police Dept.**<br>**P. O. Box 6463**<br>**Carol Stream, IL 60197-6463** |
| **2.14.** | State what the contract or lease is for and the nature of the debtor's interest | **Telephone Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **AT&T Mobility - Shane Rapp**<br>**P. O. Box 6463**<br>**Hoffman Estates, IL 60179-6463** |
| **2.15.** | State what the contract or lease is for and the nature of the debtor's interest | **Telephone Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **AT&T Mobility - Starr County**<br>**Sheriff's Office**<br>**P. O. Box 6463**<br>**Carol Stream, IL 60197-6463** |
| **2.16.** | State what the contract or lease is for and the nature of the debtor's interest | **Telephone Contract** |
| | | **AT&T#4768**<br>**P. O. Box 6463**<br>**Carol Stream, IL 60197-6463** |

| Debtor 1 | **COPsync, Inc.** | | | Case number *(if known)* | **17-12625** |
|----------|-------------------|--|--|--------------------------|--------------|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Software Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Autotask Corporation**<br>**P. O. Box 787231**<br>**Philadelphia, PA 19178-7231** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Beacon Hill Staffing Group**<br>**P. O. Box 846193**<br>**Boston, MA 02108** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Blue Alert Foundation**<br>**Attn: Donations**<br>**P. O. Box 805**<br>**Laurel, FL 34272-0805** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Investor Communication Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Broadridge Investor Communication Solutions, Inc.**<br>**P. O. Box 416423**<br>**Boston, MA 02241-6423** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **CFG Merchant Solutions, LLC** |

10/16/17 9:48PM

| Debtor 1 | COPsync, Inc. | | | Case number *(if known)* | 17-12625 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## ▉ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicles Leases - Descriptions??? (Dodge Caravan, 2013 Explorer, 2014 Dodge Charger)???** | |
|---|---|---|---|
| | State the term remaining | | **Chrysler Capital** |
| | List the contract number of any government contract | | **P. O. Box 660335** **Dallas, TX 75266-0335** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
|---|---|---|---|
| | State the term remaining | | **Comal County Tax Office** **c/o McCreary, Veselka Bragg & Allen P.C.** |
| | List the contract number of any government contract | | **700 Jeffrey Way, Suite 100** **Round Rock, TX 78665** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Current Employee Contract** | |
|---|---|---|---|
| | State the term remaining | | **Danielle Pellegrin** |
| | List the contract number of any government contract | | **1722 Jackson Avenue, Unit A** **New Orleans, LA 70113** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Registered Agent Contract** | |
|---|---|---|---|
| | State the term remaining | | **Delaware Intercorp, Inc.** |
| | List the contract number of any government contract | | **113 Barksdale Professional Center** **Newark, DE 19711-3258** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Benefits Contract** | |
|---|---|---|---|
| | State the term remaining | | **Dental Select** |
| | List the contract number of any government contract | | **P. O. Box 301680** **Dallas, TX 75303-1680** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
|---|---|---|---|
| | State the term remaining | | **Department of State** **Miscellaneous Records Bureau** **41 State Street** **Albany, NY 12231-0001** |

| Debtor 1 | **COPsync, Inc.** | | | Case number *(if known)* | **17-12625** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<div style="background:purple"> </div> **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | List the contract number of any government contract | _____ |
|---|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Devronix Solutions**<br>**5368 State Highway Suite 276**<br>**Royse City, TX 75189** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Administor 401K plan** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Dyatech, LLC**<br>**805 S. Wheatley Street, Suite 600**<br>**Ridgeland, MS 39157** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Current Employee** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Eddie Lopez**<br>**180 Skyview Avenue**<br>**New Braunfels, TX 78130** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Hosting Service Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Edge Hosting, LLC**<br>**120 E. Baltimore Street, Suite 1900**<br>**Baltimore, MD 21202** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Software Development Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Equisolve**<br>**2455 E. Sunrise Blvd., Suite 1201**<br>**Fort Lauderdale, FL 33304** |

