## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: COPsync, Inc. | § § § § § | CHAPTER 11 |
| DEBTOR(S) | § | CASE NO.: 17-12625-11 |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes Dallas County, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case. Dallas County filed its original secured claim on or about October 12, 2017, in the amount of $951.36, which claim is designated as claim number 1 on the claims register. Dallas County also filed another secured claim on or about January, 10, 2019, in the amount of $1,00.95, which is designated as claim number 170 on the claims register. Claim number 170 was filed in error by Dallas County. Therefore, Dallas County hereby withdraws its claim number 170.

### CERTIFICATE OF SERVICE

I hereby certify that on 10th day of January, 2019, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway Suite 1000
Dallas, TX 75207
(214) 880-0089 - *Telephone*
(469) 221-5003 - *Fax*
Email: Dallas.Bankruptcy@Publicans.com

By: /s/ Elizabeth Weller
Elizabeth Weller, Attorney
Texas Bar No. 00785514
Laurie A. Spindler, Attorney
Texas Bar No. 24028720
Sherrel K. Knighton, Attorney
Texas Bar No. 00796900
Melissa Palo, Attorney
Texas Bar No. 24091471