# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: Copsync Liquidation Trust

CASE NUMBER: 17-12625    For Period October 1 to October 31, 2019.

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| { } | {X} | Comparative Balance Sheet (FORM 2-B) |
| { } | {X} | Profit and Loss Statement (FORM 2-C) |
| {X} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| { } | {X} | Supporting Schedules (FORM 2-E) |
| { } | {X} | Narrative (FORM 2-F) |
| { } | {X} | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 11/5/19 (date)

Debtor(s)*: Copsync Liquidation Trust

By:** /s/ H. K. Lefoldt

Position: Liquidation Trustee

Name of preparer: H. K. Lefoldt, Jr.

Telephone No. of Preparer 601-956-2374

* both debtors must sign if a joint petition
** for corporate or partnership debtor

FORM 2-A
1/08

CASE NAME: Copsync Liquidation Trust    CASE NUMBER: 17-12625

## QUARTERLY FEE SUMMARY

MONTH ENDED October 31, 2019

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 22,220 | | | |
| February | $ 9,014 | | | |
| March | $ 15 | | | |
| Total 1st Quarter | $ 31,249 | $ 650 | 1005 | 4/25/19 |
| | | | | |
| April | $ 11,195 | | | |
| May | $ 4,223 | | | |
| June | $ 4,015 | | | |
| Total 2nd Quarter | $ 19,433 | $ 650 | 1011 | 7/24/19 |
| | | | | |
| July | $ 1,077 | | | |
| August | $ - | | | |
| September | $ 1,240 | | | |
| Total 3rd Quarter | $ 2,317 | $ 325 | 1013 | 10/13/19 |
| | | | | |
| October | $ 1,920 | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.