**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

In Re:                                                           Chapter 11

COPsync, Inc.

                                                                             Case No. 17-12625

Debtor

## **WITHDRAWAL OF CLAIM 24 FILED BY THE COUNTY OF COMAL, TEXAS**

1. The undersigned, who has offices at 700 Jeffrey Way, Suite 100, P.O. Box 1269, Round Rock, Texas 78680, is the attorney for The County of Comal, Texas and is authorized to withdraw this claim on behalf of claimant.

2. Therefore, the claimant withdraws its claim against this debtor as this claim has been satisfied.

Date: November 18, 2019

                                                     Respectfully submitted,

                                                     **McCREARY, VESELKA, BRAGG**
                                                     **& ALLEN, P.C.**

                                        By: _/s/ Tara LeDay_
                                                 Tara LeDay (TX 24106701)
                                                 P. O. Box 1269
                                                 Round Rock, TX 78680
                                                 Telephone: (512) 323-3200
                                                 Fax: (512) 323-3205
                                                 Email: tleday@mvbalaw.com

                                                 _Attorneys for The County of Comal, Texas_

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on November 18, 2019, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Eastern District of Louisiana.

                                            */s/ Tara LeDay*
                                            Tara LeDay