# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:** | **CASE NO. 17-12625** |
| **COPSYNC, INC.,** | **SECTION B** |
| **DEBTOR.** | **CHAPTER 11** |

## O R D E R

**THE COURT,** having considered the motion of Kenneth Lefoldt, Liquidation Trustee (the '<u>Trustee</u>") for the Liquidation Trust in *In re COPsync, Inc.* (the "<u>Liquidation Trust</u>") to Expedite Hearing on his *Motion to Approve Settlement with Former Officers and Directors and Several Insurers* ('<u>Motion to Expedite Hearing</u>") (P-475) and the Court finding good cause exists to grant the same, *accordingly*:

**IT IS ORDERED** that the Motion to Expedite Hearing be and the same is hereby *granted*;

**IT IS FURTHER ORDERED** that the hearing on the Motion to Approve Settlement with Former Officers and Directors and Several Insurers be and the same is hereby *expedited*;

**IT IS FINALLY ORDERED** that the hearing on the Motion to Approve Settlement with Former Officers and Directors and Several Insurers be and the same is hereby set for hearing before this Court on the 2nd day of December, 2019 at 10:00 a.m., at the United States Bankruptcy Court for the Eastern District of Louisiana, 500 Poydras Street, 7th Floor, Courtroom B-705, New Orleans, LA 70130, with objections or other responsive pleadings due by 12:00 o'clock noon on the 29th day of November, 2019, with a copy served upon counsel for the Trustee, Brent Barriere, Fishman Haygood LLP, 201 St. Charles Ave., Floor 46, New Orleans, LA 70170, Facsimile: 504-586-5250.

1" = "1" "1489518v.1" "" 1489518v.1

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect **immediately**.

New Orleans, Louisiana, November 20, 2019.

_J. A. Brown_
Jerry A. Brown
U.S. Bankruptcy Judge

1" = "1" "1489518v.1" "" 1489518v.1