**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:     CASE NO. 17-12625 | |
| COPSYNC, INC.,    SECTION B | |
| DEBTOR. | CHAPTER 11 |

**EX PARTE MOTION FOR LEAVE TO FILE LATE OPPOSITION TO MOTION TO CONFIRM RECOGNITION OF ALLOWANCE OF UNSECURED CLAIM FOR DISTRIBUTION UNDER CONFIRMED PLAN**

**NOW INTO COURT**, comes Kenneth Lefoldt, Liquidation Trustee (the '***Trustee***") for the Liquidation Trust in *In re COPsync, Inc.* (the "***Liquidation Trust***"), by and through his undersigned counsel, and submits this *Motion for Leave To File Late Opposition* in response to the *Motion To Confirm Recognition of Allowance of Unsecured Claim for Distribution under Confirmed Plan*, (ECF Doc. No. 562) (the "***Motion To Recognize***"), and in support thereof, respectfully represents as follows:

1. On February 12, 2020, Brewer and Associates Consulting, LLC ("***Brewer & Associates***") filed the Motion To Recognize, seeking recognition of an unsecured claim against the estate of the Debtor in the amount of $1,104,788.58 (the "***Claim***").

2. The Motion To Recognize is set for hearing before this Court on March 4, 2020. (ECF Doc. No. 563).

3. Counsel for the Trustee attempted to reach an amicable resolution of the matters raised in the Motion To Recognize, but received no response from Brewer & Associates.

4. Due to an administrative error, the Trustee did not timely file an opposition to the Motion To Recognize on or before seven days prior to the scheduled hearing date, as required under Local Rule 9013-1(E).

5. The Trustee respectfully submits that the Opposition attached hereto as **Exhibit "A"** and incorporated by reference will aid the Court's consideration of the Motion To Recognize. The Trustee submits that such filing will not cause appreciable prejudice to Brewer & Associates, which will have ample time to review and respond to the Opposition prior to the March 4, 2020 hearing date.

6. Accordingly, the Trustee respectfully prays that the Court enter an order in substantially the same form as the proposed order attached hereto as **Exhibit "B,"** permitting the late filing of the Opposition on modestly-shortened notice.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an order permitting the Trustee to file the Opposition and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| **LUGENBUHL, WHEATON, PECK RANKIN & HUBBARD** | /s/ *Christopher T. Caplinger* <br> STEWART F. PECK (LA #10403) <br> CHRISTOPHER CAPLINGER (#25357) <br> BENJAMIN W. KADDEN (LA #29927) <br> JAMES W. THURMAN (LA #38494) <br> 601 Poydras Street, Suite 2775 <br> New Orleans, LA 70130 <br> Telephone: (504) 568-1990 <br> E-mail: speck@lawla.com; ccaplinger@lawla.com; bkadden@lawla.com; jthurman@lawla.com |

*Attorneys for the Trustee*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed and served this 28th day of February 2020 upon as all parties registered to receive electronic notice via this Court's CM/ECF system.

/s/ *Christopher T. Caplinger*

2