**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-12625 |
| | : | |
| COPSYNC, INC., | : | SECTION "B" |
| | : | |
| DEBTOR | : | CHAPTER 11 |

_____

**CONSENT ORDER CONFIRMING ALLOWANCE OF UNSECURED
CLAIM FOR DISTRIBUTION UNDER CONFIRMED PLAN**

Brewer & Associates Consulting, LLC ("Brewer & Associates") filed a *Motion To Confirm Recognition of Allowance of Unsecured Claim for Distribution under Confirmed Plan*[1] on February 12, 2020 [P-562] ("Motion"). The Motion seeks the entry of an Order re-affirming and recognizing the allowance of the Brewer Claim (i) as originally scheduled as a liquidated, noncontingent, and undisputed unsecured claim in the initial list of the Top 20 Largest Unsecured Creditors, and (ii) as confirmed and acknowledged by the appointment of Mr. Brewer as one of the three members of the Liquidation Trust Oversight Committee holding an "Allowed" unsecured claim in Class 4 of the Confirmed Plan.

Proper notice of the Motion was given by first class, U.S. Mail, postage prepaid, and properly addressed to all parties listed on the limited master service list in this case, as well as by electronic notice via the Court's CM/ECF System upon all of the parties that receive electronic notice in this case. The only response or opposition to the Motion was a proposed Opposition [P-564-1] filed by Kenneth Lefoldt, Liquidation Trustee (the "Trustee") for the Liquidation Trust in his case (the "Liquidation Trust"), as an attachment to the *Ex Parte Motion for Leave to File Late Opposition* [P-564], which *ex parte* motion ("Motion for Leave") Brewer & Associates has agreed

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings used in the Motion [P-562].

not to oppose in conjunction with the entry of this Order. While Brewer & Associates disputes the Opposition, no further filings are necessary because the matter has been resolved through the entry of this Order. No other responses or objections to the Motion have been filed.

A hearing on the Motion and Motion for Leave was held on March 4, 2020. Appearing at the hearing ("Hearing") were:

>**David J. Messina**, counsel for Brewer & Associates; and
>
>**Jim Thurman**, counsel for the Trustee

Counsel for Brewer & Associates and counsel for the Trustee advised the Court that they have resolved the Opposition and reached an agreement regarding the submission of this Order. Therefore, after considering the pleadings and the record in this case, and finding that proper notice was given to all parties listed on the limited master service list in this case as well as by electronic notice via the Court's CM/ECF System upon all of the parties that receive electronic notice in this case, that no oppositions to the Motion were filed other than the Opposition filed by the Trustee, and considering the representations of counsel for Brewer & Associates and counsel for the Trustee at the Hearing that the Opposition has been resolved through the entry of this Order, and that there is good cause to grant the relief requested in the Motion:

**IT IS HEREBY ORDERED** that the Motion is GRANTED on the terms set forth in this Order.

**IT IS FURTHER ORDERED** that the Motion for Leave is GRANTED and the Opposition shall be filed into the record of the above-captioned matter.

**IT IS FURTHER ORDERED** that the Brewer Claim originally listed in the initial list of the Top 20 Largest Unsecured Creditors as liquidated, noncontingent, and in the undisputed amount

- 3 -

of $1,104,788.58, is recognized as an allowed general unsecured claim in Class 4 of the Confirmed Plan, which will be paid in accordance with the terms of the Confirmed Plan.

**IT IS FURTHER ORDERED** that, in addition to the electronic service of this Order being provided via the Court's CM/ECF System upon all of the parties that receive electronic notice in this case, a copy of this Order shall also be served by counsel for Brewer & Associates via U.S. Mail, postage prepaid, and properly addressed to all parties listed on the limited master service list and counsel for Brewer & Associates shall file a certificate of service regarding same within three (3) days of the entry of this Order.

**IT IS FURTHER ORDERED** that any appeal of this Order must be filed with the bankruptcy clerk within 14 days after entry of this Order.

New Orleans, Louisiana, March 17, 2020.

                                                            Hon. Jerry A. Brown
                                                           U.S. Bankruptcy Judge