| Debtor 1 | **COPsync, Inc.** | | | Case number *(if known)* | **17-12625** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
|---|---|---|---|
| | State the term remaining | | **Everest Corporate Advisors, Inc.**<br>**5030 Paradise Road, Suie A 106**<br>**Las Vegas, NV 89119** |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **SEC Reporting Contract** | |
|---|---|---|---|
| | State the term remaining | | **Federal Filings, LLC**<br>**807 Brazos Street, Suite 403**<br>**Austin, TX 78701** |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Financing Contract** | |
|---|---|---|---|
| | State the term remaining | | **First Insurance**<br>**P. O. Box 7000**<br>**IL 60797-7000** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Taxes** | |
|---|---|---|---|
| | State the term remaining | | **Florida Department of Revenue**<br>**5050 W. Tennessee Street Bldg L**<br>**Tallahassee, FL 32399-0180** |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Leases** | |
|---|---|---|---|
| | State the term remaining | | **Ford Motor Credit**<br>**Box 220564**<br>**Pittsburgh, PA 15257-2564** |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting Contract** | |
|---|---|---|---|
| | State the term remaining | | **Friedman, LLC**<br>**301 Lippincott Drive, 4th Floor**<br>**Marlton, NJ 08053** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

10/16/17 9:48PM

| Debtor 1 | **COPsync, Inc.** | | | Case number *(if known)* | **17-12625** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
| | State the term remaining | | **Gamber-Johnson, LLC** |
| | List the contract number of any government contract | | **P. O. Box 8750** **Carol Stream, IL 60197-8751** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
| | State the term remaining | | **Globe Runner** |
| | List the contract number of any government contract | | **16415 Addison Road, Suite 550** **Addison, TX 75001** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
| | State the term remaining | | **Harter Secrest & Emery LLP** |
| | List the contract number of any government contract | | **1600 Bausch & Lomb Place** **Rochester, NY 14604-2711** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **IT Services Contract** | |
| | State the term remaining | | **Hedwigs Hill Solutions** |
| | List the contract number of any government contract | | **P. O. Box 393** **Mason, TX 76856** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll Taxes Contract** | |
| | State the term remaining | | **Illinois Department of Employment Security** |
| | List the contract number of any government contract | | **33 S. State, 10th Floor** **Chicago, IL 60603-2802** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | **Illinois Department of Renveue** **P. O. Box 19052** **Springfield, IL 62794-9052** |

| Debtor 1 | **COPsync, Inc.** | | Case number *(if known)* | **17-12625** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

---

**2.45.** State what the contract or lease is for and the nature of the debtor's interest — **Contract**

State the term remaining

List the contract number of any government contract

**Indiana Department of Renvene**
**Indiana Government Center North**
**100 North Senate Avenue**
**Indianapolis, IN 46204**

---

**2.46.** State what the contract or lease is for and the nature of the debtor's interest — **Current Employee Contract**

State the term remaining

List the contract number of any government contract

**Jan Roe**
**202 Hughes Cutoff Road**
**Franklin, TX 77856**

---

**2.47.** State what the contract or lease is for and the nature of the debtor's interest — **Current Employee Contract**

State the term remaining

List the contract number of any government contract

**Karen Carberry**
**8740 San Bernard Street**
**Plano, TX 75024**

---

**2.48.** State what the contract or lease is for and the nature of the debtor's interest — **Real Estate Lease**

State the term remaining

List the contract number of any government contract

**Legacy Commercial Real Estate**
**2021 W. State Hwy. 46 , Suite 101**
**New Braunfels, TX 78132**

---

**2.49.** State what the contract or lease is for and the nature of the debtor's interest — **Web Services Contract**

State the term remaining

List the contract number of any government contract

**Lost Pearl Creative, LLC**
**18900 Dallas Pkwy, Suite 125**
**Dallas, TX 75287**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

10/16/17 9:48PM

| Debtor 1 | **COPsync, Inc.** | | | Case number *(if known)* | **17-12625** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<div style="background:purple; width:60px; height:30px;"></div>  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.50.** State what the contract or lease is for and the nature of the debtor's interest — **Contract**

State the term remaining

List the contract number of any government contract

Macstadium, Inc.
1120 Curran Street
Atlanta, GA 30318

**2.51.** State what the contract or lease is for and the nature of the debtor's interest — **Contract**

State the term remaining

List the contract number of any government contract

MAILGUN
P. O. Box 730759
Dallas, TX 75373-0759

**2.52.** State what the contract or lease is for and the nature of the debtor's interest — **Software Development Contract**

State the term remaining

List the contract number of any government contract

Making Sense, LLC
401 E. Houston Street
San Antonio, TX 78205

**2.53.** State what the contract or lease is for and the nature of the debtor's interest — **Current Contractor Contract**

State the term remaining

List the contract number of any government contract

Marcus Chapman
3826 Jewel Street
Sachse, TX 75048

**2.54.** State what the contract or lease is for and the nature of the debtor's interest — **Contract**

State the term remaining

List the contract number of any government contract

MaxSNR LLC
P. O. Box 850052
Richardson, TX 75085-0052

**2.55.** State what the contract or lease is for and the nature of the debtor's interest — **Contract**

State the term remaining

List the contract number of any

Mediant Communications Inc.
P. O. Box 29976
New York, NY 10087-9976

10/16/17 9:48PM

| Debtor 1 | **COPsync, Inc.** | | | Case number (*if known*) | **17-12625** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract

---

**2.56.** State what the contract or lease is for and the nature of the debtor's interest — **Hosting Contract**

State the term remaining

List the contract number of any government contract

**MegaPath Cloud Company LLC**
**Dept 0324**
**P. O. Box 120324**
**Dallas, TX 75312-0324**

---

**2.57.** State what the contract or lease is for and the nature of the debtor's interest — **Current Employee Contract**

State the term remaining

List the contract number of any government contract

**Michael Angle**
**4921 Perrier Street**
**New Orleans, LA 70115**

---

**2.58.** State what the contract or lease is for and the nature of the debtor's interest — **Contract**

State the term remaining

List the contract number of any government contract

**Michael's Keys, Inc.**
**4003 Colleyville Blvd.**
**Colleyville, TX 76034**

---

**2.59.** State what the contract or lease is for and the nature of the debtor's interest — **Software and Hosting Contract**

State the term remaining

List the contract number of any government contract

**Microsoft Corporation**
**P. O. Box 841800**
**Dallas, TX 75284-1800**

---

**2.60.** State what the contract or lease is for and the nature of the debtor's interest — **Software and Hosting Contract**

State the term remaining

List the contract number of any government contract

**Microsoft Corporation**
**P. O. Box 844510**
**Bank of America**
**Dallas, TX 75284**

---

**2.61.** State what the contract or lease is for and the nature of the debtor's interest — **Software and Hosting Contract**

**Microsoft.**
**P. O. Box 842103**
**Dallas, TX 75284-2103**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **COPsync, Inc.** | | | Case number *(if known)* | **17-12625** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Microsoft.**<br>P. O. Box 842103<br>Dallas, TX 75284-2103 |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **MRI of Dallas Parkway, LLC (MRIDP)**<br>Green Bank<br>P. O. Box 796575<br>Dallas, TX 75379 |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Gistration and Transfers Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Nevada Agency and Transfer Company**<br>50 West Liberty, Suite 880<br>Reno, NV 89501 |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Leases** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **New England Kenworth**<br>P. O. Box 2700<br>Concord, NH 03302-2700 |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Software Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **New Relic, Inc.**<br>P. O. Box 101812<br>Pasadena, CA 91189-1812 |

10/16/17 9:48PM

| Debtor 1 | **COPsync, Inc.** | | | Case number *(if known)* | **17-12625** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** |
|---|---|---|
| | State the term remaining | **New York State Department of Law** |
| | List the contract number of any government contract | **Attn: Investor Protection Bureau** **120 Broadway 23rd Floor** **New York, NY 10271** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **North Texas Tollway Authority** |
| | List the contract number of any government contract | **P. O. Box 660224** **Dallas, TX 75266-0244** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Keyman Insurance Contract** |
|---|---|---|
| | State the term remaining | **Northwestern Mutual** |
| | List the contract number of any government contract | **720 East Wisconsin Avenue** **Milwaukee, WI 53202** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** |
|---|---|---|
| | State the term remaining | **Ohio Department of Job and Family Services** |
| | List the contract number of any government contract | **P. O. Box 182413** **Columbus, OH 43218-2413** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** |
|---|---|---|
| | State the term remaining | **OKLAHOMA TURNPIKE AUTHORITY** |
| | List the contract number of any government contract | **4401 West Memorial Road Suite 130** **Oklahoma City, OK 73134-1790** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** |
|---|---|---|
| | State the term remaining | **Omni Pro Electronics** |
| | List the contract number of any | **3220 Commander Drive** **Suite 102** **Carrollton, TX 75006** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **COPsync, Inc.** | | Case number *(if known)* | **17-12625** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Trading Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **OTC Markets Group, Inc.**<br>**P. O. Box 29959**<br>**New York, NY 10087-9959** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Oxford Global Resources, LLC**<br>**P. O. Box 3256**<br>**Boston, MA 02241-3256** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Leases** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Patsy's Leasing**<br>**31 Hall Street**<br>**Concord, NH 03301** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **PCM**<br>**File 55327**<br>**Los Angeles, CA 90074-5327** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pharr Economic Development Corp, II** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting Contract** | **PMB Helin Donovan**<br>**P. O. Box 202260**<br>**Austin, TX 78720** |
|---|---|---|---|

| Debtor 1 | **COPsync, Inc.** | | Case number *(if known)* | **17-12625** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
government contract

---

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**PRINTECK, INC.**
**1517 Townline Road**
**Benton Harbor, MI 49022**

---

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Prosperity Bank**

---

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Pryor Cashman LLP**
**7 Times Square**
**New York, NY 10036**

---

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Pulseway MMSOFT Design Ltd**
**6 - 9 Trinity Street**
**Dublin 2**
**Dublin D02 EY47, Irleand**

---

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Software Development Contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Qualesce LLC**
**2591 Dallas Parkway, Suite 300**
**Frisco, TX 75034**

---

| Debtor 1 | **COPsync, Inc.** | | | Case number *(if known)* | **17-12625** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
|---|---|---|---|
| | State the term remaining | | **R. J. Bryd Group, LLC d/b/a Byrd Search Group** |
| | List the contract number of any government contract | | |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
|---|---|---|---|
| | State the term remaining | | **Reliable Staffing Corporation P. O. Box 204653 Dallas, TX 75320-4653** |
| | List the contract number of any government contract | | |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Harware Contract** | |
|---|---|---|---|
| | State the term remaining | | **Rescue Ops, LLC 13631 Sherwood Rd Atascosa, TX 78002-3445** |
| | List the contract number of any government contract | | |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Richard Ashabranner 5519 Sky Ridge Road Charlestown, IN 47111** |
| | List the contract number of any government contract | | |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Current Employee Contract** | |
|---|---|---|---|
| | State the term remaining | | **Rob Powell 507 Persimmon Trail Forney, TX 75126** |
| | List the contract number of any government contract | | |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Current Employee Contract** | |
|---|---|---|---|
| | State the term remaining | | **Ron Bienvenu 522 Montegut, Apt. 407 New Orleans, LA 70117** |
| | List the contract number of any | | |

10/16/17 9:48PM

| Debtor 1 | **COPsync, Inc.** | | Case number *(if known)* | **17-12625** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

▮ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Current Employee Contract** | |
|---|---|---|---|
| | State the term remaining | | **Russell Chaney** |
| | List the contract number of any government contract | | **1617 Shady Hollow**<br>**New Braunfels, TX 78132** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
|---|---|---|---|
| | State the term remaining | | **Saggio Technologies LLC** |
| | List the contract number of any government contract | | **P. O. Box 42**<br>**Cedar Park, TX 78630** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
|---|---|---|---|
| | State the term remaining | | **Shred-It USA LLC** |
| | List the contract number of any government contract | | **28883 Network Place**<br>**Chicago, IL 60673-1288** |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
|---|---|---|---|
| | State the term remaining | | **Sparkletts and Sierra Srings** |
| | List the contract number of any government contract | | **P. O. Box 660579**<br>**Dallas, TX 75266-0579** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Internet Contract** | |
|---|---|---|---|
| | State the term remaining | | **Spectrum Business** |
| | List the contract number of any government contract | | **P. O. Box 60074**<br>**City of Industry, CA 91716-0074** |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Contract** | **State Farm Insurance**<br>**Insurance Support Center**<br>**P. O. Box 680001**<br>**Dallas, TX 75368-0001** |
|---|---|---|---|

| Debtor 1 | **COPsync, Inc.** | | Case number *(if known)* | **17-12625** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Taxes** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **State of Delaware**<br>**Division of Corporations**<br>**Franchise Tax Department**<br>**P. O. Box 11728**<br>**Newark, NJ 07101** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **State of Illinois**<br>**State of Illinois Dept of Employment**<br>**Security**<br>**P. O. Box 19300**<br>**Springfield, IL 62794-9052** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Current Employee**<br>**Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Steve Harris**<br>**275 Sly Street**<br>**Marble Falls, TX 78654** |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Stock Legends**<br>**3408 Rush Mendon Rd**<br>**Honeoye Falls, NY 14472** |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Superior Search & Staffing, Ltd**<br>**5011 Spring Valley Road, Suite 260W**<br>**Dallas, TX 75244** |

| Debtor 1 | **COPsync, Inc.** | | | Case number *(if known)* | **17-12625** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.101.**   State what the contract or lease is for and the nature of the debtor's interest

    **Contract**

    State the term remaining

    List the contract number of any government contract

> **Texas Workforce Commisson**
> **Labor Law Payment Division**
> **P. O. Box 684483**
> **Austin, TX 78768-4483**

---

**2.102.**   State what the contract or lease is for and the nature of the debtor's interest

    **Rental Lease**

    State the term remaining

    List the contract number of any government contract

> **The Dorchester Apartments**
> **5300 Spring Valley Road**
> **Dallas, TX 75254**

---

**2.103.**   State what the contract or lease is for and the nature of the debtor's interest

    **Insurance Contract**

    State the term remaining

    List the contract number of any government contract

> **The Hartford**
> **P. O. Box 660916**
> **Dallas, TX 75266-0916**

---

**2.104.**   State what the contract or lease is for and the nature of the debtor's interest

    **Contract**

    State the term remaining

    List the contract number of any government contract

> **Time Warner Cable**
> **P. O. Box 60074**
> **City of Industry, CA 91716-0074**

---

**2.105.**   State what the contract or lease is for and the nature of the debtor's interest

    **Contract**

    State the term remaining

    List the contract number of any government contract

> **TRS-Ren Telco**
> **P. O. Box 45075**
> **San Francisco, CA 94145-0075**

---

**2.106.**   State what the contract or lease is for and the nature of the debtor's interest

    **Employee Benefits Insurance Contract**

    State the term remaining

    List the contract number of any

> **United Healthcare**
> **Dept. CH 10151**
> **600550151C0009**
> **Palatine, IL 60055-1510**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor 1 | **COPsync, Inc.** | | | | Case number *(if known)* | **17-12625** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | |
|---|---|---|

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone Contract** |
|---|---|---|
| | State the term remaining | **Verizon Wireless** |
| | List the contract number of any government contract | **P. O. Box 660108**<br>**Dallas, TX 75266** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone Contract** |
|---|---|---|
| | State the term remaining | **Verizon Wireless - County of Beeville** |
| | List the contract number of any government contract | **P. O. Box 4001**<br>**Acworth, GA 30101** |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone Contract** |
|---|---|---|
| | State the term remaining | **Verizon Wireless - County of Brewster** |
| | List the contract number of any government contract | **P. O. Box 660108**<br>**Dallas, TX 75266** |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Hardware Contract** |
|---|---|---|
| | State the term remaining | **Votronics** |
| | List the contract number of any government contract | **1505 Capital Avenue**<br>**Plano, TX 75074** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Current Employee Contract** |
|---|---|---|
| | State the term remaining | **Wade T. Powell** |
| | List the contract number of any government contract | **6391 Gordon Street**<br>**Frisco, TX 75034** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | **Wampum Books**<br>**Attn:  Sephanie A. Duckworth**<br>**103 Edward Drive**<br>**Levittown, NY 11756** |
|---|---|---|---|

10/16/17  9:48PM

| Debtor 1 | **COPsync, Inc.** | | | Case number *(if known)* | **17-12625** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | _____ |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **West Publushing Corporation** |

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **COPsync, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (if known) | **17-12625** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |
| 2.2 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |
| 2.3 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |
| 2.4 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **COPsync, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number (if known)  **17-12625**

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,476,045.00** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$5,461,445.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$6,140,162.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **COPsync, Inc.**

Case number *(if known)*   **17-12625**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **United Healthcare** | **July 25, 2017, August 29, 2017 and September 19, 2017** | **$78,459.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **Neobits, Inc.** | **August 29, 2017** | **$11,722.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **Expansion Capital Group<br>6001 S. Sharon Avenue<br>Suite 6<br>Sioux Falls, SD 57106** | **July 11, 2017** | **$11,665.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  **Addison Tower Investment Co., LLC** | **August 17, 2017** | **$10,331.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.  **New Relic, Inc.** | **September 12, 2017** | **$9,501.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6.  **First Insurance<br>P. O. Box 7000<br>Carol Stream, IL 60197-7000** | **July 31, 2017 and August 30, 2017** | **$14,221.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7.  **Time Warner Cable<br>P. O. Box 60074<br>City of Industry, CA 91716-0074** | **August 4, 2017** | **$6,570.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | COPsync, Inc. | Case number *(if known)* 17-12625 |
|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | **RJ Bryd Group, LLC d/b/a R. J. Byrd Group v. COPsync, Inc.**<br>**17-09843** | **Breach of Contract** | **M-298th Judicial District Court**<br>**Dallas County, Texas**<br>**600 Commerce St., 8th Floor**<br>**George L. Allen Sr. Courts Building**<br>**Dallas, TX 75202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Office of the District Attorney for the 32nd Judicial District for the State of Texas vs COPsync, Inc., Ronald A. Woessner and J. Shane Rapp**<br>**19,083** | **Breach of Contract** | **32nd Judicial District Court**<br>**Nolan County, Texas**<br>**Clerk of Court**<br>**100 E. 3rd Street**<br>**Sweetwater, TX 79556** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **The Brewer Group, Inc. v. COPsync, Inc.**<br>**17-010009, Divion: 09** | **Breach of Contract** | **17th Judicial Circuit,**<br>**Broward County, Florida**<br>**Clerk of Court**<br>**100 N. Pine Island Road**<br>**Fort Lauderdale, FL 33324** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **COPsync, Inc.** | | | Case number *(if known)* **17-12625** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Pharr Economic Development Corporation II v. COPsync, Inc.** | **Breach of Contract** | **370th Judicial District Court Hildalgo County, Texas Clerk of Court 100 N. Closner, 2nd Floor Edinburg, TX 78539** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Securities and Exchange Commission (non-public investigation)** | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Zachry Publications, LP v COPsync, Inc. 22578** | **Settled August 29, 2017 with payments to begin on September 15, 2017 until $5,964.00 is paid in full** | **Justice of the Peace Court Prt 1-2 Taylor County, Texas 301 Oak Street, Suite 612 Abilene, TX 79602** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Sean Garland v COPsync, Inc. 22578** | **Settled 09/07/2017, for the amount of $3,613.64 to be paid in full** | **Justice of the Peace Prt 1-2 Taylor County, Texas 301 Oak Street, Suite 612 Abilene, TX 79602** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **US Department of Labor, Wage and Hour Division vs COPsync, Inc. 22578** | **Settled 09/01/2017, for the amount of $337,098.15 to be paid in fll by 11/28/17** | **Justice of the Peace Prt 1-2 Taylor County, Texas 301 Oak Street, Suite 612 Abilene, TX 79602** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | **Riverland Technologies LLC v COPsync, Inc. and Jon Does 1-10 2017-12** | **Judgment 08/21/17** | **Circuit Court of Rankin County, MS Clerk of Court 215 E. Government Street Brandon, MS 39042** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. | **Financial Industry Regulatory Authority FINRA Matter No. 20170529741** | **Review of the purchase and sale of 1,772,614 share of common stock in a registered direct offering and a concurrent private placment to sell COYN Class A and Class B Warrants.** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

| Debtor | **COPsync, Inc.** | | Case number *(if known)* **17-12625** |
|---|---|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jones Walker, LLP**<br>**201 St. Charles Avenue, Suite 5100**<br>**New Orleans, LA 70130** | | **September 25, 2017** | **$15,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Adams and Reese LLP**<br>**701 Poydras Street, Suite 4500**<br>**New Orleans, LA 70139** | | **September 27, 2017** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor **COPsync, Inc.**      Case number (if known) **17-12625**

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Adams and Reese LLP<br>701 Poydras Street, Suite 4500<br>New Orleans, LA 70139** | | **August 29, 2017** | **$75,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Patsy's Inc.** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **16415 Addison Road, Suite 300<br>Addison, TX 75001** | **Inception  to August, 2017** |
| 14.2. | **2010 FM2673<br>Canyon Lake, TX 78133** | |

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Debtor | **COPsync, Inc.** | | Case number *(if known)* **17-12625** |
|---|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase** | **XXXX-5024** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **October, 2017** | **$0.00** |
| 18.2. | **Chase** | **XXXX-5016** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Employee Expense Account** | **October, 2017** | **$0.00** |
| 18.3. | **Bank of America**<br>**P. O. Box 45224**<br>**Jacksonville, FL 32232-5224** | **XXXX-7518** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Wire Account** | **October, 2017** | **$0.00** |
| 18.4. | **Postink, LP** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |

10/16/17  9:48PM

| Debtor | **COPsync, Inc.** | Case number *(if known)* **17-12625** |
|---|---|---|

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.5. | **Postink, LP** | **XXXX-** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |
| 18.6. | **Provident** | **XXXX-5014** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Business MM Plus** | **July, 2017** | **$350,000.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Customers** | | **Pre-payments by customers** | **$51,690.29** |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

| Debtor | COPsync, Inc. | Case number *(if known)* | 17-12625 |
|--------|---------------|--------------------------|----------|

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---------------------------|----------------------------------|--------------------|----------------|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|------------------------------|----------------|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|------------------------------|----------------|

**Part 13:     Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|-----------------------|--------------------------------------|---------------------------------------------------------------------------------------------------------------|
| 25.1.   Friedman, LLC<br>301 Lippincott Drive, 4th Floor<br>Marlton, NJ 08053 | Accounting Services | EIN:<br><br>From-To   2016-2016 |

**26. Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|
| 26a.1.   Friedman, LLC<br>301 Lippincott Drive, 4th Floor<br>Marlton, NJ 08053 | 2016-2017 |
| 26a.2.   PMB Helin Donovan<br>14090 SW Freeway, Suite 300<br>Sugar Land, TX 77478 | |
| 26a.3.   Chisholm Bierwolf Nilson & Morrill LLC<br>533 West 2600 South<br>Suite 25<br>Bountiful, UT 84010 | |

10/16/17 9:48PM

| Debtor | **COPsync, Inc.** | | Case number *(if known)* | **17-12625** |
|---|---|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.4. **Stayner Bates & Jensen PC**<br>**510 S. 200th W**<br>**Salt Lake City, UT 84101** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Friedman, LLC**<br>**301 Lippincott Drive, 4th Floor**<br>**Marlton, NJ 08053** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **PMB Helin Donovan**<br>**14090 SW Freeway, Suite 300**<br>**Sugar Land, TX 77478** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.3. **Stayner Bates & Jensen PC**<br>**510 S. 20th W.**<br>**Salt Lake City, UT 84101** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.4. **Chisholm Bierwolf Nilson & Morrill LLC**<br>**533 West 2600 South**<br>**Suite 25**<br>**Bountiful, UT 84010** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Friedman, LLC**<br>**301 Lippincott Drive, 4th Floor**<br>**Marlton, NJ 08053** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **United States Securities and**<br>**Exchange Commission**<br>**Office of Investor Education & Advocacy**<br>**100 F Street NE**<br>**Washington, DC 20549** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Debtor | **COPsync, Inc.** | Case number *(if known)* | **17-12625** |
|---|---|---|---|

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Barry Wilson** | **09/30/2017** | **$58,000.00 market value** |
| | Name and address of the person who has possession of inventory records | | |
| | **John Vares** | | |
| 27.2. | **Barry Wilson** | **06/30/2014** | **$536,929 market value** |
| | Name and address of the person who has possession of inventory records | | |
| | **John Vares** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ron Bienvenu** | **522 Montegut, Apt. 407 New Orleans, LA 70117** | **Chief Executive Officer and Director** | |
| **Clint Mock** | | **Chief Financial Officer** | |
| **Danielle Pellegrin** | **1722 Jackson Avenue, Unit A New Orleans, LA 70113** | **Chief Legal Officer** | |
| **Michael Angle** | **4921 Perrier Street New Orleans, LA 70115** | **Chief Operations Officer** | |
| **Trisha Ahlman** | | **Chief Marketing Officer** | |
| **Wade Powell** | | **Chief Technology Officer** | |
| **Russell Chaney** | **1617 Shady Hollow New Braunfels, TX 78132** | **Director** | |
| **Cesar D'Onofrio** | | **Director** | |

| Debtor | **COPsync, Inc.** | Case number *(if known)* | **17-12625** |
|--------|-------------------|--------------------------|--------------|

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| Ronald Woessner | 5108 Pinehurst Dr.<br>Frisco, TX 75034 | Chief Executive Officer | January, 2016 to April, 2016 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| Philip Anderson | 60 W. 23rd Street, Apt 601<br>New York, NY 10010 | Chief Financial Officer | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| Barry Wilson | 804 Woodridge Drive<br>Fort Worth, TX 76120 | Chief Financial Officer | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| Shane Rapp | P. O. Box 1424<br>Canyon Lake, TX 78133 | President | January, 2016 to May, 2016 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| Brad Powers | | Director | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| Brian Tuskan | | Director | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| Robert Harris | | Director | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| Joel Hochberg | | Director | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| Luisa Ingargiola | | Director | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **COPsync, Inc.** | Case number *(if known)* | **17-12625** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Ward Leber** | | **Director** | |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Wade Powell** | **$43,750.00  Salary** | **January 1, 2017 to present** | |
| | Relationship to debtor<br>**Chief Technology Officer** | | | |
| 30.2. | **Russell Chaney**<br>**1617 Shady Hollow**<br>**New Braunfels, TX 78132** | **$15,000.00  Salary** | **January 1, 2017 to present** | |
| | Relationship to debtor<br>**Director** | | | |
| 30.3. | **Ron Bienvenu**<br>**522 Montegut, Apt. 407**<br>**New Orleans, LA 70117** | **$5,000.00  Salary and Travel** | **July and August, 2017** | |
| | Relationship to debtor<br>**Cheif Executive Officer/Director** | | | |
| 30.4. | **Clint D. Mock**<br>**Unknown** | **$5,000.00  Salary** | **July and August, 2017** | |
| | Relationship to debtor<br>**Chief Financial Officer** | | | |

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

## 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

| Debtor | **COPsync, Inc.** | Case number *(if known)* | **17-12625** |
|---|---|---|---|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **October 16, 2017**

**/s/ Rodney Bienvenu**                                                 **Rodney Bienvenu**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      **Chief Executive Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Louisiana

In re   **COPsync, Inc.**                                                                                     Case No.   **17-12625**

Debtor(s)                                         Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---:|
    | For legal services, I have agreed to accept | $ | 85,000.00 |
    | Prior to the filing of this statement I have received | $ | 85,000.00 |
    | Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ☐ Debtor        ■ Other (specify):   **Patsy's Inc. for $75,000.00 and the Debtor for $10,000.00**

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**October 16, 2017**                                        **/s/ John M. Duck**
*Date*                                                      **John M. Duck**
                                                            *Signature of Attorney*
                                                            **Adams and Reese LLP**
                                                            **701 Poydras Street,Suite 4500**
                                                            **New Orleans, LA 70139**
                                                            **504-581-3234  Fax: 504-566-0210**
                                                            **lisa.hedrick@arlaw.com**
                                                            *Name of law firm*

---

# United States Bankruptcy Court
## Eastern District of Louisiana

In re    **COPsync, Inc.**                               Case No.    **17-12625**

                                         Debtor(s)           Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 16, 2017**                        **/s/ Rodney Bienvenu**

                                               **Rodney Bienvenu**/**Chief Executive Officer**
                                               Signer/Title